1    JOSHUA M. HEINLEIN (SBN 239236)
     joshua.heinlein@dinsmore.com
2    JOSEPH S. LEVENTHAL (SBN 221043)
     joseph.leventhal@dinsmore.com
3    DINSMORE & SHOHL LLP
     655 West Broadway, Suite 840
4    San Diego, CA 92101
     Ph: (619) 356-3518
5    Fx: (619) 615-2082

6    Attorneys for Plaintiff
     L. LEE BRIGHTWELL
7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  L. LEE BRIGHTWELL, an individual, | Case No. 16-CV-1696 W MDD |
| 12            Plaintiff, | **JOINT MOTION TO SET EXPEDITED EARLY NEUTRAL EVALUATION CONFERENCE** |
| 13  v. | |
| 14  THE MCMILLAN LAW FIRM, APC, a professional corporation, SCOTT A. MCMILLAN, an individual, MICHELLE D. VOLK, an individual, and DOES 1 through 25, inclusive, | Courtroom:        3C |
| 15 | Judge:            Thomas J. Whelan |
| 16 | Magistrate Judge: Mitchell D. Dembin |
| | Complaint Filed:  June 30, 2016 |
| 17            Defendants. | Trial Date:       None set |
| 18 | |

19

20

21

22

23

24

25

26

27

28

DINSMORE &
SHOHL LLP
SAN DIEGO

**JOINT MOTION FOR EXPEDITED ENE**

The parties hereby move, by way of this joint motion, pursuant to Civil Local Rule 16.1(c)(1), for an order setting an expedited Early Neutral Evaluation Conference.  Though there are other issues alleged by Plaintiff in this action, at the heart of the dispute is the issue of the parties' entitlement to the amount being held in trust subject to the lien asserted by The McMillan Law Firm.  The amount of the lien is $151,922.59.

Defendants agreed to waive service under Rule 4, and their responsive pleading is currently due no later than September 12, 2016.

Defendants anticipate filing a Rule 12(b) motion and a California Code of Civil Procedure section 1030 motion for undertaking in response to the Complaint.

The parties are optimistic that with the Court's assistance at an expedited ENE, the parties may be able to reach agreement on the fee issue, which should resolve the entirety of this matter.  Because of the size of the lien, the interests of judicial economy weigh in favor of determining whether such a resolution is possible through the ENE process before the parties and the Court expend considerable expense, time, and effort litigating the issues presented in this action.  The parties believe that settlement of this action is much more likely if it can be reached prior to the expenditure of significant legal fees.

If the Court agrees to set an expedited ENE, the parties have agreed to jointly move for additional time for Defendants to respond to the Complaint such that the responsive deadline will be extended until after the expedited ENE is held, which will allow the parties to participate in the expedited ENE and avoid the expense and time associated with the aforementioned motions.

///

///

///

///

///

DINSMORE & SHOHL LLP
SAN DIEGO

1.

**JOINT MOTION FOR EXPEDITED ENE**

1   For the foregoing reasons, the parties respectfully request that the Court set

2   an expedited ENE to occur within the next 45 days.  Due to trial calendars of both

3   the Defendants and counsel, the parties also request that in the event the Court

4   grants this motion, that it hold a brief conference call to set the expedited ENE on a

5   date that is convenient for both the Court's calendar, as well as that of the parties

6   and their counsel.

                               KLINEDINST PC

7

8   DATED:  August 9, 2016          By:   /s/ Daniel S. Agle

9                                         Heather L. Rosing
                                          Daniel S. Agle
10                                        Attorneys for Defendants
                                          THE MCMILLAN LAW FIRM, APC;
11                                        SCOTT A. MCMILLAN and
                                          MICHELLE D. VOLK
12

13

14  DATED:  August 9, 2016          DINSMORE & SHOHL, LLP

15

16

17                                  By:  /s/ Joshua M. Heinlein

18                                       JOSHUA M. HEINLEIN (SBN 239236)
                                         JOSEPH S. LEVENTHAL (SBN 221043)
19

20                                       Attorneys for Plaintiff
                                         L. LEE BRIGHTWELL
21

22

23

24

25

26

27

28

1

## <u>CERTIFICATE OF SERVICE</u>

2

3

I certify that, on the date specified below, a true copy of this document was

4

served by electronic mail upon all registered CM/ECF users and by U.S. mail upon

5

all non-registered CM/ECF users in this case as indicated below:

6

7

8

9

10

11

12

Heather L. Rosing
Daniel S. Agle
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
dagle@KlinedinstLaw.com
hrosing@KlinedinstLaw.com

13

14

15

16

Attorneys for Defendants
THE MCMILLAN LAW FIRM, APC;
SCOTT A. MCMILLAN and
MICHELLE D. VOLK

17

Dated: August 10, 2016          */s/ Joshua M. Heinlein*
                                Joshua M. Heinlein

18

19

20

21

22

23

24

25

26

27

28

3.

**JOINT MOTION FOR EXPEDITED ENE**