UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. LEE BRIGHTWELL<br><br>                        Plaintiff,<br><br>v.<br><br>THE McMILLAN LAW FIRM, APC,<br>a professional corporation, et al.,<br><br>                        Defendants. | Case No.:  16cv1696-W-MDD<br><br>**ORDER GRANTING JOINT MOTION FOR EXPEDITED EARLY NEUTRAL EVALUATION CONFERENCE**<br>**[ECF NO. 7]** |

On August 10, 2016, the parties filed a Joint Motion to Set Expedited Early Neutral Evaluation Conference (ENE) in the above captioned case. (ECF No. 7).  An ENE will be held **November 2, 2016, at 9:30AM** before Magistrate Judge Mitchell Dembin, 333 W. Broadway, Suite 1180, San Diego, CA, 92101.  Confidential settlement conference briefs should be submitted to chambers on or before October 24, 2016 (efile_dembin@casd.uscourts.gov). All named parties, all counsel, and any other person(s) whose authority is

required to negotiate and enter into settlement shall appear in person at the conference.

IT IS SO ORDERED.

Dated:   August 16, 2016

Hon. Mitchell D. Dembin
United States Magistrate Judge