1  JOSHUA M. HEINLEIN (SBN 239236)
   joshua.heinlein@dinsmore.com
2  DINSMORE & SHOHL LLP
   655 W. Broadway, Suite 840
3  San Diego, California 92101
   Telephone:  (619) 356-3518
4  Facsimile:  (619) 615-2082

   Attorneys for Plaintiff
5  L. LEE BRIGHTWELL

6  HEATHER L. ROSING (SBN 183986)
   hrosing@klindinstlaw.com
7  DANIEL S. AGLE (SBN 251090)
   dagle@klinedinstlaw.com
8  KLINEDINST, PC
   501 West Broadway, Suite 600
9  San Diego, California 92101
   Telephone:  (619) 239-8131
   Facsimile:  (619) 239-8707

10 Attorneys for Defendants
   THE MCMILLAN LAW FIRM, APC;
11 SCOTT A. MCMILLAN and MICHELLE
   D. VOLK

12

13                    **UNITED STATES DISTRICT COURT**

14                    **SOUTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16  L. LEE BRIGHTWELL, an individual, | Case No. 16-CV-1696 W MDD |
| 17                  Plaintiff, | **JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| 18  v. | **(L. R. 7.2, 12.1)** |
| 19  THE MCMILLAN LAW FIRM, APC, a professional corporation, SCOTT A. MCMILLAN, an individual, MICHELLE D. VOLK, an individual, and DOES 1 through 25, inclusive, | Service waived:  July 18, 2016<br>Current response date:  September 12, 2016<br>Proposed new response date:  November 16, 2016 |
| 21                  Defendants. | |
| 22 | Action filed: June 30, 2016<br>Trial date:    None Set |

23

24

25
                                             1.                Case No. 16-CV-1696 W MDD
26

Defendants, THE MCMILLAN LAW FIRM, APC; SCOTT A. MCMILLAN; and MICHELLE D. VOLK (hereinafter referred to as "Defendants"), and Plaintiff, L. LEE BRIGHTWELL (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rules 7.2 and 12.1, hereby move, by way of this joint motion, for an order extending time to November 16, 2016, for Defendants to respond to Plaintiff's Complaint (Dkt. No. 1). The Parties hereby state the following:

1. On June 30, 2016, Plaintiffs filed a Complaint (Dkt. No. 1) against Defendants.

2. On or about July 18, 2016, Defendants agreed to waive service of the Summons and Complaint.

3. Defendant's initial response deadline is September 12, 2016.

4. The parties requested an expedited ENE conference be set, pursuant to Local Rule 16.1(c)(1) (Dkt. No. 7).

5. On August 16, 2016, the Court set an ENE for November 2, 2016, at 9:30 a.m. (Dkt. No. 8.)

6. The parties are discussing settlement terms, aiming to resolve this matter in its entirety at the ENE. An extension of time is warranted to avoid a waste of judicial and party resources related to motion practice.

///

7. No significant hardship, prejudice, or unfair surprise will result if this request is granted, and should any hardship or prejudice arise, it is greatly outweighed by the interests of justice.

8. Plaintiff's counsel has consented to an extension of time to November 16, 2016.

For the foregoing reasons, the Parties respectfully request this Court enter an order extending the time for Defendants to respond to Plaintiff's Complaint to on or before November 16, 2016.

|  |  |
|---|---|
|  | KLINEDINST PC |
| DATED: August 16, 2016 | By: /s/ Daniel S. Agle |
|  | Heather L. Rosing |
|  | Daniel S. Agle |
|  | Attorneys for Defendants |
|  | THE MCMILLAN LAW FIRM, APC; |
|  | SCOTT A. MCMILLAN and |
|  | MICHELLE D. VOLK |
| DATED: August 16, 2016 | DINSMORE & SHOHL, LLP |
|  | By: /s/ Joshua M. Heinlein |
|  | JOSHUA M. HEINLEIN (SBN 239236) |
|  | JOSEPH S. LEVENTHAL (SBN 221043) |
|  | Attorneys for Plaintiff |
|  | L. LEE BRIGHTWELL |

# **CERTIFICATE OF SERVICE**

I certify that, on the date specified below, a true copy of this document was served by electronic mail upon all registered CM/ECF users and by U.S. mail upon all non-registered CM/ECF users in this case as indicated below:

Heather L. Rosing
Daniel S. Agle
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
dagle@KlinedinstLaw.com
hrosing@KlinedinstLaw.com

Attorneys for Defendants
THE MCMILLAN LAW FIRM, APC;
SCOTT A. MCMILLAN and
MICHELLE D. VOLK

Dated: August 16, 2016        */s/ Joshua M. Heinlein*
                              Joshua M. Heinlein

Case No. 16-CV-1696 W MDD

JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (L. R. 7.2, 12.1)