UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. LEE BRIGHTWELL,<br><br>                      Plaintiff,<br><br>v.<br><br>THE MCMILLAN LAW FIRM, APC, et al.<br><br>                    Defendants. | Case No.: 16-CV-1696 W (MDD)<br><br>**ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT [DOC. 9]** |

Pending before the Court is a joint motion to extend the time for Defendants to respond to Plaintiff's Complaint. [Doc. 9.] Good cause appearing, the Court **GRANTS** the joint motion. Defendants must respond to the Complaint on or before November 16, 2016.

**IT IS SO ORDERED.**

Dated: August 24, 2016

_____
Hon. Thomas J. Whelan
United States District Judge

1