JOSHUA M. HEINLEIN (SBN 239236)
joshua.heinlein@dinsmore.com
DINSMORE & SHOHL LLP
655 W. Broadway, Suite 840
San Diego, California 92101
Telephone:  (619) 356-3518
Facsimile:  (619) 615-2082

Attorneys for Plaintiff
L. LEE BRIGHTWELL

Heather L. Rosing, Bar No. 183986
Daniel S. Agle, Bar No. 251090
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California  92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
dagle@klinedinstlaw.com

Attorneys for Defendants
THE MCMILLAN LAW FIRM, APC;
SCOTT A. MCMILLAN and
MICHELLE D. VOLK

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. LEE BRIGHTWELL, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>THE MCMILLAN LAW FIRM, APC, a professional corporation; SCOTT A. MCMILLAN, an individual;  MICHELLE D. VOLK, an individual; and DOES 1 through 25, inclusive,<br><br>            Defendants. | Case No.   16-CV-1696 W MDD<br><br>**JOINT MOTION RE:  ATTENDANCE AT EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Courtroom:         3C<br>Judge:                  Thomas J. Whelan<br>Magistrate Judge: Mitchell D. Dembin<br>Complaint Filed: June 30, 2016<br>Trial Date:           None set |

1   The parties hereby move, by way of this joint motion, for an Order confirming that personal attendance by a representative of Defendants' insurance carrier is not required at the Early Neutral Evaluation Conference (ENE) set for November 2, 2016, as long as the representative of the insurance carrier is available telephonically.

In the August 16, 2016 order setting the expedited ENE (Dkt. No. 8), the Court noted that "[a]ll named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into a settlement shall appear in person at the conference."

Both Plaintiff and Defendants agree that if this case can be resolved at the ENE, such a resolution will involve the disbursement of the funds currently being held in the Plaintiff's counsel's trust account, likely without any contribution from the insurance carrier.  Both Plaintiff and Defendants agree that the insurance carrier's authority is not required to negotiate or enter into a settlement that likely will not require any contribution from the insurance carrier.  Therefore, both Plaintiff and Defendants agree that there is no need to require a representative of the insurance carrier to appear in person at the ENE, as long as the carrier representative is available telephonically.

In light of the foregoing facts and agreement amongst the parties, though one could conclude that no order is necessary for the ENE to proceed without the personal attendance of the insurance carrier representative, in an abundance of caution, and respecting this Court's inherent authority to manage proceedings before it, the parties seek an order confirming that personal attendance by a representative of the insurance carrier is not required, as long as the carrier representative is available telephonically.

|   |   |   |
|---|---|---|
| 1 |  | KLINEDINST PC |
| 3 | DATED: September 28, 2016 | By: s/ Daniel S. Agle |
| 4 |  | Daniel S. Agle |
|   |  | Attorneys for Defendants |
| 5 |  | THE MCMILLAN LAW FIRM, APC; |
| 6 |  | SCOTT A. MCMILLAN and |
|   |  | MICHELLE D. VOLK |
| 8 | DATED: September 28, 2016 | DINSMORE & SHOHL, LLP |
| 10 |  | By: /s/ Joshua M. Heinlein |
| 11 |  | JOSHUA M. HEINLEIN (SBN 239236) |
|   |  | JOSEPH S. LEVENTHAL (SBN 221043) |
| 13 |  | Attorneys for Plaintiff |
|   |  | L. LEE BRIGHTWELL |