Heather L. Rosing, Bar No. 183986
Daniel S. Agle, Bar No. 251090
Douglas W. Lytle, Bar No. 178315
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
dagle@klinedinstlaw.com
dlytle@klinedinstlaw.com

Attorneys for Defendants
THE MCMILLAN LAW FIRM, APC;
SCOTT A. MCMILLAN and
MICHELLE D. VOLK

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. LEE BRIGHTWELL, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE MCMILLAN LAW FIRM, APC, a professional corporation; SCOTT A. MCMILLAN, an individual;  MICHELLE D. VOLK, an individual; and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No.   16-CV-1696 W MDD<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER REQUIRING OUT-OF-STATE PLAINTIFF BRIGHTWELL TO FILE BOND PURSUANT TO C.C.P. SECTION 1030**<br><br>[No Oral Argument Pursuant to Civ. Local Rule 7.1(d)(1)]<br><br>Date:            May 1, 2017<br>Courtroom:    3C<br>Judge:          Thomas J. Whelan<br>Magistrate Judge: Nita L. Stormes<br>Complaint Filed:  June 30, 2016<br>Trial Date:     None set |

         Defendants THE MCMILLAN LAW FIRM, APC; SCOTT A. MCMILLAN and MICHELLE D. VOLK hereby submit the following Appendix of Exhibits in Support of their Motion for Order Requiring Out-Of-State Plaintiff Brightwell to File Bond Pursuant to C.C.P. section 1030:

/ / /

/ / /

/ / /

- 1 -

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

| Exh. No. | Exhibit Description | Page No. |
|---|---|---|
| 1 | Email from Lee Brightwell to Scott McMillan dated September 25, 2014 re: Brightwell – Sample contingency fee deal. | 1-6 |
| 2 | First Amended Complaint in this action, *Brightwell v. The McMillan Law Firm, APC., et al.*, Case No: 16cv1696 W MDD | 7-37 |
| 3 | Email from Scott McMillan to Lee Brightwell dated July 3, 2015 re: Response | 38-42 |
| 4 | Invoice from The McMillan Law Firm dated May 31, 2015 | 43-117 |
| 5 | Brightwell's Opposition to McMillan's Attorney's Motion to be Relieved as Counsel in Superior Court Case No. 37-2013-00046163 | 118-124 |
| 6 | Reporter's Transcript of Hearing dated July 31, 2015 in Superior Court Case No. 37-2013-00046163 | 125-151 |
| 7 | Invoice from The McMillan Law Firm dated August 28, 2015 | 152-164 |

KLINEDINST PC


DATED: March 13, 2017          By:   s/ *Douglas W. Lytle*
                                     Douglas W. Lytle
                                     Attorneys for Defendants
                                     THE MCMILLAN LAW FIRM, APC;
                                     SCOTT A. MCMILLAN and
                                     MICHELLE D. VOLK

16914382v1

APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER REQUIRING OUT-OF-STATE PLAINTIFF BRIGHTWELL TO FILE BOND PURSUANT TO C.C.P. SECTION 1030
16-CV-1696 W MDD

# EXHIBIT "1"

Exhibit 1
Page 1

From: **Lee Brightwell** <Notes4Lee@hotmail.com>
Date: Thu, Sep 25, 2014 at 3:49 PM
Subject: RE: Brightwell - Sample contingency fee deal.
To: Scott A McMillan <scott@mcmillanlaw.us>

Dear Scott,

Thank you for your patience. I have taken some time to think through moving forward with this case, with your representation, and I am ready to do so. I am a fighter, and when I went through a week of depositions, with little to no advocacy, my immediate response was to find a better solution and jump quickly. But it was a rough and demoralizing time, and the emotional fallout took some time to sort through and be certain I wasn't just grasping at straws and illusions. Ultimately, I feel even more resolve to take this case to trial. I just need a true advocate who can see the strengths in the case, and formulate a strategy to move past the weaknesses, or at least present them in the best light to the jury.

I deeply appreciate speaking with Anice. I may rely on her again for advice on how to manage this marathon. Her faith in you is a tremendous endorsement. I look forward to having as successful an experience working with you as she had. She does tell me that your staff has changed, and that Michelle did not work on her case. Will Michelle require some learning curve time to know how to structure my information for a breach of oral contract? I do not believe Gruenberg's staff had experience on oral contracts.

As for your fee agreement, I realize you inserted my information into a prior contract or semi-template. Therefore I understand some of the information still needs modification. It is a more understandable and comprehensive contract than others I have seen. I have returned it with highlights and sticky notations to communicate where I have questions and concerns. Basically I understand you will work for $225 per hour throughout your representation, and will retain 20% of the award, along with the difference in Tier 1 and Tier 2 fees as awarded in attorney recovery fees.

Gruenberg has rendered an opinion following my deposition that the case now has a 20% at best chance of winning in court. I do not believe he was prepared and knew the details of my case prior to my deposition , and the defendant's. It was clear to me that he was learning it, and thinking it through as he went. And he denied knowledge of an email that was discussed among his staff last February. All information was available when I hired him in January, so this sudden about face of support and belief is unconscionable. Nothing new had surfaced in the case, and that opinion would have been useful 7 months and several thousand dollars ago. After you and I formalize our agreement, I will share with you his letter, and would also like to ask if you can assist me in recovering any fees already paid to him. He told me he was going to strong arm me to seek a settlement, at the conclusion of all depositions. I think he is in violation of Professional Conduct of the State of California.

Exhibit 1
Page 2

I am looking for a valid legal opinion on my case and am willing to pay you to formulate/evaluate it. Your appreciation of the human factors in the case make you a better attorney to present the story to the jury. Gruenberg has rattled my confidence and taken advantage of 7 months of my time and money. I will greatly respect your determination, and will pay you for the time it takes ( $3-$4000?) to decide if we have a decent chance to win as I am not normally a gambler, and this experience has made me feel like one.

Much has been distilled already in the case and I can provide you with the pertinent discovery in a strengths and weaknesses format. The defendants have still not provided a great deal of the discovery requested – financials especially, needed to determine business value.

As you have commented, I think like an engineer, where precision and facts matter, not like a juror. I don't know what matters to a juror, and how to hold their attention and influence their thinking. I am hoping there are some empathetic and strong women on the jury who can see that O'Donnell took advantage of me, just as Anice had on her first trial.

I am willing to come to San Diego and put together the case. My best window is October 6-17[th], as I have a teaching obligation on October 18 in Honolulu. Does that work for you and Michelle?

I received my deposition to review and sign last week. I have not completed it. I realize you need the depositions to perform your evaluation. I don't know how soon they become available once signed.

I also do not know how to proceed with Gruenberg. He is anxious that I did not respond to his rant and is pushing me to agree to settle (email nudge sent yesterday). I intend to protest his fees and his poor representation. Do I send that along with a notice 'firing' him? And how to obtain a Substitution of Attorney form? And, if I am coming in 2 weeks, we need to get the files from them quickly. Can you advise me how to proceed in the most professional and expedient manner?

The trial is currently scheduled for November 21, 2014. After the you file the substitution of attorney, will you ask for an extension?

I realize this is a lot. Please lets work out the contract asap so I can send off to you the $10,000 retainer. I am happy for you that you have a grand litigation opportunity. Are you telling me that if you take my case you won't take that one? I certainly want to ensure you have enough time for yourself and staff to focus on my case, but I am also happy for you to acquire interesting and high profile cases.

I am looking forward to working with you. Please call when you can to discuss. I have a few appointments today, but will answer or respond as I can.

Exhibit 1
Page 3

Aloha,


*Lee*


Lee Brightwell, PMP

Phone: (808) 206-1624

Notes4lee@hotmail.com



**From:** Scott A McMillan [mailto:scott@mcmillanlaw.us]
**Sent:** Wednesday, September 17, 2014 4:34 PM
**To:** notes4lee
**Subject:** Re: Brightwell - Sample contingency fee deal.


Re Gruenberg's defensive rant, that is not unexpected.  He's got an ego.  The fact you'd dump him hurts his feelings.


One thing Anice may have told you is that I do have a short attention span.  I'm eyeing a grand litigation opportunity.  So, if you are going to bind me up in contract, you'd better get on it.


S


On Wed, Sep 17, 2014 at 7:17 PM, notes4lee <notes4lee@hotmail.com> wrote:

Scott,


I am definitely going to hire you. I am still working through your contract. I am naturally a cautious person with contracts and more so after two inadequate experiences with other attorneys. Yours is the longest I've received.

3

Exhibit 1
Page 4

I spoke with Anice and passed on your compliments. She praised you also. She says you will be my champion. I will just need to reign you in and focus you at times. That you are willing to work with me and embrace my input is deeply appreciated.

I need to get your fee agreement with my comments back to you, resolve my questions/issues, and send you the retainer.

And then complete the notice of new representation.

I have just received some documents I had been asking for from Gruenenberg. And my deposition to review.

I have communicated my disappointment to Gruenberg of his failed advocacy. He responded with a lengthy defensive rant. If you have any advice on how I proceed to fire him, please share.

Just wanted you to know I am moving forward, just ensuring I am making a reasonable and sound move.

Thanks,

Lee

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Lee Brightwell <Notes4Lee@hotmail.com>
Date:09/12/2014 8:58 AM (GMT-10:00)
To: 'Scott A McMillan' <scott@mcmillanlaw.us>
Cc:
Subject: RE: Brightwell - Sample contingency fee deal.

Scott,

Thank you for this effort.  I am reviewing the document. This is a significant effort.  Neither McKenna Long nor Gruenberg has a contract this long.  Some elements are like Gruenberg's though.

Exhibit 1
Page 5

I wasn't able to call Anice last night, but will reach out to her today. I will have a response to you this weekend.

Still batting,

*Lee*

Lee Brightwell, PMP

Phone: (808) 206-1624

Notes4lee@hotmail.com

**From:** Scott A McMillan [mailto:scott@mcmillanlaw.us]
**Sent:** Thursday, September 11, 2014 8:22 AM
**To:** Lee Brightwell
**Subject:** Brightwell - Sample contingency fee deal.

Lee,

I took some time and drafted a potential agreement with you.  I attached it below.

That being said, I do need to focus on paying cases, so you should make your decision and get back to me if we are going to go forward on this.

Scott

5

Exhibit 1
Page 6

# EXHIBIT "2"

Exhibit 2
Page 7

JOSHUA M. HEINLEIN (SBN 239236)
joshua.heinlein@dinsmore.com
JOSEPH S. LEVENTHAL (SBN 221043)
joseph.leventhal@dinsmore.com
JESSICA G. WILSON (SBN 254366)
jessica.wilson@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 840
San Diego, CA 92101
Ph: (619) 356-3518
Fx: (619) 615-2082

Attorneys for Plaintiff
L. LEE BRIGHTWELL

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. LEE BRIGHTWELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE MCMILLAN LAW FIRM, APC, a professional corporation, SCOTT A. MCMILLAN, an individual, MICHELLE D. VOLK, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 16-CV-01696-W-MDD<br><br>**FIRST AMENDED COMPLAINT FOR:**<br><br>**1. BREACH OF CONTRACT;**<br>**2. FRAUD;**<br>**3. PROFESSIONAL NEGLIGENCE;**<br>**4. BREACH OF FIDUCIARY DUTY; AND**<br>**5. DECLARATORY RELIEF;** |

**FIRST AMENDED COMPLAINT**

Exhibit 2
Page 8

Plaintiff L. LEE BRIGHTWELL ("Brightwell") hereby alleges as follows:

## INTRODUCTION

1. This case is about a law firm and two attorneys that agreed to prosecute a case on behalf of Brightwell and were paid handsomely to do so. After being paid over $100,000 for just a few months' work, defendants presented Brightwell with a 74-page bill for another $60,000! The bill stretched back several months, included duplicative entries, and contained numerous fraudulent entries. When Brightwell asked for time to review the lengthy the bill, defendants immediately filed a motion to withdraw as counsel of record calculating that Brightwell would capitulate so as not to jeopardize settlement negotiations in the underlying case. When Brightwell refused to give in to defendants' threats, defendants withdrew forcing Brightwell to retain new counsel, incur thousands of dollars in additional attorneys' fees, and settle for less than she otherwise would have. Defendants now contend that Brightwell not only owes them the original disputed amount, but substantially more, including a contingency fee even though defendants voluntarily withdrew from the case.

## PARTIES

2. Brightwell is, and at all times mentioned herein was, an individual residing in the State of Hawaii.

3. Defendant The McMillan Law Firm, APC ("McMillan Firm") is, and at all times mentioned herein was, a professional corporation licensed to do business and doing business in the State of California, County of San Diego.

4. Defendant Scott A. McMillan ("McMillan") is, and at all times mentioned herein was, an individual residing in the State of California, County of San Diego. Brightwell is informed and believes and based thereon alleges that McMillan is the principal shareholder of the McMillan Firm.

5. Defendant Michelle D. Volk ("Volk") is, and at all times mentioned herein was, an individual residing in the State of California, County of San Diego.

DINSMORE & SHOHL LLP
SAN DIEGO

1.

FIRST AMENDED COMPLAINT

Case No. 16-cv-01696-W-MDD

Exhibit 2
Page 9

## JURISDICTION AND VENUE

6. The Court has jurisdiction over this counterclaim under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1), because all Defendants reside in this judicial district.

## BRIGHTWELL RETAINS DEFENDANTS

8. On or about April 25, 2013, Brightwell filed a complaint in San Diego Superior Court against Brian O'Donnell and RF Logistics, LLC, *Brightwell v. O'Donnell, et al.*, Case No. 37-2013-00046163-CU-BC-CTL ("O'Donnell Action"). Approximately a year and a half into the case, on September 29, 2014, Brightwell retained Defendants to substitute in as her counsel in the O'Donnell Action. A true and correct copy of the Engagement Agreement between Defendants and Brightwell is attached hereto as Exhibit A.

9. By reason of the attorney-client relationship identified above, Defendants owed fiduciary duties to Brightwell to adequately and professionally handle the O'Donnell Action, to further and protect the interests of Brightwell, and to charge Brightwell only honest and reasonable fees.

10. At the time Defendants substituted into the case, trial was set for November 2014. In October 2014, the trial date was continued to March 2015. Immediately after being retained by Brightwell, Defendants demanded that Ms. Brightwell travel to San Diego to work on-site in their office to help prepare the case for trial despite knowing that Brightwell lived in Hawaii. This demand was not communicated to Ms. Brightwell prior to signing the Engagement Agreement. Nonetheless, she traveled to San Diego at Defendants' request, and worked in Defendants' office daily. In fact, Mr. McMillan strongly encouraged Ms. Brightwell to live in Defendants' office so she could be working on the case at all times. Understandably, Ms. Brightwell declined to do so. After two weeks,

2.

Case No. 16-cv-01696-W-MDD

DINSMORE & SHOHL LLP
SAN DIEGO

**FIRST AMENDED COMPLAINT**

Exhibit 2
Page 10

Brightwell intended to return home, but Defendants demanded that she stay in San Diego longer. Brightwell acquiesced and stayed in San Diego an additional few weeks helping Defendants prepare the case for trial. During this time, Defendants told Brightwell she would be supervising their intern, an attorney from France that was not licensed in California. Defendants told Brightwell she had to be on-site to perform this work or they would stop all work on her case.

11. By December 6, 2014, Brightwell had returned home to Hawaii. By that time, she had already given Defendants a retainer of $10,000 and had paid Defendants' invoices for October and November totaling $30,000. Despite this, on December 13, 2014, Defendants sent Brightwell a substitution of attorney form asking that she sign it because she was no longer on-site in their office working on the case full time. Ultimately, Brightwell did not sign it, but continued to pay Defendants' invoices.

12. On January 6, 2015, Defendants sent Brightwell another substitution of attorney form demanding that she sign it again because they wanted her to return to their office to work on the O'Donnell Action and supervise their intern. Brightwell did not sign it.

13. When the March 2015 trial date arose, no courtroom was available. Subsequently, the trial date was continued to October 2, 2015.

14. On March 15, 2015, Defendants sent Brightwell an invoice totaling $23,446.91. By March 25, 2015, that invoice was fully paid.

15. On April 14, 2015, Brightwell voluntarily paid Defendants another $15,000 despite having not received an invoice since March 15, 2015. As of that time, Brightwell had paid Defendants over $115,000. A spreadsheet of invoices and payments is attached hereto as Exhibit B.

16. While Defendants were racking up high legal bills, Defendants continued demanding that Brightwell work onsite in Defendants' office to prepare exhibits and perform other tasks to prepare for trial. Defendants claimed that this

DINSMORE &
SHOHL LLP
SAN DIEGO

**FIRST AMENDED COMPLAINT**

Exhibit 2
Page 11

was "part of the agreement," even though it is not set forth in the Engagement Agreement, and told Brightwell that her active participation would result in higher quality legal work and lower costs.  At Defendants' insistence, between October 1, 2014 and April 30, 2015, Brightwell spent a total of four months working in Defendants' office.

17.     During this time, Defendants provided Ms. Brightwell with access to their entire computer network, telling her it would be more efficient if she had access to their system and files so she could work on the O'Donnell Action. Defendants lacked the competence to limit Ms. Brightwell's access to only the files for the O'Donnell Action.  Consequently, Defendants gave her access to their entire system such that she could access the files for all of Defendants' cases and clients. Defendants did not require Ms. Brightwell to sign a confidentiality agreement before giving her access to their network.

18.     Brightwell's work onsite at Defendants' office did not result in higher quality legal work or lower costs.  Instead, Brightwell had to forego several job opportunities in Hawaii and incurred rent and other charges while living in San Diego to work at Defendants' office at their request.  While at Defendants' office, Brightwell was subjected to being yelled at and harassed routinely by McMillan. Brightwell witnessed McMillan berate, taunt, and humiliate his employees on a daily basis.  As a result of McMillan's abusive behavior, she was able to see first-hand the staff turnover and duplication of time and effort in Defendants' office. The constant turnover meant that new employees always had to spend time to get up to speed on the O'Donnell Action and figure out where the prior attorney or staff member left off.  At times, work product was tossed aside and started anew when an attorney or staff member left the firm due to unfavorable working conditions. This happened numerous times in the 10 month period McMillan represented Brightwell.  Though Brightwell had already paid for that attorney's research and effort, she was consequently billed again when the next attorney or staff member

**FIRST AMENDED COMPLAINT**

Exhibit 2
Page 12

1  recreated the same document. This, of course, resulted in higher legal bills and
2  poorer quality of work.

3      19.    Eventually, Brightwell learned of the reasons for McMillan's erratic
4  behavior. After working in Defendants' office for several weeks, McMillan
5  disclosed to Brightwell that he regularly takes lithium to "improve his memory", as
6  he would say. He even offered some to Ms. Brightwell, but she declined. Also,
7  while Brightwell was working in Defendants' office, she saw McMillan regularly
8  abuse controlled substances, such as prescription and non-prescription drugs. On
9  one occasion, McMillan told Ms. Brightwell that he took his son's ADHD medicine
10  to help him stay awake and work more. McMillan offered drugs to Ms. Brightwell
11  on several occasions and regularly offered drugs to his staff. While disturbed by
12  McMillan's conduct, Ms. Brightwell did not feel like she could change attorneys
13  again so close to trial in the O'Donnell Action. Ms. Brightwell is informed and
14  believes and based thereon alleges that Ms. Volk knew of McMillan's drug abuse
15  and failed to report it or notify Defendants' clients.

16      20.    Furthermore, on the eve of trial in the O'Donnell Action, Ms.
17  Brightwell learned that two years prior, McMillan had been involved in a car
18  accident that caused him to suffer a traumatic brain injury ("TBI"). The TBI was so
19  severe, that McMillan had to effectively stop practicing law for several months, and
20  that others, including Ms. Volk, ran his practice for him while he was recovering.
21  On information and belief, McMillan never fully recovered from the TBI and
22  continues to have symptoms, such as mood swings, erratic behavior, and explosive
23  anger, today. Just a few days before trial in the O'Donnell Action was scheduled to
24  begin in March 2015, Defendants let slip that this was going to be the first trial
25  McMillan had done since the accident and that McMillan wasn't sure if he could
26  handle a trial at all, let alone a lengthy trial of a complex and emotional case such
27  as the O'Donnell Action. In fact, in the two weeks leading up to the March 2015
28  trial date, Defendants put great pressure on Brightwell to settle the O'Donnell

DINSMORE &
SHOHL LLP
SAN DIEGO

5.      Case No. 16-cv-01696-W-MDD

**FIRST AMENDED COMPLAINT**

Exhibit 2
Page 13

1    Action for far less than the amount Defendants originally told Brightwell the case
2    was worth.  Cautious not to anger McMillan, Brightwell asked McMillan if he was
3    "trying to get out of taking the case to trial."  McMillan responded saying, "Are you
4    asking if I am wussing out?"  Brightwell shrugged and McMillan told her maybe he
5    was but to be careful as "calling him out" could cause him to tank the case.

6         21.    Additionally, on October 22, 2014, the Court in the O'Donnell Action
7    issued a protective order that allowed for sensitive information such as company
8    Quickbooks files, bank statements, credit card statements and employee payroll
9    details to be produced as "Attorneys' Eyes Only," meaning only the attorneys and
10   outside experts in the case and not the parties themselves could review the
11   documents.  On October 30, 2014, just eight days later, Defendants intentionally
12   sent Ms. Brightwell information designated by O'Donnell as "Attorneys' Eyes
13   Only" for her to review and analyze.  Over two months later, Defendants asked Ms.
14   Brightwell to destroy any record she had of receiving such Attorneys' Eyes Only
15   information and never disclosed to O'Donnell's attorneys the violation of the
16   protective order.  But, Defendants still demanded that Ms. Brightwell review every
17   exhibit marked for trial in the O'Donnell Action, including those marked
18   Attorneys' Eyes Only.

19        22.    On or about May 31, 2015, Defendants sent Brightwell an invoice for
20   $59,689.27.  This was the first invoice Defendants had sent her in nearly three
21   months!  Just eleven days later, on June 11, 2015, Defendants sent Brightwell an
22   email demanding that she sign a substitution of attorney form because,
23   understandably, she had not yet paid the invoice.  Almost immediately thereafter,
24   McMillan began threatening to file a motion to withdraw as counsel of record.
25   Using this threat as leverage to force Brightwell to pay, he told Brightwell filing
26   such a motion would almost certainly damage her position in the O'Donnell Action
27   and the settlement discussions that the parties were currently engaging in.

28

DINSMORE &
SHOHL LLP
SAN DIEGO

6.                    Case No. 16-cv-01696-W-MDD

**FIRST AMENDED COMPLAINT**

Exhibit 2
Page 14

23.     The Engagement Agreement states: "It is essential that you advise me promptly of any questions you may have so that I may resolve any difficulties as quickly as possible, and avoid any interference with our attorney-client relationship. You agree that if you have not informed me of questions or objections within forty-five calendar days after the date of a statement, that statement will be conclusively regarded as accepted and approved by you, and that you will not be entitled thereafter to object to that statement."  Nonetheless, on July 9, 2015, Defendants filed a motion to be relieved as counsel in the O'Donnell Action, less than 45 days after presenting Brightwell with the May 31 invoice.

24.     While the motion for withdrawal was pending, the parties in the O'Donnell Action continued settlement discussions.  During those discussions, Defendants continuously represented to Brightwell that they believed they could get the O'Donnell defendants to increase their settlement offers, but would only do so once Brightwell paid the outstanding invoice.  In response, Brightwell instructed Defendants to settle the case at the highest possible amount, but that she would accept the O'Donnell defendants' last best offer.  She further instructed Defendants that if they could not get the O'Donnell defendants to increase their offer prior to the hearing on Defendants' motion to withdraw as counsel of record, to accept the O'Donnell defendants' last best offer before the hearing.

25.     Defendants refused to abide by Brightwell's instructions.

26.     Ms. Brightwell's instructions to Defendants to accept the O'Donnell defendants' last best offer were the result of Defendants' negligence and unlawful conduct.  Early in the O'Donnell Action, Ms. Brightwell's expert estimated her damages at approximately $2 million.  Defendants routinely told Ms. Brightwell that they believed the O'Donnell defendants would pay nearly $1 million to settle the case.  But, due to her observations working in Defendants' office for four months, witnessing McMillan's drug abuse, and eventually learning of his TBI and lack of confidence in his own trial abilities, her confidence in Defendants' ability to

DINSMORE &
SHOHL LLP
SAN DIEGO

7.                     Case No. 16-cv-01696-W-MDD

**FIRST AMENDED COMPLAINT**

Exhibit 2
Page 15

prosecute and potentially try the O'Donnell Action waned severely. By the time the hearing on Defendants' motion to withdraw was near, Brightwell was afraid that if she did not accept the O'Donnell defendants' last best offer, she would lose at trial due to Defendants' incompetence.

27. On July 31, 2015, the court granted Defendants' motion to withdraw as counsel of record in the O'Donnell Action. Within hours after the motion was granted, McMillan told Brightwell that Defendants were willing to stay on as counsel of record if Brightwell hired an attorney in Hawaii to supervise Defendants to make sure they were not taking advantage of Brightwell or committing malpractice. Of course, this arrangement was unacceptable to Brightwell.

28. On or about August 4, 2015, Brightwell retained the undersigned counsel to represent her in the O'Donnell Action. On August 14, 2015, the parties to the O'Donnell Action agreed to a settlement in principal, and on November 19, 2015, the parties to the O'Donnell Action executed a settlement agreement.

29. On or about August 28, 2015, Defendants sent their final invoice to Brightwell claiming for $64,922.59 in hourly attorneys' fees and costs plus an additional $87,000 for Defendants' purported contingency fee even though Defendants voluntarily withdrew from the O'Donnell Action prior to settlement for a total of $151,922.59 purportedly due and owing.

30. A review of **all** of Defendants' invoices show numerous duplicative and unsubstantiated billing entries during the course of the entire engagement. For example, there is a billing entry dated July 24, 2015, for two hours of McMillan's time drafting his motion to withdraw as counsel of record:

| 7/24/2015 SAM | Draft/revise | | 2.00 | 450.00 |
|---|---|---|---|---|
| | Draft/revise motion to withdraw. | | 225.00/hr | |

But, Defendants' motion to withdraw had already been filed 2 weeks prior, on July 9, and Defendants' own invoice shows that they filed their reply brief the day before, on July 23, 2015.

DINSMORE & SHOHL LLP
SAN DIEGO

8.                    Case No. 16-cv-01696-W-MDD

FIRST AMENDED COMPLAINT

Exhibit 2
Page 16

31.     As another example, on June 30, 2015, McMillan made the following time entries:

| 6/30/2015 SAM | Communicat/CLI Call to client. | 0.20 225.00/hr | 45.00 |
| | SAM Communicat/MISC Call to Marion Miller. Left message re effort to contact Lee. | 0.20 225.00/hr | 45.00 |

This is clear double-billing.  McMillan is charging Brightwell twice for the same activity: once for attempting to contact Brightwell through a third party (Ms. Miller) and then again claiming he actually spoke with Brightwell.

32.     Similarly, on May 1, 2015, McMillan has two separate time entries for one hour each simply saying "Discussion with client."  Brightwell did not have two separate one-hour conversations with McMillan on that date.

33.     Another example is on February 24, 2015, Volk has two time entries with the exact same description:

| 2/24/2015 MV | Communicat/FIRM Meeting with Scott to discuss the need for the purchase and sale documents of the Esparanza property in Chula Vista. Discuss Brians arguments in cross complaint re: same. Discuss the original plan that Brian would buy into the house, but did not have funds. Prepare email to Lee re: request for sale documents. | 0.20 200.00/hr | 40.00 |

| 2/24/2015 | | | |
| MV | Communicat/FIRM Meeting with Scott to discuss the need for the purchase and sale documents of the Esparanza property in Chula Vista. Discuss Brians arguments in cross complaint re: same. Discuss the original plan that Brian would buy into the house, but did not have funds. Prepare email to Lee re: request for sale documents. | 0.20 200.00/hr | 40.00 |

34.     Defendants also billed Brightwell for time they spent working on other cases.  Defendants further inflated their bills by having multiple attorneys perform the same tasks, by failing to properly supervise young attorneys, and by charging Brightwell for time spent by other attorneys and staff having to re-do work.

9.                    Case No. 16-cv-01696-W-MDD
FIRST AMENDED COMPLAINT
DINSMORE & SHOHL LLP
SAN DIEGO
Exhibit 2
Page 17

1    Defendants also concealed the amount of attorneys' fees and costs they were billing

2    by failing to present Brightwell with a bill for two and a half months.

3          35.    By inflating their bills, billing Brightwell for work unrelated to her

4    case, failing to follow Brightwell's instructions regarding settlement, and inducing

5    Brightwell to work onsite in Defendants' office, Defendants have breached the

6    Engagement Agreement, their fiduciary duties to Brightwell, and breached the duty

7    of care of a competent attorney.

8          36.    Since the parties to the O'Donnell Action settled that case, Defendants

9    informed the undersigned counsel that they claim a right to $151,922.59

10    ("Settlement Funds") in attorneys' fees and costs from the proceeds from the

11    settlement of the O'Donnell Action.  Defendants have retained $10,462.34 of

12    Brightwell's funds in their trust account.  The undersigned counsel, therefore, has

13    retained $141,460.25 in their trust account and will continue to do so until this

14    matter is resolved.  There now exists a dispute between Brightwell and Defendants

15    as to the rights to the Settlement Funds.

16    **FIRST CAUSE OF ACTION**

17    **(Breach of Contract Against All Defendants)**

18          37.    Brightwell incorporates by reference the above allegations as though

19    fully set forth herein.

20          38.    On or about September 29, 2014, Brightwell and Defendants entered

21    into the Engagement Agreement.

22          39.    By entering into the Engagement Agreement, Defendants agreed to

23    adequately and professionally handle the O'Donnell Action, to further and protect

24    the interests of Brightwell, and to charge Brightwell only honest and reasonable

25    fees.

26          40.    Brightwell has performed or, through Defendants' conduct, has been

27    excused from performing all conditions, covenants, and promises required of her

28    under the Engagement Agreement.

DINSMORE &
SHOHL LLP
SAN DIEGO

10.      Case No. 16-cv-01696-W-MDD

**FIRST AMENDED COMPLAINT**

Exhibit 2
Page 18

41.     As set forth above, Defendants have breached the Engagement Agreement by, among other things, failing to perform their work with the requisite work and skill of qualified attorneys, failing to abide by Brightwell's instructions pertaining to settlement of the O'Donnell Action, and inflating time entries for work performed, and double-charging Brightwell for tasks performed in the O'Donnell Action.

42.     As a proximate result of Defendants' conduct, Brightwell has been damaged in an amount to be proven at trial.

### SECOND CAUSE OF ACTION

### (Fraud Against All Defendants)

43.     Brightwell incorporates by reference the above allegations as though fully set forth herein.

44.     Prior to and after executing the Engagement Agreement, Defendants represented to Brightwell that they would adequately and professionally handle the O'Donnell Action, to further and protect the interests of Brightwell, and to charge Brightwell only honest and reasonable fees.  Prior to executing the Engagement Agreement, Defendants failed to inform Brightwell of McMillan's drug abuse, TBI, and lack of confidence in their ability to take the O'Donnell Action to trial.  In fact, to induce Brightwell to enter into the Engagement Agreement, Defendants represented that they had the skill and confidence to try the O'Donnell Action.

45.     During the course of representing Brightwell in the O'Donnell Action, McMillan, on behalf of himself and all Defendants, represented to Brightwell that she needed to move to San Diego to work in Defendants' office for several months, and that doing so would result in higher quality legal work and lower costs.

46.     In addition, Defendants knowingly supplied Brightwell with fraudulent invoices.  Specifically, Defendants' invoices included duplicative entries, entries for work that was not performed, and/or entries in which time spent on tasks was inflated beyond the amount of time they actually spent on those matters.

DINSMORE &
SHOHL LLP
SAN DIEGO

11.     Case No. 16-cv-01696-W-MDD

**FIRST AMENDED COMPLAINT**

Exhibit 2
Page 19

47.     Defendants engaged in such fraudulent conduct so that they could (and ultimately did) unjustly increase their profits at Brightwell's expense.

48.     At the time Defendants made these representations and fraudulent billing entries, Defendants knew them to be false and made them with the intention to induce Brightwell to act in reliance on these representations and billing entries.

49.     In reliance on Defendants' representations before and after entering into the Engagement Agreement and in reliance on Defendants' billing entries, Brightwell took several actions including entering into the Engagement Agreement, moving to San Diego for several months and working at Defendants' office as well as paying Defendants over $115,000.

50.     As a proximate result of Defendants' conduct, Brightwell has been damaged in an amount to be proven at trial.

51.     Defendants engaged in such fraudulent conduct so that they could (and ultimately did) unjustly increase their profits at Brightwell's expense.  This conduct was despicable and carried out with a conscious disregard of the legal rights of Brightwell.  Defendants' conduct thus constituted malice, oppression, and/or fraud under California Civil Code section 3294.

### THIRD CAUSE OF ACTION

### (Professional Negligence Against All Defendants)

52.     Brightwell incorporates by reference the above allegations as though fully set forth herein.

53.     As alleged above, Defendants failed to exercise reasonable care and skill in performing legal services for Brightwell.

54.     Had Defendants exercised proper care and skill in the O'Donnell Action, Brightwell would have obtained a greater settlement in the O'Donnell Action and would not have had to incur additional attorneys' fees and costs to retain new counsel to settle the O'Donnell Action.  Brightwell also would have paid Defendants less for their services in the O'Donnell Action because Defendants

DINSMORE & SHOHL LLP
San Diego

12.     Case No. 16-cv-01696-W-MDD

**FIRST AMENDED COMPLAINT**

Exhibit 2
Page 20

would not have submitted duplicative, inflated, and fraudulent billing entries on their invoices.

55. As a proximate result of Defendants' conduct, Brightwell has been damaged in an amount to be proven at trial.

## FOURTH CAUSE OF ACTION

### (Breach of Fiduciary Duty Against All Defendants)

56. Brightwell incorporates by reference the above allegations as though fully set forth herein.

57. A fiduciary duty is a duty of the highest character. Attorneys have a duty of undivided loyalty to each of their clients, and must not put other interests, including their own financial interests, ahead of the best interests of their clients. This includes a fiduciary's duty to take such steps as are required to protect the interests of the party to whom the fiduciary duty is owed.

58. At all times herein, Defendants owed a fiduciary duty to Brightwell. Brightwell had reasonably placed her trust and confidence in Defendants' fidelity and integrity. As alleged above, Defendants did not take reasonable steps to protect the interests of Brightwell, to whom they owed a fiduciary duty, and in fact placed their own interests and financial gain ahead of Brightwell's best interests.

59. By nature of the conduct described above, Defendants breached the fiduciary duties owed to Brightwell.

60. As a direct and proximate result of the breach of fiduciary duty, constructive fraud, actual fraud, and failure to follow Brightwell's instructions, Brightwell has been damaged in an amount to be proven at trial.

61. The conduct of Defendants, as more fully described above and incorporated by reference herein, was despicable and carried out with a conscious disregard of the legal rights of Brightwell. The conduct of Defendants therefore constituted malice, oppression, and/or fraud under California Civil Code section 3294.

DINSMORE & SHOHL LLP
SAN DIEGO

13.     Case No. 16-cv-01696-W-MDD

**FIRST AMENDED COMPLAINT**

Exhibit 2
Page 21

## FIFTH CAUSE OF ACTION

## (Declaratory Relief Against All Defendants)

62.    Brightwell incorporates by reference the above allegations as though fully set forth herein.

63.    An actual controversy has arisen and now exists between Brightwell and Defendants concerning their respective rights to the Settlement Funds in that Defendants contend they are entitled to receive the entirety of the Settlement Funds, whereas Brightwell disputes these contentions and contends that she is entitled to receive the entirety of the Settlement Funds.

64.    Brightwell desires a judicial determination of her rights to the Settlement Funds, and a declaration that she is entitled to receive the entirety of the Settlement Funds.

65.    A judicial declaration is necessary and appropriate at this time under the circumstances in order that the parties may ascertain their rights to the Settlement Funds.

## PRAYER FOR RELIEF

WHEREFORE, Brightwell prays for judgment as follows:

1.    For general and special damages according to proof including, but not limited to, a refund of all amounts Brightwell paid to Defendants;

2.    For a declaration that she is entitled to receive the entirety of the Settlement Funds totaling $151,922.59;

3.    For prejudgment interest;

4.    For punitive damages in an amount sufficient to punish Defendants and to deter future willful misconduct by Defendants;

5.    For costs of suit herein; and

6.    For such other and further relief as the Court deems just and proper.

///

///

DINSMORE &
SHOHL LLP
SAN DIEGO

**FIRST AMENDED COMPLAINT**

Exhibit 2
Page 22

1

## DEMAND FOR JURY TRIAL

2        Plaintiff hereby demands a trial by jury of any and all issues triable with right

3  by a jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

4

5  DATED:  December 7, 2016      DINSMORE & SHOHL, LLP

6

7                          By:  /s/ Joshua M. Heinlein

8                            JOSHUA M. HEINLEIN (SBN 239236)

9                            JOSEPH S. LEVENTHAL (SBN 221043)

10                            Attorneys for Plaintiff

11                            L. LEE BRIGHTWELL

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

15.          Case No. 16-cv-01696-W-MDD

**FIRST AMENDED COMPLAINT**

Exhibit 2
Page 23

# EXHIBIT A

Exhibit 2
Page 24

# THE MCMILLAN LAW FIRM

A PROFESSIONAL CORPORATION
4670 Nebo Drive, Suite 200
La Mesa, CA 91941-5230

Scott A. McMillan

Tel: (619) 464-1500
Fax: (206) 600-5095

Lee Brightwell

September 29, 2014

Delivered by email

Re:     *L. Lee Brightwell vs. RF Logistics, LLC, and Brian O'Donnell* - San Diego County Superior Court, Case No. Unassigned

Dear Ms. Brightwell:

I am pleased that I have been offered the opportunity to represent you, L. Lee Brightwell, in your efforts to quiet title and other claims arising from your relationship with BrianO'Donnell in the lawsuit titled *L. Lee Brightwell vs. RF Logistics, LLC, and Brian O'Donnell* It has been my experience that a clear understanding of the terms of representation is essential to a good relationship between attorney and client, and Business and Professions Code section 6148 requires a written agreement in many circumstances. Accordingly, this letter will confirm the terms under which I have agreed to represent you. If these terms are acceptable, I ask that you indicate your agreement by signing and returning a copy of this letter.

## *SCOPE OF SERVICES TO BE PROVIDED*

You have asked me to represent you in your pending action.

You agree that our representation of you, unless provided for in another agreement, will be strictly limited to the scope described above. Our efforts to successfully prosecute the claims, and/or defend against any counter-claims that the defendants may assert directly arising from the boundary of the property, may implicate other legal issues, such as matters of Family law, Tax law, Probate and Estate Planning matters, Personal Injury, Immigration law, or Workers Compensation law. We will provide <u>no</u> advice on these matters, and make no inquiry as to your rights or liabilities regarding those issues. Unless an additional fee agreement is drafted referencing such additional matters, You understand that we will take no responsibility for advising you or acting as your attorney as to those other matters.

I will be pleased to consider performing additional or other services at your request and, unless a new agreement is made, this fee agreement will apply to all matters I handle

Exhibit 2
Page 25

on your behalf or at your direction. I do, however, reserve the right to review and modify the fee arrangements whenever the scope of our engagement is changed, and I may require a new fee agreement if additional or other services are required.

## *REPORTING*

I understand that, in rendering services in this matter, I should report primarily to You, until the resolution of this matter. If and when that changes you will so inform me. We understand that as to my representation in *L. Lee Brightwell vs. RF Logistics, LLC, and Brian O'Donnell* and related actions, you are authorized to instruct me on how to proceed.

I ask that you remain in close contact with me, and that you be available to consult with me as needed when developments occur. I also ask that you advise me immediately of any problems or developments of which you may become aware relating to this matter or our representation.

I will report regularly on the status of my work, and also will report significant developments as they occur. It is also our practice to provide the client copies of all pleadings and significant documents, letters and other materials that I generate or receive so long as the client maintains an electronic means of receiving such documents. Significant documents are electronically scanned, converted to a compatible format, and transmitted through the Internet to the client. Generally, and unless specifically requested, physical copies of documents are not made for the client. If you do request physical copies of documents, you will be charged $.25 per page for each copy made. At present, we do not charge for electronic copies of documents, which may be delivered to you on CD Rom or by Internet.

## *WORK ASSIGNMENT*

I, Scott McMillan, will be the attorney at the firm primarily responsible for this matter. I anticipate that most of the work in this matter will be done by me and my associates Michelle Volk and Sean Smith. However, where it is to your advantage to do so, I may also utilize the services of other lawyers, paralegals and law clerks. Work assignments will be made, whenever possible, in a way that maximizes our legal effectiveness and time efficiency, and minimizes your legal expenses. My goal is to provide you with high-quality legal services in a cost-effective way.

## *FEES AND COSTS*

After the execution of this engagement letter, the minimum fee that will be charged is $600. That amount is intended to compensate for administrative expenses

Exhibit 2
Page 26

Re:    *L. Lee Brightwell vs. RF Logistics, LLC, and Brian O'Donnell*
September 29, 2014                                                              Page 3

incurred in initializing a new litigation matter.  The minimum charge will only be
assessed if actual fees billed are less than $600.

By this letter I propose what will be considered a "blended partial contingency fee"
contract for attorney services.  Under either of the two scenario's I propose, You will be
responsible for funding the expenses of the litigation apart from attorneys fees.  The Firm
will advance the fees associated with providing attorney services to you, with the
expectation that the payment for the attorneys fees will be made from the proceeds of a
settlement or judgment.

You agree by this letter to pay the legal fees of the Firm under the certain
circumstances identified below.   The presumptive rate is set forth below under column
"Tier 2." **Other than as set forth below under the heading CONTINGENCY FEE
COVENANTS,** the Firm agrees to provide a discounted rate Tier 1 to you conditioned
upon prompt payment of outstanding bills. You agree to pay us for our attorneys fees as
they are incurred according to the schedule set forth below.  Absent the participation in
the case of your insurer, you will be charged "Tier 1" rates.  In the event that you do not
tender payment of the bill in full within 30 days of mailing or transmission, <u>all</u> additional
work will be charged at "Tier 2" rates until the past due amounts are brought current and
the deposit is replenished to the initial amount set forth in this letter.

Exhibit 2
Page 27

## HOURLY RATE SCHEDULE

|                                                                                         | Tier 1        | Tier 2        |
| --------------------------------------------------------------------------------------- | ------------- | ------------- |
| Scott A. McMillan                                                                       | $   225.00    | $   375.00    |
| Michelle D. Volk                                                                        | $   200.00    | $   300.00    |
| Sean Smith                                                                              | $   165.00    | $   250.00    |
| Bryan C. Rho (Contract)                                                                 | $   210.00    | $   275.00    |
| Litigation Associate II (Lawyer with > 1 year in practice)                              | $   140.00    | $   195.00    |
| Litigation Associate Trainee (Newly licensed attorney)                                  | $   120.00    | $   156.00    |
| Law Clerk (2nd year or higher of law school)                                            | $   100.00    | $   130.00    |
| Paralegal (Cert)                                                                        | $    95.00    | $   123.50    |
| Legal Assistant                                                                         | $    75.00    | $    91.00    |
| Unclassified Support staff                                                              | $    40.00    | $    60.00    |
| Records and Case File Storage (Per Document Box / Each Month – Following resolution of the case.) | $ 6.00 | $ 10.00 |

## CONTINGENCY FEE COVENANTS

**Scenario #1 – Rapid resolution by the defendants.**

Specifically, at any time during the ninety days following the initial service of the complaint, which you will be notified of, you may elect to resolve the obligation to pay the Firm's fees payable under the contingency fee agreement set forth under scenario #2 by paying the amount of fees incurred and expenses advanced, according to the tiered schedule of rates set forth herein. The tier level to be determined will be based on your tender of the amount of fees due measured from the date of your election. Thereby, if the case resolves quickly, the attorneys fees associated with the litigation may be less than the contingency amount described below.

**Scenario #2   Long litigation project.**

Specifically, <u>the Firm will receive 20% of the proceeds from the sale of the business (exclusive of marketing expenses) and 20% of any damages recovered through the</u>

Exhibit 2
Page 28

Re:    *L. Lee Brightwell vs. RF Logistics, LLC, and Brian O'Donnell*
September 29, 2014                                                Page 5

---

lawsuit. By this agreement, under that circumstance, You agree that at the resolution of the dispute, you will the business through a business broker, and sell the business in an arms-length transaction with You bearing all the broker fees, commissions, and listing expenses without discount to the Firm's fee, and as part of your 80% remainder.

If the case resolves favorably to you by way of motion or trial, under this agreement myself and the other attorneys who will provide legal services to you are entitled to ask for an award of attorneys fees at the close of the case, and you agree that to the extent that we are awarded an attorney fee, we are entitled to keep those fees awarded and collected, minus the amount of fees you paid attributable to the hours for which the fees were awards. By way of explanation, if the Court finds that 100 of the 500 hour spent working on the case were entitled to a fee award at the lodestar rate, the Firm will be entitled to the difference between the fees you paid for those specific hours and the lodestar rate determined by the court and awarded for those hours.

Besides the sale of the business, in addition the "contingency amount" shall be that amount that is determined by a Jury verdict and/or a Judge order, setting the amount of damages, fines, penalties, and/or restitution amount. The contingency amount shall not include any separately awarded attorneys fees. In the event that the case settles, the "contingency amount" will be the gross settlement proceeds, before subtracting any liens, costs, or litigation related expenses.

## Fees Due if the Case Resolves Through Settlement or Substitution

The Firm proposes that in the event of a settlement or the substitution of another attorney instead of and in place of Myself to continue the litigation or settlement discussion efforts, You agree by signing this letter that The McMillan Law Firm, APC will recover the greater of (1) 20% of the value of the business and any damages recovered through the lawsuit, or (2) the Firm's total attorneys fees based on the hourly tier 2 rates set forth above. The Firm may, but is not required to and does not suggest that it will, choose to decrease its claim for attorneys fees based on time spent by Myself or employees of the Firm.

Thus, to the extent that you may desire to resolve the claim by way of settlement in an amount that does not take into account the work expended by the attorneys of the Firm, you will be expected to provide the difference upon an accounting and demand, unless that demand is waived by the Firm **in writing**.

## Fees due if the case is resolved on the merits by motion or trial.

The Firm proposes that in the event that the case is resolved in your favor on the merits, either by motion or by trial, You agree by signing this letter that The McMillan

Exhibit 2
Page 29

Law Firm, APC will recover 20% of the value of the business and any damages covered through the lawsuit.

Likewise, in the event that the matter is resolved in your favor by a ruling on the merits, **apart from the contingency fee, and as additional compensation due** the Firm, the Firm will ask the Court for an award of attorneys fees based on its services. In the event that an award is made for attorneys fees, the Firm will be entitled to the court awarded attorneys fees <u>plus</u> the applicable percentage of the contingency amount rendered by the Court and or Jury as damages, fines, penalties and/or restitution. In any event, any award of fees made to the Firm will not be counted or considered in determining the recovery, as You agree that such a fee award is strictly the property of the attorney that provided the services from which the award is based upon.

<u>Case resolved as a result of your decision to abandon or discontinue the litigation.</u>

The Firm proposes that in the event that you abandon the litigation efforts, You agree by signing this letter that The McMillan Law Firm, APC will recover the <u>greater</u> of (1) 20% of the value of the business and any damages recovered through the lawsuit, or (2) the Firm's total attorneys fees based on the tier 2 hourly rates set forth above. The Firm may, but is not required to and does not suggest that it will, choose to decrease its claim for attorneys fees based on time spent by Myself or employees of the Firm.

You made a deposit of $10,000, into the lawyers trust account to be held in trust for you to pay for the costs associated with this litigation. No part of that money will be used to pay attorneys fees, unless and until the case is terminated through final judgment, settlement, abandonment, or termination of representation.

The $10,000 refundable deposit will be made upon engagement and will be replenished regularly to remain at $10,000, in order to be applied towards costs. Such costs will typically be spent on jury fees, filing fees, service fees, travel expenses, mileage charges, court reporters, fact and expert witness fees, postage or delivery expense in greater than $10 charges, copy charges invoiced by third party providers, etc. The Firm may elect to advance costs, but is not obligated under this agreement to do so. Any costs incurred will be subject to the discretion of the Firm. To the extent that the Firm does advance costs, you agree that the advance will be considered a loan to you, and you will be expected to repay that loan. You agree that apart from the initial deposit for costs, which the Firm will be entitled to spend for the services or fees described above, on your behalf, the Firm may also advance funds on your behalf in $500 increments without seeking prior approval.

To the extent that this case takes a typical course of litigation proceeding to trial, you should expect to invest by way of costs anywhere from $30,000 or more.

Exhibit 2
Page 30

Re:    *L. Lee Brightwell vs. RF Logistics, LLC, and Brian O'Donnell*
September 29, 2014                                                                          Page 7

---

You understand that it is impossible to determine in advance the exact amount of fees or costs needed for a firm to complete the representation in any particular matter. The fees are computed on the basis of a reasonable charge for services rendered. The fees will be based upon our standard hourly rates, adjusted in accordance with the guidelines of the Rules of Professional Conduct of the State Bar of California.

The Firm's hourly rates for each attorney, paralegal and legal assistant are based on a variety of factors, including the experience and expertise of each individual. The rates are adjusted by the Firm from time to time, generally as of January 1 of each year. We will notify you of any changes in our rates. Our services in this matter will be billed to you at the hourly rate in effect for the period during which the services are rendered, in increments of 1/10th of an hour. The minimum increment that will be billed for each entry is 2/10th's of an hour. E-mail related time tracking is billed at a minimum increment of 1/10 of an hour.

With respect to the billing for the attorneys fees, You shall be billed for all time spent on your behalf. The services to be billed may include, but are not limited to research, writing letters, preparing documents and pleadings, reviewing documents and correspondence, telephone calls with you or on your behalf, conferences with you or with others on your behalf, and attendance at depositions, court hearings, arbitrations and trials. Time spent reading and responding to e-mails is also measured and billed.

In addition to hourly fees for professional services, you will be billed for expenses that will not be initially taken from the deposit for costs you submit. These charges include expenses incurred in work on this matter. Items that will be charged separately include messenger services, shipping, telecopies, computer assisted research and standardized charges for postage in amounts less than $10 for a single mailing, copying that is performed in the office, and telephone charges. The Firm will charge $.15 for all copies made on Firm copiers or laser printers. Charges are billed for copying, legal research and other services performed by law clerks and paralegals. In addition, the right to charge for secretarial and staff overtime when such overtime is necessitated by circumstances beyond our control, is reserved. Also, if significant costs to third-party providers will be incurred, i.e., in an amount over $250, you may be required to make direct payment to the provider of those services.

Besides time spent in travel, the Firm expects reimbursement and will bill for mileage at the then current IRS mileage. In the event that overnight travel is required, the Firm bills at the greater of IRS per diem rate or actual expense incurred.

Exhibit 2
Page 31

Re:    *L. Lee Brightwell vs. RF Logistics, LLC, and Brian O'Donnell*
September 29, 2014                                                    Page 8

---

**\*DISCLAIMER OR GUARANTEE\***

We do not and have not promised or guaranteed the outcome of this matter.  Any comments about the outcome of this matter are expressions of opinion only.

**\*STATEMENTS\***

Statements for fees and costs ordinarily are delivered within approximately the first two weeks of each month for services and costs posted during the preceding month. Services and costs not posted as of the monthly closing date will appear on a subsequent statement.  I recognize that most legal services are performed outside of the view of the client, and I therefore describe the services performed in some detail, so that you will understand fully the work done and the charges for that work.

If at any time more than thirty days have elapsed since you last received a statement, you may request an updated billing statement, which the firm will send to you within ten days after your request.

I will be pleased to discuss with you any questions about a statement, and to provide any additional explanation that you may require.  It is essential that you advise me promptly of any questions you may have so that I may resolve any difficulties as quickly as possible, and avoid any interference with our attorney-client relationship.  You agree that if you have not informed me of questions or objections within forty-five calendar days after the date of a statement, that statement will be conclusively regarded as accepted and approved by you, and that you will not be entitled thereafter to object to that statement.

**\*DISPOSITION OF SETTLEMENT/JUDGMENT FUNDS\***

Any proceeds collected from a settlement or by collection upon a judgment shall be paid jointly to You and the McMillan Law Firm, APC, to be deposited in the McMillan Law Firm's IOLTA trust account.

**\*GRANT OF LIEN\***

You grant the McMillan Law Firm, APC a security interest or lien in any recovery you achieve in this case.  The McMillan Law Firm, APC attorney's lien will be for any sums owing to attorney for any unpaid costs, or attorneys' fees, at the conclusion of McMillan Law Firm, APC's services. The lien will attach to any such recovery you may obtain, whether by arbitration award, judgment, settlement, refinance, sale, or otherwise. The effect of such a lien is that the McMillan Law Firm, APC may be able to compel payment of fees and costs from any such recovery, whether through escrow, levy, lien or

Exhibit 2
Page 32

Re:   *L. Lee Brightwell vs. RF Logistics, LLC, and Brian O'Donnell*
September 29, 2014                                                    Page 9

---

other, even if the McMillan Law Firm, APC has been discharged before the end of the case. Because a lien may affect your property rights, you have the right to seek the advice of independent counsel of your own choosing before agreeing to such a lien. By initialing this paragraph, you represent and agree that you have had a reasonable opportunity to consult with independent counsel, whether or not you chose to consult with independent counsel, and yet you still agree that the McMillan Law Firm, APC will have a lien as specified above.

                    (Client Initials)

## *TERMINATION OF REPRESENTATION*

You have the right to determine at any time that you do not wish me to provide further services. If at any time you do wish to terminate our representation, you should so advise me in writing.

Similarly, I have the right to withdraw from the representation at any time for any reason consistent with the California Rules of Professional Conduct, including any dispute about or failure to honor this fee agreement. If I decide to withdraw from the representation, I will so advise you in writing, and you agree that you will execute any necessary substitutions of counsel or other pleadings consenting to our withdrawal from any pending action.

In the event that the representation is terminated by either of us, I will then render a final statement of our fees and costs.

## *ARBITRATION*

I appreciate the opportunity to serve as your attorneys and look forward to a harmonious relationship. Should you become dissatisfied for any reason with the fees I have charged, I encourage you to bring that to our attention immediately. I will likewise bring to your attention any problem with fee payment. I believe that most problems can be resolved by good faith discussion between us. Should a fee dispute arise which cannot be resolved by discussion between us, I believe such disputes can be resolved more expeditiously and with less expense to all concerned by binding arbitration rather than by court action.

Arbitration is a process by which both parties to a dispute agree to submit the matter to a neutral party who has experience in the area, and agree to abide by the arbitrator's decision.

Exhibit 2
Page 33

Re:    *L. Lee Brightwell vs. RF Logistics, LLC, and Brian O'Donnell*
September 29, 2014                                                                    Page 10

---

In arbitration, there is no right to a trial by jury, and the arbitrator's legal and factual determinations are generally not subject to appellate review. Rules of evidence and procedure are often less formal and less rigid than in a court trial. Arbitration usually results in a decision much more quickly than proceedings in court, and attorneys' fees and other costs incurred by both sides are substantially less.

Please feel free to discuss the advisability of arbitration with us or your independent counsel or any of your other advisors and to ask any questions that you may have.

During the arbitration process, the parties shall be entitled to take discovery in accordance with the provisions of the California Code of Civil Procedure, but either party may request that the arbitrator limit the amount and scope of such discovery and, in determining whether to do so, the arbitrator shall balance the need for this discovery against the parties' mutual desire to resolve disputes expeditiously and inexpensively. Any award resulting from such arbitration shall be binding upon the parties, and may be confirmed as a judgment of a court of competent jurisdiction in accordance with the laws of the State of California.

## *COLLECTION ACTION-VENUE*

In the event you fail to pay an arbitration award, you agree that jurisdiction and venue respecting such action shall be in San Diego County, California.

## *BINDING AGREEMENT*

The amount payable to an attorney by way of a contingency fee contract is not set by law in California. Rather, the terms of such a contract as this are negotiable. There are no fixed percentages. Indeed, preceding the tender of this contract in its present form, we have negotiated over the terms of the contract and I have made changes to the form and substance of this contract in comparison to what was originally proposed. This version of our agreement, in its present form, upon your signature below, will supercede anu prior oral discussion or writing regarding the terms of Your engagement of myself and the Firm.

Although I have set out the terms of our representation in the form of a letter, please understand that the agreement set out in this letter is a binding legal contract. If this agreement meets with your approval and accurately sets out your understanding of the terms of our representation, please have the authorized persons sign and return the enclosed copy of this letter. This letter sets out our entire agreement, and no modification of the terms of this agreement will be effective unless made in writing and signed by both

Exhibit 2
Page 34

Re:   *L. Lee Brightwell vs. RF Logistics, LLC, and Brian O'Donnell*
September 29, 2014                                                    Page 11

---

you and I.

If you have any questions concerning my fees and costs arrangement or procedures, or the scope of the legal services I will provide, please feel free to call me at any time.  Again, I thank you for asking us to represent you.  I appreciate your confidence and welcome the opportunity to be of service to you.

Very truly yours,

THE MCMILLAN LAW FIRM, A.P.C.

Dated:                          _____

                                Scott A. McMillan
                                for the Firm

### *ACCEPTANCE AND APPROVAL*

I accept and approve of the foregoing fee agreement.   As this agreement encompasses an extension of credit, I authorize the McMillan Law Firm to access my credit records in order to determine my worthiness for the extension of credit, and provide my social security number for that purpose.

Dated:                  Client: L. Lee Brightwell

By:   *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*

Social Security No.:
California Drivers License:

### * AUTHORIZATION TO DESTROY RECORDS *

I hereby authorize the McMillan Law Firm, APC, to destroy all records of this case after three years of non-activity.

Dated: *9-29-14*     Client: L. Lee Brightwell

By:   *[signature]*

Exhibit 2
Page 35

# EXHIBIT B

Exhibit 2
Page 36

Schedule of Payments to McMillan Law Firm

| Date | check # | Amount |
|---|---|---|
| 09/29/14 | wire transfer | $10,000.00 |
| 10/30/14 | 2004 | $15,000.00 |
| 10/28/14 | 2003 | $15.00 |
| 12/01/14 | 2009 | $10,000.00 |
| 12/05/14 | 2011 | $5,000.00 |
| 01/16/15 | 2026 | $12,125.65 |
| 02/17/15 | 2037 | $4,326.25 |
| 02/20/15 | wire transfer | $5,000.00 |
| 03/06/15 | 2040 | 15,138.55 |
| 03/24/15 | 2047 | 10,000.00 |
| 03/25/15 | 2048 | 13,446.91 |
| 04/14/15 | | 15,000.00 |
| | | |
| | | |
| Total | | $115,052.36 |

Exhibit 2
Page 37

# EXHIBIT "3"

Exhibit 3
Page 38

From: **Scott A McMillan** <scott@mcmillanlaw.us>
Date: Fri, Jul 3, 2015 at 8:22 PM
Subject: Re: Response
To: Lee Brightwell <Notes4Lee@hotmail.com>

Lee,

I am good at what I do, i.e., prepare cases for trial and put on my trials.   I do not need you "bolstering" my self-confidence.  Further, it is not really credible based on your comments that you made the other day that were the exact opposite.

I am also usually good at sizing people up.  I made a mistake with you.  You slipped under the Scott-dar.

I allowed you to get $60k into me.  I am the latest in a line of gullible lawyers.  You got into Gruenberg.  And before that, you got into Singh.  Me letting you get into me was an extremely foolish mistake.  It was entirely foreseeable.  But I am not going to compound it by "hanging on" and listening to more of your blandishments.  Maybe you can find a really good attorney, i.e., Number Four who will listen to your story and advance fees for you.

I actually am very stupid to have trusted you and to have allowed you to put me in this position.

That you were going to draw some arbitrary line in the sand, and then not pay, was foreseeable when it became clear that you intended to foist the tedious work of preparing binders off on me and staff.   That was work that you were capable of doing and rather had us do.  That was never my intention that this take place.

Your patronizing me is merely punctuating the error that I made in listening to you and believing your stuff in the first place.  Save the motivational speech for someone that you have some influence over and credibility with because it isn't me.  I just find it annoying.

I don't really care about your excuses, i.e., your effort to "get through the bill."  That is all just more stalling.  You had lots of time before that.

**We are on a timetable now**.  You are going to do whatever you are going to do, and I am going to do what I am going to do according to the timetable that I set forth.

You have a belief that if you can stall me long enough the judge won't let me out.  That might be true the day or week before trial.  That is why we are not going to wait that long.  That is why the timetable solves everything.  You've seen how Judge Taylor is.  He likes people to have their stuff done early.  He will appreciate that I've done my withdrawal well in advance.

What you don't realize is that I have concluded that no matter what deal I made or would make with you, you would try to cheat me out of the payment.  Even if this case settled for $1 Million, you'd still try to take more than what the contract allows you.  That is just how you are.  Like not wanting to pay the finance charge.  I understand the finance charge and I pay it.  Finance charges make perfect sense to me.  But, you look for the advantage.

1

Exhibit 3
Page 39

You make yourself out to be so heroic and generous, but you forget that I have given you *four* previous substitutions.  The only reason that you let loose with the money previously is that you couldn't afford to lose me at the particular moment -- the case was not yet ripe.  Now, you perceive that you can do without me -- and you probably can.  You have your case all wrapped up with a bow on it.  You don't need anymore grunt work.  You don't need a "free copier." Now, You have your pages copied.  You have your (my) binders, etc..  I am charging you for the copies and the binders, by the way.  15 cents a page for the copies, 17 cents a page for the tabs, and $6 each for the binders.

So take all the time that you want.  We are in contract.  That contract specifies a timetable.  We have a court date for July 31, 2015, which imposes a timetable.  I'm not wavering off of any the contract.   I reserve all rights.

Scott

On Fri, Jul 3, 2015 at 7:55 PM, Lee Brightwell <Notes4Lee@hotmail.com> wrote:

Scott,


The only expense I am aware of that you have advanced is the Veritex charge for Kathy Fung's deposition ($1098.48).  I would have paid that directly if it had been given or sent to me when you received it.  Invoice date was 4/8/2015, and I was in San Diego at your office through 4/30/2015.  Very confusing, and Veritex followed their normal procedure to bill the attorney instead of my personally, as I requested.


As I stated in my July 1 email, you are authorized to use $5000 of the $15,000 in trust and apply it against items billed. I am still reviewing the large bill. It is very tedious, though I was hoping to complete it today.  I still have some to go before I can send you comments.


As I have made a payment in May and am offering a payment now, it is untrue that I have refused to pay the bill. I have set no arbitrary limits and any information I shared with you in confidence is unprofessional to use as leverage.  You have many different ways of obtaining payment for your services depending on the client and the case.  Please afford me the same flexibility.  You have always been paid prior to the May 31st billing.  That is 7 months of prompt payments.


There is no shift of risk of loss, unless you are doubting yourself again.  Don't. You have this. Winning and collecting will get you paid what is fair. Think about it….if Berger really isn't getting paid, yet he still hangs in there, then all the claims O'Donnell makes of not having money can't be true.  Otherwise Berger would have quit.


I will continue my review of this bill and get to you after the weekend.


You are as good as you believe you are.  You will manifest whatever you believe.  So, believe in prosperity!

2

Exhibit 3
Page 40

Have a Happy 4th!


*Lee*


Lee Brightwell, PMP

Phone: (808) 206-1624

Notes4lee@hotmail.com


**From:** Scott A McMillan [mailto:scott@mcmillanlaw.us]
**Sent:** Thursday, July 02, 2015 2:15 AM
**To:** Lee Brightwell
**Subject:** Re: Response


I am going draw down based on the expenses advanced. We are figuring out how much your use of copier and our supplies for the deposit and trial exhibits cost. We will draw down on that.

In April you announced an arbitrary limit based on your desire to maintain money you believed you need to buy a house while simultaneously telling me you wanted me to carry the expense of your lawsuit. And you have taken an inflexible and unreasonable settlement position.

You attempt to shift the risk of loss in this case to me. I reject that effort. I will not renegotiate the contract.

I warned you of the substantial potential expenses of litigation. You should have been more interested in settling, sooner.

On Jul 2, 2015 4:58 AM, "Scott A McMillan" <scott@mcmillanlaw.us> wrote:

Unacceptable.

On Jul 2, 2015 12:07 AM, "Lee Brightwell" <Notes4Lee@hotmail.com> wrote:

Scott,

I will not accept your resignation.  From our very first meeting you convinced me you could win this case. I still believe this despite the delays we have had in obtaining a court date. This is your case and you have directed it since your hiring in October.  You have the strategy and the knowledge. I have never lost faith in your ability, it confuses me when you create doubt where none exists.

Exhibit 3
Page 41

In light of the confidential information and the body of knowledge developed at a substantial cost to me, your withdrawal, as we await a new trial date, would have a material adverse effect. Given that I live in Hawaii and not in San Diego finding another attorney with your experience in breach of contract is not feasible. The number one strategy of the defense has been to run me out of money. Your last bill, at $60,000, after applying the prepayment of $15,000, guarantees they win with this strategy. Is that your objective?

You have charged me and I paid $99,000 for October–March. I have paid all bills received Oct-Mar within a week, at your insistence, though I believe a proper review and payment in 30 days is more reasonable. In addition, I have paid all vendor bills sent to me. Where does this fear of not being paid from? It is a recurrent and erroneous assumption.

I know that we have to work out payment for this last billing. It's been on my mind since you sent it. Dealing with the bill is blocking my progress on several fronts, including working on the comments for the oral arguments I sent you today.

I am sorry it has taken me so long to review. The total was beyond anything I was prepared for --4 times more than my expectation for 2 months work as we have still not gone to trial.

I told you while I was in San Diego that I was only able to make it emotionally and financially until April 15. A total $30,000 sat in your trust fund for weeks. I advanced $15,000 to you on May 8 toward the billing which took you two months to provide. This bill is 72 pages long and includes previous work billed and some double charges. We talked on June 19 and I told you I would be able to discuss it after I reviewed it. It is complicated and lengthy. I will try to have comments on that bill to you by Friday, July 3.

As I worked beside you and your staff for 8 weeks, I acknowledge that a lot of effort was put into the preparation for trial and in response to the defense shenanigans. I know it has upset you in the past when I observed that there was a lot of rework, mismanagement of time, confusion and inefficiencies. I should not have to bear the cost burden of frequent staff turnover and new people constantly having to learn my case while writing case documents. I mentioned it again on the phone Tuesday when discussing my issues with the bill.

When we spoke in April, I told you we needed a new agreement from the one I signed in October 2014. I can no longer pay in full immediately and will need to make monthly payments. I hope you agree that this is a reasonable way to proceed. You are approved to use $5,000 of the current $15,000 in trust toward this bill today, prior to my full approval of the bill.

We can revisit the issue of settlement following the final rulings on the in limines tomorrow. You seemed to feel defense is at a disadvantage. Let's make sure first. I'll be in court myself here until noon my time. I look forward to an update from you as soon as our hearing concludes.

Respectfully,

*Lee*

Lee Brightwell, PMP

Phone: (808) 206-1624

Notes4lee@hotmail.com

4

Exhibit 3
Page 42

# EXHIBIT "4"

Exhibit 4
Page 43

The McMillan Law Firm, APC
4670 Nebo Drive
Suite 200
La Mesa, CA  91941

Invoice submitted to:
Lee Brightwell

May 31, 2015

Invoice #    10810

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **February 2015** | | | |
| 2/20/2015 M | Manage data<br>Updating Amicus calendar with new location of Brinig Deposition. | 0.10<br>55.00/hr | 5.50 |
| MV | Communicat/CLI<br>Phone call with Lee re: conference with Brinig, proof grids, direct and cross examination (Brian) preparation; discuss likely time for witnesses to testify given trial date. Discuss possible depositions of various out of state witnesses. Discuss contacting Gruenbergs office re: date that Lees documents were served in discovery. Discuss timing for Lee to come to S.D. prior to trial. | 1.40<br>200.00/hr | 280.00 |
| MV | Review<br>Review of excel spreadsheet re: RFLs expenses for 2010. Prepare email to Lee and Scott re: missing page from file re: Lees contributions to RFL. | 0.35<br>200.00/hr | 70.00 |
| MV | Review<br>Review of witness Kristins statement of answers in response to Nicks questions re: Brians statements to her re: ownership.  Prepare email to Scott re: same. | 0.10<br>200.00/hr | 20.00 |
| 2/23/2015 CB | Compile Exh<br>Started Putting Binder Together With Exhibit Tabs 1004-1033. | 1.60<br>40.00/hr | 64.00 |
| MV | Communicat/FIRM<br>Meeting with Betsy re: status of proof grids and direct/cross of Brian. | 0.10<br>200.00/hr | NO CHARGE |
| MV | Communicat/CLI<br>Prepare email to Lee re: status of subpoenas and authorizations for additional financial records for RFL and | 0.25<br>200.00/hr | 50.00 |

Exhibit 4
Page 44

Lee Brightwell                                                                                    Page  2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

| | | Brian. Telephone call to Shelbourne Sherr, custodian, to determine whether theyve received any documents. Telephone call to Mr. Allen at Chase subpoena processing department re: status of revised subpoena. Prepare email to Lee re: status of JPMorgan Chase subpoena. | | |
| 2/23/2015 | MV | Communicat/CLI<br>Phone call with Lee re: Brians statements about the business being his retirement. Discuss her unwillingness to accept her ex-husbands retirement benefits which Brian was to use to pay his living expenses upon Lees move to San Diego. | 0.90<br>200.00/hr | 180.00 |
| | MV | Communicat/CLI<br>Review of email from Lee re: documents she prepared in lieu of paystubs for the lender in a refinance of her rental property in 2008.  Respond to same. Discuss issue with Scott. | 0.20<br>200.00/hr | 40.00 |
| | MV | Manage data<br>Instructions to CB re: printing exhibits and preparing exhibit binders starting with exhibit number 1. Revised and forwarded an exhibit binder preparation guidelines to the legal assistants. | 0.45<br>200.00/hr | 90.00 |
| | BG | Communicat/CLI<br>Telephone Call with Lee Re: Proof Grids, Specific Important Emails, Next Steps. | 0.50<br>135.00/hr | 67.50 |
| | BG | Drafting documents<br>Continue Work on Proof Grids: Add Factual Info, Cross Check and Update from Direct/Cross Exam Documents from Lee, Reference Case Summary Folder to Check Info. | 4.75<br>135.00/hr | 641.25 |
| | M | Manage data<br>Renaming and saving Customer Quick Report. | 0.10<br>55.00/hr | NO CHARGE |
| | M | Manage data<br>Scanning, saving, and filing Amended Notice of Taking Deposition of Brinig. | 0.25<br>55.00/hr | NO CHARGE |
| | M | Manage data<br>Scanning, saving, and filing returned mail from Berger. | 0.25<br>55.00/hr | NO CHARGE |
| | M | Manage data<br>Scanning, saving, and filing returned mail. | 0.25<br>55.00/hr | NO CHARGE |
| 2/24/2015 | MV | Communicat/FIRM<br>Meeting with Scott to discuss the need for the purchase and sale documents of the Esparanza property in Chula Vista. Discuss Brians arguments in cross complaint re: same. Discuss the original plan that Brian would buy into the house, but did not have funds. Prepare email to Lee re: request for sale documents. | 0.20<br>200.00/hr | 40.00 |

Exhibit 4<br>Page 45

Lee Brightwell                                                                                          Page 3

|              |     |                                                                                                                                                                                                                                      | Hrs/Rate          | Amount    |
|--------------|-----|------|-----|-----|
| 2/24/2015 | SAM | Communicat/FIRM<br>Discussion with MDV. | 0.20<br>225.00/hr | 45.00 |
|              | CB  | Manage data<br>Finished Third Copy of Exhibit Binder(VOL 5), added Tabs.<br>1004-1033. | 0.80<br>40.00/hr | 32.00 |
|              | MV  | Communicat/FIRM<br>Meeting with Scott to discuss the need for the purchase<br>and sale documents of the Esparanza property in Chula<br>Vista. Discuss Brians arguments in cross complaint re:<br>same. Discuss the original plan that Brian would buy into<br>the house, but did not have funds. Prepare email to Lee re:<br>request for sale documents. | 0.20<br>200.00/hr | 40.00 |
|              | MV  | Communicat/FIRM<br>Review of email from Scott re: Defendants experts.<br>Respond to same re: Tony Yip. | 0.10<br>200.00/hr | 20.00 |
|              | MV  | Communicat/FIRM<br>Dialogue with Scott re: providing Brinig with list of<br>non-business expenses that were discussed with opposing<br>counsel (ie. Disneyworld, bachelor party, etc.). | 0.10<br>200.00/hr | 20.00 |
|              | MV  | Communicat/CLI<br>Email from Lee re: status of Brinigs deposition; respond to<br>same. | 0.05<br>200.00/hr | 10.00 |
|              | MV  | Drafting documents<br>Prepare deposition notice for Tony Yip. Calendar due date<br>for deposition. Prepare email to Scott re: date selected. | 0.50<br>200.00/hr | 100.00 |
|              | MV  | Draft/revise<br>Draft/revise deposition notice for Tony Yip.  Coordinate re:<br>printing new labels for Berger. Coordinate re: personal<br>service on Berger tomorrow. | 0.35<br>200.00/hr | 70.00 |
|              | BG  | Drafting documents<br>Continue Filling in Proof Grids Building Out Factual Details,<br>Finding & Entering Corresponding Exhibit Numbers. | 4.00<br>135.00/hr | 540.00 |
|              | M   | Manage data<br>Scanning, saving, and filing documents provided by Brinig<br>during Deposition. Creating labels with Opposing<br>Counsel's new address. Scanning, saving, and filing<br>Plaintiff's Notice of Deposition of Expert Yip. | 0.60<br>55.00/hr | NO CHARGE |
| 2/25/2015 | CB  | Manage data<br>Scanned Saved and Field Check #2037 For payment of #3<br>Invoice Revised and Copy with Post Dates. | 0.20<br>40.00/hr | NO CHARGE |
|              | CB  | Manage data<br>Saved and Filed Deposit Made by Lee Into Trust/Iolta Via<br>Wire Transfer. | 0.20<br>40.00/hr | NO CHARGE |

Exhibit 4
Page 46

Lee Brightwell                                                                                           Page  4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/25/2015 | CB | Manage data<br>Scanned, Saved and Filed Letter From AMEX In Regards to Subpoena and Request For Production of Documents. | 0.30<br>40.00/hr | NO CHARGE |
|  | CB | Manage data<br>Changed Exhibit titles for trial form "Exhibit" to "Exh" Still Not Finished. | 1.20<br>40.00/hr | 48.00 |
|  | MV | Communicat/FIRM<br>Meeting with Betsy to discuss Brads summary of deposition of BOs first deposition. Discuss improving same. Discuss identifying notable quotes or potential video clips. Discuss proof grids and reviewing Brians testimony for purposes of preparing same. | 0.25<br>200.00/hr | NO CHARGE |
|  | MV | Review<br>Review of Brians second deposition transcript with AEO material removed. Removed additional exhibits. Discussed with Betsy AEO financial documents. | 0.35<br>200.00/hr | 70.00 |
|  | MV | Communicat/CLI<br>Prepare email to Lee attaching transcript of Brians deposition from session two, excluding the exhibits and AEO portions. | 0.10<br>200.00/hr | 20.00 |
|  | MV | Communicat/FIRM<br>Meeting with MK re: exhibit list due date for incorporation into TRC brief. Discuss progress of same. | 0.10<br>200.00/hr | 20.00 |
|  | MV | Communicat/FIRM<br>Phone call with Grace at Shelbourne Sherr re: possible documents received from financial institutions. | 0.10<br>200.00/hr | 20.00 |
|  | MV | Review<br>Review of email between Lee and Scott re: creating a settlement discussions binder. | 0.05<br>200.00/hr | 10.00 |
|  | BG | Review<br>Read B. O'Donnell 2nd Deposition Transcript & Remove AEO Portions of Transcript & Exhibits, Review Summary of 1st Deposition Transcript. | 2.00<br>135.00/hr | 270.00 |
|  | BG | Drafting documents<br>Continue Work on Proof Grids, Filling in Factual Specifics, Reviewing Exhibits for Support and Noting Exhibits in the Grids. | 5.25<br>135.00/hr | 708.75 |
|  | M | Serve Documents<br>Walking to 401 B Street to serve Berger with Notice. | 0.20<br>55.00/hr | NO CHARGE |
|  | M | Compile Exh<br>Making updates to exhibits per client's request and placing all trial exhibits in one folder. | 0.75<br>55.00/hr | 41.25 |

Exhibit 4<br>Page 47

Lee Brightwell                                                                            Page 5

|          |    |                                                                  | Hrs/Rate | Amount |
|----------|----|------------------------------------------------------------------|----------|--------|
| 2/26/2015 | BG | Communicat/FIRM<br>Discussion With M. Volk re: Removal of Attorney Eyes Only Portions of B. O'Donnell 2nd Deposition, Double Check to Ensure Ready, Removal of Exhibits. | 0.25<br>135.00/hr | 33.75 |
|          | BG | Drafting documents<br>Continue Work on Proof Grids, Incorporating Facts, Locating Proper Exhibits, Finding and Citing Correct Sources. | 3.50<br>135.00/hr | 472.50 |
|          | CB | Compile Exh<br>Continued Working On Changing Exhibit Titles To abbreviated "Exh" for Trial. | 1.10<br>40.00/hr | 44.00 |
| 2/27/2015 | MV | Communicat/CLI<br>Phone call with Lee re: bank statements and balances immediately prior to lending RFL money, discuss preparing chart that compares these statements and proves that RFL had insufficient funds for payroll. Discuss trial exhibits and trial exhibit list. Discuss numbering. | 1.00<br>200.00/hr | 200.00 |
|          | MV | Communicat/CLI<br>Phone call with Lee re: items to be assigned trial exhibit but not put into the exhibit list. | 0.10<br>200.00/hr | 20.00 |
|          | MV | Communicat/FIRM<br>Meeting with Betsy re: summarizing Brians second deposition and further categorizing the summary of Brians first deposition. Email Betsy re: same. | 0.10<br>200.00/hr | 20.00 |
|          | BG | Communicat/FIRM<br>Conversation with M. Volk re: Proof Grids to Ensure Most Relevant/Important Information Gets in to Grids. | 0.30<br>135.00/hr | 40.50 |
|          | BG | Drafting documents<br>Continue Work on Proof Grids, Incorporating Facts, Locating Proper Exhibits, Finding and Citing Correct Sources. | 2.75<br>135.00/hr | 371.25 |
| 2/28/2015 | MV | Communicat/FIRM<br>Email to Scott re: witnesses, Kathy Funk and Clemente. Discuss Tuesdays exparte re: defenses request for out of state commission for loan documents of Plaintiff. | 0.10<br>200.00/hr | 20.00 |
|          |    | SUBTOTAL:                                                         | [    38.90 | 4,855.25] |
|          |    | March 2015                                                       |          |        |
| 3/2/2015 | MV | Communicat/FIRM<br>Respond to Scotts email re: IRS notice re: 2007 tax transcript. | 0.05<br>200.00/hr | 10.00 |

Exhibit 4<br>Page 48

Lee Brightwell                                                                     Page 6

|            |    |                                                                                                                                    | Hrs/Rate      | Amount    |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------|---------------|-----------|
| 3/2/2015   | MV | Review<br>Analyze notice from IRS re: 2007 tax transcript request.<br>Prepare email to Scott re: same.                               | 0.15<br>200.00/hr | 30.00     |
|            | MV | Communicat/FIRM<br>Review of email from MK re: call from Theresa at Chase.<br>Phone call with Theresa re: revised subpoena.          | 0.10<br>200.00/hr | 20.00     |
|            | MV | Communicat/MISC<br>Phone call with Robert Allen re: defendants in lawsuit<br>which are subject of subpoena.                           | 0.05<br>200.00/hr | 10.00     |
|            | MV | Communicat/MISC<br>Phone call with Teresa at Chase Bank re: subpoena.<br>Edit/revise subpoena and notice to consumer. Prepare to<br>mail to opposing counsel. | 0.55<br>200.00/hr | 110.00    |
|            | MV | Drafting documents<br>Trial subpoena. Prepare trial subpoena for Kristen Smith.<br>Email to Scott.                                    | 0.30<br>200.00/hr | 60.00     |
|            | MV | Communicat/MISC<br>Prepare email to opposing counsel re: revised subpoena to<br>Chase Bank, NA.                                       | 0.10<br>200.00/hr | 20.00     |
|            | MV | Communicat/MISC<br>Prepare email to opposing counsel re: revised subpoena to<br>Chase Bank, NA.                                       | 0.10<br>200.00/hr | 20.00     |
|            | MV | Drafting documents<br>Prepare proof of service for trial subpoena to Kristen<br>Smith. Edit/revise proof of service for same. Mail out to<br>opposing counsel. | 0.50<br>200.00/hr | 100.00    |
|            | BG | Manage data<br>Arrange Chronologically, Print Letters, Create Binder for<br>2013 Mediation Letters Between Former Counsel and<br>Defense. | 0.75<br>135.00/hr | 101.25    |
|            | BG | Communicat/FIRM<br>Discussions with S. McMillan & M. Volk re: Items Needed<br>in Preparation for Trial Including Joint Trial Statement. | 0.25<br>135.00/hr | 33.75     |
|            | BG | Drafting documents<br>Continue Working on Proof Grids.                                                                                | 0.75<br>135.00/hr | 101.25    |
|            | CB | Negotiations<br>Scanned Saved and Filed Trial Subpoena for Personal<br>Appearance. Scanned Saved and Filed Trial Subpoena for<br>Personal Appearance with POS. | 0.30<br>40.00/hr | NO CHARGE |
|            | M  | Manage data<br>Saving correspondence to directory.                                                                                   | 0.10<br>55.00/hr | NO CHARGE |

Exhibit 4
Page 49

Lee Brightwell                                                                                          Page  7

|            |     |                                                                                                                                                                                                                           | Hrs/Rate        | Amount     |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|------------|
| 3/2/2015   | SAM | Communicat/MISC<br>Call with Kristen Smith.                                                                                                                                                                                    | 1.10<br>225.00/hr | 247.50   |
|            | SAM | Communicat/CLI<br>Call from client. Discussed case and Kristen Smith.                                                                                                                                                          | 0.20<br>225.00/hr | 45.00    |
|            | SAM | Draft/revise<br>Draft/revise opposition to exparte application for issuance<br>of a commission.                                                                                                                                | 2.00<br>225.00/hr | 450.00   |
|            | SAM | Communicat/FIRM<br>Email with MDV re Chase Bank subpoenas.                                                                                                                                                                     | 0.10<br>225.00/hr | 22.50    |
|            | SAM | Research<br>Research pricing for airfare to Bahrain.  Email to Lee.                                                                                                                                                            | 0.30<br>225.00/hr | NO CHARGE |
|            | SAM | Draft/revise<br>Review subpoena for Kristen Smith; draft email.                                                                                                                                                                | 0.30<br>225.00/hr | 67.50    |
| 3/3/2015   | MV  | Communicat/CLI<br>Telephone call with Lee.                                                                                                                                                                                     | 0.20<br>200.00/hr | 40.00    |
|            | MV  | Review<br>Review of exhibit list and exhibits themselves to determine<br>which exhibits to remove or redact. Sent email to Lee re:<br>Exhibit 73, colorful chart re: contributions to RFL.<br>Forwarded exhibit to Scott.      | 2.80<br>200.00/hr | 560.00   |
|            | MV  | Communicat/FIRM<br>Discuss status of deposition summaries etc. with Betsy.                                                                                                                                                     | 0.05<br>200.00/hr | 10.00    |
|            | MV  | Manage data<br>Locate contribution chart from ODonnell deposition.<br>Instructions to MK re: putting same in trial exhibit folder,<br>replacing existing one.                                                                  | 0.20<br>200.00/hr | 40.00    |
|            | MV  | Communicat/CLI<br>Review and respond to Lees email re: problem with exhibit<br>list and omitted letters from attorney Singh.                                                                                                   | 0.10<br>200.00/hr | 20.00    |
|            | MV  | Communicat/MISC<br>Prepare email to Veritext re: Yip deposition. Update<br>calendar. Phone call with Chase Bank re: delay in<br>providing records due to off site storage delivery. Email to<br>Lee and Scott re: same. Phone call with Grace at<br>Shelbourne Sherr re: Bank of America records. Discuss<br>picking up copies. | 0.30<br>200.00/hr | 60.00    |
|            | MV  | Communicat/FIRM<br>Discussed with Scott Shelbourne Sherrs processing of<br>records and maintaining originals. Phone call with Grace<br>re: same. Review of emails from Scott and client re:<br>supplementing discovery. Discuss documents, etc.      | 0.35<br>200.00/hr | 70.00    |

Exhibit 4<br>Page 50

Lee Brightwell                                                                                Page  8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/3/2015 | MV | Review<br>Double check redacted documents to be included on CD of trial exhibits. | 0.25<br>200.00/hr | 50.00 |
|  | MV | Draft/revise<br>Draft/revise exhibit list. Instructions to MK re: burning CDs for opposing counsel. | 0.20<br>200.00/hr | 40.00 |
|  | MV | Communicat/CLI<br>Phone call with Lee re: removing Exhibit 122. Discuss employment verification signed by Brian (Exh. 114). | 0.35<br>200.00/hr | 70.00 |
|  | M | Drafting documents<br>Redacting accounting document exhibits to be produced to opposing counsel. | 1.75<br>55.00/hr | 96.25 |
|  | M | Manage data<br>Bates numbering new exhibits to be produced to opposing counsel. | 0.20<br>55.00/hr | 11.00 |
|  | M | Manage data<br>Creating PDF version of exhibit list and burning three copies of exhibits and exhibit list on discs. | 0.45<br>55.00/hr | 24.75 |
|  | M | Manage data<br>Reburning discs and omitting exhibit 122. | 0.25<br>55.00/hr | 13.75 |
|  | CB | Manage data<br>Scanned Saved and Filed Trial Subpoena For Appearance of K.Smith and Updated Proof of Service & Also Documents From Lexis Nexis Regarding Hawaii Civil Procedure. | 0.40<br>40.00/hr | NO CHARGE |
|  | CB | Manage data<br>Scanned Saved and Filed Proof of Service of CD containing Exhibits 1-599. | 0.20<br>40.00/hr | NO CHARGE |
|  | SAM | Draft/revise<br>Draft/revise opposition to exparte re commission, attend exparte, return. | 3.20<br>225.00/hr | 720.00 |
|  | SAM | Communicat/CLI<br>Call with client re exparte, right to seek a writ. | 0.40<br>225.00/hr | 90.00 |
|  | SAM | Communicat/CLI<br>Email client update re commission proceeding. | 0.30<br>225.00/hr | 67.50 |
|  | SAM | Communicat/CLI<br>Email client the opposition filed to the commission proceeding. | 0.10<br>225.00/hr | NO CHARGE |
|  | SAM | Communicat/CLI<br>Email to client re jinx. | 0.20<br>225.00/hr | NO CHARGE |

Exhibit 4<br>Page 51

Lee Brightwell                                                                                          Page 9

|            |     |                                                                                                                                    | Hrs/Rate        | Amount     |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------|-----------------|------------|
| 3/3/2015   | SAM | Communicat/FIRM<br>Email to opposing counsel re representations made to court re loan file.                                         | 0.15<br>225.00/hr | 33.75      |
|            | SAM | Communicat/MISC<br>Email dialog with opposing counsel re confirming statements made re mediation.                                   | 0.20<br>225.00/hr | NO CHARGE  |
|            | SAM | Communicat/CLI<br>Email with MDV and Lee re color chart of contributions.                                                           | 0.10<br>225.00/hr | 22.50      |
|            | SAM | Communicat/CLI<br>Email with client re Exhibit 114.                                                                                 | 0.10<br>225.00/hr | 22.50      |
|            | SAM | Communicat/CLI<br>Email to client re Chase Bank Records.                                                                            | 0.05<br>225.00/hr | 11.25      |
|            | SAM | Communicat/FIRM<br>Email to MDV re Bank of America records being available.                                                         | 0.10<br>225.00/hr | 22.50      |
| 3/4/2015   | CB  | Manage data<br>Scanned Saved and Filed Proof of Service of CD containing Exhibits 1-599.                                            | 0.20<br>40.00/hr  | NO CHARGE  |
|            | SAM | Communicat/MISC<br>Call to Lisa Simon.  Left message.                                                                               | 0.20<br>225.00/hr | 45.00      |
|            | MV  | Communicat/MISC<br>Review and respond to email re: call from Kristin Smith.                                                         | 0.05<br>200.00/hr | 10.00      |
|            | MV  | Drafting documents<br>Prepare letter to opposing counsel re: documents produced by CD and documents received by Shelbourne/Sherr. Prepare proof of service for CD. Review of CDs and prepare to mail. | 0.45<br>200.00/hr | 90.00      |
|            | MV  | Communicat/FIRM<br>Discuss cover letter to opposing counsel with Scott. Edit/revise letter. Mail out.                               | 0.15<br>200.00/hr | 30.00      |
|            | MV  | Manage data<br>Listen to voice mail from Lisa Simon, attorney with Navy in Bahrain, re: Kristen Smith subpoena.                     | 0.10<br>200.00/hr | 20.00      |
|            | MV  | Communicat/CLI<br>Prepare email to Lee re: CD of documents and exhibit list version.                                               | 0.05<br>200.00/hr | 10.00      |
|            | MV  | Communicat/CLI<br>Review of email from Lee re: exhibit list v. 12. Respond to same.                                                | 0.05<br>200.00/hr | 10.00      |
|            | MV  | Review<br>Review of Plaintiffs responses to defendants initial request for production (set one). Prepare email to Lee re:          | 0.45<br>200.00/hr | 90.00      |

Exhibit 4<br>Page 52

Lee Brightwell                                                                                    Page10

|          |     |                                                                                          | Hrs/Rate         | Amount |
|----------|-----|------------------------------------------------------------------------------------------|------------------|--------|
|          |     | identifying by exhibit number those exhibits discovery or found after responding to the discovery. |                  |        |
| 3/4/2015 | BG  | Drafting documents<br>Continue Working on Proof Grids.                                    | 0.50<br>135.00/hr | 67.50  |
|          | SAM | Communicat/MISC<br>Call to Lisa Simon, DOD Bahrain.  Left message.                        | 0.20<br>225.00/hr | 45.00  |
|          | SAM | Communicat/CLI<br>Email from client re divorce decree. Respond.                           | 0.10<br>225.00/hr | 22.50  |
| 3/5/2015 | BG  | Manage data<br>Put Jury Instruction Binder Together - Print Instructions, Find Instructions Not Included in File, Organize Binder. | 4.25<br>135.00/hr | 573.75 |
|          | MV  | Communicat/FIRM<br>Meeting with Betsy to discuss jury instructions and proof grids.       | 0.15<br>200.00/hr | 30.00  |
|          | MV  | Drafting documents<br>Work on supplemental responses to request for production of documents. Review of email from Lee re: list of exhibits possibly never produced before. | 1.60<br>200.00/hr | 320.00 |
|          | MV  | Communicat/FIRM<br>Meeting with Betsy re: jury instructions and binder for same.          | 0.15<br>200.00/hr | 30.00  |
|          | MV  | Communicat/FIRM<br>Meeting with Scott to discuss letter to opposing counsel re: Prepare letter to opposing counsel. | 0.35<br>200.00/hr | 70.00  |
|          | MV  | Drafting documents<br>Continue to review list of exhibits from Lee (possibly never been produced before) in preparation for preparing supplemental discovery responses. Review of exhibits to determine whether documents public record and/or equally available. | 1.80<br>200.00/hr | 360.00 |
|          | MV  | Review<br>Review of email from Lee re: update on witnesses.                               | 0.05<br>200.00/hr | 10.00  |
|          | MV  | Communicat/MISC<br>Review of email and letter from Lisa Simon re: subpoena for Kristen Smith. | 0.15<br>200.00/hr | 30.00  |
|          | MV  | Manage data<br>Scan and mail out letter to counsel re: exhibits 1 through 599.            | 0.10<br>200.00/hr | 20.00  |
|          | BG  | Communicat/FIRM<br>Conversations with M. Volk About How to Organize Binder, Next Steps in Case. | 0.25<br>135.00/hr | 33.75  |

Exhibit 4<br>Page 53

Lee Brightwell                                                                                    Page11

|            |     |                                                                                 | Hrs/Rate    | Amount    |
|------------|-----|---------------------------------------------------------------------------------|-------------|-----------|
| 3/5/2015   | BG  | Drafting documents<br>Continue Working on Proof Grids.                           | 0.50<br>135.00/hr | 67.50 |
|            | BG  | Drafting documents<br>Work on Joint Trial Statement.                            | 0.50<br>135.00/hr | 67.50 |
|            | CB  | Communicat/FIRM<br>Spoke to Michelle about Preparation of work space For Lee's Arrival. | 0.20<br>40.00/hr | NO CHARGE |
|            | CB  | Manage data<br>Downloaded Saved and Filed Witness info for Testimony from Kristen Smith. | 0.20<br>40.00/hr | NO CHARGE |
|            | CB  | Manage data<br>Scanned Saved and Filed Invoice to Brinig regarding Forensic Accounting for Lee. | 0.40<br>40.00/hr | NO CHARGE |
|            | CB  | Manage data<br>Scanned Saved and Filed Letter From Chase Regarding Incorrect Subpoena Served. | 0.20<br>40.00/hr | NO CHARGE |
|            | SAM | Review/analyze<br>Review/analyze file re Gwendolyn Richards.                     | 0.40<br>225.00/hr | 90.00 |
|            | SAM | Communicat/MISC<br>Call to Josh Gruenberg.                                       | 0.30<br>225.00/hr | 67.50 |
|            | SAM | Communicat/MISC<br>Review file re John Hamm.  Call to John Hamm.  Left message. | 0.40<br>225.00/hr | 90.00 |
|            | SAM | Communicat/MISC<br>Email response to Lisa Simon re Kristen Smith.                | 0.05<br>225.00/hr | 11.25 |
|            | SAM | Review/analyze<br>Review/analyze letter with Lisa Simon.  Instructions to MDV.   | 0.20<br>225.00/hr | 45.00 |
|            | SAM | Communicat/MISC<br>Email to Josh Gruenberg re willingness to appear at court to address turning information over. | 0.20<br>225.00/hr | 45.00 |
|            | SAM | Communicat/CLI<br>Email to client from Chase regarding incorrect subpoena; email Brinig invoice. | 0.10<br>225.00/hr | NO CHARGE |
|            | SAM | Communicat/MISC<br>Email re alternative dates for economist Yip.                 | 0.10<br>225.00/hr | 22.50 |
|            | SAM | Communicat/CLI<br>Email to client re update on conv with Gruenberg.              | 0.10<br>225.00/hr | 22.50 |
|            | SAM | Communicat/MISC<br>Review email and letter re unavailability of Yip.             | 0.20<br>225.00/hr | 45.00 |

Exhibit 4<br>Page 54

Lee Brightwell                                                                                      Page12

|          |     |                                                                                      | Hrs/Rate       | Amount     |
|----------|-----|--------------------------------------------------------------------------------------|----------------|------------|
| 3/6/2015 | M   | Serve Documents<br>Driving to 401 B Street to serve notice to Berger.                 | 1.00<br>55.00/hr | 55.00    |
|          | MV  | Manage data<br>Scan and mail out letter to counsel re: exhibits 1 through 599.        | 0.10<br>200.00/hr | 20.00   |
|          | MV  | Communicat/CLI<br>Meeting with Lee to discuss exhibit list and matching documents with particulare requests for production. | 0.10<br>200.00/hr | 20.00 |
|          | MV  | Meeting with<br>Meeting with Lee re: Plaintiffs exhibits to match up with defendants request for production set one. Accept service of notice of appearance at trial for Lee. Discuss contacting witnesses. Explain length and content of likely trial testimony of her witnesses. Discuss responding to Lisa Simons request for information as to subpoena for K. Smith. Discuss items that need to be added to the outline of her direct testimony. Discuss various exhibits and problems with same. | 2.40<br>200.00/hr | 480.00 |
|          | BG  | Review<br>Case Review & Fact Grids with L. Brightwell.                                | 2.00<br>135.00/hr | 270.00  |
|          | BG  | Drafting documents<br>Work on Plaintiff's Statement for Joint Trial Statement.        | 1.00<br>135.00/hr | 135.00  |
|          | BG  | Drafting documents<br>Create Notice to Appear and Order to Produce Docs for B. O'Donnell. | 1.25<br>135.00/hr | 168.75 |
|          | M   | Communicat/CLI<br>Discussion with client re exhibit list.                             | 0.25<br>55.00/hr | 13.75    |
|          | CB  | Organize/clean<br>Cleaned Back Office so Lee has A Place to Work.                      | 0.30<br>40.00/hr | NO CHARGE |
|          | CB  | Manage data<br>Had Michelle Sign for Delivered Document Notice for Plaintiff Lee Brightwell to Appear At Trial, Request for Production of Documents, & Proof Of Service. | 0.20<br>40.00/hr | NO CHARGE |
|          | CB  | Manage data<br>Scanned Saved Filed and Labeled Letter From Michelle to Berger&Brown Regarding Preparation of Trial readiness Conference. | 0.20<br>40.00/hr | NO CHARGE |
|          | SAM | Communicat/CLI<br>Meet with client.                                                   | 1.00<br>225.00/hr | 225.00  |
|          | SAM | Draft/revise<br>Draft/revise Lee's notice to appear at triall.                        | 0.30<br>225.00/hr | 67.50   |

Exhibit 4<br>Page 55

Lee Brightwell                                                                                                    Page 13

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/6/2015 | SAM | Draft/revise<br>Draft/revise letter to Lisa Simon. | 1.20<br>225.00/hr | 270.00 |
|  | SAM | Communicat/FIRM<br>Locate samples for Betsy to use in drafting notice to appear at trial re punitives.   Also provide sample objections. | 0.30<br>225.00/hr | 67.50 |
| 3/7/2015 | MV | Drafting documents<br>Prepare amended proof of service on notice to appear at trial for Brian. Prepare to mail out notice and proof. | 0.25<br>200.00/hr | 50.00 |
|  | MV | Communicat/MISC<br>Review of email from opposing counsel re: Yips deposition not going forward. | 0.05<br>200.00/hr | 10.00 |
|  | MV | Communicat/FIRM<br>Meeting with Scott re: transcripts. Prepare email to Veritext re: Tony Yips deposition postponed. Discuss obtaining re-certification of original transcript for Chong Hunter. | 0.10<br>200.00/hr | 20.00 |
|  | MV | Communicat/MISC<br>Respond to letter from Lisa Simon re: Kristen Smith testimony: Prepare email to Scott and Lee re: same. Discuss draft with Scott. Locate her witness statement for attaching. | 1.50<br>200.00/hr | 300.00 |
|  | MV | Communicat/CLI<br>Review of various emails to Lee re: exhibits to add. Prepare email to Lee re: audit of exhibit list and phone call with Kathy Fung. | 0.20<br>200.00/hr | 40.00 |
|  | MV | Drafting documents<br>Prepare supplemental responses to request for production set one. Prepare verification. | 1.35<br>200.00/hr | 270.00 |
|  | MV | Communicat/CLI<br>Review of email from Lee re: exhibit list, etc. Respond to same. Phone call with Lee re: letter re: Kristin Smith, responses to request for production. | 0.25<br>200.00/hr | 50.00 |
|  | MV | Communicat/FIRM<br>Meeting with Scott to discuss our supplemental responses to request for production of documents. Discuss draft letter to Lisa Simon and Lees proposed changes to same. | 0.15<br>200.00/hr | 30.00 |
|  | SAM | Draft/revise<br>Draft/revise objection to notice to appear at trial. | 0.30<br>225.00/hr | 67.50 |
|  | SAM | Research<br>Research material re basis for objections to notice to produce and appear. | 0.30<br>225.00/hr | 67.50 |

Exhibit 4<br>Page 56

Lee Brightwell                                                                        Page14

|            |     |                                                                                          | Hrs/Rate          | Amount    |
|------------|-----|------------------------------------------------------------------------------------------|-------------------|-----------|
| 3/7/2015   | SAM | Review/analyze<br>Review/analyze discovery responses re contention requests for production.  Email client and MDV re conclusions. | 0.40<br>225.00/hr | 90.00     |
|            | SAM | Draft/revise<br>Draft/revise letter to Lisa Simon.                                       | 0.50<br>225.00/hr | 112.50    |
|            | SAM | Review/analyze<br>Review/analyze powerpoint display re payroll deficit.                  | 0.20<br>225.00/hr | 45.00     |
| 3/8/2015   | SAM | Communicat/MISC<br>Multiple emails.                                                      | 0.50<br>225.00/hr | 112.50    |
|            | SAM | Communicat/CLI<br>Email dialog with client re therapists and statements made in mediation. | 0.40<br>225.00/hr | 90.00     |
| 3/9/2015   | JN  | Manage data<br>Scanned and Renamed Brightwell Files.  Put in proper order.               | 1.00<br>135.00/hr | NO CHARGE |
|            | JN  | Manage data<br>Scanned Saved and Filed for Brightwell.                                   | 1.00<br>135.00/hr | NO CHARGE |
|            | JN  | Compile Exh<br> Exhibit Printing, labeling exhibit numbers & dept. numbers. Organizing exhibit binder.  Organizing and labeling exhibit photos with labels. | 4.50<br>135.00/hr | NO CHARGE |
|            | BG  | Review<br>Review of Documents Sent by Cassandra for Last Week to Ensure Nothing Missed.  | 0.25<br>135.00/hr | NO CHARGE |
|            | BG  | Drafting documents<br>Begin Objection to Defendants Notice to Appear and Produce Documents at Trial. | 0.75<br>135.00/hr | 101.25    |
|            | BG  | Manage data<br>Work with L. Brightwell on Exhibits, Add New Exhibits to Server, Replace Updated Exhibits on Server. | 2.25<br>135.00/hr | 303.75    |
|            | BG  | Drafting documents<br>Work w/ L. Brightwell to Fill in Proof Grids With Facts and Corresponding Exhibits. | 4.00<br>135.00/hr | 540.00    |
|            | CB  | Manage data<br>Scanned Saved and Filed Amended Notice of PI to Appear at trail and Request for Production of Documents and Proof of Service of Documents. | 0.40<br>40.00/hr  | NO CHARGE |
|            | CB  | Manage data<br>Scanned Saved and File Proof of Service of Civil Subpoena to Appear at Trial. | 0.10<br>40.00/hr  | NO CHARGE |

Exhibit 4<br>Page 57

Lee Brightwell                                                                          Page15

|            |    |                                                                     | Hrs/Rate | Amount |
|------------|----|---------------------------------------------------------------------|----------|--------|
| 3/9/2015   | CB | Manage data<br>Scanned Saved and Filed Letter From Lisa Simon<br>Regarding Subpoena for Appearance of Kristen Smith. | 0.20<br>40.00/hr | NO CHARGE |
|            | CB | Manage data<br>Scanned Saved and Filed Letter From Berger and<br>Reynolds Regarding Expert witness Yip's Availability for<br>Deposition. | 0.20<br>40.00/hr | NO CHARGE |
|            | MV | Communicat/CLI<br>Meeting with Lee re: exhibit list changes. | 0.10<br>200.00/hr | 20.00 |
|            | MV | Communicat/FIRM<br>Meeting with Scott re: motions in Limine.  Phone call to<br>court clerk re: same. | 0.10<br>200.00/hr | 20.00 |
|            | MV | Communicat/CLI<br>Meeting with Lee re: certified copy of divorce records<br>received from Virginia.  Discuss with Lee issues with<br>Chong Hunters certified copy and CD.  Prepare email to<br>Veritext re: same. | 0.15<br>200.00/hr | 30.00 |
|            | MV | Communicat/FIRM<br>Meeting to discuss exhibit list and replacing certain<br>exhibits. | 0.10<br>200.00/hr | 20.00 |
|            | MV | Communicat/FIRM<br>Meeting to discuss exhibit stickers and dept. numbers. | 0.05<br>200.00/hr | 10.00 |
|            | MV | Communicat/FIRM<br>Meeting to discuss photographic exhibits. Explain to Jimbo. | 0.10<br>200.00/hr | 20.00 |
|            | MV | Communicat/CLI<br>Discuss video CD with Lee.  Email to Veritext re: same. | 0.05<br>200.00/hr | 10.00 |
|            | MV | Communicat/MISC<br>Review of email from Heather at Veritext.  Respond to<br>same re: CD for Chong Hunters deposition. | 0.05<br>200.00/hr | 10.00 |
|            | MV | Communicat/MISC<br>Phone call with Grace re: bates numbering documents<br>received from Bank of America.  Discuss timing issues for<br>Chase records. | 0.15<br>200.00/hr | 30.00 |
|            | MV | Communicat/MISC<br>Phone call with Clemente re: testifying at trial.  Obtained<br>his address to send subpoena. | 0.15<br>200.00/hr | 30.00 |
|            | MV | Communicat/MISC<br>Phone call with Frances Larios regarding her interactions<br>with Lee and Brian while she was drafting their employee<br>manual. Discussed testifying at trial the week of April 1. | 0.20<br>200.00/hr | 40.00 |

Exhibit 4<br>Page 58

Lee Brightwell                                                                                    Page16

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/9/2015 | MV | Communicat/MISC<br>Sent email to Frances Larios re: testifying at trial on the<br>week of April 1. | 0.20<br>200.00/hr | 40.00 |
|  | SAM | Plan & Prepare<br>Meet with client.  Trial preparation. | 2.00<br>225.00/hr | 450.00 |
|  | SAM | Plan & Prepare<br>Meet with client.  Trial preparation. | 1.00<br>225.00/hr | NO CHARGE |
|  | SAM | Communicat/MISC<br>Call from Kevin Heffernan re Yip. Email re conversation. | 0.20<br>225.00/hr | 45.00 |
| 3/10/2015 | JN | Compile Exh<br>Finished Exhibit Printing, labeling exhibit numbers & dept.<br>numbers up to exhibit 580. | 7.60<br>135.00/hr | NO CHARGE |
|  | BG | Research<br>Research on Enabling Statute, Objections, and Privacy<br>Privilege for Objection to Defendant's Notice to Appear and<br>Production of Documents. | 2.25<br>135.00/hr | 303.75 |
|  | BG | Drafting documents<br>1st & 2nd Draft Objection to Defendant's Notice to Appear<br>and Production of Documents. | 1.75<br>135.00/hr | 236.25 |
|  | M | Manage data<br>Scanning, saving, and filing Amended Proof of Service for<br>Notice to Defendant to Attend Trial and Produce<br>Documents. | 0.25<br>55.00/hr | NO CHARGE |
|  | M | Compile Exh<br>Editing bates number on trial exhibit. | 0.30<br>55.00/hr | 16.50 |
|  | M | Drafting documents<br>Preparing engrossed discovery templates. | 1.00<br>55.00/hr | 55.00 |
|  | CB | Manage data<br>Scanned Exhibits With Exhibit Stickers, case Numbers,<br>and District Numbers and Started Putting them Into<br>binders with Proper Section. | 3.30<br>40.00/hr | 132.00 |
|  | CB | Manage data<br>Continued Scanning Exhibits with Stickers and Putting<br>them Into binders for Trial,(Got Through Exh. 1-210). | 1.20<br>40.00/hr | 48.00 |
|  | MV | Communicat/FIRM<br>Meeting with Scott to discuss status of exhibit list and<br>additions to same. | 0.20<br>200.00/hr | 40.00 |
|  | MV | Drafting documents<br>Prepare subpoena for Clemente Leyva and Liz Hendrix,<br>Kathy Fung and Francis Larios. | 0.55<br>200.00/hr | 110.00 |

Exhibit 4
Page 59

Lee Brightwell                                                                                        Page17

|            |     |                                                                                                   | Hrs/Rate          | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------|-------------------|--------|
| 3/10/2015  | MV  | Drafting documents<br>Prepare subpoena for Clemente Leyva and Liz Hendrix,<br>Kathy Fung and Francis Larios. | 0.55<br>200.00/hr | 110.00 |
|            | MV  | Communicat/FIRM<br>Meeting with Betsy re: objections to Defendants notice to<br>appear and request to bring items to trial. | 0.20<br>200.00/hr | 40.00  |
|            | MV  | Review<br>Review of binder vol. one with exhibit stickers.  Instructions<br>to Cassandra re: case numbers. | 0.10<br>200.00/hr | 20.00  |
|            | MV  | Communicat/MISC<br>Respond to Tim Wings emails re: address and description<br>for Liz Hendrix. Email to Lee re: same. | 0.10<br>200.00/hr | 20.00  |
|            | MV  | Communicat/FIRM<br>Discuss with Betsy privacy considerations and authority for<br>objections to notice to appear. | 0.10<br>200.00/hr | 20.00  |
|            | MV  | Review<br>Review of Scotts edits to exhibit list.  Make notes re:<br>reserving spaces for engrossed discovery and documents<br>from Chase and Bank of America. | 0.10<br>200.00/hr | 20.00  |
|            | MV  | Manage data<br>Investigate exhibit 519 re: accurate number of pages.<br>Instructions to MK re: same. | 0.10<br>200.00/hr | 20.00  |
|            | MV  | Communicat/MISC<br>Phone call with John Hamm.  Prepare email to John re: my<br>contact information. | 0.15<br>200.00/hr | 30.00  |
|            | MV  | Communicat/MISC<br>Phone call with Steven Sanchez re: his knowledge<br>regarding Lee and Brian and RFL. | 0.65<br>200.00/hr | 130.00 |
|            | MV  | Review<br>Review of emails from Grace at Bank of America re:<br>documents. Prepare email to her. Forward to MK for<br>handling. | 0.10<br>200.00/hr | 20.00  |
|            | SAM | Communicat/MISC<br>Call from Heffernan re Yip. | 0.30<br>225.00/hr | 67.50  |
|            | SAM | Plan & Prepare<br>Plan & Prepare for trial. | 1.50<br>225.00/hr | 337.50 |
|            | SAM | Communicat/CLI<br>Email to MDV re service on witnesses. | 0.10<br>225.00/hr | 22.50  |
|            | SAM | Communicat/CLI<br>Email with client re Lisa Tarumoto and worse case<br>scenario. | 0.10<br>225.00/hr | 22.50  |

Exhibit 4<br>Page 60

Lee Brightwell                                                                                     Page18

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|

3/10/2015 SAM  Communicat/MISC                                              0.30    NO CHARGE
              Discussion re mediation with Heffernan; email dialog.    225.00/hr

3/11/2015 BG   Draft/revise                                                 0.50        67.50
              Final Formatting to Objections to Defendants Notice to   135.00/hr
              Appear and Produce Documents.

         BG   Drafting documents                                            0.50        67.50
              Finish Jury Instruction Binder Organization.            135.00/hr

         BG   Manage data                                                   0.75    NO CHARGE
              Scan, Copy, Prepare Documents for Service on 2          135.00/hr
              Opposing Counsel - Objections to Defendants Notice to
              Appear and Produce Documents.

         BG   Drafting documents                                            1.50       202.50
              Continue Work on Proof Grids.                           135.00/hr

         M    Drafting documents                                            1.25        68.75
              Working on engrossed discovery form interrogatories.     55.00/hr

         M    Manage data                                                   0.50        27.50
              Scanning Bank of America Statements for O'Donnell.        55.00/hr

         M    Manage data                                                   1.65        90.75
              Renaming Bank of America Statements and updating          55.00/hr
              exhibit list.

         M    Drafting documents                                            1.00    NO CHARGE
              Creating word version of mediation brief and extracting   55.00/hr
              exhibits from original into individual documents.

         CB   Manage data                                                   0.10    NO CHARGE
              Saved and Filed Amended Proof of Service to Brian        40.00/hr
              O'Donnell to Appear & Produce Documents at Trial.

         CB   Manage data                                                   0.20    NO CHARGE
              Saved and Filed Civil Subpoena to Clemente Leyva For     40.00/hr
              Appearance at Trial.

         CB   Manage data                                                   0.10    NO CHARGE
              Saved and Filed Civil Subpoena to Francis Larios to      40.00/hr
              Appear at Trial.

         CB   Manage data                                                   0.10    NO CHARGE
              Saved and Filed Civil Subpoena to Liz Hendrix Rf Logistics 40.00/hr
              to Appear at Trial.

         CB   Manage data                                                   0.50    NO CHARGE
              Downloaded Saved and conferred with MDV and SAM on      40.00/hr
              Where it needed to go. Info from Our Subpoena Sent to
              Bank Of America Regarding Credit Card Accounts and
              Transactions With Invoice(1 Copy went to Desiree).

Exhibit 4
Page 61

Lee Brightwell                                                                                    Page19

|            |    |                                                                                  | Hrs/Rate    | Amount |
|------------|----|----------------------------------------------------------------------------------|-------------|--------|
| 3/11/2015  | CB | Manage data<br>Found Bank Subps for BofA & Chase, and put BofA's Response In Folder with Updated Label to Show Response. | 0.20<br>40.00/hr | 8.00 |
|            | CB | Compile Exh<br>Named Trial Exhibits with Stickers 1-209 out of 599. | 1.40<br>40.00/hr | 56.00 |
|            | CB | Manage data<br>Scanned Exhibits 221-242. | 0.50<br>40.00/hr | 20.00 |
|            | CB | Manage data<br>Named and Saved Trial Exhibits 221-342. | 0.50<br>40.00/hr | 20.00 |
|            | CB | Manage data<br>Saved and Put in Binder Trial Exhibits 222-350. | 0.50<br>40.00/hr | 20.00 |
|            | CB | Manage data<br>Created and Printed Binder Covers For Trial Exhibits 1004-1033 to Give to Lee to Examine. | 0.10<br>40.00/hr | 4.00 |
|            | MV | Communicat/MISC<br>Phone call with Anna at American Express re: our subpoena for records. | 0.05<br>200.00/hr | 10.00 |
|            | MV | Review<br>Review of correspondence from Bank of America re: records for ODonnell and RFL.  Download documents from Shelbourne/Sherr via Dropbox.  Attempt to save documents to the directory.  Printed documents for rescanning. | 0.40<br>200.00/hr | 80.00 |
|            | MV | Communicat/FIRM<br>Meeting with Scott to discuss testimony of Steven Sanchez. | 0.10<br>200.00/hr | 20.00 |
|            | MV | Manage data<br>Instructions to MK re: scanning the credit card statements received from Bank of America.  Discuss transcripts and disks received from veritext. | 0.10<br>200.00/hr | 20.00 |
|            | MV | Communicat/CLI<br>Meeting with Lee re: information needed for Kathy Fungs subpoena. | 0.65<br>200.00/hr | 130.00 |
|            | MV | Drafting documents<br>Prepare subpoena to Steven Sanchez and standby agreement.  Prepare email to Steven re: same attaching same. | 0.20<br>200.00/hr | 40.00 |
|            | MV | Drafting documents<br>Work on joint trial readiness report. | 1.90<br>200.00/hr | 380.00 |

Exhibit 4<br>Page 62

Lee Brightwell                                                                                          Page20

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/11/2015 | MV | Communicat/CLI<br>Meeting with Lee to discuss exhibit list and available spaces, etc.  Discuss finding a copier company to print exhibits. | 0.20<br>200.00/hr | 40.00 |
| | MV | Manage data<br>Calendar deposition of Tony Yip.  Prepare email to veritext re: same. Prepare continued deposition notice and email to all counsel. Prepare to mail. | 0.50<br>200.00/hr | 100.00 |
| | MV | Manage data<br>Send subpoena to Kathy Fung with email. | 0.20<br>200.00/hr | 40.00 |
| | MV | Review<br>Review of credit card statements received from Bank of America. | 0.50<br>200.00/hr | 100.00 |
| | SAM | Communicat/FIRM<br>Meeting with MDV to discuss testimony of Steven Sanchez. | 0.10<br>225.00/hr | 22.50 |
| | SAM | Communicat/CLI<br>Discussion with client. | 1.00<br>225.00/hr | 225.00 |
| | SAM | Plan & Prepare<br>Plan & Prepare for trial. | 2.50<br>225.00/hr | 562.50 |
| | SAM | Communicat/MISC<br>Further discussion with client re mediation (.3); further email and phone with Heffernan (.4) | 0.70<br>225.00/hr | NO CHARGE |
| | SAM | Communicat/MISC<br>Email discussion with Kevin Heffernan re deposition of Yip. | 0.20<br>225.00/hr | 45.00 |
| | SAM | Communicat/MISC<br>Research and locate service of process; email subpoena and letter for service to Litigation Office, 720 Kennon Street, SE, Bldg 36, Room 233, Washington Navy Yard, DC 20374-5013. | 0.40<br>225.00/hr | 90.00 |
| 3/12/2015 | BG | Manage data<br>Misc. Admin on Brightwell Case - Compile/Print Verdict Forms, Transfer Files to L. Brightwell. | 0.50<br>135.00/hr | NO CHARGE |
| | BG | Drafting documents<br>Finish 1st Draft Proof Grids. | 3.50<br>135.00/hr | 472.50 |
| | BG | Compile Exh<br>Exhibit List Coordination, Adding Additional Reserved Spots for Engrossed Discovery. | 1.00<br>135.00/hr | 135.00 |
| | BG | Review<br>Review of C. Hunter Depo, Compilation of Important Info to be Presented at Trial. | 1.50<br>135.00/hr | NO CHARGE |

Exhibit 4
Page 63

Lee Brightwell                                                                                      Page21

|            |     |                                                                    | Hrs/Rate   | Amount    |
|------------|-----|--------------------------------------------------------------------|------------|-----------|
| 3/12/2015  | SAM | Communicat/MISC<br>Discussion with Andrew Albert.                  | 0.40<br>225.00/hr | 90.00 |
|            | M   | Manage data<br>Creating 400 reserved spots on exhibit list for AEO documents not yet received. | 0.50<br>55.00/hr | 27.50 |
|            | M   | Manage data<br>Creating reserved spaces on exhibit list for engrossed discovery. | 0.25<br>55.00/hr | 13.75 |
|            | M   | Compile Exh<br>Adding Exhibits to O'Donnell Second Deposition to Exhibit List. | 0.25<br>55.00/hr | 13.75 |
|            | M   | Drafting documents<br>Redacting bank account numbers from check exhibits. | 0.50<br>55.00/hr | 27.50 |
|            | M   | Manage data<br>Adding Ex Parte documents to pleadings portion of exhibit list. | 0.35<br>55.00/hr | 19.25 |
|            | M   | Manage data<br>Renaming scanned exhibits.                          | 0.75<br>55.00/hr | 41.25 |
|            | M   | Drafting documents<br>Working on engrossed discovery.              | 1.65<br>55.00/hr | 90.75 |
|            | CB  | Manage data<br>Scanned Saved and filed Continued Notice of Taking Deposition of Expert Tony Yip. | 0.10<br>40.00/hr | NO CHARGE |
|            | CB  | Manage data<br>Saved and Named Remaining Exhibits to Client Directory. | 0.20<br>40.00/hr | 8.00 |
|            | CB  | Manage data<br>Saved and Filed Civil Subpoena for Personal Appearance and Standby Agreement. | 0.10<br>40.00/hr | NO CHARGE |
|            | CB  | Manage data<br>Took Time Stamps of Where Contradictions, Fear, and Obvious Lying were taking place to make a short Video Excerpts to go to Mediation. | 2.80<br>40.00/hr | 112.00 |
|            | CB  | Manage data<br>Made Copies of Disks of Deposition of Brian O'Donnell for Hearing. | 0.40<br>40.00/hr | 16.00 |
|            | CB  | Manage data<br>Scanned Saved and filed Remaining Exhibits(351-580) other than Photo Exhibits. | 3.00<br>40.00/hr | 120.00 |
|            | CB  | Compile Exh<br>Helping Lee Print Exhibits and Colored Exhibits for Mediation Brief. | 1.00<br>40.00/hr | NO CHARGE |

Exhibit 4
Page 64

Lee Brightwell                                                                    Page22

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/12/2015 | CB | Manage data<br>Helped Move Files, Update Exhibit List and Assist in<br>Mediation Brief Binders & Exhibits. | 1.00<br>40.00/hr | NO CHARGE |
| | MV | Drafting documents<br>Continue to work on joint TRC Work on jury instructions.<br>Edit/revise witness list. | 0.75<br>200.00/hr | 150.00 |
| | MV | Communicat/FIRM<br>Meeting with Scott re: serving general counsel of the Navy<br>re: Kirsten Smith subpoena.  Prepare email to Scott<br>attaching necessary documents. | 0.25<br>200.00/hr | 50.00 |
| | MV | Communicat/FIRM<br>Discuss mediation strategy and videotape deposition of<br>Brian ODonnell. | 0.20<br>200.00/hr | NO CHARGE |
| | MV | Manage data<br>Instructions to CB re: locating snippets from Brians last<br>deposition. | 0.05<br>200.00/hr | NO CHARGE |
| | MV | Communicat/CLI<br>Meeting with Lee and Cassandra re: snippets from Brians<br>deposition.  Discuss gathering materials for mediation. | 0.45<br>200.00/hr | NO CHARGE |
| | MV | Drafting documents<br>Work on verdict forms for trial. | 5.20<br>200.00/hr | 1,040.00 |
| | MV | Communicat/FIRM<br>Meeting with Scott to discuss verdict forms and selecting<br>second chair for trial. | 0.10<br>200.00/hr | 20.00 |
| | SAM | Plan & Prepare<br>Plan & Prepare for trial. | 1.00<br>225.00/hr | 225.00 |
| | SAM | Draft/revise<br>Draft/revise mediation brief. | 1.50<br>225.00/hr | NO CHARGE |
| | SAM | Plan & Prepare<br>Plan & Prepare for trial. | 6.50<br>225.00/hr | 1,462.50 |
| 3/13/2015 | M | Manage data<br>OCRing discovery to O'Donnell Set 1 to work on<br>engrossed discovery. | 0.30<br>55.00/hr | 16.50 |
| | M | Manage data<br>Downloading additional trial exhibits provided by<br>Defendants. | 0.50<br>55.00/hr | 27.50 |
| | M | Manage data<br>Creating binder cover sheet for attorney eyes only binder. | 0.10<br>55.00/hr | 5.50 |
| | M | Manage data<br>Printing Brinig reports for mediation conference. | 0.10<br>55.00/hr | NO CHARGE |

Exhibit 4<br>Page 65

Lee Brightwell                                                                                      Page23

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/13/2015 | M | Manage data<br>Searching for original verification to discovery responses<br>by O'Donnell. Pulling original and certified copies of<br>transcripts. | 0.70<br>55.00/hr | 38.50 |
|  | M | Drafting documents<br>Finishing Engrossed Discovery for Form Interrogatories,<br>Set 1 to O'Donnell. | 0.50<br>55.00/hr | 27.50 |
|  | M | Drafting documents<br>Working on Engrossed Discovery for Special<br>Interrogatories. Set 1 to O'Donnell. | 1.10<br>55.00/hr | 60.50 |
|  | BG | Manage data<br>Admin Tasks in Prep for Trial Readiness - Print, Punch,<br>Attach,etc. | 1.50<br>135.00/hr | NO CHARGE |
|  | BG | Manage data<br>Write Up List of In Limine Motions, Look for Examples. | 0.50<br>135.00/hr | 67.50 |
|  | BG | Trial preparations<br>Trial Prep Meeting w/ S. McMillan, M. Volk, & L. Brightwell.<br>Discussion of Action Items. | 1.00<br>135.00/hr | 135.00 |
|  | BG | Drafting documents<br>Preparation of Trial Subpoenas for Coronado Reporting<br>Officers - Write Up, Call Station to Request Fee. | 0.75<br>135.00/hr | 101.25 |
|  | BG | Drafting documents<br>Begin Jury Instruction Admin - Transfer to Wordperfect,<br>Save as Individual Files, Create Missing Instructions. | 5.50<br>135.00/hr | NO CHARGE |
|  | MV | Meeting with<br>Meeting to discuss tasks required per Pragers advance<br>trial review order. | 1.00<br>200.00/hr | 200.00 |
|  | MV | Communicat/MISC<br>Prepare email to John Hamm re: contacting me to discuss<br>testifying at trial. Provide cell number. | 0.10<br>200.00/hr | 20.00 |
|  | MV | Manage data<br>Meeting with Betsy re: working on jury instructions Prepare<br>jury instruction block for our instructions. Email to Betsy.<br>nstructions to Cassandra (CB) to download CD of exhibits<br>and to print a paper copy for mediation. Instructions to CB<br>to put Bank of America records in a notebook with certain<br>pages flagged. | 0.45<br>200.00/hr | 90.00 |
|  | MV | Communicat/MISC<br>Phone call with John Hamm re: possible testimony.<br>Discuss call with Scott. | 0.20<br>200.00/hr | 40.00 |
|  | MV | Manage data<br>Assist with compiling documents necessary to take to<br>mediation today. Discuss with Lee compiling additional | 0.20<br>200.00/hr | 40.00 |

Exhibit 4<br>Page 66

Lee Brightwell                                                                                          Page24

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/13/2015 | MV | documents for exhibit list to be exchanged with opposing counsel. | | |
| | | Communicat/MISC<br>Dialogue with Scott re: mediation strategy. | 0.10<br>200.00/hr | NO CHARGE |
| | MV | Manage data<br>Instructions to legal assistants re: gathering original transcripts, certified copies, right to sue letter. | 0.10<br>200.00/hr | 20.00 |
| | MV | Communicat/FIRM<br>Meeting to discuss original verifications located and those missing for defendants. | 0.05<br>200.00/hr | 10.00 |
| | MV | Communicat/MISC<br>Meeting to discuss motions in limine to be completed. Discuss trial brief and proof grids. | 0.20<br>200.00/hr | 40.00 |
| | MV | Manage data<br>Review of draft of engrossed responses to special interrogatories. Prepare email to MK re: revisions. Copy to Scott with commentary on responses to be used at trial. | 0.20<br>200.00/hr | 40.00 |
| | MV | Communicat/FIRM<br>Discuss with Scott and Lee what transpired at todays mediation. Discuss strategy moving forward. Review of email from mediator re: 998 offer. Discuss 998 with Scott. Discuss with Scott issue re: original verifications missing for Brian. | 0.25<br>200.00/hr | 50.00 |
| | CB | Manage data<br>Scanned Saved and Filed Proposed Jury Instructions and Special Verdict. Scanned Saved and Filed Request for Statement of Decision. | 0.35<br>40.00/hr | NO CHARGE |
| | CB | Manage data<br>Started Putting an AEO Binder Together for MDV. | 0.40<br>40.00/hr | NO CHARGE |
| | CB | Communicat/FIRM<br>Conferred with Michaele and Michelle on What is going to be needed for Lee's Upcoming Trial. | 0.20<br>40.00/hr | NO CHARGE |
| | CB | Manage data<br>Copying and saving Defendant's trial exhibits from CD. | 0.10<br>40.00/hr | 4.00 |
| | SAM | Plan & Prepare<br>Plan & Prepare for trial; attend Trial Readiness Conference. | 2.50<br>225.00/hr | 562.50 |
| | SAM | Plan & Prepare<br>Plan & Prepare for mediation. | 1.00<br>225.00/hr | NO CHARGE |
| | SAM | Appear/attend<br>Appear and attend mediation. | 3.50<br>225.00/hr | NO CHARGE |

Exhibit 4
Page 67

Lee Brightwell                                                                                     Page25

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/14/2015 | MV | Communicat/CLI<br>Prepare email to Lee re: latest exhibit lists prepared.<br>Discuss adding exhibit re: custodian of records letter from<br>Bank of America. Meeting to discuss the authority and<br>rules regarding security clearance documents that must be<br>destroyed, etc. Discuss potential witness John Hamm.<br>Discuss Steven Sanchez. | 0.60<br>200.00/hr | 120.00 |
|  | MV | Manage data<br>Discuss email from Brian to Liz on day of assault with Lee.<br>Discussed admissions in same with Scott. Scan and add<br>Exhibit 916 to trial exhibit folders. | 0.35<br>200.00/hr | 70.00 |
|  | SAM | Communicat/MISC<br>Email dialog with Shawn re moot with LB. | 0.20<br>225.00/hr | 45.00 |
|  | SAM | Research<br>Research re Harvey Berger on trial; reseach re Kevin<br>Heffernan. | 0.30<br>225.00/hr | 67.50 |
|  | SAM | Research<br>Research 998 offer.  Discuss offer with client. | 1.50<br>225.00/hr | 337.50 |
|  | SAM | Draft/revise<br>Draft/revise settlement letter. | 1.10<br>225.00/hr | 247.50 |
| 3/15/2015 | SAM | Plan & Prepare<br>Plan & Prepare for trial, questions re case to MDV, and<br>Shawn for Moot. | 0.30<br>225.00/hr | 67.50 |
|  | SAM | Communicat/CLI<br>Email to LB re the late completion of the exhibits. | 0.15<br>225.00/hr | 33.75 |
|  | SAM | Communicat/CLI<br>Email to client re amount paid at the mediation. | 0.10<br>225.00/hr | NO CHARGE |
|  | SAM | Communicat/CLI<br>Email client Billing 5. | 0.20<br>225.00/hr | NO CHARGE |
| 3/16/2015 | M | Compile Exh<br>Bates numbering 300 attorney eyes only exhibits. | 5.00<br>55.00/hr | 275.00 |
|  | M | Compile Exh<br>Uploading all bates numbered exhibits to google drive and<br>printing attorney eyes only exhibits. | 1.50<br>55.00/hr | 82.50 |
|  | M | Manage data<br>Stamping exhibit stickers with case number. | 0.50<br>55.00/hr | 27.50 |
|  | CB | Manage data<br>Scanned Saved and Filed Certified Order of Divorce. | 0.30<br>40.00/hr | 12.00 |

Exhibit 4<br>Page 68

Lee Brightwell                                                                                    Page26

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/16/2015 CB | Manage data<br>Worked on Siting, Cross Referencing Deposition Excerpts from 2nd Depo of O'Donnell and Sent them to Michelle So they may be easily found and used at trial. | | 5.10<br>40.00/hr | 204.00 |
| | MV | Manage data<br>Meeting with legal assistants re: organization of electronic trial exhibits. | 0.10<br>200.00/hr | 20.00 |
| | MV | Manage data<br>Follow up re: status of Brinig transcript.  Phone call to Joe at Brinigs office re: transcript. | 0.10<br>200.00/hr | 20.00 |
| | MV | Communicat/FIRM<br>Review of email from Scott re: status of Brinigs transcript.  Phone call with Esquire re: ordering certified copy and inquiring re: original. | 0.15<br>200.00/hr | 30.00 |
| | MV | Review<br>Review of defendants trial exhibit list and the final version of the joint trial readiness report. | 0.10<br>200.00/hr | 20.00 |
| | MV | Manage data<br>Instructions to CB re: typing deposition sections of Brians deposition (second one) for disclosure of depo reads.  Email to Lee re: summary of Brians first deposition. | 0.20<br>200.00/hr | 40.00 |
| | MV | Review<br>Review of defs trial exhibits for duplication.  Discuss overall condition of defendants exhibits with Scott.  Meeting with Scott to discuss exchanging trial exhibits tonight.  Coordinate re: same. | 2.90<br>200.00/hr | 580.00 |
| | MV | Communicat/CLI<br>Review of email from Lee re: summary of Brians first deposition.  Forward to MK and CB for handling with instructions to prepare depo excerpt list from same. | 0.05<br>200.00/hr | 10.00 |
| | MV | Review<br>Review of summary of Brians first deposition for purposes of determining testimony to include in depo reads.  Instructions to Cassandra re: same. | 0.40<br>200.00/hr | 80.00 |
| | MV | Communicat/MISC<br>Review of email from Betsy re: CACI 3706. Review of same.  Email to Betsy.  Review of email re: call from Esquire as to Brinigs deposition transcript.  Forward to Scott. | 0.15<br>200.00/hr | 30.00 |
| | MV | Communicat/FIRM<br>Prepare email to Scott | 0.05<br>200.00/hr | NO CHARGE |
| | MV | Review<br>Review of Lees summary of Brians first deposition.  Determine which entries to be used at deposition reads. | 0.40<br>200.00/hr | 80.00 |

Exhibit 4<br>Page 69

Lee Brightwell                                                                                      Page27

|            |    |                                                                                          | Hrs/Rate | Amount |
|------------|----|------------------------------------------------------------------------------------------|----------|--------|
| 3/16/2015  | MV | Communicat/MISC<br>Telephone call with Kathy Fung re: standby agreement, airfare and witness fees. | 0.15<br>200.00/hr | 30.00 |
|            | MV | Communicat/CLI<br>Meeting with Lee re: defendants exhibits and duplicates. Coordinate re: compiling exhibits to be produced to defendants. | 0.25<br>200.00/hr | 50.00 |
| 3/17/2015  | M  | Manage data<br>Searching for missing exhibits that had not been created. | 0.50<br>55.00/hr | 27.50 |
|            | M  | Manage data<br>Printing and scanning new exhibits. | 0.25<br>55.00/hr | 13.75 |
|            | M  | Manage data<br>Printing and scanning new exhibits. | 0.25<br>55.00/hr | 13.75 |
|            | M  | Manage data<br>Bates numbering new exhibits. | 0.30<br>55.00/hr | 16.50 |
|            | M  | Manage data<br>Uploading new exhibits to google drive. | 0.20<br>55.00/hr | 11.00 |
|            | M  | Manage data<br>Scanning, saving, and filing Statutory Offer to Compromise to Plaintiff. | 0.25<br>55.00/hr | 13.75 |
|            | M  | Manage data<br>Scanning, saving, and putting away new exhibit containing map of Client's house. | 0.15<br>55.00/hr | 8.25 |
|            | M  | Manage data<br>Downloading, printing, and scanning new exhibit list. | 0.15<br>55.00/hr | 8.25 |
|            | M  | Manage data<br>Scanning, saving, and filing Letter from Navy Re Smith Subpoena. | 0.35<br>55.00/hr | 19.25 |
|            | M  | Compile Exh<br>Placing exhibit stickers on AEO exhibits. | 0.50<br>55.00/hr | 27.50 |
|            | BG | Manage data<br>Print and Separate Proof Grids for Review by M. Volk and L. Brightwell. | 0.25<br>135.00/hr | 33.75 |
|            | BG | Drafting documents<br>Complete 1st Draft of In Limine Motion to Prevent Defendant From Asserting Ownership Interest in Esperanza Home. | 2.75<br>135.00/hr | 371.25 |
|            | BG | Drafting documents<br>Complete 1st Draft of in Limine Motion to Exclude all Documents and Information Not Provided During Discovery. | 1.50<br>135.00/hr | 202.50 |

Exhibit 4
Page 70

Lee Brightwell                                                                                    Page28

|            |     |                                                                                                                                                                                                                                              | Hrs/Rate         | Amount     |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|------------|
| 3/17/2015  | BG  | Review<br>Review Applicable Law for Form SF-86 Including Procedure Manual and Federal Privacy Act.                                                                                                                                              | 1.50<br>135.00/hr | 202.50     |
|            | BG  | Drafting documents<br>Draft Section on Exclusion of SF-86 for Privacy In Limine Motion.                                                                                                                                                         | 1.25<br>135.00/hr | 168.75     |
|            | BG  | Review<br>Review of File Materials Relating to Esperanza Loan for Section on Exclusion of Loan Docs in Privacy In Limine Motion.                                                                                                                 | 0.75<br>135.00/hr | 101.25     |
|            | CB  | Manage data<br>Helped Lee Print out her Excel Preview Pages for an Exhibit for Trial.                                                                                                                                                           | 0.40<br>40.00/hr  | NO CHARGE  |
|            | CB  | Manage data<br>Saved and Field Plaintiff's Opposition to Defendant's ExParte Application for Order for Commission to Issue a Trial Subpoena to Hawaii to Pacific Access Mortgage & Defendants Initial ExParte Application for Order to Issue; Memorandum and Points & Authorities With the Declaration of J.Brown. | 0.40<br>40.00/hr  | NO CHARGE  |
|            | CB  | Manage data<br>Scanned Saved and Filed Trial conference Notes From Lee.                                                                                                                                                                         | 0.10<br>40.00/hr  | NO CHARGE  |
|            | CB  | Manage data<br>Saved and Filed Letter From SAM to Berger&Heffernan Regarding Compromise.                                                                                                                                                        | 0.10<br>40.00/hr  | NO CHARGE  |
|            | CB  | Manage data<br>MDV Showed me how to Prepare a Service Set of Subpoenas to Coronado Police Department.                                                                                                                                           | 0.60<br>40.00/hr  | 24.00      |
|            | CB  | Serve Documents<br>Drove to Coronado to Serve Subpoenas.                                                                                                                                                                                        | 1.40<br>40.00/hr  | 56.00      |
|            | CB  | Manage data<br>Scanned Saved and Filed Subpoenas to Coronado Police Department.                                                                                                                                                                 | 0.10<br>40.00/hr  | 4.00       |
|            | MV  | Communicat/MISC<br>Review of email from Lisa Simon re: status of Kristen Smith testifying.                                                                                                                                                      | 0.05<br>200.00/hr | 10.00      |
|            | MV  | Manage data<br>Review draft of all proof grids prepared by Betsy. Make revisions to same. Meeting with Lee re: costs associated with moving to San Diego and back to Hawaii. Discuss costs associated with renovating Chula Vista house. Discuss exhibit "Lees contributions to RFL and utilizing Lizs email and spreadsheets at trial. Discuss Defendants | 2.10<br>200.00/hr | 420.00     |

Exhibit 4<br>Page 71

Lee Brightwell                                                                                              Page29

|            |     |                                                                                                                                                                                                                                                                                                | Hrs/Rate        | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
|            |     | exhibits and duplications of same. Discuss exhibits missing from upload folder.                                                                                                                                                                                                                     |                 |        |
| 3/17/2015  | MV  | Communicat/FIRM<br>Meeting with Betsy re: preparing trial brief. Locate samples of trial briefs.                                                                                                                                                                                                    | 0.15<br>200.00/hr | 30.00  |
|            | MV  | Review<br>Review of Lees summary of Brians first deposition to determine which ones to use at deposition reads. Meeting with Betsy re: motion in limine re: house ownership. Coordinate re: revising exhibit list and sending to opposing counsel. Review of documents uploaded to google drive. | 2.55<br>200.00/hr | 510.00 |
|            | MV  | Manage data<br>Dealt with upload of additional exhibits and exhibit list to the Prepare email to opposing counsel re: same.                                                                                                                                                                         | 0.15<br>200.00/hr | 30.00  |
|            | MV  | Communicat/MISC<br>Prepare email to opposing counsel re: exhibit list and additional exhibits.                                                                                                                                                                                                      | 0.25<br>200.00/hr | 50.00  |
|            | MV  | Communicat/FIRM<br>Meeting with Betsy re: loan documents obtained from Hawaii. Discuss witness list with Lee.                                                                                                                                                                                        | 0.05<br>200.00/hr | 10.00  |
|            | SAM | Communicat/CLI<br>Discuss 998 offer with client.                                                                                                                                                                                                                                                    | 0.20<br>225.00/hr | 45.00  |
|            | SAM | Communicat/MISC<br>Call to Lisa Simon re Kristen Smith availability.  Send follow up email.                                                                                                                                                                                                         | 0.30<br>225.00/hr | 67.50  |
|            | SAM | Communicat/MISC<br>Email to Lisa Simon re Kristen Smith and video testimony.                                                                                                                                                                                                                        | 0.10<br>225.00/hr | 22.50  |
|            | SAM | Communicat/MISC<br>Email to Lisa Simon re opposing counsel contact informatino.                                                                                                                                                                                                                     | 0.10<br>225.00/hr | 22.50  |
|            | SAM | Communicat/CLI<br>Email client 998 offer from opposing party in the amount of $275,001.00.  Client rejects it.                                                                                                                                                                                      | 0.10<br>225.00/hr | 22.50  |
|            | SAM | Communicat/MISC<br>Email to Berger and Heffernan rejecting the offer of $275,001.                                                                                                                                                                                                                   | 0.10<br>225.00/hr | 22.50  |
| 3/18/2015  | M   | Communicat/CLI<br>Placing exhibit stickers on bank exhibits.                                                                                                                                                                                                                                        | 0.75<br>55.00/hr  | 41.25  |
|            | M   | Manage data<br>Scanning, saving, and filing Defendant O'Donnell's Objection to Notice to Appear and Produce Documents at Trial.                                                                                                                                                                     | 0.25<br>55.00/hr  | 13.75  |

Exhibit 4<br>Page 72

Lee Brightwell

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/18/2015 | M | Manage data<br>Inserting footers on documents for Client's Declaration. | 0.75<br>55.00/hr | NO CHARGE |
| | M | Compile Exh<br>Bates numbering exhibits and saving to bates folder. | 0.70<br>55.00/hr | 38.50 |
| | BG | Drafting documents<br>Complete 1st Draft of In Limine Motion to Exclude B.<br>O'Donnell Claims to Partial Ownership of the Esperanza<br>House. | 1.25<br>135.00/hr | 168.75 |
| | BG | Drafting documents<br>Complete 1st Draft of In Limine Motion to Exclude Form<br>SF-86. | 0.50<br>135.00/hr | 67.50 |
| | BG | Research<br>Research Consumer Notice Requirements for In Limine to<br>Exclude Loan Documents. | 1.50<br>135.00/hr | 202.50 |
| | BG | Communicat/CLI<br>Email and Follow up Discussion with L. Brightwell re: List<br>of Documents Illegally Obtained by B. O'Donnell. | 0.25<br>135.00/hr | 33.75 |
| | BG | Drafting documents<br>Begin Drafting In Limine to Exclude All Documents<br>Obtained by Defendant in Violation of Notice<br>Requirements. | 1.75<br>135.00/hr | 236.25 |
| | CB | Manage data<br>Started Putting Stickers on Lees Exhibits for trial 708-1033. | 1.00<br>40.00/hr | 40.00 |
| | CB | Manage data<br>Continue to Scan Exhibits for Trial 600-745. | 1.20<br>40.00/hr | 48.00 |
| | JM | Manage data<br>Scan 1st set of exhibit files. | 0.80<br>40.00/hr | 32.00 |
| | JM | Manage data<br>Naming and filing of exhibit files. | 1.00<br>40.00/hr | 40.00 |
| | JM | Manage data<br>Scan 2nd set of exhibit files. | 0.50<br>40.00/hr | 20.00 |
| | JM | Manage data<br>Naming and Filing of exhibit files. | 1.00<br>40.00/hr | 40.00 |
| | JM | Manage data<br>Added stickers and hole punches to exhibit files. | 0.80<br>40.00/hr | 32.00 |
| | JM | Manage data<br>Hole punching exhibit files. | 2.00<br>40.00/hr | 80.00 |
| | SAM | Communicat/CLI<br>Email offer from Andrew Albert. | 0.10<br>225.00/hr | NO CHARGE |

Exhibit 4<br>Page 73

Lee Brightwell                                                                                   Page31

|            |     |                                                                                  | Hrs/Rate        | Amount     |
|------------|-----|----------------------------------------------------------------------------------|-----------------|------------|
| 3/18/2015  | SAM | Communicat/MISC<br>Email wiht Tracey Van Every re RF Logisitics policy #65<br>SBA NN5193 with The Hartford. | 0.10<br>225.00/hr | 22.50 |
|            | SAM | Communicat/MISC<br>Email to opposing counsel re objection to notice ot appear<br>and produce. | 0.20<br>225.00/hr | 45.00 |
|            | SAM | Communicat/MISC<br>Email dialog from Lisa Simon re testimony of Kristen Smith.    | 0.30<br>225.00/hr | 67.50 |
| 3/19/2015  | M   | Manage data<br>Printing exhibits.                                                | 0.30<br>55.00/hr | NO CHARGE |
|            | JM  | Manage data<br>Stamped Case numbers on stickers for exhibit files.               | 0.20<br>40.00/hr | 8.00 |
|            | JM  | Manage data<br>Scanning exhibit files into system.                               | 0.80<br>40.00/hr | 32.00 |
|            | JM  | Manage data<br>Adding numbered stickers to exhibit files                         | 2.00<br>40.00/hr | 80.00 |
|            | JM  | Manage data<br>Updating scanned document in the system.                          | 0.20<br>40.00/hr | 8.00 |
|            | JM  | Manage data<br>E-Filing exhibit files into proper trial exhibit folder (with<br>stickers). | 0.80<br>40.00/hr | 32.00 |
|            | JM  | Compile Exh<br>Working on in progress folder of exhibit files.                   | 0.50<br>40.00/hr | 20.00 |
|            | JM  | Manage data<br>Scan set of exhibit files.                                        | 0.50<br>40.00/hr | 20.00 |
|            | JM  | Compile Exh<br>Working on exhibit binder.                                        | 0.80<br>40.00/hr | 32.00 |
|            | JM  | Communicat/CLI<br>Stickering and scanning exhibits files.                        | 0.80<br>40.00/hr | 32.00 |
|            | CB  | Compile Exh<br>Started Putting Scanned and Sticker-ed Exhibits Into<br>Binders for Trial With Dividers. | 2.10<br>40.00/hr | 84.00 |
|            | CB  | Compile Exh<br>Continued Scanning and Putting into Binders For Trial.            | 0.60<br>40.00/hr | 24.00 |
|            | CB  | Drafting documents<br>Started Engrossed Discovery, while Watching how to get<br>the Proper Documents and Locations to Grab From. | 0.20<br>40.00/hr | NO CHARGE |

Exhibit 4<br>Page 74

Lee Brightwell                                                                              Page32

|            |    |                                                                 | Hrs/Rate   | Amount |
|------------|----|-----------------------------------------------------------------|------------|--------|
| 3/19/2015  | CB | Drafting documents<br>Started and Finished all questions and responses for form Interrogatories General. | 1.00<br>40.00/hr | 40.00 |
|            | CB | Communicat/FIRM<br>Conferred With MDV in Regards to Brighwell Exhibits for Trial and Finished Scanning the Rest of The Exhibits in. | 0.20<br>40.00/hr | 8.00 |
|            | BG | Research<br>Research re: Privacy Expectations for In Limine on Exclusion of Stolen Documents, Loan Documents. | 1.25<br>135.00/hr | 168.75 |
|            | BG | Drafting documents<br>Complete 1st Draft In Limine to Exclude all Emails & Docs Taken by Defendant w/out Permission. | 2.50<br>135.00/hr | 337.50 |
|            | BG | Drafting documents<br>Complete In Limine to Exclude all Documents Obtained by Defendant in Violation of Notice Requirement. | 1.25<br>135.00/hr | 168.75 |
|            | BG | Draft/revise<br>Draft/revise In Limine to Exclude SF-86 to Highlight Violation of Privacy Act. | 1.00<br>135.00/hr | 135.00 |
|            | MV | Communicat/FIRM<br>Review of email from Scott re: items needing to be completed for Rads declaration. Review of exhibit folders and compared with declaration. | 0.65<br>200.00/hr | 130.00 |
|            | MV | Communicat/CLI<br>Meeting to discuss deposition reads and sending subpoenas to ex-husband, sister, etc. Discuss Steven Sanchez. | 0.20<br>200.00/hr | 40.00 |
|            | MV | Communicat/CLI<br>Meeting to discuss motion in limine re: Lees emails taken from server. Discuss trial brief. | 0.20<br>200.00/hr | 40.00 |
|            | MV | Communicat/FIRM<br>Review of email from Scott and Harvey re: problem with accessing Google docs containing trial exhibits. Assist with correcting problem. Prepare email to Harvey re: same. | 0.20<br>200.00/hr | 40.00 |
|            | MV | Review<br>Review of motion in limine to exclude undisclosed documents, info and witnesses. | 0.70<br>200.00/hr | 140.00 |
|            | MV | Drafting documents<br>Continue to work on MIL re: email private emails. Research re: privacy issues, reasonable expectation of privacy and other related law to prevent materials from being used at trial. | 1.15<br>200.00/hr | 230.00 |

Exhibit 4<br>Page 75

Lee Brightwell                                                                                          Page33

|            |     |                                                                                      | Hrs/Rate       | Amount |
|------------|-----|--------------------------------------------------------------------------------------|----------------|--------|
| 3/19/2015  | MV  | Communicat/CLI<br>Meeting with Lee to discuss re: demo excerpts and proof grids.     | 0.05<br>200.00/hr | 10.00 |
|            | MV  | Draft/revise<br>Draft/revise motions in limine re: claim of house ownership and exclusion of private information taken from RFL server. | 0.75<br>200.00/hr | 150.00 |
|            | SAM | Plan & Prepare<br>Plan & Prepare for trial.                                          | 2.50<br>225.00/hr | 562.50 |
|            | SAM | Communicat/MISC<br>Email with Harvey Berger and Kevin Heffernan re exhibits to dropbox. | 0.20<br>225.00/hr | 45.00 |
|            | SAM | Communicat/MISC<br>Email to Kevin Heffernan re Brian Brinig not reviewing his deposition.  Dialog. | 0.10<br>225.00/hr | 22.50 |
|            | SAM | Communicat/MISC<br>Make arrangements with videographer.                              | 0.20<br>225.00/hr | 45.00 |
|            | SAM | Communicat/MISC<br>Email to opposing counsel re conference call with Judge Prager.   | 0.10<br>225.00/hr | 22.50 |
|            | SAM | Communicat/MISC<br>Email to opposing counsel re depo with Yip.  dialog.              | 0.20<br>225.00/hr | 45.00 |
|            | SAM | Communicat/MISC<br>Email with Bill Steiner @ Veritext re setitng up the Bahrain depo with Kristen Smith. Dialog. | 0.20<br>225.00/hr | 45.00 |
|            | SAM | Communicat/MISC<br>Email to opposing counsel re status of exhibit binders. Dialog.   | 0.30<br>225.00/hr | 67.50 |
|            | SAM | Communicat/MISC<br>Email with Shawn re exam of Lee.                                  | 0.10<br>225.00/hr | 22.50 |
|            | SAM | Communicat/MISC<br>Email to Lisa Simon re acceptance of conditions re deposition of Kristen Smith. | 0.50<br>225.00/hr | 112.50 |
|            | SAM | Communicat/MISC<br>Email dialog with opposing counsel re stipulation to take testimony of Kristen Smith by video conference. | 0.30<br>225.00/hr | 67.50 |
| 3/20/2015  | M   | Drafting documents<br>Finalizing RF Logistics Form Interrogatories General and O'Donnell Form Interrogatories General Engrossed Discovery. | 0.50<br>55.00/hr | 27.50 |

Exhibit 4<br>Page 76

Lee Brightwell                                                                    Page34

|            |    |                                                                                       | Hrs/Rate      | Amount |
|------------|----|---------------------------------------------------------------------------------------|---------------|--------|
| 3/20/2015  | M  | Manage data<br>Renaming and saving Proof of Service for Motions in Limines.           | 0.15<br>55.00/hr | 8.25  |
|            | M  | Manage data<br>Printing color copies of highlight email exhibits.                     | 0.25<br>55.00/hr | 13.75 |
|            | M  | Manage data<br>Emailing Motion in Limines uploaded today.                             | 0.10<br>55.00/hr | 5.50  |
|            | M  | Manage data<br>Uploading documents to google drive for Video Solutions.               | 0.30<br>55.00/hr | 16.50 |
|            | M  | Communicat/MISC<br>Phone call with Veritext Re synced video.                          | 0.15<br>55.00/hr | 8.25  |
|            | JM | Communicat/CLI<br>Inserting exhibit files into binder.                                | 1.50<br>40.00/hr | 60.00 |
|            | JM | Manage data<br>Naming and filing exhibit files into binder.                           | 0.50<br>40.00/hr | 20.00 |
|            | JM | Compile Exh<br>Going over exhibit trial binder.                                       | 2.10<br>40.00/hr | 84.00 |
|            | JM | Manage data<br>Adding, scanning, and filing photos to exhibit folder.                 | 0.50<br>40.00/hr | 20.00 |
|            | CB | Drafting documents<br>Prepared Deposition Notices and Subpoenas of Expert Witness Tony Yip for Lee and SAM at Veritex. | 1.00<br>40.00/hr | 40.00 |
|            | CB | Manage data<br>Searched For File for MDV for Defendants Designation of Expert Witnesses. | 0.20<br>40.00/hr | 8.00  |
|            | CB | Manage data<br>Printed Cover Sheets For all Exhibit Binders to go to Trial and Instructed Jevonte to Go through and Double Check all are there and In correct placements with stickers. | 0.50<br>40.00/hr | 20.00 |
|            | CB | Manage data<br>Scanned Saved and Filed Letter From Navy Approving Kristen Smith to Testify as A Witness. | 0.20<br>40.00/hr | 8.00  |
|            | CB | Manage data<br>Scanned saved and Filed Deposition Subpoenas for Tony Yip as well as Created a New Folder for Stand By Agreements. | 0.50<br>40.00/hr | 20.00 |
|            | CB | Manage data<br>Scanned Saved and Filed Mediation & Proposed Settlement Notes from Mediation. | 0.10<br>40.00/hr | 4.00  |

Exhibit 4<br>Page 77

Lee Brightwell                                                                                   Page35

|            |    |                                                                                 | Hrs/Rate      | Amount |
|------------|----|---------------------------------------------------------------------------------|---------------|--------|
| 3/20/2015  | CB | Drafting documents<br>Started and Finished Engrossed Discovery O'Donnells Responses to Special Interrogatories. | 0.80<br>40.00/hr | 32.00 |
|            | CB | Manage data<br>Got to Unit 208.1 of Form Interrogatories Employment Law Set 1. | 1.10<br>40.00/hr | 44.00 |
|            | MV | Drafting documents<br>Prepare trial subpoena for Yip and stand by agreement. | 0.10<br>200.00/hr | 20.00 |
|            | MV | Manage data<br>Assist with preparing for Yip deposition and copies needed. Confirm address. Discuss Yip subpoena with Scott. Discuss bringing laptops. | 0.10<br>200.00/hr | 20.00 |
|            | MV | Communicat/CLI<br>Phone call from Lee re: request for Yips designation. Forward copy to Lee and staff at Veritext. Instructions to CB for attempting to locate designation. | 0.20<br>200.00/hr | 40.00 |
|            | MV | Manage data<br>Upload motions in limine to onelegal.com. Review of uploaded versions for inclusiveness. Review of emails confirming documents submitted to court. | 0.25<br>200.00/hr | 50.00 |
|            | MV | Manage data<br>Coordinate re: preparing Chong Hunters deposition reads. | 0.10<br>200.00/hr | 20.00 |
|            | MV | Communicat/FIRM<br>Discuss settlement offer made today. | 0.05<br>200.00/hr | 10.00 |
|            | BG | Drafting documents<br>Draft In Limine re: Exclude Defense Affirmative Defense During Case in Chief. | 0.75<br>135.00/hr | 101.25 |
|            | BG | Drafting documents<br>In Limine re: Exclude Mention of Mortgage Fraud as Bad Act. | 1.50<br>135.00/hr | 202.50 |
|            | BG | Drafting documents<br>Format Depo Excerpts to be Read at Trial (Chong Hunter) and Prepare POS, Scan, Copy. | 1.00<br>135.00/hr | 135.00 |
|            | BG | Draft, Pkg Mail<br>In Limine Motions Edits Based on S. McMillan Direction and M. Volk Edits. | 3.00<br>135.00/hr | 405.00 |
|            | BG | Manage data<br>Admin Tasks for Completed In Limines: Scan, Copy, Create Proof of Service and Mailing Packages. | 1.00<br>135.00/hr | 135.00 |
|            | BG | Drafting documents<br>Continue Drafting Trial Brief. | 1.00<br>135.00/hr | 135.00 |

Exhibit 4<br>Page 78

Lee Brightwell                                                                              Page36

|            |     |                                                                 | Hrs/Rate   | Amount    |
|------------|-----|-----------------------------------------------------------------|------------|-----------|
| 3/20/2015  | SAM | Plan & Prepare<br>Prepare for deposition of Tony Yip.          | 1.00<br>225.00/hr | 225.00 |
|            | SAM | Appear/attend<br>Appear at deposition of Tony Yip.            | 4.00<br>225.00/hr | 900.00 |
|            | SAM | Appear/attend<br>Draft and revise mtions in limine.          | 0.50<br>225.00/hr | 112.50 |
|            | SAM | Communicat/MISC<br>Instuction to Betsy re trial Preparation and assembly of, i.e., statements of excerpts to be played at trial. | 0.20<br>225.00/hr | 45.00 |
|            | SAM | Communicat/CLI<br>Follow up with client re Billing 5; client acknowledges. | 0.10<br>225.00/hr | NO CHARGE |
|            | SAM | Communicat/FIRM<br>Email with Betsy re motions in limine.     | 0.10<br>225.00/hr | 22.50 |
|            | SAM | Communicat/OUT<br>Email with Shawn re exam of Lee.           | 0.10<br>225.00/hr | 22.50 |
|            | SAM | Draft/revise<br>Draft/revise motions in limine.             | 1.00<br>225.00/hr | 225.00 |
|            | SAM | Review<br>Review defense motions in limine.                 | 1.00<br>225.00/hr | 225.00 |
|            | SAM | Communicat/CLI<br>Call from Albert; Telecon with LB re settlement offer of $350k from O'Donnell via Albert. | 0.30<br>225.00/hr | 67.50 |
| 3/21/2015  | MV  | Manage data<br>Prepare emails to Francis and Clemente re: returning their subpoenas, etc. Review of emails from counsel re: motions in limines filed yesterday. | 0.10<br>200.00/hr | 20.00 |
|            | SAM | Communicat/CLI<br>Email with client LB re $350k offer, client rejects offer. | 0.20<br>225.00/hr | 45.00 |
|            | SAM | Communicat/CLI<br>Email to client re Torri's Legal Service expense. | 0.20<br>225.00/hr | 45.00 |
| 3/22/2015  | MV  | Drafting documents<br>Prepare subpoenas to Rebecca Aldana and Jeff Brightwell. Forward by email to Lee with instructions to forward them. Meeting with Scott and Sean re: areas to practice direct and cross examination on hot topic areas. Print documents for same. Left message for Clemente re: testifying at trial. | 0.80<br>200.00/hr | 160.00 |
|            | MV  | Communicat/FIRM<br>Prepare email to legal assistants re: status of gathering original transcripts, etc. for trial. | 0.10<br>200.00/hr | 20.00 |

Exhibit 4<br>Page 79

Lee Brightwell                                                                                          Page37

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/22/2015 | MV | Communicat/MISC<br>Prepare email to legal assistants re: preparing exhibit lists<br>for each binder and checking exhibit binders. | 0.15<br>200.00/hr | 30.00 |
|  | SG | Manage data<br>Scanned, hole punched, added tabs, and produced<br>multiple copies for the production of<br>Exhibit Binders. | 4.20<br>115.00/hr | 483.00 |
|  | SAM | Review/analyze<br>Review/analyze Liz Hendrix deposition. | 0.50<br>225.00/hr | 112.50 |
|  | SAM | Plan & Prepare<br>Plan & Prepare for trial. | 4.00<br>225.00/hr | 900.00 |
|  | SAM | Draft/revise<br>Draft/revise email with Andrew Albert. | 1.00<br>225.00/hr | 225.00 |
|  | SAM | Communicat/CLI<br>Email to client re Shawn's view, further reply to response. | 0.20<br>225.00/hr | 45.00 |
|  | SAM | Communicat/MISC<br>Further email to Andy Albert re the undocumented oral<br>partnership contracts. | 0.20<br>225.00/hr | 45.00 |
|  | SAM | Communicat/MISC<br>Further email to Andy Albert re the undocumented oral<br>partnership contracts. | 0.20<br>225.00/hr | 45.00 |
|  | SAM | Communicat/MISC<br>Email with Lisa Simon re deposition of Kristen Smith. | 0.30<br>225.00/hr | 67.50 |
|  | SAM | Communicat/MISC<br>Email to Veritext re setuup of Video deposiiton. | 0.10<br>225.00/hr | 22.50 |
| 3/23/2015 | MV | Meeting with<br>Meeting with Betsy and client re: motions in limine. | 1.10<br>200.00/hr | 220.00 |
|  | MV | Communicat/FIRM<br>Phone call with Scott re: deposition notice for Kristin Smith. | 0.05<br>200.00/hr | 10.00 |
|  | MV | Communicat/CLI<br>Meeting with Lee re: letters from Berger that he may claim<br>are privileged settlement communications. | 0.15<br>200.00/hr | 30.00 |
|  | MV | Communicat/CLI<br>Meeting with Lee to discuss Justin Wilson testifying at trial. | 0.15<br>200.00/hr | 30.00 |
|  | MV | Drafting documents<br>Prepare deposition notice for Kristin Smith and email to<br>counsel. Mail out. | 0.50<br>200.00/hr | 100.00 |
|  | MV | Communicat/CLI<br>Prepare deposition notice for Kristin Smith and email to<br>counsel. Mail out. | 0.50<br>200.00/hr | 100.00 |

Exhibit 4<br>Page 80

Lee Brightwell                                                                              Page38

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/23/2015 | MV | Drafting documents<br>Prepare deposition notice for Kristin Smith and email to counsel. Mail out. | 0.50<br>200.00/hr | 100.00 |
| | MV | Meeting with<br>Meeting with Lee and Betsy re: strategy for opposing Defendants motions in limine. | 0.95<br>200.00/hr | 190.00 |
| | BG | Review<br>Review of Defendants In Limine Motions. | 1.75<br>135.00/hr | 236.25 |
| | BG | Meeting with<br>Discussion with M. Volk and L. Brightwell re: Defendant's In Limines and Plan of Response. | 1.75<br>135.00/hr | 236.25 |
| | BG | Manage data<br>Walk Through & Notes for S. Mohr re: In Limine Assignment. | 1.25<br>135.00/hr | NO CHARGE |
| | CB | Manage data<br>Saved and Filed Proof of Service of Deposition Excerpt Reads for Chong Hunter. | 0.20<br>40.00/hr | 8.00 |
| | CB | Manage data<br>Saved and Filed Letter Response From the Navy Regarding Subpoena to Lisa Simon Accepted by Ramona Smith. | 0.30<br>40.00/hr | NO CHARGE |
| | CB | Manage data<br>Saved and Filed Trail Subpoenas to Jeff Brightwell and Rebecca Aldana to Appear at Trail as Witnesses. | 0.20<br>40.00/hr | 8.00 |
| | TW | Communicat/FIRM<br>Review email from SAM re drafting oppositions to defendants' motions in limine. | 0.20<br>135.00/hr | 27.00 |
| | TW | Communicat/CLI<br>Meeting with MDV, BP and client re oppositions to defendants' motions in limine. | 0.20<br>135.00/hr | 27.00 |
| | TW | Review<br>Review defendants' motion in limine. | 0.90<br>135.00/hr | 121.50 |
| | TW | Research<br>Conduct preliminary research re defendants' motions in limine. | 0.60<br>135.00/hr | 81.00 |
| | SG | Manage data<br>Worked in Scan folder, renamed files, added to exhibit list. | 0.50<br>115.00/hr | 57.50 |
| | SG | Manage data<br>Assisted in assembly of exhibit Binders, multiple sets. | 2.80<br>115.00/hr | 322.00 |
| | SAM | Draft/revise<br>Draft/revise oppositions to motions in limine. | 2.50<br>225.00/hr | 562.50 |

Exhibit 4<br>Page 81

Lee Brightwell                                                                          Page39

|            |     |                                                                     | Hrs/Rate       | Amount    |
|------------|-----|---------------------------------------------------------------------|----------------|-----------|
| 3/23/2015  | SAM | Communicat/MISC<br>Call with Mark Langlais.                          | 0.40<br>225.00/hr | 90.00  |
|            | SAM | Communicat/FIRM<br>Research and Draft summary of the motion in limine opposition points for Betsy, Tom & MDV. | 1.50<br>225.00/hr | 337.50 |
|            | SAM | Communicat/MISC<br>Email to Andy Albert re the undocumented oral partnership contracts. | 0.10<br>225.00/hr | 22.50 |
|            | SAM | Communicat/CLI<br>Email with client re payment on billng delays.  Dialog. | 0.30<br>225.00/hr | NO CHARGE |
|            | SAM | Communicat/CLI<br>Email Lee Brightwell invoice to Tim Wing to pay Tim Wing directly for service on Liz Hendrix. | 0.10<br>225.00/hr | NO CHARGE |
|            | SAM | Communicat/FIRM<br>Email dialog with MDV re motions in limine. | 0.20<br>225.00/hr | 45.00 |
|            | SAM | Communicat/MISC<br>Email with Lisa Simon re technical details of setting up deposition, time,. | 0.30<br>225.00/hr | 67.50 |
|            | SAM | Communicat/MISC<br>Email dialog with Bill Steiner re video deposition. | 0.30<br>225.00/hr | 67.50 |
|            | SAM | Communicat/MISC<br>Further email dialog re arranging deposition. | 0.50<br>225.00/hr | 112.50 |
|            | SAM | Communicat/MISC<br>Email dialog with opposing counsel re Kristen Smith deposition. | 0.30<br>225.00/hr | 67.50 |
| 3/24/2015  | M   | Manage data<br>Saving correspondence from opposing counsel. | 0.10<br>55.00/hr | 5.50 |
|            | M   | Manage data<br>Downloading and saving Deposition of Yip Transcript. | 0.10<br>55.00/hr | 5.50 |
|            | M   | Manage data<br>Uploading video deposition of O'Donnell to google drive. | 0.50<br>55.00/hr | 27.50 |
|            | M   | Drafting documents<br>Working on engrossed discovery for trial. | 3.50<br>55.00/hr | 192.50 |
|            | M   | Drafting documents<br>Working on engrossed discovery. | 1.50<br>55.00/hr | 82.50 |
|            | M   | Compile Exh<br>Bates numbering new exhibits acquired by subpoena. | 1.00<br>55.00/hr | 55.00 |

Exhibit 4<br>Page 82

Lee Brightwell                                                                                      Page40

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/24/2015 | M | Manage data<br>Downloading, renaming, and saving transcripts from deposition of Yip. | 0.25<br>55.00/hr | 13.75 |
|  | MV | Communicat/FIRM<br>Meeting with Scott re: deposition of Kristin Smith.  Prepare write-up of pertinent deposition testimony to be included in opposition to motion in limine. | 0.30<br>200.00/hr | 60.00 |
|  | MV | Drafting documents<br>Work on trial brief.  Phone call to Nick at Gruenbergs office re: text version of First Amended Complaint; Dealt with calls from Heffernans office re: getting access to the google drive of trial exhibits. | 1.70<br>200.00/hr | 340.00 |
|  | MV | Drafting documents<br>Continue to work on trial brief.  Meeting with Lee and Scott re: potential structured settlement.  Discuss Morgheim and Brians dishonest government contracting. | 0.70<br>200.00/hr | 140.00 |
|  | MV | Drafting documents<br>Continue to work on trial brief. | 4.40<br>200.00/hr | 880.00 |
|  | MV | Draft/revise<br>Draft/revise oppositions to Motions in limine numbers 8 and 17. | 0.75<br>200.00/hr | 150.00 |
|  | BG | Drafting documents<br>Draft Oppos. to Defendants' In Limine No. 7. | 2.00<br>135.00/hr | 270.00 |
|  | BG | Drafting documents<br>Draft Oppos. to Defendants' in Limine No. 9. | 2.25<br>135.00/hr | 303.75 |
|  | BG | Drafting documents<br>Begin to Draft Oppos. to Defendants' in Limine No. 13. | 2.00<br>135.00/hr | 270.00 |
|  | BG | Communicat/FIRM<br>Conversations re: Strategy and Grounds for Opposition to In Limines w/ S. Mohr, M. Volk, S. McMillan, T. Wiseman, and L. Brightwell. | 0.50<br>135.00/hr | 67.50 |
|  | BG | Drafting documents<br>Complete Draft Oppos. to Defendants' in Limine No. 13. | 1.00<br>135.00/hr | 135.00 |
|  | BG | Drafting documents<br>Draft Oppos. to Defendants' in Limine No. 6. | 2.00<br>135.00/hr | 270.00 |
|  | CB | Manage data<br>Checking Lees Trial Exhibits. | 0.50<br>40.00/hr | NO CHARGE |
|  | CB | Manage data<br>Uploaded Disks from T.Yip Deposition Transcripts and Brinig as Well. | 0.30<br>40.00/hr | NO CHARGE |

Exhibit 4
Page 83

Lee Brightwell                                                          Page41

|            |    |                                                                                 | Hrs/Rate   | Amount    |
|------------|----|---------------------------------------------------------------------------------|------------|-----------|
| 3/24/2015  | CB | Compile Exh<br>Continued Lees Exhbit Checks.                                     | 0.40<br>40.00/hr | NO CHARGE |
|            | CB | Manage data<br>Downloaded Brinig Documents from MDV to Directory.                | 0.30<br>40.00/hr | 12.00 |
|            | CB | Compile Exh<br>Continued Checking Brightwell Exhibits.                           | 0.50<br>40.00/hr | 20.00 |
|            | CB | Compile Exh<br>Continued to Check Remaining Exhibit Binders for Lees<br>Trial, Completed 1-1033. | 4.60<br>40.00/hr | 184.00 |
|            | JM | Drafting documents<br>Engrossed Discovery.                                       | 1.00<br>40.00/hr | NO CHARGE |
|            | JM | Drafting documents<br>Creating Engrossed Discovery PDF Documents.                | 0.80<br>40.00/hr | 32.00 |
|            | JM | Compile Exh<br>Adding stickers to exhibit files.                                 | 1.80<br>40.00/hr | 72.00 |
|            | JM | Manage data<br>Scanning Exhibit files.                                           | 0.70<br>40.00/hr | 28.00 |
|            | TW | Drafting documents<br>Draft oppositions to defendants' motions in limine.        | 1.00<br>135.00/hr | 135.00 |
|            | TW | Research<br>Conduct legal research oppositions re relations back<br>doctrine re defendants' motions in limine. | 0.30<br>135.00/hr | 40.50 |
|            | TW | Drafting documents<br>Draft oppositions to defendants' motions in limine.        | 1.10<br>135.00/hr | 148.50 |
|            | TW | Research<br>Research re oppositions to defendants' motions in limine.            | 0.90<br>135.00/hr | 121.50 |
|            | TW | Drafting documents<br>Draft oppositions to defendants' motions in limine.        | 1.10<br>135.00/hr | 148.50 |
|            | TW | Communicat/CLI<br>Meeting with client re oppositions to defendants' motions in<br>limine. | 0.30<br>135.00/hr | 40.50 |
|            | TW | Research<br>Research re oppositions to defendants' motions in limine.            | 0.80<br>135.00/hr | 108.00 |
|            | TW | Drafting documents<br>Draft oppositions to defendants' motions in limine.        | 1.80<br>135.00/hr | 243.00 |
|            | TW | Communicat/FIRM<br>Meeting with MDV re oppositions to defendants' motions in<br>limine. | 0.10<br>135.00/hr | 13.50 |

Exhibit 4
Page 84

Lee Brightwell                                                                                    Page42

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/24/2015 | SAM | Plan & Prepare<br>Plan & Prepare for deposition of Kristen Smith. | 0.75<br>225.00/hr | 168.75 |
|  | SAM | Appear/attend<br>Appear and conduct deposition of Kristen Smith. | 3.00<br>225.00/hr | 675.00 |
|  | SAM | Communicat/FIRM<br>Discussion with Berger re settlement. | 0.60<br>225.00/hr | 135.00 |
|  | SAM | Communicat/CLI<br>Discussion with client prior to calling Berger re settlement. | 0.50<br>225.00/hr | 112.50 |
|  | SAM | Communicat/MISC<br>Email dialog with Josh Gruenberg and Nik Djordjeski re<br>DVD disks of O'Donnell depo. | 0.30<br>225.00/hr | 67.50 |
|  | SAM | Communicat/CLI<br>Email inquiry from LB whether Kristen Smith depo is a<br>"go." Replied in the affirmative. | 0.10<br>225.00/hr | NO CHARGE |
|  | SAM | Communicat/MISC<br>Email with Lisa Simon re Gotomeeting. | 0.50<br>225.00/hr | 112.50 |
|  | SAM | Plan & Prepare<br>Plan & Prepare for deposition; set-up GoTo Meeting. | 1.00<br>225.00/hr | 225.00 |
|  | SAM | Communicat/CLI<br>Email with Andrew Albert. | 0.20<br>225.00/hr | 45.00 |
|  | SAM | Communicat/MISC<br>Email from Jay Brown re exhibits. | 0.10<br>225.00/hr | 22.50 |
|  | SAM | Communicat/MISC<br>Call with Joe Baldonado, draft summary to MDV. | 0.30<br>225.00/hr | 67.50 |
| 3/25/2015 | MV | Drafting documents<br>Finalize motion in limine oppositions 8 and 17. | 1.20<br>200.00/hr | 240.00 |
|  | MV | Drafting documents<br>Continue to work on oppositions to motions in limine<br>numbers 2, 3, 7, 10, 12, 14, and 16. Upload to Onelegal. | 6.50<br>200.00/hr | 1,300.00 |
|  | MV | Manage data<br>Review of confirming email from onelegal re: oppositions.<br>Forward email to legal assistants for handling. Discuss<br>with Scott. Instructions to CB and Sheri re: printing and<br>downloading uploaded and conformed copies of our<br>oppositions to motions in limine Coordinate re: compiling<br>email of electronic versions to be forwarded to opposing<br>counsel. | 0.60<br>200.00/hr | 120.00 |
|  | BG | Drafting documents<br>Finish Draft Oppos. to Defendants' In Limine No. 6. | 1.50<br>135.00/hr | 202.50 |

Exhibit 4<br>Page 85

Lee Brightwell                                                                    Page43

|            |    |                                                                 | Hrs/Rate | Amount |
|------------|----|-----------------------------------------------------------------|----------|--------|
| 3/25/2015  | BG | Drafting documents<br>Finish Draft Oppos. to Defendants' in Limine No. 11. | 2.25<br>135.00/hr | 303.75 |
|            | BG | Draft/revise<br>Draft/revise Oppos. to Defendants' in Limine Nos. 6, 7, 9, 11, and 13. | 2.50<br>135.00/hr | 337.50 |
|            | BG | Communical/FIRM<br>Conversations re: Strategy, Status, Additional Arguments for Opposition to In Limines w/ S. Mohr, M. Volk, S. McMillan, T. Wiseman, and L. Brightwell. | 0.50<br>135.00/hr | NO CHARGE |
|            | BG | Manage data<br>Provide Assistance to S. Mohr re: Organizing Argument for MIL in general and outline of argument for MIL #12 re: Liz Hendrix. | 1.25<br>135.00/hr | NO CHARGE |
|            | TW | Communical/FIRM<br>Meeting with MDV and BG re final strategy for oppositions to defendants' motions in limine. | 0.20<br>135.00/hr | 27.00 |
|            | TW | Draft/revise<br>Draft/revise defendants' oppositions to defendants' motions in limine. | 2.20<br>135.00/hr | 297.00 |
|            | TW | Communical/FIRM<br>Meeting with MDV and BG re final strategy for oppositions to defendants' motions in limine. | 0.10<br>135.00/hr | 13.50 |
|            | TW | Draft/revise<br>Draft/revise oppositions to defendants' motions in limine. | 1.90<br>135.00/hr | 256.50 |
|            | TW | Communical/FIRM<br>Meeting with MDV and BG re final strategy for oppositions to defendants' motions in limine. | 0.20<br>135.00/hr | 27.00 |
|            | TW | Draft/revise<br>Draft/revise oppositions to defendants' motions in limine. | 1.60<br>135.00/hr | 216.00 |
|            | TW | Communical/FIRM<br>Meeting with MDV and BG re final strategy for oppositions to defendants' motions in limine. | 0.20<br>135.00/hr | 27.00 |
|            | TW | Draft/revise<br>Draft/revise oppositions to defendants' motions in limine. | 1.50<br>135.00/hr | 202.50 |
|            | SG | Compile Exh<br>Worked on exhibits, produced copies, scanned originals with stickers, renamed computer files, moved files to correct sub-folders. | 3.40<br>115.00/hr | 391.00 |
|            | CB | Manage data<br>Scanned Saved and Filed Transcript from Videotaped Deposition of Expert Witness Tony Yip. | 0.10<br>40.00/hr | 4.00 |

Exhibit 4<br>Page 86

Lee Brightwell                                                                                  Page44

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 3/25/2015 | CB | Manage data | | 0.10 | NO CHARGE |
| | | Saved and Filed Check#2047 from Lee to TMLF for 10,000. | | 40.00/hr | |
| | CB | Manage data | | 0.40 | 16.00 |
| | | Scanned Saved and Filed Opposition to Motions in Limine No.14. | | 40.00/hr | |
| | CB | Manage data | | 0.50 | 20.00 |
| | | Scanned Saved and Filed Letter to Brinig With CD of Deposition and Exhibits of T.Yip.  Scanned Saved and Filed One Legal Order Receipt & Confirmation Saved both to Uploaded and Accepted Folders In client Directory. Scanned Saved and Filed Check#2048 for Lee. | | 40.00/hr | |
| | CB | Manage data | | 1.10 | 44.00 |
| | | Saved and Filed all ACCEPTED & UPLOADED Opp of Defendant's Motions in Limine to their own Folders in Directory and Sent them To Scott. | | 40.00/hr | |
| | SAM | Communicat/MISC | | 0.40 | 90.00 |
| | | Call to Berger and Heffernan re scheduling. | | 225.00/hr | |
| | SAM | Draft/revise | | 2.00 | 450.00 |
| | | Draft/revise oppositions to motions in limine. | | 225.00/hr | |
| | SAM | Review/analyze | | 0.20 | 45.00 |
| | | Review/analyze comments of Justin Wilson re business relationship.  Email with Commander Wilson. | | 225.00/hr | |
| | SAM | Communicat/CLI | | 0.10 | NO CHARGE |
| | | Email oppositions to motions in limine to LB. | | 225.00/hr | |
| | SAM | Plan & Prepare | | 2.30 | 517.50 |
| | | Plan & Prepare for trial. | | 225.00/hr | |
| | SAM | Communicat/MISC | | 0.20 | 45.00 |
| | | Discussion with client re claim; Email with Alan Wood re Hartford claim (RF Logistics, LLC - L. Lee Brightwood; Hartford claim no. GL16145213). | | 225.00/hr | |
| | SAM | Communicat/CLI | | 0.20 | 45.00 |
| | | Email with MDV and LB re expenses moving back to Hawaii.  Discussion with MDV. | | 225.00/hr | |
| 3/26/2015 | M | Drafting documents | | 1.75 | 96.25 |
| | | Finishing up request for production engrossed discovery. | | 55.00/hr | |
| | M | Drafting documents | | 0.50 | NO CHARGE |
| | | Converting engrossed discovery to pdf format. | | 55.00/hr | |
| | M | Manage data | | 0.50 | NO CHARGE |
| | | Printing all Motions in Limine and objections double sided. | | 55.00/hr | |
| | M | Manage data | | 0.60 | NO CHARGE |
| | | Creating tabs for binders for joint pretrial conference. | | 55.00/hr | |

Exhibit 4
Page 87

Lee Brightwell                                                                                    Page45

|            |    |                                                                                                                                                                                                              | Hrs/Rate          | Amount    |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 3/26/2015  | MV | Communicat/CLI<br>Meeting to discuss opposition to motion in limine number 18 re: prostitution.                                                                                                              | 0.10<br>200.00/hr | 20.00     |
|            | MV | Manage data<br>Coordinate re: compiling joint trial readiness binder.                                                                                                                                        | 0.25<br>200.00/hr | 50.00     |
|            | MV | Manage data<br>Discuss preparation of trial exhibit duplicate table with Lee. Emailed to her.                                                                                                                | 0.10<br>200.00/hr | 20.00     |
|            | MV | Communicat/FIRM<br>Email to Scott re: trial length estimate. Phone call to Court clerk re: trial readiness and jury trial estimate. Update calendar re: same.                                                | 0.15<br>200.00/hr | 30.00     |
|            | MV | Manage data<br>Compile and review copies of oppositions to motions in limine to be served on opposing counsel. Prepare mailing labels.                                                                       | 0.40<br>200.00/hr | 80.00     |
|            | MV | Manage data<br>Assist with compiling the joint trial readiness notebook. Edit/revise jury instructions (100 and 200 series.).                                                                                | 1.75<br>200.00/hr | 350.00    |
|            | MV | Draft/revise<br>Draft/revise oppositions to motions in limine numbers 18 and 19. Print for Scotts review. Made changes to oppositions per Scotts recommendations. Finalize documents and upload to onelegal. Prepare copies to be mailed. | 1.00<br>200.00/hr | 200.00    |
|            | MV | Manage data<br>Assist with gathering items to be copied for placement into joint trial readiness binders. Instructions to Suzanne re: same. Edit/revise jury instructions, regular and special jury instructions. Assist with placing photos into sleeves. | 7.50<br>200.00/hr | 1,500.00  |
|            | BG | Drafting documents<br>Draft Opposition to Defendants' Motion in Limine No. 18.                                                                                                                               | 2.00<br>135.00/hr | 270.00    |
|            | BG | Drafting documents<br>Draft Opposition to Defendants' Motion in Limine No. 19.                                                                                                                               | 1.50<br>135.00/hr | 202.50    |
|            | BG | Manage data<br>Joint Witness List Corrections and Formatting.                                                                                                                                                | 0.75<br>135.00/hr | 101.25    |
|            | BG | Manage data<br>Joint Statement of Case Corrections and Formatting.                                                                                                                                           | 0.75<br>135.00/hr | 101.25    |
|            | BG | Review<br>Jury Instructions: Proofreading and Reformatting.                                                                                                                                                  | 1.00<br>135.00/hr | 135.00    |
|            | TW | Communicat/CLI<br>Meeting with client re trial prep.                                                                                                                                                         | 0.10<br>135.00/hr | NO CHARGE |

Exhibit 4<br>Page 88

Lee Brightwell                                                                                    Page46

|              |    |                                                                                                                                                                                                                                                                             | Hrs/Rate         | Amount     |
|--------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|------------|
| 3/26/2015 TW |    | Communicat/CLI<br>Meeting with client re trial prep.                                                                                                                                                                                                                       | 0.10<br>135.00/hr | NO CHARGE  |
|              | TW | Communicat/FIRM<br>Firm meeting re trial preparation and procedures.                                                                                                                                                                                                       | 0.30<br>135.00/hr | NO CHARGE  |
|              | TW | Communicat/FIRM<br>Meeting with BG re jury instructions for trial notebooks.                                                                                                                                                                                               | 0.10<br>135.00/hr | NO CHARGE  |
|              | SG | Manage data<br>Scanned in stickered exhibits, then re-named scanned exhibits in the Scan folders. Researched missing exhibits, Scanned, printed some missing ones and copies of the first stickered pages.  Assisted in creating the five copies of color photo exhibits on stickered pages. | 6.60<br>115.00/hr | 759.00     |
|              | CB | Manage data<br>Made Exhibit Tab Labels with Letters for Suzy to Use for Lee's Trial.                                                                                                                                                                                        | 0.10<br>40.00/hr  | NO CHARGE  |
|              | CB | Manage data<br>Helped Michelle Look for Joint Trial Readiness Binder to Use as Template for Another binder For Suzy's Project.                                                                                                                                              | 0.40<br>40.00/hr  | NO CHARGE  |
|              | CB | Manage data<br>Helped MDV Gather Staple and Mail out Opposing Counsel Copies of Packet of Defendant's Opposition to Motions In Limine.                                                                                                                                      | 1.00<br>40.00/hr  | NO CHARGE  |
|              | CB | Manage data<br>Scanned Saved and Filed Transcript of Video Depo and Video Conference of Kristen Smith. Copied and Named Filed On Disk From Deposition with Original Transcripts, Text Version and Condensed Version into their own Folder under K.Smith Depositions. Hole Punched Oppositions to Defendant's Motions in Limine, 3 Copies of Each. | 0.30<br>40.00/hr  | NO CHARGE  |
|              | CB | Manage data<br>Worked on Printing Copies and Getting Three Binders Ready for Opposing Counsel for teh Motions in Limine.                                                                                                                                                    | 1.50<br>40.00/hr  | NO CHARGE  |
|              | CB | Manage data<br>Printed Out Plaintiff's Original Motions in Limine.                                                                                                                                                                                                          | 0.30<br>40.00/hr  | NO CHARGE  |
|              | CB | Manage data<br>Downloaded Saved and Created new File Location Under Trial>Jury Instructions For Defendant Brian O'Donnell's Special Jury Instructions & Made 2 Copies for MDV.                                                                                               | 0.50<br>40.00/hr  | NO CHARGE  |
|              | CB | Manage data<br>Started Putting Binder for Motions in Limine Together for Trial Tomorrow.                                                                                                                                                                                     | 1.30<br>40.00/hr  | 52.00      |

Exhibit 4<br>Page 89

Lee Brightwell                                                                                          Page47

|            |     |                                                                                                                                                          | Hrs/Rate        | Amount     |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|------------|
| 3/26/2015  | CB  | Manage data<br>Finished One Binder and Fixed Remaining Issues With<br>Tabs and Missing Documents, Or Unfinished Documents.                                 | 2.00<br>40.00/hr | 80.00      |
|            | CB  | Manage data<br>Corrected other Two Binders With mistakes in Table of<br>Contents Exhibit attachments and Tabbing for Motions and<br>Oppositions to Motions in Limine, Also Helped Prepare<br>Photo Exhibits. | 4.00<br>40.00/hr | 160.00     |
|            | SAM | Plan & Prepare<br>Plan & Prepare for trial.                                                                                                               | 4.00<br>225.00/hr | 900.00     |
|            | SAM | Draft/revise<br>Draft/revise motion in limine #8.                                                                                                          | 0.75<br>225.00/hr | 168.75     |
|            | SAM | Communicat/CLI<br>Email to opposing counsel re duplicate of trial exhibits.<br>Dialog.                                                                     | 0.20<br>225.00/hr | 45.00      |
|            | SAM | Review/analyze<br>Review/analyze defense proposed special jury instructions.                                                                               | 1.00<br>225.00/hr | 225.00     |
|            | SAM | Communicat/MISC<br>Email proposed statement of case to opposing counsel.                                                                                   | 0.10<br>225.00/hr | NO CHARGE  |
|            | SAM | Communicat/OUT<br>Email to opposing counsel re Kathy Fung availability.                                                                                    | 0.10<br>225.00/hr | 22.50      |
|            | SAM | Communicat/CLI<br>Email client depo transcript of Kristen Smith.                                                                                           | 0.10<br>225.00/hr | NO CHARGE  |
|            | SAM | Communicat/MISC<br>Email with Andrew Albert re settlement.                                                                                                 | 0.10<br>225.00/hr | 22.50      |
| 3/27/2015  | M   | Manage data<br>Merging Requests for Production PDFs into one file.                                                                                         | 0.50<br>55.00/hr | NO CHARGE  |
|            | M   | Manage data<br>Updating exhibit list with engrossed discovery.                                                                                             | 0.75<br>55.00/hr | 41.25      |
|            | M   | Compile Exh<br>Bates numbering all engrossed discovery.                                                                                                    | 0.80<br>55.00/hr | 44.00      |
|            | M   | Manage data<br>Printing all engrossed discovery.                                                                                                           | 0.40<br>55.00/hr | 22.00      |
|            | M   | Compile Exh<br>Creating exhibit stickers for engrossed discovery.                                                                                          | 0.30<br>55.00/hr | 16.50      |
|            | M   | Compile Exh<br>Putting exhibit stickers on engrossed discovery.                                                                                            | 0.20<br>55.00/hr | 11.00      |
|            | M   | Manage data<br>Scanning all engrossed discovery.                                                                                                           | 0.40<br>55.00/hr | 22.00      |

Exhibit 4<br>Page 90

Lee Brightwell                                                                                          Page48

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/27/2015 | MV | Communicat/FIRM<br>Email to Betsy re: revisions to trial brief and mailing out oppositions to motions in limine numbers 18 and 19. | 0.05<br>200.00/hr | 10.00 |
|  | MV | Communicat/FIRM<br>Phone call with MK re: engrossed discovery. | 0.05<br>200.00/hr | 10.00 |
|  | TW | Attend Trial<br>Travel to/from / appear for trial call. | 2.00<br>135.00/hr | NO CHARGE |
|  | TW | Communicat/CLI<br>Meeting with SAM re strategy re cross examination. | 0.50<br>135.00/hr | NO CHARGE |
|  | CB | Trial preparations<br>Prepared for Trial with Lee and Scott in the morning and Loaded the van to go to Court, and Drove down with them to Observe. Trial Postponed. | 2.50<br>40.00/hr | NO CHARGE |
|  | CB | Manage data<br>Filed Our Copies of Lees Motions In Limine with Confirmation of Filing Page all in one Folder and Labeled and Hole Punched all pages. Scanned Saved and Filed Court of Appeal Notice to Respondent of Deadline to File Opening Brief. Scanned Saved and Field Plaintiff's Motion in Limine 8 of 8. | 0.60<br>40.00/hr | NO CHARGE |
|  | CB | Manage data<br>Stamped More Exhibit Stamps for Exhibits to go in Binders. | 0.40<br>40.00/hr | NO CHARGE |
|  | BG | Draft/revise<br>Draft/revise the Joint Trial Statement. | 0.75<br>135.00/hr | 101.25 |
|  | BG | Draft/revise<br>Incorporate M. Volk Edits in to Proof Grids, Locate Additional Exhibits to Reference, Get Clarification on Various Points from L. Brightwell. | 4.00<br>135.00/hr | 540.00 |
|  | BG | Manage data<br>Send Service Set of Plaintiff's In Limine Motions 18 and 19 to Opposing Counsel. | 0.25<br>135.00/hr | 33.75 |
|  | BG | Manage data<br>Correct Proof of Service to Reflect Berger's Office Actual Address, Spoke with Michaele Regarding Circumstances of Service, Scan, and Send to Opposing Counsel. | 0.50<br>135.00/hr | 67.50 |
|  | SAM | Appear/attend<br>Prepare for and attend trial call hearing. | 4.50<br>225.00/hr | 1,012.50 |
|  | SAM | Communicat/MISC<br>Email to opposing counsel re O'Donnell's claims of poverty. | 0.10<br>225.00/hr | 22.50 |
|  | SAM | Communicat/MISC<br>Email dialog re hosting Kathy Fung depo. | 0.20<br>225.00/hr | 45.00 |

Exhibit 4
Page 91

Lee Brightwell                                                                                      Page49

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/27/2015 | SAM | Communicat/MISC<br>Email with opposing counsel re meditiation with Andy Albert.  Defense 170.6 of Judge Schall. | 0.20<br>225.00/hr | 45.00 |
| 3/28/2015 | SAM | Communicat/MISC<br>Email with Andrew Albert re settlement.  Update on trial. | 0.40<br>225.00/hr | 90.00 |
|  | SAM | Communicat/MISC<br>Email to Andrew Albert re setItement position. | 0.40<br>225.00/hr | 90.00 |
| 3/29/2015 | SG | Drafting documents<br>Researched missing exhibits, Scanned, hole punched, printed, added tabs, and produced copies for the production of the Exhibit Binders.  Created and added Exhibit stickers where needed. | 8.00<br>115.00/hr | 920.00 |
|  | BG | Manage data<br>Scanned Whole Punched and Tabbed Lee's Remaining Documents. | 8.10<br>135.00/hr | 1,093.50 |
|  | MV | Manage data<br>Instructions to CB and Sheri re: preparing exhibit binders to include missing exhibits. Work on planning of direct examination of LB and Trial Brief revisions with Lee. Meeting with Scott to discuss format of direct. | 2.25<br>200.00/hr | 450.00 |
|  | MV | Communicat/FIRM<br>Meeting with legal assistants to discuss adding additional exhibits.  Phone call with Scott re: same. | 0.35<br>200.00/hr | 70.00 |
|  | MV | Draft/revise<br>Draft/revise oppositions to motions in limine no. 18 and 19. Upload to onelegal. | 0.45<br>200.00/hr | 90.00 |
|  | MV | Manage data<br>Scanned and made copies of Pltfs motion in limine no. 8 for joint trial readiness notebook. Prepare written instructions for other additions to same. | 0.15<br>200.00/hr | 30.00 |
|  | SAM | Communicat/MISC<br>Email with Lisa Simon. | 0.20<br>225.00/hr | 45.00 |
|  | SAM | Communicat/MISC<br>Email re errata sheet from Lisa Simon. | 0.20<br>225.00/hr | 45.00 |
|  | SAM | Communicat/MISC<br>Email Lisa Simon depo transcript of Kristen Smith. | 0.10<br>225.00/hr | 22.50 |
|  | SAM | Communicat/CLI<br>Email to client re O'Donnell's racism and mysoginism. | 0.10<br>225.00/hr | 22.50 |
| 3/30/2015 | TW | Draft/revise<br>Review/Check/Mark verdict forms for language re clear and convincing evidence of fraud, oppression or malice (punitive damages). | 0.80<br>135.00/hr | 108.00 |

Exhibit 4
Page 92

Lee Brightwell                                                                      Page50

|            |    |                   |                                                                                                                                                                              | Hrs/Rate         | Amount |
|------------|----|-------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 3/30/2015  | TW | Manage data       | Create trial binders.                                                                                                                                                         | 0.90<br>135.00/hr | 121.50 |
|            | SG | Manage data       | Scanned in stickered exhibits, then re-named scanned exhibits in the Scan folders and moved them to the client computer folders. Researched missing exhibits, Scanned, printed missing ones and copies for the exhibit binders. | 3.50<br>115.00/hr | 402.50 |
|            | CB | Manage data       | Finished Putting Binders Together with Betsy, Michelle and Tom while Network Was Down.                                                                                        | 3.90<br>40.00/hr  | 156.00 |
|            | CB | Manage data       | Downloaded Saved and Filed Dewitt Invoice #RHM1300376 For Lee's Moving Expenses From Oahu to Chula Vista & Sent it Around Again With Scanned Copy having Bates and Exhibit Numbers and Filed Into Appropriate Locations. | 0.30<br>40.00/hr  | 12.00  |
|            | CB | Manage data       | Saved and Filed Stand By Agreement that Goes with Subpoena to Officer Erhard.                                                                                                 | 0.10<br>40.00/hr  | 4.00   |
|            | CB | Manage data       | Printed Exhibit #84 for Lee's Exhibit Binder, It was a Missing Chevy Chase Bank Statement And Downloaded Saved and Printed up T.Wing Inv#0001.                                | 0.20<br>40.00/hr  | 8.00   |
|            | BG | Draft/revise      | Complete Edits to Proof Grids.                                                                                                                                                | 2.50<br>135.00/hr | 337.50 |
|            | BG | Draft/revise      | Add Opposition to Defense In Limine Motions 18 and 19 w/Corrected Title Block to Trial Binders. Do Service of Paper Copies for Opposing Counsel.                              | 0.25<br>135.00/hr | 33.75  |
|            | BG | Draft/revise      | Corrections to Jury Instructions Including Tailoring to Case Details and Creation of Missing Instructions. Add Completed Jury Instructions and Verdict Forms to Trial Binders. | 3.00<br>135.00/hr | 405.00 |
|            | MV | Manage data       | Spot check trial exhibit binders for completeness.                                                                                                                           | 0.30<br>200.00/hr | 60.00  |
|            | MV | Drafting documents | Continue to work on jury instructions.                                                                                                                                        | 1.15<br>200.00/hr | 230.00 |
|            | MV | Compile Exh       | Assist with compiling trial exhibit notebooks containing.                                                                                                                    | 1.10<br>200.00/hr | 220.00 |

Exhibit 4
Page 93

Lee Brightwell                                                                                    Page51

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/30/2015 | MV | Manage data<br>Meeting with Scott re: Kathy Fung deposition.  Prepare email to Lee re: ordering videographer.  Prepare email to Veritext re: same. | 0.25<br>200.00/hr | 50.00 |
|  | MV | Draft/revise<br>Draft/revise joint exhibit list.  Edit/revise verdict forms.  Forward deposition notice to opposing counsel.  Respond to Scotts email re: contact information for Kathy Fung.  Prepare email to Tim Wing re: subpoena for Clemente and to serve same. | 0.65<br>200.00/hr | 130.00 |
|  | MV | Drafting documents<br>Continue to work on Verdict Forms. | 1.85<br>200.00/hr | 370.00 |
|  | MV | Draft/revise<br>Draft/revise jury instructions. Edit/revise special instructions.  Prepare for meeting with opposing counsel to discuss jury instructions and verdict forms by updating joint trial readiness binders with updated versions of all. | 6.25<br>200.00/hr | 1,250.00 |
|  | MV | Communicat/FIRM<br>Prepare instructions to CB re: preparing exhibits for Fung deposition. | 0.05<br>200.00/hr | 10.00 |
|  | MV | Review<br>Review of list of questions for Fung deposition.  Prepare email to Scott re: additional information needed for deposition. | 0.20<br>200.00/hr | 40.00 |
|  | SAM | Communicat/CLI<br>Email to client re trial brief. | 0.05<br>225.00/hr | 11.25 |
|  | SAM | Communicat/MISC<br>Email to client re trial brief; adoptive admissions. | 0.40<br>225.00/hr | 90.00 |
|  | SAM | Communicat/CLI<br>Email dialog with client re Kathy Fung. | 0.20<br>225.00/hr | 45.00 |
|  | SAM | Communicat/MISC<br>Email with Veritext re Kathy Fung depo. | 0.10<br>225.00/hr | NO CHARGE |
| 3/31/2015 | SG | Manage data<br>Created binder covers and spines for the exhibit binders, researched missing exhibits, Scanned, printed copies as needed. | 2.50<br>115.00/hr | 287.50 |
|  | CB | Manage data<br>Scanned Saved and Filed Defendant's Motion in Limine No. 18, to Preclude Introduction to Evidence Re A Purported Visit to Prostitutes; Memorandum of Points & Authorities. | 0.10<br>40.00/hr | NO CHARGE |

Exhibit 4<br>Page 94

Lee Brightwell                                                                    Page52

|          |     |                  | Hrs/Rate | Amount |
|----------|-----|------------------|----------|--------|
| 3/31/2015 | CB | Manage data<br>Scanned Saved and Filed Plaintiff's Notice of Taking Deposition of Kathy Fung. | 0.20<br>40.00/hr | NO CHARGE |
|  | CB | Manage data<br>Scanned Saved named and Filed Defendant's Responding Oppositions to Plaintiff's Motions in Limine 1-7, Made Labels and Put together In One Folder. | 0.50<br>40.00/hr | NO CHARGE |
|  | CB | Manage data<br>Downloaded Saved named and Printed the Original Color Copy From Email of Lee's Right to Sue Letter From Department of Fair Employment and Housing with Originals and the other Two Attachments for Each 1 and 2 Attorney pack and Complaintant Packs. Had to Reprint and Reorganized Color Copies to Go in Box for Trial. | 1.90<br>40.00/hr | NO CHARGE |
|  | CB | Manage data<br>Downloaded Saved and Field Confirmation Page of Oppositions. | 0.10<br>40.00/hr | NO CHARGE |
|  | CB | Manage data<br>Stamped Case Stamps and Conferred With MDV on what Exhibits she Printed out Need to be Scanned and Replaced. | 0.20<br>40.00/hr | NO CHARGE |
|  | MV | Draft/revise<br>Draft/revise special instruction re: definition of LLC. Research in repealed statutes in preparation.  Prepare for meeting with opposing counsel to discuss jury instructions and verdict forms. | 1.15<br>200.00/hr | 230.00 |
|  | MV | Draft/revise<br>Draft/revise Plaintiffs proposed jury instructions. | 0.45<br>200.00/hr | 90.00 |
|  | MV | Draft/revise<br>Draft/revise trial brief.  Place in folder for Scotts review. | 0.30<br>200.00/hr | 60.00 |
|  | MV | Manage data<br>Assist CB with locating right to sue letters.  Discuss organization. | 0.10<br>200.00/hr | NO CHARGE |
|  | MV | Manage data<br>Meeting with Scott to discuss issues related to trial exhibits.  Review Cassandras notes re: missing exhibits. Begin printing and preparing exhibits never before printed. Review of emails from opposing counsel re: missing exhibits.  Print same and discuss with Lee. | 3.65<br>200.00/hr | 730.00 |
|  | SAM | Appear/attend<br>Appear and conduct deposition of Kathy Fung. | 2.00<br>225.00/hr | 450.00 |
|  | SAM | Communicat/CLI<br>Discussion with client re case. | 0.30<br>225.00/hr | 67.50 |

Exhibit 4<br>Page 95

Lee Brightwell                                                                            Page53

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/31/2015 | SAM | Communicat/MISC<br>Call from Andy Albert. | 0.20<br>225.00/hr | 45.00 |
|  | SAM | Plan & Prepare<br>Plan & Prepare for trial. | 1.00<br>225.00/hr | 225.00 |
|  | SAM | Communicat/MISC<br>Email re trial binder preparation with Kevin Heffernan.<br>Objection to expenses. | 0.20<br>225.00/hr | 45.00 |
|  | SAM | Communicat/MISC<br>Email from Andrew Albert. | 0.10<br>225.00/hr | 22.50 |
|  | SAM | Communicat/MISC<br>Email from opposing counsel, Stephanie Reynolds, re<br>standby agreement of Liz Hendrix. | 0.10<br>225.00/hr | 22.50 |
|  | SAM | Communicat/MISC<br>Email from Kevin Heffernan re missing exhibits. | 0.10<br>225.00/hr | 22.50 |
|  | SAM | Communicat/MISC<br>Email from Kevin Heffernan re missing exhibits; forward to<br>staff and LB. | 0.10<br>225.00/hr | 22.50 |
|  | SAM | Communicat/MISC<br>Email from Kevin Heffernan re missing exhibits; forward to<br>staff and LB. | 0.10<br>225.00/hr | 22.50 |
|  | SAM | Communicat/MISC<br>More email dialog from Kevin Heffernan re missing<br>exhibits; forward to staff and LB. | 0.20<br>225.00/hr | 45.00 |
|  |  | SUBTOTAL: | [          538.25 | 68,187.00] |

April 2015

| 4/1/2015 | BG | Draft/revise<br>Complete Edits to Trial Brief. | 1.25<br>135.00/hr | 168.75 |
|---|---|---|---|---|
|  | MV | Communicat/CLI<br>Meeting with Lee to discuss status of gathering missing<br>exhibits, etc. | 0.10<br>200.00/hr | 20.00 |
|  | MV | Communicat/CLI<br>Meeting with Lee to discuss status of missing exhibit<br>compilation and binders containing engrossed discovery<br>and Bank of America bank statements. | 0.10<br>200.00/hr | 20.00 |
|  | MV | Communicat/FIRM<br>Prepare email to Grace at Shelbourne Sherr re: possible<br>receipt of additional bank records. | 0.05<br>200.00/hr | 10.00 |
|  | SAM | Communicat/CLI<br>Email from client re Kathy Fung. | 0.05<br>225.00/hr | 11.25 |

Exhibit 4<br>Page 96

Lee Brightwell                                                                                          Page 54

|            |     |                                                                                                                                | Hrs/Rate          | Amount     |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------|-------------------|------------|
| 4/2/2015   | SG  | Manage data<br>Researched missing exhibits, Scanned, printed, hole punched, added tabs, and produced copies for the production of the Exhibit Binders. | 3.25<br>115.00/hr | 373.75     |
|            | BG  | Manage data<br>Scan Signature Page and Create List of Corrections to Deposition of Kathy Fung. | 0.25<br>135.00/hr | 33.75      |
|            | MV  | Communicat/MISC<br>Review of email from Grace at Shelbourne Sherr re: additional records received.  Reply to same. | 0.10<br>200.00/hr | 20.00      |
|            | MV  | Communicat/FIRM<br>Meeting with Betsy re: deposition transcript changes made by Kathy Fung. | 0.10<br>200.00/hr | 20.00      |
|            | MV  | Review<br>Review of chart of exhibits prepared by Lee. Discuss with Scott. | 0.05<br>200.00/hr | 10.00      |
|            | SAM | Communicat/MISC<br>Email with Lisa Simon re errata sheet. | 0.20<br>225.00/hr | 45.00      |
|            | SAM | Communicat/CLI<br>Email with client re exhibits, e.g.,  of the 4 stacks of copies ready. | 0.10<br>225.00/hr | 22.50      |
|            | SAM | Communicat/MISC<br>Email dialog with opposing counsel re incomplete exhibit binders. | 0.40<br>225.00/hr | 90.00      |
| 4/3/2015   | SG  | Manage data<br>Produced copies, hole punched, tabbed, and added into binders the missing 1st pages and exhibits as found. Continued on exhibit binder production. | 2.75<br>115.00/hr | 316.25     |
|            | MV  | Communicat/CLI<br>Meeting with Lee to discuss status of building exhibit binders. Discuss work left to be done. | 0.25<br>200.00/hr | 50.00      |
|            | MV  | Manage data<br>Print standby agreements for Jeff Brightwell, Francis Larios and Liz Hendrix.  Download to computer. Input contact information into Amicus. | 0.40<br>200.00/hr | 80.00      |
|            | MV  | Communicat/MISC<br>Review of email from Tim Wing re: subpoena for Clemente Leyva.  Respond to same. | 0.05<br>200.00/hr | 10.00      |
|            | SAM | Communicat/FIRM<br>Email re signed corrections sheet from Kathy Fung. | 0.05<br>225.00/hr | 11.25      |
|            | SAM | Communicat/FIRM<br>Email Liz Hendrix standby agreement to staff. | 0.01<br>225.00/hr | NO CHARGE  |

Exhibit 4<br>Page 97

Lee Brightwell                                                                      Page55

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/3/2015 | SAM | Communicat/MISC<br>Further email meet and confer re incomplete exhibit binders. | 0.20<br>225.00/hr | 45.00 |
| | SAM | Communicat/CLI<br>Email with client re exhibit binder preparation. | 0.20<br>225.00/hr | 45.00 |
| 4/4/2015 | SG | Manage data<br>Scanned in stickered exhibits, then re-named scanned exhibits in the Scan folders. Researched missing exhibits, Scanned, printed missing ones and copies of the first stickered pages, for the four copies - one for Planitiff's copy, and 3 for opposing counsel. | 9.50<br>115.00/hr | 1,092.50 |
| | J | Manage data<br>Scanned, labeled, moved, emailed and filed Email between Johnson and Scott regarding Telephone Swearing in of Witness and Signed Deposition Verification of Fung. | 0.20<br>65.00/hr | NO CHARGE |
| | J | Manage data<br>Moved and emailed Telephone Stand by Agreement of Officer Erhard. | 0.10<br>65.00/hr | NO CHARGE |
| | SAM | Plan & Prepare<br>Plan & Prepare for trial. | 4.00<br>225.00/hr | 900.00 |
| | SAM | Research<br>Research Sean Morgheim.  Background.  Summarize for LB. | 0.25<br>225.00/hr | 56.25 |
| | SAM | Review/analyze<br>Review/analyze email re adverse impact of Sequestration from O'Donnell through Albert.  Forward to client. | 0.20<br>225.00/hr | 45.00 |
| 4/6/2015 | SG | Research<br>Researched missing exhibits, Scanned, printed, and produced copies for updating Court binders at Opposing counsel's office downtown.  Packed supplies and copies/binders to take downtown.  Printed remainder of Covers and spines for Court copy. | 1.50<br>115.00/hr | 172.50 |
| | SG | Manage data<br>Traveled to downtown office of Opposing counsel at 401 B St., Ste 2000, San Diego. | 0.50<br>115.00/hr | NO CHARGE |
| | SG | Manage data<br>Worked on replacing missing exh's and first pages of Court's copy of Exh binders, with ones with stickers.  Inserted missing copies of exhibits.  Created more binders with covers and spines. | 5.90<br>115.00/hr | 678.50 |
| | SG | Manage data<br>Traveled back to TMLF office in La Mesa. | 0.50<br>115.00/hr | NO CHARGE |

Exhibit 4
Page 98

Lee Brightwell                                                                                    Page56

|          |     |                                                                                              | Hrs/Rate    | Amount    |
|----------|-----|----------------------------------------------------------------------------------------------|-------------|-----------|
| 4/6/2015 | SG  | Manage data<br>Worked on replacing missing exh's and first pages of Plantiff's Exh binders with ones with stickers.  Created more binders with covers and spines. Researched missing first pages. | 0.50<br>115.00/hr | 57.50 |
|          | BG  | Review<br>Review Trial Brief to Create List of Exhibits to Gather for Submittal, Cross Check w/Numbered Exhibits. | 1.00<br>135.00/hr | 135.00 |
|          | CB  | Manage data<br>Checked For Upside Down Tabs In Complete Witness Copies of Binders for Trial. | 1.00<br>40.00/hr | 40.00 |
|          | CB  | Manage data<br>Printed Saved and Figured out that Exhibit 1027 WILL NOT PRINT the last page of the Document Due to it having a Background that I am Unable to Erase or Reformat. | 0.60<br>40.00/hr | NO CHARGE |
|          | CB  | Manage data<br>Scanned Saved and Filed Letter of Receipt From Navy Regarding our Request for Kristen Smith's Testimony Denied. | 0.10<br>40.00/hr | 4.00 |
|          | CB  | Manage data<br>Scanned Saved and Filed Motion In Limine No.8 From Plaintiff. | 0.20<br>40.00/hr | NO CHARGE |
|          | CB  | Manage data<br>Printed Labels For Note From Lee. | 0.10<br>40.00/hr | NO CHARGE |
|          | MV  | Communicat/FIRM<br>Meeting with Sherri re: exhibit binders and preparing for meeting today with opposing counsel.  Discuss joint trial exhibit lists to be inserted in the binders.  Prepare to meet with opposing counsel.  Gather materials necessary for meet and confer session. | 0.40<br>200.00/hr | 80.00 |
|          | MV  | Appear/attend<br>Attend meet and confer conference with opposing counsel at Bergers office downtown.  Discuss jury instructions | 5.55<br>200.00/hr | 1,110.00 |
|          | SAM | Appear/attend<br>Meet and confer meeting on jury instructions. | 6.00<br>225.00/hr | 1,350.00 |
|          | SAM | Communicat/CLI<br>Email current CACI to opposing counsel. | 0.10<br>225.00/hr | NO CHARGE |
|          | SAM | Communicat/OUT<br>Email to opposing counsel re interrupting testimony for Fred McCusker.  No objection re taking depo to preserve testimony. | 0.10<br>225.00/hr | 22.50 |

Exhibit 4<br>Page 99

Lee Brightwell                                                                                     Page57

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/6/2015 | SAM | Communicat/CLI<br>Email to client re Fred McCusker availability issues. | 0.10<br>225.00/hr | 22.50 |
| 4/7/2015 | TW | Communicat/FIRM<br>Meeting with MDV re status of trial prep. | 0.30<br>135.00/hr | NO CHARGE |
|  | SG | Manage data<br>Created, printed and prepared corrected Court Copy<br>spines for Exhibit binders. | 0.20<br>115.00/hr | 23.00 |
|  | SG | Manage data<br>Researched missing exhibits and Exh 350 - we have 2<br>pages, Oppo has 4. | 0.10<br>115.00/hr | 11.50 |
|  | SG | Communicat/CLI<br>Emailed client re discrepancy on exh 350 between our<br>office and opp counsel. | 0.10<br>115.00/hr | 11.50 |
|  | SG | Compile Exh<br>Worked on replacing missing exh's and first pages of<br>Plantiff's Exh binders with ones with stickers.  Created<br>more binders with covers and spines.   Researched<br>missing first pages and photos.  Scanned, copied, and<br>punched exhibits as needed to add to Court copy binders. | 1.40<br>115.00/hr | 161.00 |
|  | SG | Manage data<br>Traveled to downtown office of Opposing counsel at 401 B<br>St., Ste 2000, San Diego. | 0.50<br>115.00/hr | 57.50 |
|  | SG | Drafting documents<br>Worked in Oppo counsel's office replacing first exhibit<br>pages with one with stickers. | 4.20<br>115.00/hr | 483.00 |
|  | SG | Manage data<br>Traveled back to TMLF office in La Mesa. | 0.50<br>115.00/hr | 57.50 |
|  | SG | Manage data<br>Continued working on  replacing missing exh's and first<br>pages of Plantiff's Exh binders with ones with stickers.<br>Created more binders with covers and spines. Researched<br>missing first pages and photos.  Scanned, copied, and<br>punched exhibits as needed to add to binders. | 2.10<br>115.00/hr | 241.50 |
|  | BG | Review<br>Review of Expense Spreadsheet Created by L. Brightwell;<br>Discussion re: Use of Expenses in Proof Grids. | 1.00<br>135.00/hr | 135.00 |
|  | BG | Manage data<br>Pull and Print Materials for Defendant's Motion in Limine<br>No. 20. | 0.25<br>135.00/hr | NO CHARGE |
|  | CB | Manage data<br>Saved Printed Copies and Filed Veritext Transcripts of<br>Kathy Fung. | 0.50<br>40.00/hr | NO CHARGE |

Exhibit 4
Page 100

Lee Brightwell                                                                                              Page58

|            |     |                                                                                                                                                                                                               | Hrs/Rate        | Amount     |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|------------|
| 4/7/2015   | CB  | Manage data<br>Scanned Saved Labeled and Filed Defendant's Motion in Limine No. 20 & then Made Two Copies, Updated Joint Trial Notebook and Added in Reserved Tabbed Space for Motions Added Later.             | 1.10<br>40.00/hr | NO CHARGE |
|            | CB  | Communicat/CLI<br>Conferred with Lee and MDV on What to do with Printed Attachments of Transcripts of Deposition of Kathy Fung.                                                                                 | 0.10<br>40.00/hr | NO CHARGE |
|            | MV  | Communicat/FIRM<br>Meeting with Tom to discuss Fridays status conference. Calendared status conference.                                                                                                        | 0.10<br>200.00/hr | 20.00     |
|            | MV  | Communicat/FIRM<br>Meeting with Betsy re: trial brief. Discuss assignments for Lee.                                                                                                                            | 0.10<br>200.00/hr | NO CHARGE |
|            | MV  | Manage data<br>Research status of serving Chong Hunter deposition excerpts.  Amend proof of service.  Email excerpts to opposing counsel.  Mail serve excerpts as well.                                         | 0.40<br>200.00/hr | 80.00     |
|            | MV  | Communicat/FIRM<br>Dialogue with Scott re: excerpts for Kathy Fung and Kristen Smith.  Meeting with Sherri re: status of trial exhibit binder updating.                                                         | 0.85<br>200.00/hr | 170.00    |
|            | SAM | Communicat/MISC<br>Email to opposing counsel re SG visit to office to resolve exhibit issues.                                                                                                                  | 0.10<br>225.00/hr | 22.50     |
|            | SAM | Research<br>Research Defense MIL 20; email to client.                                                                                                                                                          | 0.40<br>225.00/hr | 90.00     |
|            | SAM | Communicat/FIRM<br>Review capital contributions spreadsheet, instructions to LB re summary of sweat equity.                                                                                                    | 0.20<br>225.00/hr | 45.00     |
|            | SAM | Communicat/MISC<br>Discussion with SG re inclusion of the photos within the exhibit books.  Email to Kevin Heffernan re same.                                                                                  | 0.30<br>225.00/hr | 67.50     |
|            | SAM | Research<br>Research Lee Brightwell, Alfred McCusker, discussion with client re same.                                                                                                                          | 0.40<br>225.00/hr | 90.00     |
| 4/8/2015   | SG  | Compile Exh<br>Continued working on  replacing missing exh's and first pages of Plantiff's Exh binders with ones with stickers. Scanned, copied, and punched exhibits as needed to complete binders.           | 3.20<br>115.00/hr | 368.00    |
|            | SG  | Compile Exh<br>Continued working on  replacing missing exh's and first pages of Plantiff's Exh binders with ones with stickers.                                                                                | 5.50<br>115.00/hr | 632.50    |

Exhibit 4<br>Page 101

Lee Brightwell                                                                                              Page59

|            |     |                                                                                                                                                                          | Hrs/Rate          | Amount  |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|---------|
|            |     | Researched any missing, located, printed and added to binders.  Scanned, copied, and punched exhibits as needed to complete binders.                                      |                   |         |
| 4/8/2015   | BG  | Review<br>Read Defendant's Motion in Limine #20 and Attached Case in Preparation for Drafting Opposition.                                                                 | 0.50<br>135.00/hr | 67.50   |
|            | BG  | Review<br>Search and Review of Case Law for Opposition to Defendant's Motion in Limine 20.                                                                                | 2.75<br>135.00/hr | 371.25  |
|            | CB  | Manage data<br>Scanned Saved and Filed Proof of Service of Deposition Excerpts to Be Read At Trial; Chong Hunter. Signed by MDV.                                          | 0.20<br>40.00/hr  | 8.00    |
|            | CB  | Manage data<br>Named and Saved Exhibit titles to Trial Exhibits with Stickers ALL.                                                                                        | 1.10<br>40.00/hr  | 44.00   |
|            | CB  | Manage data<br>Scanned Saved and Filed Deposition Reads to be Read at Trial by K.Smith & K.Fung.                                                                          | 0.10<br>40.00/hr  | 4.00    |
|            | CB  | Manage data<br>Saved Named and Filed Remaining Unnamed Exhibits in "ALL" Folder For Trial and Started Checking Progress Folder for any Missing Exhibit Pages OR Stickers and Bates Numbers. | 1.00<br>40.00/hr  | 40.00   |
|            | CB  | Manage data<br>Finished Progress Folder Naming, Need to Save and Update ALL folder.                                                                                       | 1.30<br>40.00/hr  | 52.00   |
|            | MV  | Drafting documents<br>Prepare Kathy Fung deposition excerpts list for reading at trial.  Prepare proof of service.                                                        | 1.40<br>200.00/hr | 280.00  |
|            | MV  | Communicat/CLI<br>Review of email from Lee re: taking deposition of Francis Larios.                                                                                       | 0.05<br>200.00/hr | 10.00   |
|            | MV  | Drafting documents<br>Prepare deposition excerpts for Kristen Smith.  Prepare this and excerpts for Fung to mail serve opposing counsel.                                  | 2.20<br>200.00/hr | 440.00  |
|            | MV  | Communicat/MISC<br>Prepare email to opposing counsel re: deposition excerpts for Kathy Fung and Kristen Smith.                                                            | 0.10<br>200.00/hr | 20.00   |
|            | MV  | Communicat/MISC<br>Discuss with CB improving organization of trial exhibit folders in the directory.                                                                      | 0.05<br>200.00/hr | 10.00   |

Exhibit 4<br>Page 102

Lee Brightwell                                                                                    Page 60

|            |     |                                                                                                                                                     | Hrs/Rate            | Amount      |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------|---------------------|-------------|
| 4/8/2015   | SAM | Plan & Prepare<br>Plan & Prepare for trial; review credit card statements (.75); speak to client (.6/.2)                                             | 1.50<br>225.00/hr   | 337.50      |
|            | SAM | Communicat/CLI<br>Email to client re Frances Larios testimony.                                                                                        | 0.10<br>225.00/hr   | 22.50       |
|            | SAM | Communicat/OUT<br>Email dialog with opposing counsel re photo exhibits.                                                                               | 0.30<br>225.00/hr   | 67.50       |
| 4/9/2015   | SG  | Communicat/CLI<br>Continued working on  replacing missing exh's and first pages of Plantiff's Exh binders with ones with stickers. Scanned, copied, and punched exhibits as needed to complete binders. | 2.40<br>115.00/hr   | 276.00      |
|            | SG  | Communicat/CLI<br>Conferred with client on status of binders and 100 VIP exhibits.                                                                    | 0.10<br>115.00/hr   | NO CHARGE   |
|            | BG  | Review<br>Review of Batson and Wheeler Case Law in Preparation of Drafting Motion in Limine re: Defendants Striking Female Jurors; Discussion w/M. Volk to Pass on Findings. | 0.50<br>135.00/hr   | 67.50       |
|            | BG  | Drafting documents<br>Read and Brief List of Cases Sent by S. McMillan in Support of Opposition to Defendant's Motion in Limine 20.                   | 4.50<br>135.00/hr   | 607.50      |
|            | BG  | Drafting documents<br>Work on 1st Draft of Opposition to Defendant's Motion in Limine #20. Begin to Harmonize Cases and Apply to Our Facts.           | 2.25<br>135.00/hr   | 303.75      |
|            | CB  | Manage data<br>Downloaded Saved and Filed Documents from Veritext for Video Deposition of Kathy Fung.                                                 | 0.40<br>40.00/hr    | NO CHARGE   |
|            | CB  | Manage data<br>Scanned Saved and Filed Copy of Video Deposition of Kathy Fung w All Documents Used During Deposition.                                 | 0.30<br>40.00/hr    | 12.00       |
|            | CB  | Manage data<br>Organized and Took down notes on what was there and not there, Separated groups into 100s for ease of Location of Exhibits and Started Fixing Titles to Make sure they Fit in Location. | 1.80<br>40.00/hr    | 72.00       |
|            | CB  | Compile Exh<br>Fixed Trial Exhibit Folders and Made Simple Changes to Add Names and Check to See where Open Spaces were.                              | 1.50<br>40.00/hr    | 60.00       |
|            | CB  | Manage data<br>Print out Highlighted Exhibits to be Bound and Used for SAM and Lee During Trial.                                                      | 1.40<br>40.00/hr    | 56.00       |

Exhibit 4<br>Page 103

Lee Brightwell                                                                    Page 61

|            |     |                                          | Hrs/Rate    | Amount    |
|------------|-----|------------------------------------------|-------------|-----------|
| 4/9/2015   | CB  | Manage data                              | 0.30        | NO CHARGE |
|            |     | Passed off Exhibits Progress to Lee and Sherrie. | 40.00/hr    |           |
|            | CB  | Manage data                              | 0.30        | NO CHARGE |
|            |     | Scanned List of Exhibits to Add for Lee's Red Binder. | 40.00/hr    |           |
|            | MV  | Communicat/MISC                          | 0.10        | 20.00     |
|            |     | Prepare email to counsel re: documents from Chase and American Express available through Shelbourne/Sherr. | 200.00/hr   |           |
|            | MV  | Communicat/CLI                           | 0.15        | 30.00     |
|            |     | Meeting with Lee re: issues related to duplicate exhibits raised at meet and confer meeting with opposing counsel. | 200.00/hr   |           |
|            | MV  | Communicat/CLI                           | 0.10        | 20.00     |
|            |     | Meeting with Lee to discuss duplicates, confirmed as such. Discuss missing duplicates in defendants binders. | 200.00/hr   |           |
|            | MV  | Communicat/FIRM                          | 0.10        | 20.00     |
|            |     | Meeting with BG re: motion in limine re: Batson to prevent removal of female jurors. Discuss caselaw. | 200.00/hr   |           |
|            | MV  | Manage data                              | 1.40        | 280.00    |
|            |     | Research in preparation for motion in limine to prevent discriminatory exclusion of jurors. Meeting with Lee to discuss opposing counsels allegations of failure to mitigate and of her alleged competing with RFL. Discuss her other potential testimony in light of opposing counsels claims. | 200.00/hr   |           |
|            | MV  | Manage data                              | 0.20        | NO CHARGE |
|            |     | Sat in on conference call with Scott and Heffernan re: updating exhibit binders, etc. | 200.00/hr   |           |
|            | MV  | Communicat/FIRM                          | 0.15        | 30.00     |
|            |     | Meeting with Sherri re: making copies of transcripts for judge per trial readiness order. | 200.00/hr   |           |
|            | MV  | Driving                                  | 2.75        | 550.00    |
|            |     | Work on motion in limine to exclude improper exclusion of female jurors. | 200.00/hr   |           |
|            | TW  | Communicat/FIRM                          | 0.30        | NO CHARGE |
|            |     | Meeting with BG re legal research issue re oppositions to motions in limine. | 135.00/hr   |           |
|            | SAM | Research                                 | 0.50        | 112.50    |
|            |     | Research MIL #20, discuss with Betsy.    | 225.00/hr   |           |
|            | SAM | Communicat/MISC                          | 0.20        | 45.00     |
|            |     | Email exhibit list and objections to opposing counsel. | 225.00/hr   |           |
| 4/10/2015  | BG  | Drafting documents                       | 3.00        | 405.00    |
|            |     | Continue Work on 1st Draft of Opposition to Defendant's Motion in Limine #20. Print and Submit to S. McMillan for Review. | 135.00/hr   |           |

Exhibit 4
Page 104

Lee Brightwell                                                                                     Page 62

|            |     |                                                                                                               | Hrs/Rate          | Amount    |
|------------|-----|---------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 4/10/2015  | CB  | Manage data<br>Downloaded and Replaced Exhibit 143 for Lee, added to Completed List.                           | 0.50<br>40.00/hr  | NO CHARGE |
|            | CB  | Manage data<br>Scanned one at a time Colored & Corrected Photo Exhibit from Lee, Saved their Proper names to PDFs, and them to the Completed "ALL" Folder in Section for Trial. | 2.00<br>40.00/hr  | 80.00     |
|            | TW  | Communicat/FIRM<br>Meeting with SAM re drafting opposition to defendants' motion in limine no. 20.             | 0.10<br>135.00/hr | 13.50     |
|            | TW  | Drafting documents<br>Draft opposition to motion in limine no. 20.                                             | 0.90<br>135.00/hr | 121.50    |
|            | TW  | Research<br>Research re opposition to motion in limine no. 20.                                                 | 1.70<br>135.00/hr | 229.50    |
|            | TW  | Drafting documents<br>Draft opposition to motion in limine no. 20.                                            | 0.50<br>135.00/hr | 67.50     |
|            | TW  | Research<br>Research re opposition to motion in limine no. 20.                                                 | 0.50<br>135.00/hr | 67.50     |
|            | TW  | Drafting documents<br> opposition to motion in limine no. 20.                                                  | 0.40<br>135.00/hr | 54.00     |
|            | TW  | Communicat/FIRM<br>Meeting SAM re strategy re oppositions to motions in limine / trial.                        | 0.40<br>135.00/hr | 54.00     |
|            | SAM | Appear/attend<br>Appear at status conference.                                                                  | 1.00<br>225.00/hr | 225.00    |
|            | SAM | Communicat/MISC<br>Discussion with Heffernan re binders and settlement.                                        | 0.40<br>225.00/hr | 90.00     |
|            | SAM | Research<br>Research 1102.5 posting requirement.                                                               | 1.00<br>225.00/hr | 225.00    |
|            | SAM | Review<br>Review defendants request for judicial notice re divorce records.                                    | 0.40<br>225.00/hr | 90.00     |
|            | SAM | Communicat/MISC<br>Email corrected 143 to opposing counsel, i.e., capital contributions.                      | 0.20<br>225.00/hr | 45.00     |
| 4/11/2015  | TW  | Draft/revise<br>Draft/revise opposition to motion in limine no. 20.                                           | 3.20<br>135.00/hr | 432.00    |
|            | TW  | Draft/revise<br>Draft/revise draft of opposition to motion in limine no. 20.                                  | 1.30<br>135.00/hr | 175.50    |

Exhibit 4<br>Page 105

Lee Brightwell                                                                                          Page 63

|            |    |                    | Hrs/Rate | Amount |
|------------|----|--------------------|----------|--------|
| 4/12/2015  | TW | Compile Exh<br>Prepare exhibit to opposition to motion in limine no. 20 re right to sue notice. | 0.30<br>135.00/hr | 40.50 |
|            | TW | Review<br>Print/Proofread opposition to motion in limine no. 20. | 0.30<br>135.00/hr | 40.50 |
|            | TW | Review<br>Revise opposition to motion in limine no. 20. | 0.10<br>135.00/hr | 13.50 |
|            | TW | Drafting documents<br>Prepare opposition to motion in limine no. 20 package for SAM review. | 0.20<br>135.00/hr | 27.00 |
|            | TW | Draft/revise<br>Draft/revise new argument for opposition to motion in limine no. 20. | 0.70<br>135.00/hr | 94.50 |
|            | TW | Manage data<br>Create table of contents / table of authorities for opposition to motion in limine no. 20. | 0.40<br>135.00/hr | 54.00 |
|            | TW | Manage data<br>Finalize/Upload/Scan/Prepare opposition to motion in limine no. 20 for filing. | 0.70<br>135.00/hr | 94.50 |
|            | TW | Manage data<br>File / prepare service set of opposition to motion in limine no. 20. | 0.40<br>135.00/hr | 54.00 |
|            | TW | Manage data<br>Prepare trial binder copies of opposition to motion in limine no. 20. | 0.10<br>135.00/hr | 13.50 |
|            | MV | Manage data<br>Download additional jury instructions for use in case pertaining to 300 series (contracts). | 0.40<br>200.00/hr | 80.00 |
| 4/13/2015  | BG | Draft/revise<br>Draft/revise Trial Brief to Add in Updated Exhibit Numbers; Pull Together Actual Exhibits; Create PDF of Entire Document w/Exhibits; Create POS. | 0.75<br>135.00/hr | 101.25 |
|            | BG | Drafting documents<br>Work on Outlining Direct Examination. Reformat Information in Existing Draft in to Updated Outline; Add in Missing Information; Change Narrative From Cause of Action to Semi-Chronological. | 4.75<br>135.00/hr | 641.25 |
|            | TW | Manage data<br>Serve by mail opposition to defendants' motion in limine no. 20. | 0.40<br>135.00/hr | 54.00 |

Exhibit 4<br>Page 106

Lee Brightwell                                                                                          Page 64

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/13/2015 | CB | Manage data<br>Scanned, Saved, and Filed Motion in Limine No. 20 & POS of Motion In Limine No. 20. | 0.10<br>40.00/hr | NO CHARGE |
|  | MV | Communicat/MISC<br>Phone call with Tim Wing re: service on Clemente. | 0.05<br>200.00/hr | NO CHARGE |
|  | MV | Drafting documents<br>Continue to work on MIL re: female jurors, aka, Batson motion. | 0.50<br>200.00/hr | 100.00 |
|  | SAM | Communicat/CLI<br>Call from Albert. | 0.20<br>225.00/hr | 45.00 |
|  | SAM | Communicat/OUT<br>Courtesy copy of MIL 20 to defendants. | 0.10<br>225.00/hr | NO CHARGE |
| 4/14/2015 | BG | Draft/revise<br>Continue Formatting and Filling in Direct Examination Outline. | 2.00<br>135.00/hr | 270.00 |
|  | SG | Manage data<br>Cleaned up electronic files and exhibits for Brightwell. Moved binders from around office to Brightwell location. | 0.80<br>115.00/hr | NO CHARGE |
|  | CB | Draft/revise<br>Added Motion In Limine No. 20 Plaintiffs Opposition to Trial Notebook and Trial Notebook Index. | 1.40<br>40.00/hr | NO CHARGE |
|  | MV | Draft, Pkg Mail<br>Prepare additional jury instructions pertaining to contract claims and battery claims. | 1.25<br>200.00/hr | 250.00 |
|  | MV | Communicat/FIRM<br>Meeting with Sherri re: trial exhibit folder with stickers and discuss missing exhibits, organization. | 0.25<br>200.00/hr | NO CHARGE |
|  | SAM | Communicat/CLI<br>Discussion with client re settlement. | 0.50<br>225.00/hr | NO CHARGE |
|  | SAM | Communicat/MISC<br>Email with opposing counsel re length of trial. | 0.20<br>225.00/hr | 45.00 |
| 4/15/2015 | MB | Manage data<br>Named, e-filed and sent email for "150409-BRIGHTWELL Req for Jud Not" | 0.30<br>40.00/hr | NO CHARGE |
|  | MB | Manage data<br>Named and e-filed "150415-Brightwell Deposit Ticket". | 0.20<br>40.00/hr | NO CHARGE |
|  | MB | Manage data<br>Named, e-filed and sent email for: "150413-Brightwell Pl's Opp to Def Mtn in Limine; 150415-Brightwell Deposit Ticket". | 0.30<br>40.00/hr | NO CHARGE |

Exhibit 4<br>Page 107

Lee Brightwell                                                                                           Page65

|            |     |                                                                                                                                  | Hrs/Rate        | Amount      |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------|-----------------|-------------|
| 4/15/2015  | TW  | Communicat/FIRM<br>Meeting with SAM and MDV re drafting motion in limine to prohibit discriminatory use of peremptory challenges. | 0.20<br>135.00/hr | 27.00     |
|            | TW  | Draft/revise<br>Draft/revise motion in limine to prohibit discriminatory use of peremptory challenges.                            | 1.10<br>135.00/hr | 148.50    |
|            | MV  | Communicat/FIRM<br>Discuss Batson motion with Scott and Tom.                                                                      | 0.10<br>200.00/hr | 20.00     |
|            | SAM | Draft/revise<br>Draft/revise motion in limine no. 9.                                                                             | 0.30<br>225.00/hr | 67.50     |
|            | SAM | Communicat/CLI<br>Email with client re settlement amount drop.                                                                    | 0.30<br>225.00/hr | 67.50     |
|            | SAM | Draft/revise<br>Draft/revise settlement counter offer proposal.                                                                   | 1.00<br>225.00/hr | 225.00    |
| 4/16/2015  | CB  | Manage data<br>Downloaded Saved Filed and Labeled Filed version of Pls Opp to Defs MIL No. 20 and Notice of Confirmation of Electronic Filing. | 0.20<br>40.00/hr | NO CHARGE |
|            | CB  | Manage data<br>Downloaded Saved Filed and Labeled FILED version Of Plaintiff's opposition to Defendant's Motion in Limine No. 20 With Electronic Filing Confirmation. | 0.20<br>40.00/hr | NO CHARGE |
|            | MB  | Manage data<br>Scanned in documents.                                                                                             | 0.40<br>40.00/hr | NO CHARGE |
|            | BG  | Manage data<br>Create Table of Contents for Trial Brief.                                                                          | 0.25<br>135.00/hr | NO CHARGE |
|            | BG  | Review<br>Review of L. Brightwell Edits and Additions to Direct Examination.                                                      | 0.25<br>135.00/hr | 33.75     |
|            | BG  | Drafting documents<br>Continue Developing Direct Examination - Edits, Get Clarifications on Items from L. Brightwell, Continue Outline. | 2.75<br>135.00/hr | 371.25 |
|            | SAM | Communicat/CLI<br>Discussion with client re trial continuance.                                                                    | 0.40<br>225.00/hr | NO CHARGE |
|            | SAM | Plan & Prepare<br>Plan & Prepare for trial.                                                                                       | 0.40<br>225.00/hr | NO CHARGE |
|            | SAM | Plan & Prepare<br>Plan & Prepare for trial, calculate time for trial.  Case in chief.                                             | 0.40<br>225.00/hr | 90.00     |

Exhibit 4
Page 108

Lee Brightwell                                                                                    Page 66

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/17/2015 | CB | Manage data<br>Scanned Saved and Filed 15,000 Check#2052 For Client Trust Retainer. | 0.20<br>40.00/hr | NO CHARGE |
|  | MB | Manage data<br>Named, e-filed, made sticker, holepunched, assembled hard copy folder and sent email "150312-Brightwell Pls Prop Jury Instructns and Special Verdict Forms". | 0.50<br>40.00/hr | NO CHARGE |
|  | TW | Review<br>Review email re trial length estimate. | 0.10<br>135.00/hr | NO CHARGE |
|  | TW | Communicat/CLI<br>Meeting with client re trial status. | 0.20<br>135.00/hr | NO CHARGE |
|  | MV | Manage data<br>Calendar next weeks continued status conference. | 0.10<br>200.00/hr | NO CHARGE |
|  | MV | Manage data<br>Meeting with Lee re: outcome of this mornings status conference.  Discuss options and reasons for lack of courtrooms.   Discuss settlement demand reduction. Explain stipulated judgment and collection procedures for all judgments. | 0.60<br>200.00/hr | 120.00 |
|  | BG | Drafting documents<br>Finalize 1st Draft of Direct Examination for L. Brightwell. | 2.75<br>135.00/hr | 371.25 |
|  | BG | Draft/revise<br>Draft/revise to Trial Brief re: Adding in Authority. | 2.25<br>135.00/hr | 303.75 |
|  | SAM | Appear/attend<br>Appear at pretrial status conference. | 1.50<br>225.00/hr | 337.50 |
| 4/18/2015 | SAM | Communicat/CLI<br>Email bill from Veritext re Kathy Fung. | 0.20<br>225.00/hr | NO CHARGE |
|  | SAM | Communicat/FIRM<br>Draft/revise instructions to oppose request for judicial notice. | 0.10<br>225.00/hr | 22.50 |
| 4/20/2015 | BG | Drafting documents<br>Work on Trial Brief - Add Sections on Causes of Action Not Included in Earlier Version, Create Table of Authority, Proofread, Print Draft. | 3.25<br>135.00/hr | NO CHARGE |
|  | BG | Drafting documents<br>Work on Trial Brief After S. McMillan Initial Review - Include More Detailed Discussion re: Statutory Authority and Shifting Burden, Reprint. | 1.75<br>135.00/hr | 236.25 |
|  | BG | Drafting documents<br>First Draft Opposition to Defs Request for Judicial Notice of L. Brightwell Divorce Records. | 2.25<br>135.00/hr | 303.75 |

Exhibit 4<br>Page 109

Lee Brightwell                                                                    Page 67

|              |     |                                                                                                  | Hrs/Rate         | Amount     |
|--------------|-----|--------------------------------------------------------------------------------------------------|------------------|------------|
| 4/20/2015    | CB  | Manage data<br>Checked Directory for Proof of Service of Excerpts to Be read at trial by Chong Hunter. | 0.20<br>40.00/hr | NO CHARGE  |
|              | MV  | Communicat/FIRM<br>Discuss revisions to trial brief with Betsy.                                    | 0.05<br>200.00/hr | NO CHARGE  |
|              | MV  | Communicat/MISC<br>Respond to email re: redacting social security numbers from payroll records. Discuss history of same. | 0.20<br>200.00/hr | NO CHARGE  |
| 4/21/2015    | BG  | Review<br>Fix Small Typographical Errors in Trial Brief.                                           | 0.25<br>135.00/hr | NO CHARGE  |
|              | BG  | Drafting documents<br>Finalize First Draft of Opposition to Request for Judicial Notice.           | 0.50<br>135.00/hr | 67.50      |
|              | BG  | Draft/revise<br>Expand Sections re: Relevance and Hearsay Per S. McMillan Direction. Finalize Edited Version of Opposition to Request for Judicial Notice. | 4.75<br>135.00/hr | 641.25     |
|              | CB  | Manage data<br>Searched Filed for Chong Hunter Deposition Reads Notice to Put Proof of Service with it but it was missing, So I Printed another Copy. | 0.20<br>40.00/hr | NO CHARGE  |
|              | MV  | Drafting documents<br>Prepare opposition to request for judicial notice to be e-filed with the Court. Prepare proof of service. Prepare service copies. Prepared email to opposing counsel re: filing. | 0.65<br>200.00/hr | NO CHARGE  |
|              | SAM | Review<br>Reiew opposition to request for judicial notice.                                         | 0.30<br>225.00/hr | 67.50      |
|              | SAM | Communicat/CLI<br>Email to cleint.                                                                 | 0.10<br>225.00/hr | 22.50      |
| 4/22/2015    | CB  | Manage data<br>Saved Filed and Labeled With Filing Confirmation of Plaintiff's Opposition to Defendant's Request for judicial Notice. | 0.20<br>40.00/hr | NO CHARGE  |
|              | MV  | Communicat/CLI<br>Discuss with Lee changes to defendant ODonnells video deposition excerpts. Locate list of same. | 0.15<br>200.00/hr | 30.00      |
|              | SAM | Communicat/MISC<br>Email with Kevin Heffernan re trial scheduling.                                 | 0.20<br>225.00/hr | 45.00      |
|              | SAM | Communicat/MISC<br>Email with opposing counsel re trial scheduling.                                | 0.40<br>225.00/hr | 90.00      |

Exhibit 4<br>Page 110

Lee Brightwell                                                                                          Page 68

|            |     |                                                                                                                                                                                                                                                             | Hrs/Rate           | Amount     |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|------------|
| 4/22/2015  | SAM | Communicat/MISC<br>Further emails re trial scheduling.                                                                                                                                                                                                       | 0.15<br>225.00/hr  | 33.75      |
|            | SAM | Appear/attend<br>Appear at status conference.                                                                                                                                                                                                                | 1.20<br>225.00/hr  | 270.00     |
|            | SAM | Plan & Prepare<br>Plan & Prepare for trial.                                                                                                                                                                                                                  | 0.50<br>225.00/hr  | 112.50     |
|            | SAM | Communicat/CLI<br>Email opposing counsel calendar for scheduling purposes.                                                                                                                                                                                   | 0.20<br>225.00/hr  | 45.00      |
| 4/23/2015  | CB  | Manage data<br>Downloaded Saved Named Filed and Labeled FILED Set<br>of Plaintiff's Opposition to Defendant's Request for Judicial<br>Notice.                                                                                                                 | 0.50<br>40.00/hr   | NO CHARGE  |
|            | SAM | Communicat/CLI<br>Further email with Berger and Heffernan.                                                                                                                                                                                                    | 0.10<br>225.00/hr  | 22.50      |
|            | SAM | Communicat/CLI<br>Research judicial profiles; send results to client.                                                                                                                                                                                        | 0.20<br>225.00/hr  | NO CHARGE  |
|            | SAM | Communicat/CLI<br>Email dialog with client re deposition clips, and trial setting<br>to dept 52.                                                                                                                                                             | 0.20<br>225.00/hr  | 45.00      |
| 4/24/2015  | BG  | Manage data<br>Organize Binders in Boxes & Label.                                                                                                                                                                                                            | 0.75<br>135.00/hr  | NO CHARGE  |
| 4/27/2015  | CB  | Manage data<br>Scanned Saved and Filed Peremptory Challenge Order (in<br>orders and New Folder made For Peremptory Challenge in<br>Trial Folder.) to 170.6 Judge Pollock.                                                                                      | 0.10<br>40.00/hr   | NO CHARGE  |
|            | MV  | Communicat/CLI<br>Meeting with Lee to discuss contacting Chevy Chase bank<br>to follow up on authorization for records. Print request and<br>letter previously sent to the bank.                                                                              | 0.10<br>200.00/hr  | 20.00      |
|            | MV  | Research<br>Research tracking information on letter to Chevy Chase<br>Bank. Print confirmation of delivery information.                                                                                                                                       | 0.05<br>200.00/hr  | NO CHARGE  |
| 4/28/2015  | MV  | Drafting documents<br>Review of email from Lee re: Capital One acquiring Chevy<br>Chase. Prepare letter to Capital One re: authorization for<br>records. Edit/revise authorization letter to include Brians<br>social. Attempt to fax letter to Capital One, but would not<br>transmit. Mail letter instead. Prepare email to Lee re:<br>problem with fax number. | 0.65<br>200.00/hr  | 130.00     |
| 4/29/2015  | CB  | Manage data<br>Found and Printed Exhibits for Lee.                                                                                                                                                                                                           | 0.20<br>40.00/hr   | NO CHARGE  |

Exhibit 4<br>Page 111

Lee Brightwell                                                                                         Page 69

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/29/2015 | CB | Compile Exh<br>Fixed Exhibit 436 in Lees Exhibits it was an Incorrectly bates Numbered and Not the Right Amount of Pages. | 0.20<br>40.00/hr | 8.00 |
| | MV | Communicat/FIRM<br>Review of email from Lee re: capital one fax re: chevy chase bank records. Respond to same. Review of information regarding Capital One Business Credit corporation. Prepare email to Lee re: serving capital ones corporation in California. | 0.10<br>200.00/hr | 20.00 |
| | MV | Communicat/FIRM<br>Discuss tonights mediation/meeting. | 0.10<br>200.00/hr | 20.00 |
| | SAM | Communicat/CLI<br>Email with client re settlement. | 0.40<br>225.00/hr | 90.00 |
| | SAM | Appear/attend<br>Appear at mediation session. [Client states that she will not pay for this effort.] | 2.00<br>225.00/hr | NO CHARGE |
| | SAM | Communicat/CLI<br>Call re settlement discussions.  Call to client. | 0.20<br>225.00/hr | 45.00 |
| | | SUBTOTAL: | [                181.76 | 23,236.75] |
| | | May 2015 | | |
| 5/1/2015 | CB | Manage data<br>Scanned in Bright well Files from Old Counsel's Working File. | 0.50<br>40.00/hr | NO CHARGE |
| | SAM | Communicat/CLI<br>Discussion with client. | 1.00<br>225.00/hr | 225.00 |
| | SAM | Communicat/CLI<br>Discussion with client. | 1.00<br>225.00/hr | 225.00 |
| | SAM | Communicat/CLI<br>Email with client re realization that defendants hired a focus group. | 0.10<br>225.00/hr | 22.50 |
| | SAM | Communicat/CLI<br>Email Andy Albert  client's counter offer to the $425k of $718,888.88. | 0.10<br>225.00/hr | 22.50 |
| | SAM | Communicat/CLI<br>Email with client re settlement offer approval of $718k. | 0.10<br>225.00/hr | 22.50 |
| 5/4/2015 | MB | Manage data<br>Named files, holepunched, labeled and filed hard files of: "150324-Brightwell-Pl's Opp to Def's Mtn in Limine No. 8 Re. Assault; 150324-Brightwell-Pl's Opp to Def's Mtn in Limine No. 17 Re. Settlement; 150324-Brightwell- Pl's Opp to Def's Mtn in Limine No. 2 Re. Opinions of Experts; | 3.30<br>40.00/hr | NO CHARGE |

Exhibit 4<br>Page 112

Lee Brightwell                                                                    Page70

|  | Hrs/Rate | Amount |
|---|---|---|

120904-Brightwell-Previous Counsel's Organization List of Docs They Were Going to Send; 140228-Brightwell-Previous Counsel's FAC, Filed Version; 140702-Previous Counsel's Pl's Ntc of Depo's; 140328-Brightwell- Previous Counsel's Pl's Ntc of Ex Parte Compel Further Responses POD; 140328-Brightwell- Previous Counsel's Memo of P&A in Supp of Ntc of Ex Parte to Compel; 140328-Brightwell- Previous Counsel's Cum List of Req's for Production Re. Ex Parte; 140328-Brightwell- Previous Counsel's Ntc of Lodgmnt in Supp of Ex Parte MTC; 140516-Brightwell- Previous Counsel's Def O'Donnell's Resps to RFA (Set 1); 140505-Brightwell- Previous Counsel's Pl's RFA (Set One); 150101-Brightwell- Pl's Proposed Jury Instructions Re. Damages; 140516-Previous Counsel's Def RF Logistics Resp to SI, (Set One); 131112-Brightwell- Def's Resps to FI (Gen) to RF Logistics (Set 1) Personal Verification; 140516-Brightwell- Previous Counsel's Def RF Logistics Resp to POD (Set 1); 140502-Brightwell- Previous Counsel's Def O'Donnell Further Resp to POD (Set 1); 131219-Brightwell- Previous Counsel's PL's Objs & Resps to Def's FI's (Gen); 140709-Brightwell- Previous Counsel's Decl of Gwen Richardson; 140505-Brightwell- Previous Counsel's Pl's SI (Set 1); 140516-Brightwell- Previous Counsel's Def O'Donnell Resps to SI (Set 1); 130819-Brightwell- Confirm of E-Filing Previous Counsel Opp to Ntc Mtn & Suppl Decl MTS; 071016-Brightwell- 1st Email w Resume; 071017-Brightwell- 2nd Email w Resume; 131122-Brightwell- Email to Lee Re. Loving you from Afar; 131121-Brightwell- Email to Lee Subject. My Great; 131121-Brightwell- Email to Lee Subject. Good Morning My Love; 131121-Brightwell- Email to Lee Subject. Good Sunday Morning.

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/4/2015 | MB | Manage data<br>Named, made label, e-filed, and circulated "150423-Brightwell-Ntc of Hearing; [undated]-Brightwell-Exh 143." | 0.30<br>40.00/hr | NO CHARGE |
|  | MV | Manage data<br>Coordinate re: obtaining email address from caller at Capitol One re: Chevy Chase records. Prepare email to Christopher Hall attaching faxed letter and authorization. Prepare email to Lee re: same. | 0.15<br>200.00/hr | NO CHARGE |
|  | MV | Communicat/CLI<br>Email to Lee re: | 0.05<br>200.00/hr | NO CHARGE |
|  | SAM | Communicat/CLI<br>Email to client re FEHA costs. | 0.10<br>225.00/hr | NO CHARGE |
| 5/5/2015 | MB | Manage data<br>Named file,made label, e-filed and circulated "120130-Brightwell-The Hartford Spectrum Policy Decl's." | 0.20<br>40.00/hr | NO CHARGE |

Exhibit 4
Page 113

Lee Brightwell                                                              Page71

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/6/2015 | CB | Manage data<br>Saved and Circulated ALL Jury Instructions and Gave them a New Folder Since No One could Tell Me why they Were there if Saved already. | 0.40<br>40.00/hr | NO CHARGE |
|  | SAM | Communicat/CLI<br>Email from client re discvoery that has not been produced. | 0.20<br>225.00/hr | 45.00 |
|  | SAM | Appear/attend<br>Appear at status conference with Judge Nevitt. | 2.00<br>225.00/hr | 450.00 |
| 5/8/2015 | SAM | Communicat/CLI<br>Discussion with client. | 0.50<br>225.00/hr | 112.50 |
| 5/14/2015 | SAM | Communicat/MISC<br>Call from Andy Albert.  No more back and forth. | 0.25<br>225.00/hr | 56.25 |
|  | SAM | Communicat/MISC<br>Email with opposing counsel re meet and confer according to court order. | 0.50<br>225.00/hr | 112.50 |
| 5/15/2015 | SAM | Communicat/MISC<br>Email dialog with client re trial setting. | 0.20<br>225.00/hr | 45.00 |
| 5/16/2015 | SAM | Communicat/MISC<br>Email to Kevin Heffernan re invitation to audit the exhibit list. | 0.10<br>225.00/hr | 22.50 |
| 5/17/2015 | SAM | Communicat/CLI<br>Email to opposing counsel re auditing exhibits. | 0.10<br>225.00/hr | 22.50 |
| 5/19/2015 | SAM | Communicat/MISC<br>Email with staff re items for meet and confer. | 0.10<br>225.00/hr | 22.50 |
| 5/20/2015 | SAM | Communicat/MISC<br>Meet and confer re trial. | 2.50<br>225.00/hr | 562.50 |
| 5/22/2015 | MV | Review<br>Review of notice of hearing before Judge Nevitt. Make sure on calendar. | 0.05<br>200.00/hr | 10.00 |
|  | SAM | Communicat/CLI<br>Call from client. | 0.60<br>225.00/hr | 135.00 |
| 5/26/2015 | SAM | Communicat/MISC<br>Email to Andrew Albert re new assignment. Dialog. | 0.10<br>225.00/hr | 22.50 |
|  | SAM | Communicat/CLI<br>Email dialog with client re Judge Taylor assignment. | 0.10<br>225.00/hr | 22.50 |
|  | SAM | Review/analyze<br>Review/analyze time expectation after reassessment. | 0.20<br>225.00/hr | 45.00 |
| 5/28/2015 | SAM | Plan & Prepare<br>Plan & Prepare for status conference. | 0.50<br>225.00/hr | 112.50 |

Exhibit 4<br>Page 114

Lee Brightwell                                                                                          Page72

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/29/2015 | SAM | Appear/attend | 2.00 | 450.00 |
|  |  | Appear at status conference with Judge Taylor. | 225.00/hr |  |
| 5/31/2015 | SAM | Communicat/CLI | 0.10 | NO CHARGE |
|  |  | Email to client and MDV re updating discovery to reflect additional expenses in moving back to Hawaii. | 225.00/hr |  |

|  |  |  |  |  |
|---|---|---|---|---|
| | SUBTOTAL: | [ | 17.40 | 2,766.25] |
| | For professional services rendered | | 776.31 | $99,045.25 |

Additional Charges :

January 2015

| 1/27/2015 | MV | Travel to/from | 12.10 |
|---|---|---|---|
|  |  | Went to expert Brinig's office downtown. |  |

| | SUBTOTAL: | [ | 12.10] |
|---|---|---|---|

March 2015

| 3/2/2015 | SAM | Printing | 66.94 |
|---|---|---|---|
|  |  | ABI Document Support Services. Coronado Police Department CD Only. TMLF ck #8326. |  |
| 3/4/2015 Tracking | SAM | Copying | 1.00 |
|  |  | Cavalier Courier, O'Donnell Divorce Decree.  Client paid directly, check 2039 dated 3/04/2015, amount o f$56.00 |  |
| 3/12/2015 | SAM | Subpoena fees | 1.00 |
|  |  | JP Morgan Chase. Deposition Subpoena. Brightwell v. RF Logistics. (Client paid directly $89.57) |  |
|  | SAM | Court Reporter | 1.00 |
|  |  | Veritext. Brightwell v. RF Logistics. (Client paid directly $1277.75) |  |
| 3/14/2015 | SAM | Printing | 81.95 |
|  |  | Bank of America Legal Order Processing. Case No. P021815000065. TMLF ck #8345. |  |
| 3/23/2015 | SAM | Service of Doc | 1.00 |
|  |  | Tim Wing. Service Subpoena on Liz Hendrix. (Client paid directly $50) |  |
|  | MV | Service of Doc | 14.90 |
|  |  | One Legal. (ccard 4469). Proof of Service by Mail, Notice of Motion in Limine. |  |
| 3/24/2015 | SAM | Parking | 24.00 |
|  |  | Ace Parking. Smith's Deposition. (ccard 4002). |  |

Exhibit 4
Page 115

Lee Brightwell                                                                      Page73

|  |  |  | Amount |
|---|---|---|---|
| 3/24/2015 SAM | Other profs | | 1.00 |
| | Veritext Legal Solutions. Tony Yip transcript on 03/20/15. Invoice No. SD2278698. Client paid directly $1468.3 | | |
| 3/26/2015 SAM | Other profs | | 1.00 |
| | Veritext Legal Solutions. Kristen Smith transcript on 03/24/15. Client paid directly Invoice No. SD2282232, $1111.2 | | |
| SAM | Other profs | | 1.00 |
| | Brinig & Co. Yip deposition review. Client paid directly Invoice No. 12324, $6977.5. | | |
| 3/27/2015 MV | Postage | | 10.50 |
| | USPS. (ccard 4469). Opposition to MILS. | | |
| 3/30/2015 MV | Filing Fees | | 13.91 |
| | One Legal. (cacrd 4469). Corrected opposition to Motion in Limine. | | |

SUBTOTAL:                                                         [       219.20]

April 2015

| 4/14/2015 MV | Service of Doc | | 9.95 |
|---|---|---|---|
| | One Legal. (ccard 4469). Opposition to Motion in Limine No. 20. | | |
| 4/17/2015 DM | Travel to/from | | 12.10 |
| | Drop SAM downtown for Brightwell's hearing. | | |
| 4/22/2015 MV | Filing Fees | | 13.91 |
| | One Legal. Opposition - Other, Proof of service by mail. (ccard 4469). | | |
| 4/24/2015 SAM | Other profs | | 1.00 |
| | Esquire Deposition Solutions. Services provided on 02/24/15, Brian Brinig. Invoice No. ESQ280716. Client paid directly $535 | | |
| SAM | Other profs | | 1.00 |
| | Veritext Legal Solutions. Kathleen Fung transcript on 03/31/15. Invoice No. SD2291879. Client paid directly $1082.25. | | |

SUBTOTAL:                                                         [        37.96]

Total additional charges                                                 $269.26

Total amount of this bill                                               $99,314.51

Previous balance                                                       $15,138.55

Accounts receivable transactions

| 3/6/2015 | Payment - thank you. Check No. 2040 | ($15,138.55) |
|---|---|---|
| 3/15/2015 | Credit for expenses incurred in failed mediation. | ($1,178.33) |
| 3/24/2015 | Payment - thank you. Check No. 2047 | ($10,000.00) |
| 3/25/2015 | Payment - thank you. Check No. 2048 | ($13,446.91) |
| 5/9/2015 | Payment from account, IOLTA 12501. Per Email permission of 5/08/2015. | ($15,000.00) |

Exhibit 4
Page 116

Lee Brightwell                                                                 Page74

|                                      | Amount        |
| ------------------------------------ | ------------- |
| Total payments and adjustments       | ($54,763.79)  |
| Balance due                          | $59,689.27    |

### Timekeeper Summary

| Name |
| ---- |
| Betsy Gopinath |
| Cassandra Baldridge |
| James Newman |
| Jessica |
| Jevonte Mcnuckle |
| Michaele Kanczel |
| Michelle Busch |
| Michelle Volk |
| Scott A. McMillan |
| Sherri Gale |
| Tom Wiseman |

Exhibit 4
Page 117

# EXHIBIT "5"

Exhibit 5
Page 118

1   L. Lee Brightwell
    1534 Uluhaku Place
2   Kailua, Hawaii 96734
    Telephone: 808.206.1624
3   Email: notes4lee@hotmail.com

4

5   L. Lee Brightwell, IN PRO PER

6

7

8          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9             **FOR THE COUNTY OF SAN DIEGO**

10

| | |
|---|---|
| L. LEE BRIGHTWELL | ) Case No.: 37-2013-00046163-CU-BC-CTL |
|           Plaintiff, | ) **IMAGED FILE** |
| | ) |
|   vs. | ) Judge:  Hon. Timothy  B. Taylor |
| | ) |
| RF LOGISTICS, LLC; BRIAN O'DONNELL; | ) **PLAINTIFF LEE BRIGHTWELL'S** |
| and DOES 1 through 25, inclusive, | ) **OPPOSITION TO SCOTT MCMILLAN'S** |
| | ) **ATTORNEY'S MOTION TO BE** |
| | ) **RELIEVED OF COUNSEL** |
|         Defendants. | ) |
| | ) **DATE:  July 31, 2015** |
| | ) **TIME:  1:30 PM** |
| | ) **DEPT:  C-72** |
| | ) |
| | Action Filed:  July 20, 2015 |
| | Trial Date:  October 2, 2015 |

**I.   CONFIDENTIALITY**

    I, L. Lee Brightwell, plaintiff in the case Brightwell v. RF Logistics, am a resident of Hawaii

and am currently living at 1534 Uluhaku Place, Kailua, HI 96734. I have registered to

appear at the July 31, 2015 hearing telephonically and confirmed permission to do so

through the court clerk. The specific facts that give rise to this opposition to the motion to

withdraw as counsel are confidential and required to be kept confidential pursuant to the

Business and Professions Code 6068(e), rule 3-100(A), California Rules of Professional

Conduct, and by attorney-client privilege (Evid. C., 950 et seq.). It is requested that, if

possible, the body of this opposition be viewed only by the court and the parties involved,

- 1 -

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

Exhibit 5
Page 119

1  specifically me, Lee Brightwell and Attorney, Mr. Scott McMillan. The details provided

2  below and the supporting exhibits are being filed with this opposition as it is the only known

3  means in which I am aware to submit these facts and these documents for the courts review.

4  As I am at a great distance from San Diego and will be appearing telephonically, I will be

5  unable to physically present these documents at the time of the July 31, 2015 hearing.

6

7  **II.   INTRODUCTION**

8      I, L. Lee Brightwell, client of Attorney Scott McMillan, request that his motion to

9  withdraw as counsel be denied. Mr. McMillan's withdrawal from this case would place a

10  hardship on my circumstances. I hired Mr. McMillan because he had experience in winning

11  breach of contract cases, specifically oral contracts involving a man and a woman in a

12  business and romantic relationship. Mr. McMillan was the one attorney, of the seven I

13  interviewed and the three I have hired throughout my justice process, who saw the strong,

14  clear elements that prove the promise of my ownership in RF Logistics. He told me he

15  believed I deserved restitution for the abusive assault I endured. He told me he understood

16  the validity of the labor code violations and the sexual harassment. He has spent eight

17  months compiling a strategy and the exhibits to prove my case. He is privy to confidential

18  information which I provided with the agreement it was for attorney eyes only. The majority

19  of the case preparation is complete. I have invested my money, time and faith in his work

20  and to have him withdraw now would create a material adverse effect. I have vested my

21  money in Mr. McMillan. I do not have the money to hire a new lawyer.

22      The motion should be denied because Mr. McMillan is using it as a means to

23  pressure me, his client, into paying an outrageous invoice of $99, 314.51 for the period

24  February 20 – May 31, 2015. I have always assured Mr. McMillan that I will pay for his

25  representation. I have paid in full all billings as of March 15, 2015 totaling $100,000 in

26  attorney fees. In addition, I have paid expert witness, deposition, and videography fees

27  exceeding $26,000 directly to those providers. Mr. McMillan submitted a 74 page invoice

28  on May 31, 2015, ten weeks after his last bill on March 15, 2015. Invoice #10810, [see

- 2 -

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

Exhibit 5
Page 120

1  Exhibit A], contains duplicate billing from the previous invoice, added charges to the

2  previous billing period, charges associated with other client work, duplicate charges,

3  unapproved work, charges for training new staff and internal management, and excessive

4  charges for rework. The format of the invoice listed a previous balance of $15, 138.55 when

5  in fact all amounts due to The McMillan Law Firm including the March 15 Invoice, #10848,

6  for $23,446.91 were paid in full by March 25, 2015, with no monies still owed and $15,000

7  remained in trust.  Due to the complexity, length, and amount of the current billing, I have

8  requested additional time to review and to identify non-approved charges. I have also

9  requested an amendment to my fee agreement with McMillan Law firm as I am no longer

10  able to pay in full immediately when an invoice, especially one in this amount is presented.

11  Mr. McMillan has refused to discuss or offer an alternative payment plan, instead insisting

12  on immediate payment in full.  He is using this motion to withdraw as my counsel to extort

13  fees he knows I cannot pay immediately, thereby leaving me stranded without representation

14  [see Exhibit B – email from McMillan to Heffernan, subject: Discussion with Heffernan,

15  dated July 10, 2015].

16

17  **III.  HISTORY OF ENGAGEMENT**

18  I engaged The McMillan Law Firm on September 29, 2014 [see Exhibit C,

19  McMillan/Brightwell Engagement Letter]. I have paid Mr. McMillan $115,000.00 to date,

20  for representation covering a seven month period, which includes $10,000.00 currently in

21  his trust account. I voluntarily, prior to receiving an invoice, gave him payment on April 14,

22  2015 of $15,000.00 in good faith. Mr. McMillan carried $30,000.00 in his trust account until

23  May 8, when, with my approval, he applied $15,000.00 to the billing he had yet to complete.

24  Mr. McMillan is using this invoice to create the false impression that I have not been paying

25  him promptly.  Mr. McMillan presents an invoice and immediately demands payments. I

26  have paid all invoices within a 10 day period of receiving them, often sooner due to his

27  badgering [see Exhibit D, Schedule of Payments].

28

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

Exhibit 5
Page 121

1    I have never told Mr. McMillan that I would not pay him. I have repeatedly told Mr.
2    McMillan that I will pay him.

3        After emailing invoice # 10810 on May 31, just eleven days later Mr. McMillan sent
4    me another email, dated June 11, 2015, requesting I sign a substitution of attorney form as I
5    had not paid the bill. Mr. McMillan has used this punitive strategy multiple times in the past
6    to threaten withdrawal of his representation in order to make demands on either bill payment
7    or for onsite participation in case preparation. He has sent me a substitution of attorney
8    form on December 13, 2014 and on January 6, 2015. No matter what the issue, when he is
9    not getting his way, he immediately defaults to quitting.

10       Mr. McMillan knew, when he was hired, that I lived in Hawaii, and intended to
11   continue living in Hawaii, traveling to San Diego as court appearances required. Mr.
12   McMillan misinterpreted my agreement to assist in the case preparation to mean onsite, in
13   his office, daily work. I did willingly travel to San Diego for a two week period in October
14   to help review the case files and ensure all files had been transferred from previous council
15   when I first hired Mr. McMillan. My understanding was that I would work on exhibit
16   gathering and case documents as needed from Hawaii as I had for previous attorneys, while
17   continuing to search for employment. Ultimately, at Mr. McMillan's forceful insistence, I
18   have spent 4 months of the six month trial prep period, working in his office, and living in
19   San Diego. His promise was that my active participation would result in a better quality
20   case and in lower attorney fees. These demands on my time and living location have made it
21   difficult to obtain full time employment, affecting my ability to continue paying his fees.

22       Mr. McMillan was ready to go to trial on March 27, 2015, the date Judge Prager, and
23   the Defendant agreed to at the October 22, 2014 trial continuance hearing. Due to
24   unforeseen circumstances, an open court and an available Judge did not materialize by the
25   end of April 2015. Mr. McMillan's trial schedule was full for the remaining summer
26   months and he was not available for trial again until October 2015. I shared with Mr.
27   McMillan, as early as January 2015, that I had the financial resources to make it to trial by
28   April 15, 2015, but could not see a way to go any further. I explained again in March and

-4-

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

Exhibit 5
Page 122

1    April, as we waited for a Judge and courtroom, that I could not extend beyond April 15,

2    2015 with the current fee agreement. Mr. McMillan remained inflexible then, as he is today,

3    insisting on an agreement that can no longer be honored. He has refused my offer to make

4    monthly payments on the balance in order to proceed and make it to the October 2, 2015

5    trial date.

6        For nearly a month he continued to threaten to file for withdrawal and explained to

7    me that if he proceeded with filing his motion to withdraw that it would damage my case.

8    He knew, or had reason to have known, that his filing would negatively impact ongoing

9    settlement negotiations [see Exhibit E, email from McMillan to Brightwell, subj: RE:

10    Brightwell v. RF Logistics, LLC ..., dated July 9, 2015]. With this knowledge, he purposely

11    sent Defendant's counsel copies of his filings and copied me on that email on July 10 [see

12    Exhibit F, email from McMillan to Heffernan, Subj: Brightwell – per your request of

13    documents that were filed electronically, dated July 10, 2015]. Mr. McMillan has an ethical

14    obligation to advocate on my behalf. He has violated this obligation by filing this motion

15    and aggressively communicating it to Defense counsel. Settlement negotiations have now

16    shut down.

17        Mr. McMillan's fee agreement, if I understand it correctly, allows him to withdraw

18    from the case while reserving his rights to collect his 20% contingency fee and/or Tier 2

19    attorney fees, without doing the work to represent me at trial. I request that his motion to

20    withdraw be denied and he continue to fulfill his commitment to represent me at this trial.

21

22  **IV.    TIMELINESS OF MOTION**

23        Mr. McMillan's actions have put me at a disadvantage. The trial date is imminent

24    and it is too late to change horses now, this late in the race. It would be unwise to hire

25    anyone new this late in the game with trial in sixty-three days from this hearing. Mr.

26    McMillan, and his co-counsel, Michelle Volke, know the facts of my case, have spent time

27    to organize and compile the case exhibits and develop the strategy to present a compelling

28    case. I have confidence that The McMillan Law Firm is the best choice to represent me at

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

Exhibit 5
Page 123

1  trial in this case at this time. The trial has been continued five times and I pray to the court

2  that the October 2, 2015 trial date will actualize. A change in representation would not be in

3  my best interest in this case as a new attorney would require more than sixty days to prepare

4  for trial and likely request a continuance, increasing costs. Cost aside, distance and physical

5  location make finding alternative quality representation in San Diego an overwhelming and

6  enormously difficult task.

7

8

9  **V.    CONCLUSION**

10         I have paid a total of $20,000 toward Invoice #10810. That is a substantial sum.

11  $15,000.00 was paid on April 14, more than a month before I received the invoice. Another

12  $5,000 was released from trust on July 1, as a good faith payment, prior to full review of the

13  bill. Mr. McMillan has put me between a rock and a hard place by refusing to negotiate a

14  payment plan. He collected $100,000.00 over a 6 month period, and then sent a bill he knew

15  I could not pay in order to take his money and run, leaving me with nowhere to turn and no

16  way to pay a new attorney.

17         Mr. McMillan has knowledge of confidential information that is extremely

18  embarrassing and was provided to him by me as attorney eyes only. The nature of this

19  confidentiality makes involving new counsel undesirable and emotionally invasive.

20         I pray to the court to deny Mr. McMillan's motion to withdraw. At all times he has

21  communicated to me that this action centers on non-payment, yet payments have been made

22  and made throughout the engagement in an expeditious manner. There is no reason for Mr.

23  McMillan to believe he will not receive payment.

24

25  DATED: July 20, 2015

26                                          *Your signature*
                                            L. Lee Brightwell
27                                          In Pro Per

28

- 6 -

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

Exhibit 5
Page 124

# EXHIBIT "6"

Exhibit 6
Page 125

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

CENTRAL DIVISION

DEPARTMENT 72                    HON. TIMOTHY B. TAYLOR, JUDGE

_____
                                  )
L. LEE BRIGHTWELL,                ) Case No. 37—2013—46163
                                  )
              Petitioner,         ) Motion Hearing
                                  )
   vs.                            )
                                  )
RF LOGISTICS, LLC, ET AL.,        )
                                  )
              Respondent.         )
_____)


***SEALED***


REPORTER'S TRANSCRIPT OF PROCEEDINGS

San Diego, California

July 31, 2015

(Pages 1 — 17, Inclusive)


ANNE M. ZARKOS, RPR, CRR, CSR NO. 13095
OFFICIAL REPORTER PRO TEMPORE
SAN DIEGO SUPERIOR COURT

Exhibit 6
Page 126

```
 1    APPEARANCES:

 2
        FOR THE McMILLAN LAW FIRM:
 3
        THE McMILLAN LAW FIRM
 4      BY:  SCOTT McMILLAN, ESQ.
        4670 Nebo Drive, Suite 200
 5      La Mesa, California  91941

 6
        FOR THE PLAINTIFF {TELEPHONICALLY}:
 7
        L. LEE BRIGHTWELL, IN PROPRIA PERSONA
 8      1534 Uluhaka Place
        Kailua, HI  96734
 9
10                              ***

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

Exhibit 6
Page 127

1

1          <u>SAN DIEGO, CALIFORNIA; FRIDAY, JULY 31, 2015</u>

2                                    ***

3          **MR. McMILLAN:**  Your Honor, Ms. Pick is my assistant.

4          **THE COURT:**  She's welcome to come forward.

5     Ms. Brightwell?

6          **MS. BRIGHTWELL:**  Yes, Your Honor.

7          **THE COURT:**  Are you on the telephone?

8          **MS. BRIGHTWELL:**  I am.  Can you hear me?

9          **THE COURT:**  Yes, I can hear you loud and clear.

10    Stand by, we have an administrative task we need to take up.

11         Okay.  Now, the Court requested of Mr. McMillan that

12    he arrange for a court reporter, and he's brought one of the

13    best in the city, Ms. Zarkos.

14         I assume, Ms. Brightwell, that you have no objection

15    to the proceedings being reported.  Is that true?

16         **MS. BRIGHTWELL:**  I'm sorry, will they be made

17    public?

18         **THE COURT:**  No, no.  The transcript will be under

19    seal just like your opposition and Mr. McMillan's reply.

20         **MS. BRIGHTWELL:**  Oh, then no, I do not have any

21    objection.

22         **THE COURT:**  I'm granting the request and appointing

23    Ms. Zarkos to report these proceedings.

24         Now, Ms. Brightwell, you are calling from beautiful

25    islands of Hawaii; is that true?

26         **MS. BRIGHTWELL:**  Yes, Oahu.

27         **THE COURT:**  Aloha.

28         **MS. BRIGHTWELL:**  Aloha.

Exhibit 6
Page 128

2

1          **THE COURT:**  You should understand, Madam, that the

2    courtroom has been cleared.  The only persons present are

3    Mr. McMillan and his colleague, court staff, and --

4          **MS. BRIGHTWELL:**  I'm sorry.  Who is the colleague

5    who is present?

6          **MR. McMILLAN:**  Josephine Pick.  She is my current

7    French intern.

8          **MS. BRIGHTWELL:**  I couldn't hear that.

9          **THE COURT:**  Use the lectern.  That's the mic for

10   CourtCall.

11         **MR. McMILLAN:**  Thank you, Your Honor.

12         Josephine Pick, she's my current French intern.

13         **THE COURT:**  Okay.  So Ms. Brightwell, I need you to

14   understand that I have read since the tentative ruling that I

15   published in this case -- which as I understand it was sent to

16   you by Mr. McMillan -- your response to his motion for leave

17   to withdraw, and his reply to your response.  I trust that has

18   also been sent to you.  Is that true?

19         **MS. BRIGHTWELL:**  It has, Your Honor.

20         **THE COURT:**  Good.  All right.

21         Mr. McMillan, you are the moving party.  I should be

22   pleased to hear from you first.

23         **MR. McMILLAN:**  Thank you, Your Honor.

24         **THE COURT:**  Yes.  And do use the the microphone

25   there on the lectern if you please.  If you prefer to be

26   seated, just move it over to the table.

27         **MR. McMILLAN:**  I will do that, and then I'll have

28   access to the papers.

Exhibit 6
Page 129

3

1          THE COURT:  Yes.

2          MR. McMILLAN:  Your Honor, Ms. Brightwell and I have

3   had a series of conversations over the last couple days and

4   communications trying to bridge our differences in this

5   matter.  It's with some -- I don't like being in a position

6   where I'm leaving the court with a case, particularly one like

7   this where there's so much involved, and just walking away.

8   So we have tried to work things out.  We have not been able to

9   do so at this time.

10          So my -- I would rely on the reply dec, that it

11   is -- the payment issues are still a problem.  We haven't

12   achieved an agreement, a resolution on that.  And although I

13   believe that there's possibly one that could be reached, it's

14   not there yet.  And I don't know that it's going to be

15   achieved unless there is an indication from the Court as to

16   which way -- whether I would be relieved from -- whether I'd

17   be allowed to withdraw in the face of not being paid according

18   to the agreement.

19          THE COURT:  Can you refresh me on the dimensions of

20   the payment problem?

21          MR. McMILLAN:  Yes.  We have a mixed contingency fee

22   and hourly payment.

23          THE COURT:  That much I remember.  I was looking for

24   a dollar amount.

25          MR. McMILLAN:  It's -- I'm currently -- I've billed

26   Ms. Brightwell approximately $65,000 that's outstanding.

27   We've spoken about reducing that.  There was a reduction.

28   There's still a significant amount that's at stake.

Exhibit 6
Page 130

4

1          And my position was that if -- you know, we need to
2     get over that, or there needs to be further information
3     provided by Ms. Brightwell if I'm going to make further
4     concessions.  That's where we're at on that.
5          **THE COURT:**  So this is a situation where you are
6     hesitant to proceed to trial when you're already in arrears
7     and do not have, shall we say, a warm and fuzzy feeling about
8     getting paid in the future.
9          **MR. McMILLAN:**  That's right.  And if I'm not -- if
10    I'm not getting further assurances, which I've requested from
11    Ms. Brightwell that I will be paid and she intends to pay
12    rather than not paying me, I believe that I have a basis for
13    withdrawal.
14         And so Ms. Brightwell, I understand her belief is
15    that we're so close to trial that the Court will compel me to
16    put on the trial for -- you know, just because I'm here.  So
17    that's my presentation.
18         **THE COURT:**  All right, sir.  Thank you.
19         Is payment the only issue?  In other words, are
20    there other differences other than your dissatisfaction with
21    her not honoring, from your perspective, her financial
22    obligations to you and your firm?  Are there other differences
23    in terms of strategy or tactics or anything along those lines?
24         **MR. McMILLAN:**  The -- we've had -- we have
25    communication -- we've had -- various times in the engagement,
26    we've had communications break down where Ms. Brightwell
27    refuses to communicate with me.
28         **THE COURT:**  I read in your declaration that you

Exhibit 6
Page 131

5

1  thought she was screening your calls.

2       **MR. McMILLAN:**  Yes, for days would not return my

3  calls, would not return my texts, would not respond to my

4  emails.  And I just don't think -- that's not -- that's not

5  allowed in Scott's world with my clients.  I want to have an

6  ongoing relationship with them and ongoing stream of

7  communication, and particularly when we have something that's

8  close enough to trial, you know, where there's something

9  that's of this magnitude that's going on, I need to be in

10  communication.

11       And if I think somebody is just off the radar and I

12  have to start calling their family members because I'm

13  concerned something has happened to them, I think that that's

14  unreasonable that I should have to go to that length, when it

15  turns into just an annoyance to actual concern because they're

16  not talking to me.  And I don't think I should have to worry

17  about that.  And that has happened in this case.  So that's an

18  unreasonable burden, I think, for me as a lawyer to take on

19  with -- and particularly in a business litigation instance

20  where people are businesspeople.

21       And then the other -- the other issue is there's

22  been -- as of recent, there's been some strategy positions.

23  But I answer to -- I work for Ms. Brightwell.  She's the

24  client.  It's her -- what the case -- if the case is going to

25  settle or what it's going to settle for or whether it's going

26  to go to trial or something, ultimately when I'm not in

27  conflict with her, I have to do what she says.

28       I mean, she is -- right now I'm in a bad position in

Exhibit 6
Page 132

6

1    that I have a fee dispute with her, and there's potential
2    settlement out there and I feel conflicted at the moment.  I
3    feel like I really -- I'm in a bad spot because I do not want
4    to be accused of later on -- of throwing her case under the
5    bus for less than it was worth just because I wanted to get my
6    money.
7              So I am in a state of suspense here where I really
8    can't -- I don't feel comfortable doing what I believe should
9    be done.  So that's what this has put us into.  And I believe
10   it's all based on the fact that Ms. Brightwell believes that
11   she can stop paying me and the Court will compel me to do the
12   trial.  So I really need some clarification on that.
13             **THE COURT:**  All right.  Thank you, sir.
14             Ms. Brightwell?
15             **MS. BRIGHTWELL:**  Yes, Your Honor.  I'm really trying
16   to be sure where to start with responding to that.
17             **THE COURT:**  Well, let me just start you with the
18   13th amendment.
19             **MS. BRIGHTWELL:**  Okay.  I don't know it.
20             **THE COURT:**  Section One, Barred Involuntary
21   Servitude.  It was enacted in 1865 in the wake of the
22   Civil War.  If you think that you can require Mr. McMillan to
23   serve you involuntarily, that's a misunderstanding of the
24   rule.
25             **MS. BRIGHTWELL:**  Oh, Your Honor, I would never do
26   that to anyone.  That has never been my behavior in this case.
27   And that is really an outlandish accusation from Mr. McMillan.
28   I know he's hoping to plead and have sympathies on the Court,

Exhibit 6
Page 133

7

1   but my past payment schedules and my current offerings, he has

2   refused payments that I have tried to send him recently.  I

3   have never asked him to do something for free, and I've always

4   assured him that I will pay him for his services.  So I -- is

5   there more on that Amendment you want to advise me on?

6          **THE COURT:**  No, no.  I just -- he made a point of

7   expressing to the Court that he believes that you hold the

8   belief that once a lawyer appears for a client, that lawyer

9   can never withdraw; and that's not the rule.

10         **MS. BRIGHTWELL:**  Oh, of course not.  Your Honor,

11  I've worked for years as a consultant.  I would have the same

12  attitude that I wouldn't continue work for a client that

13  wasn't going to pay me.  And there has never been a time that

14  I have told Mr. McMillan that I would not pay him.

15         The situation that has arisen right now is that

16  after having paid Mr. McMillan $115,000 over the course of six

17  months, he took over ten weeks to pull together his last

18  billing.  So he agreed and said it should be pulled together

19  every 30 days.

20         In the meantime, I voluntarily handed him a check

21  for $15,000 well before he pulled it together.  In fact, it

22  was on April 14th that I handed him that money.  He then put

23  it into his trust account, which then totaled $30,000.  He sat

24  on that $30,000 until he put the bill together on May 31st.

25         In May 31st, I was presented with a 74-page bill

26  that reached back into the entire billing which had already

27  been paid, had new additions in there, the billing.  There

28  were duplicate charges, double billing.  There's other client

Exhibit 6
Page 134

8

1   charges, and then there's a great deal of charges that have to
2   do with the rework and the redundancy caused by the high
3   turnover in Mr. McMillan's office.
4          I'm in an unusual situation, I believe, than most
5   clients.  Mr. McMillan demanded that I leave Hawaii, leave my
6   home and come and work in his office for much of the time that
7   this case has been put together.  My personal interest is in
8   assisting as much as possible, as I know my case better than
9   others, and anything that I can do to help is great.  But
10  having to live temporarily in friends' houses for a total of
11  four months during the six-month process wasn't easy.
12         I had the advantage then of being inside
13  Mr. McMillan's office and watching the operations.  So when I
14  speak to you about redundancies and high turnover and rework
15  and chaotic conditions, I speak from an eyewitness point of
16  view.
17         And while all offices perhaps have their own
18  idiosyncrasies, and perhaps this is the way Mr. McMillan is,
19  it's just not something I think I need to pay for.  I'm okay
20  with doing something the first time and doing it right, but
21  not over and over.
22         In Mr. McMillan's fee agreement, he speaks of
23  contradiction {ph}.  And his last bill represents a great deal
24  of charges that don't back up part of the agreement.  And
25  that's the part we are in contention about.
26         I have to say that his approximation of $65,000 in a
27  difference is not true at all.  This Tuesday, I was able to
28  send him the adjusted bill and said that the 99,000 that he

Exhibit 6
Page 135

9

1  had presented me with on May 31st should accurately come in

2  around 60,000.  Of that 60,000, I've already paid 44,000.  And

3  then I sent a check for the balance of that and asked if he

4  would take that, as long as we could come up with a new fee

5  agreement so that I could pay over time instead of being

6  demanded to pay everything immediately.

7          Anyway, he is not in agreement with that.  And he

8  doesn't even offer any options.  And he won't accept anything

9  but demands that he be paid in full.

10          I am at three years now on this justice process.

11  Prior to even hiring Mr. McMillan, I had already spent 140,000

12  on attorney fees.  Now with Mr. McMillan's fees already paid

13  at 115,000 plus an additional 26,000 I paid directly in

14  business experts and depositions, Mr. McMillan did not take on

15  any of those charges.  I'm close to 300,000.  You know, have

16  my funds been whittled down?  Have my life savings been

17  whittled down?  Certainly.  Am I looking for some other

18  leeway, some other idea of how to pay, pay on a payment plan?

19  Yes.  I haven't been able to get anywhere with him.

20          Is this a good time to address the case that he

21  presented his reply?

22          **THE COURT:**  This is a good -- the only time,

23  actually.

24          **MS. BRIGHTWELL:**  All right.  Well, then I would just

25  like to say that Mr. McMillan's points at providing all the --

26          **THE COURT:**  Madam, stop, stop, stop.  You're

27  reading, it's clear to me, and Ms. Zarkos can't keep up when

28  people are live and in person, let alone when they're on the

Exhibit 6
Page 136

10

1    phone.  I need you to slow down.

2         **MS. BRIGHTWELL:**  Will do.

3         Mr. McMillan points to *Prince* as providing all the

4    justification necessary to permit his permissive withdrawal.

5    However, the situation in *Prince* isn't analogous to this

6    situation that we're faced with today.  The key difference

7    between the situation in *Prince* and the one here is that

8    Mr. Prince made it perfectly clear that he had no money or way

9    to pay the attorney.  That has never been the issue here.

10        The issue here is that Mr. McMillan has demanded

11   that he be paid within ten days.  He, in fact, has sent me a

12   Substitution Of Attorney form within 11 days of having sent me

13   this bill, immediately causing contention and immediately did

14   not want us to work out this bill or to do anything

15   collaborative.  There is no such demand in his fee agreement.

16        I refused to comply with that and informed

17   Mr. McMillan that I needed time to review his voluminous bill

18   for accuracy, having found this one inclusive of duplicate

19   charges and charge for other clients' work, and specifically

20   in this case because of the the outlandishly high dollar

21   amount.

22        In this case where he presented me with a bill of

23   99,000 for ten weeks of work, I simply asked for additional

24   time while providing him with a substantial partial payment.

25   I'd given him over $20,000 immediately prior to even reviewing

26   the bill and have offered an additional 15,000 immediately for

27   what I believe is the full balance of accrued charges.

28   However, Mr. McMillan has made it clear to me time and time

Exhibit 6
Page 137

11

1   again that it's either going to be his way or no way.

2         I'm asking Your Honor to give, under the California

3   Rule of Professional Conduct 3-70082, which states, "A member

4   shall not withdraw from employment until the member has taken

5   reasonable steps to avoid reasonably foreseeable prejudice to

6   the rights of the clients."

7         **THE COURT:**  Well, he did that, though.  He -- right

8   as he was making his motion for leave to withdraw, he came in

9   here and gave me a vigorous argument on the motions in limine.

10        **MS. BRIGHTWELL:**  Yes.  I agree with you, he did.

11  And it was very successful, another reason why Mr. McMillan

12  should stay on the case.  He's being paid, and he's doing a

13  good job.

14        However, right before he filed this motion --

15  sorry -- immediately following filing this motion, he sent

16  information to the other side letting them know that he was

17  having an issue with his client as opposed to keeping it

18  confidential.

19        **THE COURT:**  Well, but he has to file publically the

20  motion for leave to withdraw.

21        **MS. BRIGHTWELL:**  That's fine, and I think that's up

22  to them to discover that if they're watching for it.  But to

23  so aggressively make sure that they know about it --

24        **THE COURT:**  Oh, he has to -- no, that's not how it

25  works.  Anything he files with the Court he's required to

26  serve on the other side.

27        **MS. BRIGHTWELL:**  I understand and agree.  I put an

28  exhibit in my opposition showing how that was handled.

Exhibit 6
Page 138

12

1          So Mr. McMillan's actions, though, over the last
2     three weeks have significantly threatened the viability of my
3     lawsuit.  He was aware of the danger that posed and completely
4     disregarded the threat of that danger in pursuit of his
5     relief.
6          Again, it must be noted that I never refused to pay
7     Mr. McMillan but instead demanded he discuss the
8     reasonableness of some of his outlandish charges with me.
9     Because I never refused to pay the fees.  Rule 3 --
10         **THE COURT:**  Ma'am, hold on a second.  Let me ask you
11    a question:  If you were sitting in my seat and someone was
12    using the adjective "outlandish," would you not conclude that
13    irreconcilable differences have arisen between attorney and
14    client?
15         **MS. BRIGHTWELL:**  I do not believe so.  I believe --
16    I believe that Mr. McMillan -- hmm, I'm not sure how to say it
17    in the kindest way -- has just very intentionally included
18    expensive charges.  And I believe I can show those to you on
19    the documents.  I don't -- I don't think a --
20         **THE COURT:**  I do not propose to adjudicate the
21    dispute over fees.  That's for some other time and some other
22    place.
23         **MS. BRIGHTWELL:**  I totally understand and agree that
24    it's more of an understanding if I'm going to use a word like
25    "outlandish," why I would use that.
26         I have been receiving Mr. McMillan's bills since --
27    I hired him in October, so November, December, January,
28    February, and March.  And at times I have had issues with some

Exhibit 6
Page 139

13

1    of the things in the bill and he is frequently inflexible

2    about some of those charges.  But they have been paid.

3            And for him to insist or believe that I am not

4    paying now or that I cannot continue to pay just in some other

5    manner is not true.  And it's not reasonable.  But he has

6    convinced himself this and continues to repeat it.

7            We've had a conversation very recently as to some of

8    the charges, and he was beginning to negotiate.  So to have

9    him withdraw now over something that is going to take time to

10   figure out, I think it's too premature.

11           **THE COURT:**  Okay.  Thank you, ma'am.

12           Sir, anything further?

13           **MR. McMILLAN:**  Your Honor --

14           **MS. BRIGHTWELL:**  Your Honor?

15           **THE COURT:**  Yes?

16           **MS. BRIGHTWELL:**  I had a couple more points that I

17   thought were really important.

18           **THE COURT:**  Well, Ms. Brightwell, I don't have the

19   luxury of time here.  I have sent 20 lawyers out in the

20   corridor.  I mean, this is not the only case that I have.  I

21   need you to make your points quickly.

22           **MS. BRIGHTWELL:**  Then my last point is that in

23   anticipation of this hearing and not knowing how it would go,

24   I asked Mr. McMillan to please communicate that I would expect

25   the last settlement figures from defense.  And for the the

26   last few days, he's refused to forward that information.

27           And I believe that his backing me into a corner here

28   and putting this information out there has put me in a very

Exhibit 6
Page 140

14

1  negative and harmful position, and that the only way to
2  briefly state that or recover that and move forward is to deny
3  his motion to withdraw.  His claims are not true.
4          THE COURT:  Okay.  Ma'am, I just do not think that
5  it is appropriate for either side to use the pendency of a
6  motion for leave to withdraw and frankly use the Court as
7  leverage for deciding whether to accept or reject a settlement
8  offer in the underlying case.  I just decline the invitation
9  to be used in that fashion.  I have a motion that has been
10  presented to me; my duty is to decide it.
11          MS. BRIGHTWELL:  I see.  I am merely saying that the
12  best way to continue with the representation we've had is for
13  him to continue and to move forward with it either with trial
14  or with settlement, or whichever direction it goes in.  But to
15  quit now is to do undue harm to me.  And his claims are not
16  valid.
17          THE COURT:  Okay.  Anything further?
18          MS. BRIGHTWELL:  (Inaudible).
19          THE COURT:  What did you say?
20          MS. BRIGHTWELL:  No, thank you.
21          THE COURT:  All right.  Thank you.
22          Mr. McMillan?
23          MR. McMILLAN:  Your Honor, I am always ready to work
24  on my bills.  If there's a problem on my bills -- as I said in
25  my thing, she's pointed out that there are errors and I told
26  her I'd correct them and sent back a markup after I received
27  it.  But I have not used this as a settlement lever to -- I
28  believe that that would be something that is not right.

Exhibit 6
Page 141

15

1          I don't want to use this -- Ms. Brightwell, I don't
2     want to go into the conflict.  But as I said earlier on, I
3     feel like I'm being placed in conflict by this, being asked to
4     make settlement judgments or nonjudgments during the pendency
5     of this motion.  It puts me in a very difficult place.  And
6     I've explained that to Ms. Brightwell.

7          And anyway, my request, Your Honor, as you've heard
8     the evidence on this, you've heard both of us present our
9     evidence.  If Ms. Brightwell is willing to delay this or agree
10    with me on this, is that we request that the Court put its
11    decision over for a week and --

12          **THE COURT:**  What's that going to solve?

13          **MR. McMILLAN:**  I don't know.  I'm just hoping that
14    something can -- I don't know.  I have not been in this
15    position before, Your Honor.

16          **THE COURT:**  Okay.  Well, it's a regrettable
17    position.  It's uncomfortable for the Court.  It's
18    uncomfortable for both sides.  I get that.  But it is crystal
19    clear to this Court that the relationship of trust and
20    confidence that must exist for an effective attorney-client
21    relationship to go forward, particularly on the cusp of trial,
22    is not present in this case.  An irreconcilable difference has
23    arisen between counsel on the one hand and client on the
24    other.  And it justifies the granting of the motion, and the
25    motion is hereby granted.  And Mr. McMillan is given leave to
26    withdraw.

27          Now, I am making this effective upon the filing of a
28    proof of service of this order that I have now signed.  In

Exhibit 6
Page 142

16

1    other words, the withdrawal is not effective if the proof of

2    service is never filed.  If between now and the time for trial

3    no proof of service is filed, the withdrawal is not effective.

4            **MR. McMILLAN:**  Understood.

5            **THE COURT:**  That gets you what you just suggested

6    you wanted, which is maybe a little more time to kick this

7    around.  If the proof of service never gets on file, the

8    withdrawal is not effective and you remain counsel of record.

9            **MR. McMILLAN:**  Understood, Your Honor.

10            **THE COURT:**  If, on the other hand, the proof of

11    service is filed, then the withdrawal is effective, and

12    Ms. Brightwell is in propria persona, with a pending trial

13    date of October 2 in this department.

14            Madam, I have to write on the order your current

15    address and telephone number so that your adversary, that is

16    counsel opposing Mr. McMillan, can contact you in the event

17    that a withdrawal becomes effective.  What is it?

18            **MS. BRIGHTWELL:**  1534 Uluhaku Place.

19            **THE COURT:**  You're going to need to spell that for

20    me and Ms. Zarkos.

21            **MS. BRIGHTWELL:**  U-l-u-h-a-k-u, It's one word,

22    Place.

23            **THE COURT:**  Go ahead.

24            **MS. BRIGHTWELL:**  Kailua, k a i --

25            **THE COURT:**  That one I got.

26            **MS. BRIGHTWELL:**  Oh.  Hawaii 96734.

27            **THE COURT:**  Phone number?

28            **MS. BRIGHTWELL:**  (808)206-1624.

Exhibit 6
Page 143

17

1          **THE COURT:**  Okay.  The order has been signed.  I've

2     filled in the missing information from it, and it is ordered

3     filed.  Again, the withdrawal is not effective until a proof

4     of service of the service of this order has been filed with

5     the Court.

6          **MR. McMILLAN:**  Understood, Your Honor.

7          **THE COURT:**  Deputy, would you bring the other

8     parties waiting for their hearings back into the courtroom,

9     please.  Thank you both.

10          **(THE PROCEEDINGS WERE ADJOURNED.)**

11                         **\*\*\***

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 6
Page 144

```
 1                      CERTIFICATE OF REPORTER

 2

 3    STATE OF CALIFORNIA )

 4                        )

 5    COUNTY OF SAN DIEGO )

 6

 7

 8         L. LEE BRIGHTWELL vs. RF LOGISTICS, LLC, ET AL.

 9                   CASE No. 37-2013-46163

10                      JULY 31, 2015

11

12         I, ANNE M. ZARKOS, RPR, CRR, CSR NO. 13095, AN

13    OFFICIAL REPORTER PRO TEMPORE IN THE SUPERIOR COURT OF THE

14    STATE OF CALIFORNIA, IN AND FOR THE COUNTY OF SAN DIEGO,

15    HEREBY CERTIFY THAT I MADE A SHORTHAND RECORD OF THE

16    PROCEEDINGS HAD IN THE WITHIN CASE AND THAT THE FOREGOING

17    TRANSCRIPT IS A FULL, TRUE, AND CORRECT TRANSCRIPTION OF THE

18    PROCEEDINGS IN THIS CASE.

19         DATED THIS 12TH DAY OF OCTOBER 2015.

20

21

22                        ANNE M. ZARKOS, RPR, CRR
                          CSR NO. 13095
23

24

25

26

27

28
```

Exhibit 6
Page 145

**$**

$115,000 [1]  7/16
$15,000 [1]  7/21
$20,000 [1]  10/25
$30,000 [1]  7/23 7/24
$65,000 [2]  3/26 8/26

**1**

11 [1]  10/12
115,000 [1]  9/13
12TH [1]  18/19
13095 [3]  1/24 18/12 18/22
13th [1]  6/18
140,000 [1]  9/11
14th [1]  7/22
15,000 [1]  10/26
1534 [2]  2/8 16/18
1624 [1]  16/28
17 [1]  1/19
1865 [1]  6/21

**2**

20 [1]  13/19
200 [1]  2/4
2015 [4]  1/18 1/1 18/10 18/19
206-1624 [1]  16/28
26,000 [1]  9/13

**3**

3-70082 [1]  11/3
30 [1]  7/19
300,000 [1]  9/15
31 [3]  1/18 1/1 18/10
31st [3]  7/24 7/25 9/1
37-2013-46163 [2]  1/5 18/9

**4**

44,000 [1]  9/2
46163 [2]  1/5 18/9
4670 [1]  2/4

**6**

60,000 [1]  9/2 9/2

**7**

70082 [1]  11/3
72 [1]  1/3
74-page [1]  7/25

**8**

808 [1]  16/28

**9**

91941 [1]  2/5
96734 [2]  8/28 16/26
99,000 [2]  8/28 10/23

**A**

able [3]  3/8 8/27 9/19
about [7]  3/27 4/7 5/17 8/14 8/25 11/23
13/2
accept [2]  9/8 14/7
access [1]  2/28
according [1]  3/17
account [1]  7/23
accrued [1]  10/27
accuracy [1]  10/18
accurately [1]  9/1
accusation [1]  6/27
accused [1]  6/4
achieved [2]  3/12 3/15
actions [1]  12/1
actual [1]  5/15

actually [1]  9/23
additional [3]  9/13 10/23 10/26
additions [1]  7/27
address [2]  9/20 16/15
adjective [1]  12/12
ADJOURNED [1]  17/10
adjudicate [1]  12/20
adjusted [1]  8/28
administrative [1]  1/10
advantage [1]  8/12
adversary [1]  16/15
advise [1]  17/27
after [2]  7/16 14/26
again [3]  11/1 12/6 17/3
aggressively [1]  11/23
agree [4]  11/10 11/27 12/23 15/9
agreed [1]  7/18
agreement [7]  3/12 3/18 8/22 8/24 9/5 9/7
10/15
ahead [1]  16/23
AL [2]  1/8 18/8
all [10]  2/20 4/18 6/10 6/13 8/17 8/27 9/24
9/25 10/3 14/21
allowed [2]  3/17 5/5
Aloha [2]  1/27 1/28
alone [1]  9/28
along [1]  4/23
already [5]  4/6 7/26 9/2 9/11 9/12
also [1]  7/27
although [1]  3/12
always [2]  7/3 14/23
am [8]  1/8 6/7 9/10 9/17 13/3 14/11 14/23
15/27
amendment [2]  6/18 7/5
amount [3]  3/24 8/28 10/21
analogous [1]  10/5
ANNE [3]  1/24 18/12 18/22
annoyance [1]  5/15
another [1]  11/11
answer [1]  5/23
anticipation [1]  13/23
any [3]  1/20 9/8 9/15
anyone [1]  6/26
anything [7]  4/23 8/9 9/8 10/14 11/25
13/12 14/17
anyway [2]  9/7 15/7
anywhere [1]  9/19
APPEARANCES [1]  2/1
appears [1]  7/8
appointing [1]  1/22
appropriate [1]  14/5
approximately [1]  3/26
approximation [1]  8/26
April [1]  7/22
April 14th [1]  7/22
are [14]  1/7 1/24 2/2 2/21 3/11 4/5 4/19
4/22 5/20 8/25 9/28 14/3 14/15 14/25
argument [1]  11/9
arisen [3]  7/15 12/13 15/23
around [2]  9/2 16/7
arrange [1]  1/12
arrears [1]  4/6
as [19]  2/15 3/15 5/18 5/22 7/11 8/8 8/8
8/8 9/4 9/4 10/3 11/8 11/17 13/7 14/6
14/24 14/27 15/2 15/7
ask [1]  12/10
asked [5]  7/3 9/3 10/23 13/24 15/3
asking [1]  11/2
assistant [1]  1/3
assisting [1]  8/8
assume [1]  7/3
assurances [1]  4/10
assured [1]  7/4

attitude [1]  7/12
attorney [5]  9/12 10/9 10/12 12/13 15/20
attorney-client [1]  15/20
avoid [1]  11/5
aware [1]  12/3
away [1]  3/7

**B**

back [4]  7/26 8/24 14/26 17/8
backing [1]  13/27
bad [2]  5/28 6/3
balance [2]  9/3 10/27
Barred [1]  6/20
based [1]  6/10
basis [1]  4/12
be [21]
beautiful [1]  1/24
because [7]  4/16 5/12 5/15 6/3 6/5 10/20
12/9
becomes [1]  16/17
been [19]  2/2 2/18 3/8 5/22 5/22 6/26 7/13
7/27 8/7 9/16 9/19 10/9 10/9 12/26 13/2
14/9 15/14 17/1 17/4
before [3]  7/21 11/14 15/15
beginning [1]  13/8
behavior [1]  6/26
being [8]  1/15 3/5 3/17 8/12 9/5 11/12
15/3 15/3
belief [2]  4/14 7/8
believe [13]  3/13 4/12 6/8 6/9 8/4 10/27
12/15 12/15 12/16 12/18 13/3 13/27 14/28
believes [2]  6/10 7/7
best [2]  1/13 14/12
better [1]  8/8
between [4]  10/7 12/13 15/23 16/2
bill [10]  7/24 7/25 8/23 8/28 10/13 10/14
10/17 10/22 10/26 13/1
billed [1]  3/25
billing [4]  7/18 7/26 7/27 7/28
bills [3]  12/26 14/24 14/24
both [3]  15/8 15/18 17/9
break [1]  4/26
bridge [1]  3/4
briefly [1]  14/2
BRIGHTWELL [21]
bring [1]  17/7
brought [1]  1/12
burden [1]  5/18
bus [1]  6/5
business [2]  5/19 9/14
businesspeople [1]  5/20

**C**

CALIFORNIA [7]  1/1 1/17 2/5 1/1 11/2
18/3 18/14
calling [2]  1/24 5/12
calls [2]  5/1 5/3
came [1]  11/8
can [10]  1/8 1/9 3/19 6/11 6/22 7/9 8/9
12/18 15/14 16/16
can't [2]  6/8 9/27
cannot [1]  13/4
case [20]  1/5 2/15 3/6 5/17 5/24 5/24 6/4
6/26 8/7 8/8 8/28 9/20 10/20 10/22 11/12 13/20
14/8 15/22 18/9 18/16 18/18
caused [1]  8/2
causing [1]  10/13
CENTRAL [1]  1/2
Certainly [1]  9/17
CERTIFICATE [1]  18/1
CERTIFY [1]  18/15
chaotic [1]  8/15
charge [1]  10/19

Exhibit 6
Page 146

## C

charges [11]  7/28 8/1 8/1 8/24 9/15 10/19
10/27 12/8 12/18 13/2 13/8
check [2]  7/20 9/3
city [1]  1/13
Civil [1]  6/22
claims [2]  14/3 14/15
clarification [1]  6/12
clear [5]  1/9 9/27 10/8 10/28 15/19
cleared [1]  2/2
client [8]  5/24 7/8 7/12 7/28 11/17 12/14
15/20 15/23
clients [3]  5/5 8/5 11/6
clients' [1]  10/19
close [3]  4/15 5/8 9/15
collaborative [1]  10/15
colleague [2]  2/3 2/4
come [4]  1/4 8/6 9/1 9/4
comfortable [1]  6/8
communicate [2]  4/27 13/24
communication [3]  4/25 5/7 5/10
communications [2]  3/4 4/26
compel [2]  4/15 6/11
completely [1]  12/3
comply [1]  10/16
concern [1]  5/15
concerned [1]  5/13
concessions [1]  4/4
conclude [1]  12/12
conditions [1]  8/15
Conduct [1]  11/3
confidence [1]  15/20
confidential [1]  11/18
conflict [3]  5/27 15/2 15/3
conflicted [1]  6/2
consultant [1]  7/11
contact [1]  16/16
contention [2]  8/25 10/13
contingency [1]  3/21
continue [4]  7/12 13/4 14/12 14/13
continues [1]  13/6
contradiction [1]  8/23
conversation [1]  13/7
conversations [1]  3/3
convinced [1]  13/6
corner [1]  13/27
correct [2]  14/26 18/17
corridor [1]  13/20
could [3]  3/13 9/4 9/5
couldn't [1]  2/8
counsel [5]  15/23 16/8 16/16
COUNTY [3]  1/1 18/5 18/14
couple [2]  3/3 13/16
course [2]  7/10 7/16
court [18]  1/1 1/25 1/11 1/12 2/3 3/6 3/15
4/15 6/11 6/28 7/7 11/25 14/6 15/10 15/17
15/19 17/5 18/13
CourtCall [1]  2/10
courtroom [2]  2/2 17/8
CRR [3]  1/24 18/12 18/22
crystal [1]  15/18
CSR [3]  1/24 18/12 18/22
current [4]  2/6 2/12 7/1 16/14
currently [1]  3/25
cusp [1]  15/21

## D

danger [2]  12/3 12/4
date [1]  16/13
DATED [1]  18/19
DAY [1]  18/19
days [6]  3/3 5/2 7/19 10/11 10/12 13/26

deal [2]  8/1 8/23
dec [1]  3/10
December [1]  12/27
decide [1]  14/10
deciding [1]  14/7
decision [1]  15/11
declaration [1]  4/28
decline [1]  14/8
defense [1]  13/25
delay [1]  15/9
demand [1]  10/15
demanded [5]  9/9 9/6 10/10 12/7
demands [1]  9/9
deny [1]  14/2
department [2]  1/3 16/13
depositions [1]  9/14
Deputy [1]  17/7
did [5]  9/14 10/13 11/7 11/10 14/19
DIEGO [6]  1/1 1/17 1/25 1/1 18/5 18/14
difference [3]  8/27 10/6 15/22
differences [4]  3/4 4/20 4/22 12/13
difficult [1]  15/5
dimensions [1]  3/19
direction [1]  14/14
directly [1]  9/13
discover [1]  11/22
discuss [1]  12/7
dispute [2]  6/1 12/21
disregarded [1]  14/19
dissatisfaction [1]  4/20
DIVISION [1]  1/2
do [18]  1/20 2/24 2/27 3/9 4/7 5/27 6/3
6/11 6/25 7/3 8/2 8/9 10/2 10/14 12/15
12/20 14/4 14/15
documents [1]  12/19
doesn't [1]  9/8
doing [4]  6/8 8/20 8/20 11/12
dollar [2]  3/24 10/20
don't [14]  3/5 3/14 5/4 5/16 6/8 6/19 8/24
12/19 12/19 13/18 15/1 15/1 15/13 15/14
done [1]  6/9
double [1]  7/28
down [4]  4/26 9/16 9/17 10/1
Drive [1]  2/4
duplicate [2]  7/28 10/18
during [2]  8/11 15/4
duty [1]  14/10

## E

earlier [1]  15/2
easy [1]  8/11
effective [3]  15/20 15/27 16/1 16/3 16/8
16/11 16/17 17/3
either [1]  11/1 14/5 14/13
emails [1]  5/4
employment [1]  11/4
enacted [1]  6/21
engagement [1]  4/25
enough [1]  5/8
entire [1]  7/26
errors [1]  14/25
ESQ [1]  2/4
ET [2]  1/8 18/8
even [3]  9/8 9/11 10/25
event [1]  16/16
every [1]  7/19
everything [1]  9/6
evidence [2]  15/8 15/9
exhibit [1]  11/28
exist [1]  15/20
expect [1]  13/24
expensive [1]  12/18
experts [1]  9/14

explained [1]  15/6
expressing [1]  7/7
eyewitness [1]  8/15

## F

face [1]  3/17
faced [1]  10/6
fact [3]  6/10 7/21 10/11
family [1]  5/12
fashion [1]  14/9
February [1]  12/28
fee [5]  3/21 6/1 8/22 9/4 10/15
feel [4]  6/2 6/3 6/8 15/3
feeling [1]  4/7
fees [4]  9/12 9/12 12/9 12/21
few [1]  13/26
figure [1]  13/10
figures [1]  13/25
file [2]  11/19 16/7
filed [6]  11/14 16/2 16/3 16/11 17/3 17/4
files [1]  11/25
filing [2]  11/15 15/27
filled [1]  17/2
financial [1]  4/21
fine [1]  11/21
firm [3]  2/2 2/3 4/22
first [2]  2/22 8/20
following [1]  11/15
FOREGOING [1]  18/16
foreseeable [1]  11/5
form [1]  10/12
forward [5]  1/4 13/26 14/2 14/13 15/21
found [1]  10/18
four [1]  8/11
frankly [1]  14/6
free [1]  7/3
French [2]  2/7 2/12
frequently [1]  13/1
FRIDAY [1]  1/1
friends' [1]  8/10
full [3]  9/9 10/27 18/17
funds [1]  9/16
further [5]  4/2 4/3 4/10 13/12 14/17
future [1]  4/8
fuzzy [1]  4/7

## G

gave [1]  11/9
get [4]  4/2 6/5 9/19 15/18
gets [2]  16/5 16/7
getting [2]  4/8 4/10
give [1]  11/2
given [2]  10/25 15/25
go [6]  5/14 5/26 13/23 15/2 15/21 16/23
goes [1]  14/14
going [2]  3/14 4/3 5/9 5/24 5/25 5/25
7/13 11/1 12/24 13/9 15/12 16/19
good [4]  2/20 9/20 9/22 11/13
got [1]  16/25
granted [1]  15/25
granting [2]  1/22 15/24
great [3]  8/1 8/9 8/23

## H

had [15]  3/3 4/24 4/25 4/26 7/26 7/27 8/12
9/1 9/11 10/8 12/28 13/7 13/16 14/12
18/16
hand [2]  15/23 16/10
handed [2]  7/20 7/22
handled [1]  11/28
happened [2]  5/13 5/17
harm [1]  14/15
harmful [1]  14/1
has [25]

Exhibit 6
Page 147

## H

have [44]
haven't [2]  3/11 9/19
having [5]  7/16 8/10 10/12 10/18 11/17
Hawaii [3]  1/25 8/5 16/26
he [38]
he's [6]  1/12 6/28 11/12 11/12 11/25 13/26
hear [4]  1/8 1/9 2/8 2/22
heard [2]  15/7 15/8
hearing [2]  1/6 13/23
hearings [1]  17/8
help [1]  8/9
her [8]  4/14 4/21 4/21 5/24 5/27 6/1 6/4
14/26
here [8]  4/16 6/7 10/7 10/9 10/10 11/9
13/19 13/27
hereby [2]  15/25 18/15
hesitant [1]  4/6
HI [1]  2/8
high [3]  8/2 8/14 10/20
him [15]  7/2 7/3 7/4 7/4 7/14 7/20 7/22
8/28 9/19 10/24 10/25 12/27 13/3 13/9
14/13
himself [1]  13/6
hired [1]  12/27
hiring [1]  9/11
his [22]
hmm [1]  12/16
hold [2]  7/7 12/10
home [1]  8/6
HON [1]  1/3
Honor [17]  1/3 1/6 2/11 2/19 2/23 3/2 6/15
6/25 7/10 11/2 13/13 13/14 14/23 15/7
15/15 16/9 17/6
honoring [1]  4/21
hoping [2]  6/28 15/13
hourly [1]  3/22
houses [1]  8/10
how [5]  9/18 11/24 11/28 12/16 13/23
However [3]  10/5 10/28 11/14

## I

I'd [3]  3/16 10/25 14/26
I'll [1]  2/27
I'm [22]
I've [7]  3/25 4/10 7/3 7/11 9/2 15/6 17/1
idea [1]  9/18
idiosyncrasies [1]  8/18
immediately [6]  9/6 10/13 10/13 10/25
10/26 11/15
important [1]  13/17
Inaudible [1]  14/18
included [1]  12/17
inclusive [2]  1/19 10/18
indication [1]  3/15
inflexible [1]  13/1
information [5]  4/2 11/16 13/26 13/28 17/2
informed [1]  10/16
inside [1]  8/12
insist [1]  13/3
instance [1]  5/19
instead [2]  9/5 12/7
intends [1]  4/11
intentionally [1]  12/17
interest [1]  8/7
intern [2]  2/7 2/12
invitation [1]  14/8
involuntarily [1]  6/23
Involuntary [1]  6/20
involved [1]  3/7
irreconcilable [2]  12/13 15/22
is [62]

islands [1]  1/25
isn't [1]  10/5
issue [5]  4/19 5/21 10/9 10/10 11/17
issues [2]  3/11 12/28
it [35]
it's [18]  3/5 3/13 3/14 3/25 5/24 5/25 5/25
6/10 8/19 9/27 11/1 12/24 13/5 13/10
15/15 15/17 15/17 16/21
its [1]  15/10

## J

January [1]  12/27
job [1]  11/13
Josephine [2]  2/6 2/12
JUDGE [1]  1/3
judgments [1]  15/4
July [3]  1/18 1/1 18/10
just [18]  1/19 2/26 3/7 4/16 5/4 5/11 5/15
6/5 6/17 7/6 8/19 9/24 12/17 13/4 14/4
14/8 15/13 16/5
justice [1]  9/10
justification [1]  10/4
justifies [1]  15/24

## K

Kailua [2]  2/8 16/24
keep [1]  9/27
keeping [1]  11/17
key [1]  10/6
kick [1]  16/6
kindest [1]  12/17
know [12]  3/14 4/1 4/16 5/8 6/19 6/28 8/8
9/15 11/16 11/23 15/13 15/14
knowing [1]  13/23

## L

La [1]  2/5
last [7]  3/3 7/17 8/23 12/1 13/22 13/25
13/26
later [1]  6/4
LAW [2]  2/2 2/3
lawsuit [1]  12/3
lawyer [3]  5/18 7/8 7/8
lawyers [1]  13/19
leave [7]  2/16 8/5 8/5 11/8 11/20 14/6
15/25
leaving [1]  3/6
lectern [2]  2/9 2/25
LEE [3]  1/5 2/7 18/8
leeway [1]  9/18
length [1]  5/14
less [1]  6/5
let [3]  6/17 9/28 12/10
letting [1]  11/16
lever [1]  14/27
leverage [1]  14/7
life [1]  9/16
like [7]  1/19 3/5 3/6 6/3 9/25 12/24 15/3
limine [1]  11/9
lines [1]  4/23
litigation [1]  5/19
little [1]  16/6
live [2]  8/10 9/28
LLC [2]  1/8 18/8
LOGISTICS [2]  1/8 18/8
long [1]  9/4
looking [2]  3/23 9/17
loud [1]  1/9
luxury [1]  13/19

## M

ma'am [3]  12/10 13/11 14/4
Madam [3]  2/1 9/26 16/14
made [5]  1/16 7/6 10/8 10/28 18/15

magnitude [1]  5/9
make [4]  4/3 11/23 13/21 15/4
making [2]  11/8 15/27
manner [1]  13/5
March [1]  12/28
markup [1]  14/26
matter [1]  3/5
May [3]  7/24 7/25 9/1
May 31st [3]  7/24 7/25 9/1
maybe [1]  16/6
McMILLAN [26]
McMillan's [8]  1/19 8/3 8/13 8/22 9/12 9/25
12/1 12/26
me [28]
mean [5]  5/28 13/20
meantime [1]  7/20
member [2]  11/3 11/4
members [1]  5/12
merely [1]  14/11
Mesa [2]  2/5
mic [1]  2/9
microphone [2]  2/24
missing [1]  17/2
misunderstanding [1]  6/23
mixed [1]  3/21
moment [1]  6/2
money [3]  6/6 7/22 10/8
month [1]  8/11
months [2]  7/17 8/11
more [4]  7/5 12/24 13/16 16/6
most [1]  8/4
motion [12]  1/6 2/16 11/8 11/14 11/15
11/20 14/9 14/19 15/5 15/24 15/25
motions [1]  11/9
move [3]  2/26 14/2 14/13
moving [1]  2/21
Mr. [32]
Mr. McMillan [23]
Mr. McMillan's [8]  1/19 8/3 8/13 8/22 9/12
9/25 12/1 12/26
Mr. Prince [1]  10/8
Ms. [23]
Ms. Brightwell [18]  1/5 1/14 1/24 2/13 3/2
3/26 4/3 4/11 4/14 4/26 5/23 6/10 6/14
13/18 15/1 15/6 15/9 16/12
Ms. Pick [1]  1/3
Ms. Zarkos [4]  1/13 1/23 9/27 16/20
much [4]  3/7 3/23 8/6 8/8
must [2]  12/6 15/20
my [28]

## N

Nebo [1]  2/4
necessary [1]  10/4
need [9]  1/10 2/13 4/1 5/9 6/12 8/19 10/1
13/21 16/19
needed [1]  10/17
needs [1]  4/2
negative [1]  14/1
negotiate [1]  13/8
never [10]  6/25 6/26 7/3 7/9 7/13 10/9
12/6 12/9 16/2 16/7
new [2]  7/27 9/4
no [17]  1/5 1/24 1/14 1/18 1/18 1/20 7/6
7/6 10/8 10/15 11/1 11/24 14/20 16/3 18/9
18/12 18/22
nonjudgments [1]  15/4
not [48]
noted [1]  12/6
November [1]  12/27
now [12]  1/11 1/24 5/28 7/15 9/10 9/12
13/4 13/9 14/15 15/27 15/28 16/2
number [2]  16/15 16/27

Exhibit 6
Page 148

# O

Oahu [1]  1/26
objection [2]  1/14 1/21
obligations [1]  4/22
October [3]  12/27 16/13 18/19
October 2 [1]  16/13
off [1]  5/11
offer [2]  9/8 14/8
offered [1]  10/26
offerings [1]  7/1
office [3]  8/3 8/6 8/13
offices [1]  8/17
OFFICIAL [1]  1/24 18/13
Oh [5]  1/20 6/25 7/10 11/24 16/26
okay [9]  1/11 2/13 6/19 8/19 13/11 14/4
 14/17 15/16 17/1
once [1]  7/8
one [9]  1/12 3/6 3/13 6/20 10/7 10/18
 15/23 16/21 16/25
ongoing [2]  5/6 5/6
only [5]  2/2 4/19 9/22 13/20 14/1
operations [1]  8/13
opposed [1]  11/17
opposing [1]  16/16
opposition [2]  1/19 11/28
options [1]  9/8
order [4]  15/28 16/14 17/1 17/4
ordered [1]  17/2
other [19]  4/19 4/20 4/20 4/22 5/21 5/21
 7/28 9/17 9/18 10/19 11/16 11/26 12/21
 12/21 13/4 15/24 16/1 16/10 17/7
others [1]  8/9
our [2]  3/4 15/8
out [7]  3/8 6/2 10/14 13/10 13/19 13/28
 14/25
outlandish [4]  6/27 12/8 12/12 12/25
outlandishly [1]  10/20
outstanding [1]  3/26
over [13]  2/26 3/3 4/2 7/16 7/17 8/21 8/21
 9/5 10/25 12/1 12/21 13/9 15/11
own [1]  8/17

# P

page [1]  7/25
Pages [1]  1/19
paid [12]  3/17 4/8 4/11 7/16 7/27 9/2 9/9
 9/12 9/13 10/11 11/12 13/2
papers [1]  2/28
part [2]  8/24 8/25
partial [1]  10/24
particularly [4]  3/6 5/7 5/19 15/21
parties [1]  17/8
party [1]  2/21
past [1]  7/1
pay [13]  4/11 7/4 7/13 7/14 8/19 9/5 9/6
 9/18 9/18 10/9 12/6 12/9 13/4
paying [3]  4/12 6/11 13/4
payment [7]  3/11 3/20 3/22 4/19 7/1 9/18
 10/24
payments [1]  7/2
pendency [2]  14/5 15/4
pending [1]  16/12
people [2]  5/20 9/28
perfectly [1]  10/8
perhaps [2]  8/17 8/18
permissive [1]  10/4
permit [1]  10/4
person [1]  9/28
persona [2]  2/7 16/12
personal [1]  8/7
persons [1]  2/2
perspective [1]  4/21

Petitioner [1]  1/6
ph [1]  8/23
phone [2]  10/1 16/27
Pick [3]  1/3 2/6 2/12
place [5]  2/8 12/22 15/5 16/18 16/22
placed [1]  15/3
PLAINTIFF [1]  2/6
plan [1]  9/11
plead [1]  6/28
please [3]  2/25 13/24 17/9
pleased [1]  2/22
plus [1]  9/13
point [3]  7/6 8/15 13/22
pointed [1]  14/25
points [4]  9/25 10/3 13/16 13/21
posed [1]  12/25
position [6]  3/5 4/1 5/28 14/1 15/15 15/17
positions [1]  5/22
possible [1]  8/8
possibly [1]  3/13
potential [1]  6/1
prefer [1]  2/25
prejudice [1]  11/5
premature [1]  13/10
present [4]  2/2 2/5 15/8 15/22
presentation [1]  4/17
presented [5]  7/25 9/1 9/21 10/22 14/10
Prince [5]  10/3 10/5 10/7 10/8
prior [2]  9/11 10/25
PRO [2]  1/24 18/13
problem [3]  3/11 3/20 14/24
proceed [1]  4/6
proceedings [6]  1/16 1/15 1/23 17/10
 18/16 18/18
process [2]  8/11 9/10
Professional [1]  11/3
proof [6]  15/28 16/1 16/3 16/7 16/10 17/3
propose [1]  12/20
propria [2]  2/7 16/12
provided [1]  4/3
providing [3]  9/25 10/3 10/24
public [1]  1/17
publically [1]  11/19
published [2]  2/15
pull [1]  7/17
pulled [2]  7/18 7/21
pursuit [1]  12/4
put [8]  4/16 6/9 7/22 7/24 8/7 11/27 13/28
 15/10
puts [1]  15/5
putting [1]  13/28

# Q

question [1]  12/11
quickly [1]  13/21
quit [1]  14/15

# R

radar [1]  5/11
rather [1]  4/12
reached [2]  3/13 7/26
read [2]  2/14 4/28
reading [1]  9/27
ready [1]  14/23
really [6]  6/3 6/7 6/12 6/15 6/27 13/17
reason [1]  11/11
reasonable [2]  11/5 13/5
reasonableness [1]  12/8
reasonably [1]  11/5
received [1]  14/26
receiving [1]  12/26
recent [1]  5/22
recently [2]  7/2 13/7

record [2]  16/8 18/15
recover [1]  14/2
reducing [1]  3/27
reduction [1]  3/27
redundancies [1]  8/14
redundancy [1]  8/2
refresh [1]  3/19
refused [5]  7/2 10/16 12/6 12/9 13/26
refuses [1]  4/27
regrettable [1]  15/16
reject [1]  14/7
relationship [3]  5/6 15/19 15/21
relief [1]  12/5
relieved [3]  3/16
rely [1]  3/10
remain [1]  16/8
remember [1]  3/23
repeat [1]  13/6
reply [4]  1/19 2/17 3/10 9/21
report [1]  1/23
reported [1]  1/15
reporter [4]  1/24 1/12 18/1 18/13
REPORTER'S [1]  1/16
representation [1]  14/12
represents [1]  8/23
request [3]  1/22 15/7 15/10
requested [2]  1/11 4/10
require [1]  6/22
required [1]  11/25
resolution [1]  3/12
respond [1]  5/3
Respondent [1]  1/9
responding [1]  6/16
response [2]  2/16 2/17
return [2]  5/2 5/3
review [1]  10/17
reviewing [1]  10/25
rework [2]  8/2 8/14
RF [2]  1/8 18/8
right [12]  2/20 4/9 4/18 5/28 6/13 7/15
 8/20 9/24 11/7 11/14 14/21 14/28
rights [1]  11/6
RPR [3]  1/24 18/12 18/22
rule [4]  6/24 7/9 11/3 12/9
ruling [1]  2/14

# S

said [4]  7/18 8/28 14/24 15/2
same [1]  7/11
SAN [6]  1/1 1/17 1/25 1/1 18/5 18/14
sat [1]  7/23
savings [1]  9/16
say [5]  4/7 8/26 9/25 12/16 14/19
saying [1]  14/11
says [1]  5/27
schedules [1]  7/1
SCOTT [1]  2/4
Scott's [1]  5/5
screening [1]  5/1
seal [1]  1/9
SEALED [1]  1/14
seat [1]  12/11
seated [1]  2/26
second [1]  12/10
Section [1]  6/20
see [1]  14/11
send [2]  7/2 8/28
sent [8]  2/15 2/18 9/3 10/11 10/12 11/15
 13/19 14/26
series [1]  3/3
serve [2]  6/23 11/26
service [7]  15/28 16/2 16/3 16/7 16/11
 17/4 17/4

Exhibit 6
Page 149

## S

services [1]  7/4
Servitude [1]  6/21
settle [2]  5/25 5/25
settlement [6]  6/2 13/25 14/7 14/14 14/27
 15/4
shall [2]  4/7 11/4
she [6]  2/6 4/11 5/1 5/27 5/28 6/11
she's [4]  1/4 2/12 5/23 14/25
SHORTHAND [1]  18/15
should [8]  2/1 2/21 5/14 5/16 6/8 7/18 9/1
 11/12
show [1]  12/18
showing [1]  11/28
side [3]  11/16 11/26 14/5
sides [1]  15/18
signed [2]  15/28 17/1
significant [1]  3/28
significantly [1]  12/2
simply [1]  10/23
since [2]  2/14 12/26
sir [3]  4/18 6/13 13/12
sitting [1]  12/11
situation [6]  4/5 7/15 8/4 10/5 10/6 10/7
six [2]  7/16 8/11
six-month [1]  8/11
slow [1]  10/1
so [23]
solve [1]  15/12
some [12]  3/5 5/22 6/12 9/17 9/18 12/8
 12/21 12/21 12/28 13/2 13/4 13/7
somebody [1]  5/11
someone [1]  12/11
something [10]  5/7 5/8 5/13 5/26 7/3 8/19
 8/20 13/9 14/28 15/14
sorry [3]  1/16 2/4 11/15
speak [2]  8/14 8/15
speaks [1]  8/22
specifically [1]  10/19
spell [1]  16/19
spent [1]  9/11
spoken [1]  3/27
spot [1]  6/3
staff [1]  2/3
stake [1]  3/28
Stand [1]  1/10
start [3]  5/12 6/16 6/17
state [4]  6/7 14/2 18/3 18/14
states [1]  11/3
stay [1]  11/12
steps [1]  11/5
still [2]  3/11 3/28
stop [4]  6/11 9/26 9/26 9/26
strategy [2]  4/23 5/22
stream [1]  5/6
substantial [1]  10/24
Substitution [1]  10/12
successful [1]  11/11
such [1]  10/15
suggested [1]  16/5
Suite [1]  2/4
SUPERIOR [3]  1/1 1/25 18/13
sure [6]  1/16 11/23 12/16
suspense [1]  6/7
sympathies [1]  6/28

## T

table [1]  2/26
tactics [1]  4/23
take [5]  1/10 5/18 9/4 9/14 13/9
taken [1]  11/4
talking [1]  5/16

task [1]  1/10
TAYLOR [1]  1/3
telephone [2]  1/7 16/15
TELEPHONICALLY [1]  2/6
temporarily [1]  8/10
TEMPORE [2]  1/24 18/13
ten [3]  7/17 10/11 10/23
tentative [1]  2/14
terms [1]  4/23
texts [1]  5/3
than [5]  4/12 4/20 6/5 8/4 8/8
that [2]  2/1 2/23 4/18 6/13 13/11 14/20
 14/21 17/9
that [131]
that's [21]
their [3]  5/12 8/17 17/8
them [5]  5/6 5/13 11/16 11/22 14/26
then [11]  1/20 2/27 5/17 7/22 7/23 8/1
 8/12 9/3 9/24 13/22 16/11
there [15]  2/25 3/14 3/15 3/27 4/20
 4/22 6/2 7/5 7/13 7/27 7/27 10/15 13/28
 14/25
there's [10]  3/7 3/13 3/28 5/8 5/21 5/22 6/1
 7/28 8/1 14/24
these [1]  1/23
they [3]  1/16 11/23 13/2
they're [3]  5/15 9/28 11/22
thing [1]  14/25
things [2]  3/8 13/1
think [11]  5/4 5/11 5/13 5/16 5/18 6/22
 8/19 11/21 12/19 13/10 14/4
this [44]
those [4]  4/23 9/15 12/18 13/2
though [2]  11/7 12/1
thought [2]  5/1 13/17
threat [1]  12/4
threatened [1]  12/2
three [2]  9/10 12/2
throwing [1]  6/4
time [16]  3/9 7/13 8/6 8/20 9/5 9/20 9/22
 10/17 10/24 10/28 10/28 12/21 13/9 13/19
 16/2 16/6
times [2]  4/25 12/28
TIMOTHY [1]  1/3
today [1]  10/6
together [5]  7/17 7/18 7/21 7/24 8/7
told [2]  7/14 14/25
too [1]  10/6
took [1]  7/17
total [1]  8/10
totaled [1]  7/23
totally [1]  12/23
transcript [3]  1/16 1/18 18/17
TRANSCRIPTION [1]  18/17
trial [10]  4/6 4/15 4/16 5/8 5/26 6/12 14/13
 15/21 16/2 16/12
tried [2]  3/8 7/2
true [7]  1/15 1/25 2/18 8/27 13/5 14/3
 18/17
trust [3]  2/17 7/23 15/19
trying [2]  3/4 6/15
Tuesday [1]  1/4
turnover [2]  8/3 8/14
turns [1]  5/15

## U

U-l-u-h-a-k-u [1]  16/21
ultimately [1]  5/26
Uluhaka [1]  2/8
Uluhaku [1]  16/18
uncomfortable [2]  15/17 15/18
under [1]  1/18 6/4 11/2
underlying [1]  14/8

understand [6]  2/1 2/14 2/15 4/14 11/27
 12/23
understanding [1]  12/24
Understood [3]  16/4 16/9 17/6
undue [1]  14/15
unless [1]  3/15
unreasonable [2]  5/14 5/18
until [3]  7/24 11/4 17/3
unusual [1]  8/4
up [5]  1/10 8/24 9/4 9/27 11/21
upon [1]  15/27
use [7]  2/9 2/24 12/24 12/25 14/5 14/6
 15/1
used [2]  14/9 14/27
using [1]  12/12

## V

valid [1]  14/16
various [1]  4/25
very [5]  11/11 12/17 13/7 13/28 15/5
viability [1]  12/2
view [1]  8/16
vigorous [1]  11/9
voluminous [1]  10/17
voluntarily [1]  7/20

## W

waiting [1]  17/8
wake [1]  6/21
walking [1]  3/7
want [6]  5/5 6/3 7/5 10/14 15/1 15/2
wanted [2]  6/5 16/6
War [1]  6/22
warm [1]  4/7
was [17]  2/15 3/23 3/27 4/1 5/1 6/5 6/21
 7/22 7/25 8/27 9/18 11/11 11/16 11/28
 12/3 12/11 13/8
wasn't [2]  7/13 8/11
watching [2]  8/13 11/22
way [8]  3/16 8/18 10/8 11/1 11/1 12/17
 14/1 14/12
we [13]  1/10 1/10 3/8 3/8 3/11 3/21 4/1 4/7
 4/24 5/7 8/25 9/4 15/10
we're [3]  4/4 4/15 10/6
we've [6]  3/27 4/24 4/25 4/26 13/7 14/12
week [1]  15/11
weeks [3]  7/17 10/23 12/2
welcome [1]  1/4
well [7]  6/17 7/21 9/24 11/7 11/19 13/18
 15/16
were [4]  7/28 12/11 13/17 17/10
what [9]  5/24 5/25 5/27 6/8 6/9 10/27
 14/19 16/5 16/17
What's [1]  15/12
when [7]  4/6 5/7 5/14 5/26 8/13 9/27 9/28
where [10]  3/6 3/7 4/4 4/5 4/26 5/8 5/20
 6/7 6/16 10/22
whether [4]  3/16 3/16 5/25 14/7
which [7]  2/15 3/16 4/10 7/23 7/26 11/3
 16/6
whichever [1]  14/14
while [2]  8/17 10/24
whittled [2]  9/16 9/17
who [2]  4/2 4/5
why [2]  11/11 12/25
will [8]  1/16 1/18 2/27 4/11 4/15 6/11 7/4
 10/2
willing [1]  15/9
withdraw [10]  2/17 3/17 7/9 11/4 11/8
 11/20 13/9 14/8 14/26 15/26
withdrawal [8]  4/13 10/4 16/1 16/3 16/8
 16/11 16/17 17/3

Exhibit 6
Page 150

**W**

within [3]  10/11 10/12 18/16
won't [1]  9/8
word [2]  12/24 16/21
words [2]  4/19 16/1
work [8]  3/8 5/23 7/12 8/6 10/14 10/19
10/23 14/23
worked [1]  7/11
works [1]  11/25
world [1]  5/5
worry [1]  5/16
worth [1]  6/5
would [16]  3/10 3/16 5/2 5/3 5/3 6/25 7/11
7/14 9/4 9/24 12/12 12/25 13/23 13/24
14/28 17/7
wouldn't [1]  7/12
write [1]  16/14

**Y**

years [2]  7/11 9/10
Yes [11]  1/6 1/9 1/26 2/24 3/1 3/21 5/2
6/15 9/19 11/10 13/15
yet [1]  3/14
you [50]
you're [3]  4/6 9/26 16/19
you've [2]  15/7 15/8
your [28]
Your Honor [17]  1/3 1/6 2/11 2/19 2/23 3/2
6/15 6/25 7/10 11/2 13/13 13/14 14/23
15/7 15/15 16/9 17/6

**Z**

ZARKOS [7]  1/24 1/13 1/23 9/27 16/20
18/12 18/22

Exhibit 6
Page 151

# EXHIBIT "7"

Exhibit 7
Page 152

The McMillan Law Firm, APC
4670 Nebo Drive
Suite 200
La Mesa, CA  91941


Invoice submitted to:
Lee Brightwell




August 28, 2015


Invoice #     10825


Professional Services

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | | | |

June 2015

| 6/9/2015 | MV | Manage data<br>Calendar hearing on oral argument, motions in limine. | 0.05<br>200.00/hr | 10.00 |
| | MV | Review<br>Revise calendar re: motion in limine hearing. | 0.05<br>200.00/hr | 10.00 |
| 6/10/2015 | TW | Review<br>Check for tentative rulings on motions in limine. | 0.10<br>135.00/hr | NO CHARGE |
| | TW | Communicat/FIRM<br>Meeting with SAM re tentative rulings / pre-trial order. | 0.10<br>135.00/hr | NO CHARGE |
| | TW | Review<br>Review/Study tentative rulings on motions in limine /<br>pre-trial order. | 0.80<br>135.00/hr | NO CHARGE |
| 6/11/2015 | MV | Communicat/FIRM<br>Discuss Judge Taylors order with Jessica re: calendaring<br>dates for hearing, etc. | 0.05<br>200.00/hr | NO CHARGE |
| | MV | Draft/revise<br>Draft/revise subpoena to Capital One Business Credit<br>Corp and notice to consumer.  Email to Excalibur to serve<br>same on CSC. | 0.50<br>200.00/hr | 100.00 |
| | SAM | Communicat/CLI<br>Call to Lee Brightwell. | 0.10<br>225.00/hr | 22.50 |
| 6/14/2015 | MV | Manage data<br>Download American Express records to my dropbox folder.<br>Forward link to legal assistants for downloading and<br>printing. Instructions re: same. | 0.15<br>200.00/hr | 30.00 |

Exhibit 7
Page 153

Lee Brightwell                                                                                           Page 2

|            |     |                                                                                                                                                                                                                                 | Hrs/Rate          | Amount     |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------------|
| 6/14/2015  | MV  | Manage data<br>Brief review of American express records from 2012-2014 to determine recent spending trends.                                                                                                                      | 0.15<br>200.00/hr | 30.00      |
|            | JM  | Manage data<br>Labeled, moved, and emailed Notice to Consumer Regarding Subpoena to Capital One and Capital One Business Records Subpoena.                                                                                        | 0.20<br>65.00/hr  | NO CHARGE  |
| 6/15/2015  | TW  | Review<br>Review defendants' trial brief.                                                                                                                                                                                        | 0.40<br>135.00/hr | NO CHARGE  |
|            | JM  | Manage data<br>Scanned, labeled, moved, emailed and filed Defendant's Trial Brief.                                                                                                                                               | 0.10<br>65.00/hr  | NO CHARGE  |
|            | MV  | Communicat/FIRM<br>Prepare email to legal assistants re: AEO designation of Amex records and naming folder as such.                                                                                                              | 0.05<br>200.00/hr | NO CHARGE  |
| 6/16/2015  | MB  | Manage data<br>Downloaded AMEX docs, made new folder "AEO O"Donnell AMEX Records" in client folder under "Evidence," at request of MV. Printed out Statements, put in binder, tabbed by statement number, inserted sticky note tabs separating years, made table of contents and binder covers. | 2.60<br>40.00/hr  | 104.00     |
|            | MV  | Review<br>Review of email from Kevin Heffernan re: subpoena to Capital One.  Prepare lengthy email response explaining same. Attach copy of previous subpoena. Email to Scott re: same.                                           | 0.50<br>200.00/hr | 100.00     |
|            | MV  | Communicat/MISC<br>Phone call with Officer Langlais re: status of subpoena for trial.  Discuss possible new date for trial.                                                                                                      | 0.05<br>200.00/hr | 10.00      |
| 6/19/2015  | MB  | Manage data<br>Named, made label, holepunched, attached label & put in folder 150611- Brightwell Def RF Logistics Trial Brief.                                                                                                   | 0.20<br>40.00/hr  | NO CHARGE  |
|            | SAM | Communicat/CLI<br>Call with client.                                                                                                                                                                                              | 1.00<br>225.00/hr | 225.00     |
| 6/25/2015  | MV  | Communicat/MISC<br>Multiple phone calls with Melissa at Coronado Police department re: appearance fees for the two officers subpoenaed. Discuss new trial date.                                                                  | 0.10<br>200.00/hr | 20.00      |
| 6/30/2015  | JM  | Manage data<br>Labeled, moved, and emailed Letter to Client regarding Outstanding Balance.                                                                                                                                       | 0.10<br>65.00/hr  | NO CHARGE  |

Exhibit 7<br>Page 154

Lee Brightwell                                                                                    Page 3

|            |     |                                                                                      | Hrs/Rate      | Amount    |
|------------|-----|--------------------------------------------------------------------------------------|---------------|-----------|
| 6/30/2015  | SAM | Communicat/CLI<br>Call to client.                                                    | 0.20<br>225.00/hr | 45.00 |
|            | SAM | Communicat/MISC<br>Call to Marion Miller.  Left message re effort to contact Lee.    | 0.20<br>225.00/hr | 45.00 |
|            | SAM | Review<br>Review MIL rulings ire motion in limine.                                   | 1.20<br>225.00/hr | 270.00 |
|            |     | SUBTOTAL:                                                                            | [        8.95 | 1,021.50] |

July 2015

| 7/1/2015 | MB | Manage data<br>Got documents ready for MIL Oral Argument: Consulted with Jessica on what is needed for MIL Oral Argument (Pl's MIL, Def's MIL, Pl's Oppo, Def's Oppo); checked computer for files, made list: Pl's MIL 1-8, Def' Oppo to Pl's 1-7, Def's MIL 1-20, Pl's Oppo to Def's MIL 1-20. Pulled files from drawer: Many files were missing- Checked against list: printed Def's MIL 1-17, 2- hole punched, made folder with tabs.Consolidated files into one folder with tabs: Def's MIL 1-20, and Pl's Oppo to Def's MIL 1-20.  Pl's Oppo to MIL 5 missing in drawer and on computer, looked it up on one legal, but wasn't there ( wasn't entered into system). Made tabs for Def's Oppo to Pl's MIL 1-7.  Made 2 brown folder with labels to put files in. Left brown folders at Scott's door. | 2.00<br>40.00/hr | 80.00 |
|          | MB | Manage data<br>Accounting of O'Donnell Depo: Counted number of tabs, binders, and pages used. | 0.60<br>40.00/hr | 24.00 |
|          | JM | Manage data<br>Labeled, moved, emailed and filed exhibits for a Motion in Limine hearing: Credo Instant Merge Credit Report, Uniform Residential Loan Application, Email from Brightwell to Tarumoto regarding Deposits and Loan Application, Report from Cornoado Police Department regarding Brian ODonnell, IRS Wage and Income Transcript, RAIVS Third Party Rejection Notice and Central Pacific Bank Declaration of Custodian of Records | 0.70<br>65.00/hr | 45.50 |
|          | JM | Manage data<br>Labeled, moved, emailed and filed Declaration in Support of Attorneys Motion to Be Relieved as Counsel, Letter to Client Regarding Disengagement with Substitution of Attorney, and Notice of Clients Right to Fee Arbitration. | 0.30<br>65.00/hr | 19.50 |
|          | SG | Manage data<br>Assisted in the accounting of copies, tabs, binders, for the trial exhibits, and deposition, that we produced. | 0.30<br>115.00/hr | NO CHARGE |

Exhibit 7<br>Page 155

Lee Brightwell                                                                        Page 4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

| 7/1/2015 MV | Serve Documents | | 1.00 | NO CHARGE |
| | Mail serve client with motion to be relieved as counsel. | | 200.00/hr | |

| MV | Manage data | | 0.15 | NO CHARGE |
| | Print mailing label (express label) motion to be relieved as counsel. | | 200.00/hr | |

| 7/2/2015 JP | Attend hearing | | 2.30 | NO CHARGE |
| | Drove from 4670 Nebo Drive, La Mesa, CA 91941 to 330W Broadway, San Diego, CA 92101 and had a hearing. | | 40.00/hr | |

| MB | Manage data | | 2.00 | 80.00 |
| | Printed all Pl's and Def's MIL, Made 2 indexes, made covers, bound both books for SAM. | | 40.00/hr | |

| TW | Meeting with | | 0.20 | NO CHARGE |
| | Meeting re hearing on motions in limine, etc. | | 135.00/hr | |

| SAM | Plan & Prepare | | 3.20 | 720.00 |
| | Plan & Prepare for hearing on motions in limine. | | 225.00/hr | |

| SAM | Appear/attend | | 0.50 | 112.50 |
| | Travel to hearing on motions in limine. | | 225.00/hr | |

| SAM | Appear/attend | | 2.30 | 517.50 |
| | Appear at hearing on motions in limine. | | 225.00/hr | |

| SAM | Appear/attend | | 0.50 | 112.50 |
| | Return to office following hearing on motion in limine. | | 225.00/hr | |

| SAM | Other activity | | 0.30 | 67.50 |
| | Calendar dates, and email response to client. | | 225.00/hr | |

| 7/3/2015 SAM | Communicat/MISC | | 0.40 | 90.00 |
| | Email Gruenberg re right to sue letter. | | 225.00/hr | |

| SAM | Communicat/MISC | | 0.20 | 45.00 |
| | Email re Chevy Chase records. | | 225.00/hr | |

| 7/5/2015 JM | Manage data | | 0.10 | NO CHARGE |
| | Labeled, moved, and emailed Defendants Supplemental Trial Brief and Rulings on Motion in Limine. | | 65.00/hr | |

| 7/7/2015 SAM | Communicat/MISC | | 0.30 | 67.50 |
| | Call with Kevin Heffernan. | | 225.00/hr | |

| SAM | Communicat/CLI | | 0.30 | 67.50 |
| | Email to client re talk with Kevin Heffernan. | | 225.00/hr | |

| 7/9/2015 MV | Draft/revise | | 0.80 | NO CHARGE |
| | Draft/revise proof of service on motion to be relieved as counsel. Mail serve opposing counsel.  Scan and ocr documents to be uploaded with motion.  Upload to Onelegal. Print confirmation page. | | 200.00/hr | |

Exhibit 7
Page 156

Lee Brightwell                                                                                          Page  5

|            |     |                                                                                      | Hrs/Rate   | Amount    |
|------------|-----|--------------------------------------------------------------------------------------|------------|-----------|
| 7/9/2015   | SAM | Communicat/MISC<br>Call from Kevin Heffernan re settlement. (2.)  Call to client, okay's $550k.(.1) | 0.30<br>225.00/hr | 67.50 |
| 7/13/2015  | JM  | Manage data<br>Emailed and moved Scott McMillan Declaration in Support of Motion to Be Relieved as Counsel, Notice of Motion to Be Relived as Counsel, Proof of Service to Opposing Counsel, and the Proof of Service to Client. | 0.20<br>65.00/hr | NO CHARGE |
| 7/15/2015  | JM  | Manage data<br>Downloaded court electronic filed Motion to Be Relived as Counsel, the Declaration, three different versions of a Proof of Service, and the Notice of Electronic Filing Confirmation. | 0.10<br>65.00/hr | NO CHARGE |
| 7/16/2015  | MV  | Review<br>Review of notice from Court.  Calendar date for trial. | 0.10<br>200.00/hr | 20.00 |
|            | JM  | Manage data<br>Emailed and moved the court filed Declaration in Support of Motion to be Relieved as Counsel, Motion to Be Relieved as Counsel, Proposed Order Granting Attorneys Motion to Be Relieved as Counsel, three different Proof of Services, and the Notice of Confirmation of Filing. | 0.10<br>65.00/hr | NO CHARGE |
|            | JM  | Manage data<br>Scanned, labeled, moved, emailed and filed One Legal Order Receipt - Motion to Be Relieved as Counsel and Notice of Hearing - Jury Trial. | 0.20<br>65.00/hr | NO CHARGE |
| 7/23/2015  | TW  | Review<br>Review/File reply to opposition to motion to be relieved as counsel. | 0.20<br>135.00/hr | NO CHARGE |
|            | TW  | Filing documentation<br>File corrected reply to opposition to motion to be relieved as counsel. | 0.10<br>135.00/hr | NO CHARGE |
| 7/24/2015  | SAM | Draft/revise<br>Draft/revise motion to withdraw. | 2.00<br>225.00/hr | 450.00 |
| 7/27/2015  | JM  | Manage data<br>Downloaded, printed, saved, labeled, moved, emailed and filed court Filed Reply and Filed Responsive Declaration and Reply Brief Regarding Motion to Be Relived. | 0.20<br>65.00/hr | NO CHARGE |
| 7/28/2015  | JM  | Manage data<br>Drove from 4670 Nebo Drive, La Mesa, CA 91941 to 330 W. Broadway, San Diego, CA 92101 to clock and drop the Corrected Reply to the Opposition to Be Relived as Counsel and the Proof of Service. | 1.20<br>65.00/hr | 78.00 |

Exhibit 7<br>Page 157

Lee Brightwell                                                                               Page 6

|            |     |                                                                          | Hrs/Rate | Amount |
|------------|-----|--------------------------------------------------------------------------|----------|--------|
| 7/28/2015 | JM | Manage data<br>Scanned, labeled, moved, emailed and filed Corrected<br>Reply to Opposition to Motion to Be Relived and Counsel. | 0.10<br>65.00/hr | NO CHARGE |
| 7/29/2015 | JM | Manage data<br>Scanned, labeled, moved, emailed and filed Minute Order<br>for Striking Reply Brief to Opposition to Motion to Be<br>Relieved as Counsel and the not filed Notice of Errata. | 0.10<br>65.00/hr | NO CHARGE |
| 7/30/2015 | MB | Manage data<br>Prepared files for mtn to relieve counsel: searched client<br>directory, made a list of files, looked in file cabinet, made<br>labels, printed, attached to brown folder. | 0.40<br>40.00/hr | NO CHARGE |
| 7/31/2015 | JP | Manage data<br>Drove from 4670 Nebo Drive, La Mesa, CA to 330W<br>Broadway, San Diego, CA 92101 and had an hearing.<br>Drove from 330W Broadway, San Diego, CA 92101 to<br>4670 Nebo Drive, La Mesa, CA. | 3.30<br>40.00/hr | NO CHARGE |
|            | SG | Manage data<br>Drove to downtown court to pick up SAM from hearing. | 1.00<br>115.00/hr | NO CHARGE |
|            | SAM | Appear/attend<br>Prepare for and attend hearing on motion to withdraw. | 2.00<br>225.00/hr | 450.00 |

| | SUBTOTAL: | [ | 30.05 | 3,114.50] |
|-|-----------|---|-------|-----------|

<u>August 2015</u>

|            |     |                                                                          | Hrs/Rate | Amount |
|------------|-----|--------------------------------------------------------------------------|----------|--------|
| 8/1/2015 | SAM | Communicat/CLI<br>Discuss billing with client.  Attempt to arrive at a settlement<br>of billing. | 2.50<br>225.00/hr | NO CHARGE |
| 8/3/2015 | JM | Manage data<br>Scanned, labeled, emailed, and moved court filed Order<br>Granting Attorneys Motion to Be Relived, the filed order<br>with the proof of service and a separate proof of service. | 0.30<br>65.00/hr | NO CHARGE |
| 8/4/2015 | SG | Drafting documents<br>Started drafting a spreadsheet of Brightwell billing charges. | 1.00<br>115.00/hr | NO CHARGE |
| 8/5/2015 | JM | Manage data<br>Scanned, labeled, moved, emailed and filed Proof of<br>Service by Mail of Court Filed Order Granting Mtn to Be<br>Relived as Counsel with One Legal Order Receipt. | 0.10<br>65.00/hr | NO CHARGE |
|            | SG | Manage data<br>Continued on entering billing information on an Excel<br>spreadsheet. | 2.90<br>115.00/hr | NO CHARGE |
|            | SG | Manage data<br>Entered more data into the billing spreadsheet | 2.60<br>115.00/hr | NO CHARGE |

Exhibit 7<br>Page 158

Lee Brightwell                                                                                      Page  7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

8/5/2015 SG  Manage data                                                    2.00      NO CHARGE
             Received more information re billings to enter into          115.00/hr
             spreadsheet.  Continued entries.

         MV  Draft/revise                                                   0.20      NO CHARGE
             Draft/revise proof of service of order to be relieved as     200.00/hr
             counsel.  Upload to OneLegal.  Print confirmation sheet.
             Forward confirmation email to SAM.

8/6/2015 MB  Manage data                                                    0.30      NO CHARGE
             Located depo transcripts, put in box with other stuff from    40.00/hr
             MV's office. Found Plantiff's copy of trial notebooks and
             moved them into the outside hallway to be collected.

         MB  Manage data                                                    1.20      NO CHARGE
             Collected transcripts and made an inventory of docs we        40.00/hr
             are giving to Brightwell. Typed up inventory and made
             printed copies. Took pictures of docs we are giving
             Brightwell on MV's phone.

         JM  Manage data                                                    0.10      NO CHARGE
             Downloaded, printed, saved, labeled, moved, and filed         65.00/hr
             court filed Proof of Service by Mail Order Granting Motion
             to Withdrawal.

         SG  Manage data                                                    0.50      NO CHARGE
             Continued entering billings into Excel spreadsheet.          115.00/hr

         SG  Manage data                                                    0.50      NO CHARGE
             Added more records to the Excel spreadsheet of clients       115.00/hr
             billings.

         SAM Communicat/CLI                                                 1.00         225.00
             Meet with Josh Heinlein.                                     225.00/hr

         MV  Drafting documents                                            0.65         130.00
             Prepare notice of attorney lien with proof of service.       200.00/hr
             Edit/revise attorneys lien to add language of charging lien.

         MV  Draft/revise                                                   0.30          60.00
             Draft/revise charging lien and proof of service.             200.00/hr

         MV  Review                                                         0.20      NO CHARGE
             Review of email from Scott to Heinlein re: picking up        200.00/hr
             certain materials immediately.  Instructions to MB re:
             creating index of the transcripts and other materials.

         MV  Manage data                                                    0.15      NO CHARGE
             Assist with gathering materials and exhibits to provide to   200.00/hr
             Lees new counsel, Mr. Heinlein.

         MV  Manage data                                                    0.10      NO CHARGE
             Forward photos of client materials taken on my               200.00/hr
             smartphone to legal assistant for downloading to the
             computer.

Exhibit 7
Page 159

Lee Brightwell                                                                                          Page 8

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 8/7/2015 | JP | Manage data | Started to inventory the documents in client file. | 4.10 40.00/hr | 164.00 |
| 8/10/2015 | MB | Manage data | Billing: entering billing info into Excel spreadsheet. | 3.00 40.00/hr | NO CHARGE |
|  | MB | Manage data | Billing: entering billing info into Excel spreadsheet. | 2.40 40.00/hr | NO CHARGE |
|  | JP | Manage data | Made a list of documents that we will give to her new attorney. | 2.40 40.00/hr | 96.00 |
|  | JP | Manage data | Put onto boxes the Brightwell's files. | 1.10 40.00/hr | 44.00 |
|  | JM | Manage data | Scanned, labeled, moved, emailed and filed Inventory of Documents Given to Brightwell. | 0.10 65.00/hr | NO CHARGE |
|  | SG | Manage data | Resumed entering billings from Inv #6 into spreadsheet. Double checked entries. | 0.90 115.00/hr | NO CHARGE |
|  | SG | Manage data | Continued entering billing records from the 74 page Inv #6. | 3.50 115.00/hr | NO CHARGE |
|  | SG | Manage data | Completed the initial spreadsheet of the #6 Invoice, less some descriptions.  Adding in subtotals in order to balance. | 0.80 115.00/hr | NO CHARGE |
| 8/11/2015 | JM | Manage data | Downloaded, saved, printed, labeled, moved, emailed and filed court filed Notice of Charging Lien for Attorneys Fees and Costs. | 0.20 65.00/hr | NO CHARGE |
|  | SAM | Communicat/CLI | Call to Josh Heinlein, review file re date of discovery cut-off.  Defendants are attempting to reopen discovery. | 0.20 225.00/hr | 45.00 |
|  | SAM | Communicat/CLI | Call from Josh Heinlein. | 0.20 225.00/hr | 45.00 |
|  | SG | Manage data | Added monthly sub totals, and Invoice total cells to spreadsheet.  Confirmed accommodation rates from SAM. | 0.40 115.00/hr | NO CHARGE |
|  | SG | Drafting documents | Continued drafting the spreadsheet of clients 6th billing invoice, with corrections and accommodations included. Added more descriptions as well. | 2.10 115.00/hr | NO CHARGE |

Exhibit 7
Page 160

Lee Brightwell

Page 9

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/11/2015 | SG | Draft/revise<br>Draft/revise the spreadsheet with corrections and accommodations for potential settlement. | 1.70<br>115.00/hr | NO CHARGE |
| 8/12/2015 | JP | Manage data<br>Entered the billing information into an Excel document. | 2.10<br>40.00/hr | NO CHARGE |
| | SG | Draft/revise<br>Draft/revise to the billing spreadsheet with corrections and accommodations for potential settlement. | 2.10<br>115.00/hr | NO CHARGE |
| | SG | Manage data<br>Added another column to the spreadsheet.  Calculated the Reduced rate offers and added to the column. | 0.90<br>115.00/hr | NO CHARGE |
| 8/28/2015 | SAM | Other activity<br>Contingency Fee, 20% of $435,000. | | 87,000.00 |

SUBTOTAL:                                              [        44.80       87,809.00]

For professional services rendered                         83.80        $91,945.00

Additional Charges :

April 2015

| 4/9/2015 | SAM | Office Supplies<br>Binders for trial. Witness set 20; Plaintiff set 9; Court copy 3 | 216.00 |
|---|---|---|---|
| | SAM | Office Supplies<br>Tabs for trial binders. Number of Tabs to complete binders Def produced: 556, Number of Tabs for Witness copy: 1173 | 293.93 |
| | SAM | Copying<br>Number of pages to complete binders Def produced:  3 sets given to them, 1 for the Plaintiff copy7160 | 1,074.00 |

SUBTOTAL:                                                                  [     1,583.93]

June 2015

| 6/30/2015 | SAM | Copying<br>Print copies of documents at court produced under subpoena duces tecum. | 36.50 |
|---|---|---|---|

SUBTOTAL:                                                                  [        36.50]

July 2015

| 7/1/2015 | SAM | Office Supplies<br>O'Donnell deposition; 3 binders. | 18.00 |
|---|---|---|---|

Exhibit 7<br>Page 161

Lee Brightwell                                                                                    Page10

|  |  |  | Amount |
|---|---|---|---|
| 7/1/2015 MV | Postage | | 18.11 |
| | USPS. Motion to be Relieved. (ccard 4469) | | |
| 7/2/2015 SAM | Office Supplies | | 48.28 |
| | Tabs for O'Donnells deposition binders. | | |
| SAM | Copying | | 1,125.00 |
| | Copies for O'Donnel's deposition. | | |
| 7/3/2015 SAM | Printing | | 1,191.28 |
| | O'Donell Deposition binders. | | |

-3 Binders ($6ea) =$18
-284 Tabs (.17 cent/tab) =$48.28
-7500 Pages (.15 cents/page) =$1125

Total =$1191.28

| SAM | Trial exhibits | | 1,583.93 |
|---|---|---|---|
| | Trial Exhibit Binders | | |

-36 Binders ($6ea) =$216
-1729 Tabs (.17 cent/tab) =$293.93
-7160 Pages (.15 cents/page) =$1074

Total =$1583.93

| 7/14/2015 SAM | Service of Doc | | 67.95 |
|---|---|---|---|
| | One Legal. (Gen Op. 2940). Notice of Motion to be Relieved as Counsel of Record. | | |
| 7/24/2015 SAM | Service of Doc | | 8.94 |
| | One Legal. (Gen Op. 2940). Corrected Reply to Opposition. | | |
| 7/28/2015 JM | Travel to/from | | 13.86 |
| | Drove from 4670 Nebo Drive, La Mesa, CA 91941 to 330 W. Broadway, San Diego, CA 92101 drove back to 4670 Nebo Drive, La Mesa, CA 91941. | | |
| JM | Parking | | 1.25 |
| | Parking. | | |

|  |  |  |  |
|---|---|---|---|
| | SUBTOTAL: | [ | 4,076.60] |

<u>August 2015</u>

| 8/5/2015 SAM | Service of Doc | | 9.93 |
|---|---|---|---|
| | One Legal. (Gen Op. 2940). Proof of Service by Mail. | | |
| 8/11/2015 SAM | Service of Doc | | 9.93 |
| | One Legal. (Gen Op. 2940). Notice of Charging Lien for Attorney's Fees and Costs. | | |
| SAM | Printing | | 7.50 |
| | Superior Court of CA. (ccard 1835). Minute Order. | | |

Exhibit 7
Page 162

Lee Brightwell                                                                                      Page11

|                                                                                                   | Amount |
|---|---|
| 8/21/2015 SAM Court Reporter<br>SDCRC. Hearing on 07/31/15. TMLF ck #8559. | 175.00 |
| SAM Court Reporter<br>San Diego Court Reporting Service. Invoice No. 3190.3 Hearing on Motions in Liminie. TMLF ck #8560. | 384.00 |
| 8/28/2015 SAM E123 Other professionals<br>Reversed credit for expenses incurred in failed mediation. [Entry 1890, dated 3/15/2015] $1178.33 to Judicate West. | 1,178.33 |

SUBTOTAL:                                                                   [      1,764.69]

Total additional charges                                                        $7,461.72

Total amount of this bill                                                        $99,406.72

Previous balance                                                                $62,535.87

Accounts receivable transactions

| 7/12/2015 Payment from account, TMLF IOLTA 12507. | ($5,000.00) |
| 8/28/2015 Credit re: Sherri Gale's charges to $75 per hour. | ($3,007.50) |
| 8/28/2015 Credit for Michelle D Volk for Invoice No. 10810 as follows: | ($1,210.00) |

02/24/15 Entry 139652 $40
03/02/2015    $20
03/06/15 Entry 139844 $480
03/10/15 Entry 139989 $110
          Entry 139990 $110
03/11/15 Entry 139981 $130
03/13/15 Entry 134362 $50
03/17/15 Entry 134687 $30
03/19/15 Entry 134696 $130
03/23/15 Entry 134754 $100
04/08/15 Entry 135621 $10

| 8/28/2015 Credit for Cassandra Ballridge for Invoice No. 10810 as follows: | ($648.00) |

02/25/15 Entry 133664 $48
02/26/15 Entry 139898 $44
03/12/15 Entry 139959 $112
03/13/15 Entry 134689 $4
03/16/15 Entry 134392 $12
03/17/15 Entry 134414 $24
          Entry 134415 $56
          Entry 134426 $4
03/19/15 Entry 134619 $40
          Entry 134620 $8
03/20/15 Entry 134629 $40
          Entry 134637 $8
          Entry 134639 $20
          Entry 134640 $4
03/23/15 Entry 134848 $8
          Entry 134853 $8

Exhibit 7<br>Page 163

Lee Brightwell                                                                                      Page12

                                                                                                    Amount

                03/24/15 Entry 134864 $12
                03/25/15 Entry 135140 $4
                        Entry 135153 $16
                        Entry 135164 $20
                03/30/15 Entry 135218 $4
                        Entry 135220 $8
                04/06/15 Entry 135457 $4
                04/09/15 Entry 135532 $12
                        Entry 135536 $72
                        Entry 135537 $60

8/28/2015 Credit for Michaele Kanczel for Invoice No. 10810 as follows:                    ($33.00)

                03/18/15 Entry 134130 $13.75
                03/20/15 Entry 134157 $8.25
                        Entry 134160 $5.5
                03/24/15 Entry 134166 $5.5
8/28/2015 Credit for Thomas Wiseman for Invoice No. 10810 as follows:                     ($121.50)

                03/30/15 Entry 134944 $121.5
                                                                _____

        Total payments and adjustments                                       ($10,020.00)

                                                  _____

        Balance due                                                            $151,922.59
                                                  \=\=\=\=\=\=\=\=\=\=

## Timekeeper Summary

Name
Jessica Marshall
Josephine Pic
Michelle Busch
Michelle Volk
Scott A. McMillan
Sherri Gale
Tom Wiseman

Exhibit 7
Page 164