1 Heather L. Rosing, Bar No. 183986
2 Daniel S. Agle, Bar No. 251090
Douglas W. Lytle, Bar No. 178315
3 KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
4 (619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
5 dagle@klinedinstlaw.com
dlytle@klinedinstlaw.com
6
Attorneys for Defendants
7 THE MCMILLAN LAW FIRM, APC;
SCOTT A. MCMILLAN and
8 MICHELLE D. VOLK

9 **UNITED STATES DISTRICT COURT**

10 **SOUTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12 L. LEE BRIGHTWELL, an individual, <br><br> 13       Plaintiff, <br><br> 14       v. <br><br> 15 THE MCMILLAN LAW FIRM, APC, a professional corporation; 16 SCOTT A. MCMILLAN, an individual;  MICHELLE D. VOLK, 17 an individual; and DOES 1 through 25, inclusive, <br><br> 18 <br> 19       Defendants. | Case No.   16-CV-1696 W MDD <br><br> **APPENDIX OF EXHIBITS TO REPLY DECLARATION OF DOUGLAS W. LYTLE IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER REQUIRING OUT-OF-STATE PLAINTIFF TO FILE BOND PURSUANT TO C.C.P. SECTION 1030** <br><br> [No Oral Argument Pursuant to Civ. Local Rule 7.1(d)(1)] <br><br> Date:      May 1, 2017 <br> Courtroom:  3C <br> Judge:     Thomas J. Whelan <br> Magistrate Judge: Nita L. Stormes <br> Complaint Filed: June 30, 2016 <br> Trial Date:   None set |

22     Defendants THE MCMILLAN LAW FIRM, APC; SCOTT A. MCMILLAN

23 and MICHELLE D. VOLK hereby submit the following Appendix of Exhibits in

24 Reply in Support of their Motion for Order Requiring Out-Of-State Plaintiff

25 Brightwell to File Bond Pursuant to C.C.P. section 1030:

26 / / /

27 / / /

28

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

1

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

| Exh. No. | Exhibit Description | Page No. |
|---|---|---|
| 8 | Record for 258 E. High St. Unit 204, Lexington, Kentucky 40507 from Fayette County, Kentucky Property Valuation Administer website at http://fayettepva.com/ | 165-169 |
| 9 | Record for 92-1136 Hame St., Unit 10/203, Kapolei, Hawaii 96707 from City and County of Honolulu, Department of Budget and Fiscal Services, Real Property Assessment Division, at http://qpublic9.qpublic.net/hi_honolulu_address.php | 170-183 |
| 10 | Record for 1060 Kamehameha Hwy., Apt 1805A, Pearl City, Hawaii 96782 from City and County of Honolulu, Department of Budget and Fiscal Services, Real Property Assessment Division, at http://qpublic9.qpublic.net/hi_honolulu_address.php | 184-190 |
| 11 | California Judicial Council Form FW-001 downloaded from http://www.courts.ca.gov/documents/fw001.pdf | 191-193 |

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

- 2 -

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

| 12 | *Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)*, Form AO 239 downloaded from https://www.casd.uscourts.gov/Attorney/Lists/Forms/ Attachments/41/A0239-Application%20to%Proceed% 20Without%20Prepayment.pdf | 194-199 |

KLINEDINST PC

DATED: April 24, 2017          By:   s/ *Douglas W. Lytle*
                                     Douglas W. Lytle
                                     Attorneys for Defendants
                                     THE MCMILLAN LAW FIRM, APC;
                                     SCOTT A. MCMILLAN and
                                     MICHELLE D. VOLK

16953871v1

APPENDIX OF EXHIBITS TO REPLY DECLARATION OF DOUGLAS W. LYTLE IN SUPPORT OF
DEFENDANTS' MOTION FOR ORDER REQUIRING OUT-OF-STATE PLAINTIFF TO FILE BOND
PURSUANT TO C.C.P. SECTION 1030
16-CV-1696 W MDD

# EXHIBIT "8"

Exhibit 8
Page 165



# FAYETTE COUNTY, KENTUCKY
## Property Valuation Administrator
### David O'Neill, PVA

| Return to Search Results | Previous Parcel | Next Parcel | Main Search | Address Search | Subscription Home | Fayette Home |
|---|---|---|---|---|---|---|

## Owner and Parcel Information

| | | | |
|---|---|---|---|
| Owner Name | BRIGHTWELL L LEE | January 1, 2017 Owner | BRIGHTWELL L LEE |
| Mailing Address | 1534 ULUHAKU PL | Parcel Number | 38209040 |
| | KAILUA, HI 96734 | Tax District | District 1 |
| Location Address | 258 E HIGH ST UNIT 204 | 2016 Tax Rate | 1.2179 |
| | LEXINGTON, KY 40507 | | |
| Legal Description | G-864 MCGREGOR SQUARE BLDG 2 LOT | Acres | 0 |
| Property Class | R-Residential | Parcel Map | Show Parcel Map |
| PVA Neighborhood | 381-MCGREGOR SQUARE | ND-1 Zone | |
| Land Use Code | 550-R - CONDOMINIUM | Overlay | |
| USA/RSA Map | 04 | PDR | |
| Map Block | 018 | Map Scale | 100 |
| Lot | | Block | |
| Subdivision | MCGREGOR SQUARE BLDG 2 | LFUCG Zoning | R-4-HIGH DENSITY APARTMENT |
| Deeded Acres | 0 | Deeded Sqft | 0 |
| Cabinet/Slide | G-864 | Frontage / Out Of | 0 / 07-OUT OF 258 E HIGH ST #14296000 |

## Assessment Information    Historical Assessments    2017 Assessment Notice

| Year | Fair Cash Value | Agricultural Value Land | Agricultural Value Total | Exempt | Taxable Value |
|---|---|---|---|---|---|
| 2017 | $ 85,000 | $ 0 | $ 0 | $ 0 | $ 85,000 |

## Improvement Information

| Card | Stories | Exterior Wall | Style | Year Built | Res Sq Ft | Basement | Total Bsmt Sqft | Finished Bsmt Sqft |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | BRICK | Condo | 1924 | 525 | | | |

| Garage Sqft | Garage Type | Total Rooms | Bedrooms | Full Bath/Half Bath | Attic | Additional Fixtures | Heating System | Heat |
|---|---|---|---|---|---|---|---|---|
| | | 0 | 3 | 1/0 | NONE | 3 | HOT AIR | CENTRAL WITH A/C |

| Total Fixtures | Masonry Fireplaces | Heating Fuel Type | Pre Fab Fireplace | Split Level/Foyer | Miscellaneous Feature | Miscellaneous Feature 2 |
|---|---|---|---|---|---|---|
| 6 | | GAS | | | | |

### Building Photo Preview    Enlarge/Show All Photos



## Accessory Information

| Description | Year Built | Area | Grade |
|---|---|---|---|
| No accessory information associated with this parcel. | | | |

## Sale Information

| Sale Date | Sale Price | Deed Book | Deed Page | Sales Validity | Owner | Previous Owner |
|---|---|---|---|---|---|---|
| 2008-07-01 | $ 85,000 | 77 | 135 | 00-ARMS LENGTH TRANSACTION | BRIGHTWELL L LEE | OLOMANA LLC |
| 2005-09-01 | | 2585 | 45 | 30-NEW ACCOUNT | OLOMANA LLC | |

The Fayette County Property Valuation Administrator's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Website Updated: April 20, 2017

© 2011 by Fayette County KY | Website design by qpublic.net

Exhibit 8
Page 166

1/1

| LIST FOR RENT | SAVE | SHARE | HIDE | GET UPDATES | MORE |
|---|---|---|---|---|---|

**Public**    Landlord



# 258 E High St APT 204, Lexington, KY 40507

**3 beds 1 bath 525 sqft**

Edit

Edit home facts for a more accurate Zestimate.

**OFF MARKET**

Zestimate®: $92,969

I disagree

Rent Zestimate®: $900 /mo

**EST. REFI PAYMENT**

$363/mo

**See current rates**



Is This Your Home?

**I'm the Owner**

Track this home's estimate in our Home Report email.



**Christal and Roger Browning**
Four Seasons Realty
Redfin Partner Agent


**84 client reviews**

**Talk to This Agent About Selling**

258 E High St 204, Lexington KY 40507 | Redfin

1 of 3 Partner Agents in this area

# Redfin Estimate for 258 E High St …

## $102,806

Last Sold Price Unknown

Estimate based on 3 beds, 1 baths, 525 sq. ft.

Edit Facts

# EXHIBIT "9"

Exhibit 9
Page 170



CITY AND COUNTY OF
HONOLULU
DEPARTMENT OF BUDGET AND FISCAL SERVICES
REAL PROPERTY ASSESSMENT DIVISION

| **Previous Parcel** | **Next Parcel** | **Return to Main Search Page** | **Honolulu Home** | **Real Property Home** |
|---|---|---|---|---|

## Owner and Parcel Information   Print Owner Info

| | | | |
|---|---|---|---|
| Parcel Number | 920190620103 | Data current as of | April 17, 2017 |
| Owner Name | BRIGHTWELL,LINDA L Fee Owner | Project Name | MAKAKILO CLIFFS |
| Location Address | 92-1136 HAME ST UNIT: 10/203 | Plat Map | Plat Map PDF |
| Property Class | RESIDENTIAL | Parcel Map | GIS Parcel Map |
| Land Area (approximate sq ft) | | Legal Information | |
| Land Area (acres) | 0 | APT NO 10-203 "MAKAKILO CLIFFS" CONDO MAP 839 |

## Assessment Information    Show Historical Assessments   Print Assessment Info

| Assessment Year | Property Class | Assessed Land Value | Dedicated Use Value | Land Exemption | Net Taxable Land Value | Assessed Building Value | Building Exemption | Net Taxable Building Value | Total Property Assessed Value | Total Property Exemption | Total Net Taxable Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | RESIDENTIAL | $ 126,600 | $ 0 | $ 0 | $ 126,600 | $ 149,600 | $ 0 | $ 149,600 | $ 276,200 | $ 0 | $ 276,200 |

## Appeal Information   Print Appeal Info

No appeal information on parcel.

## Land Information   Department of Planning and Permitting (DPP)   Print Land

| Property Class | Square Footage | Acreage | Agricultural Use Indicator |
|---|---|---|---|

## Residential Improvement Information

| Building Number | Occupancy | Framing | Year Built | Effective Year Built | Square Feet | Bedrooms | Full Baths | Half Baths | Sketch |
|---|---|---|---|---|---|---|---|---|---|
| 1 | H.P.R. | DOUBLE WALL | 1991 | | 760 | 2 | 2 | 0 | Not Available |

| **Condo Style: Lowrise** | **Floor Level: 2** | **Condo View: NONE** | **# Parking Spaces: 2** |
|---|---|---|---|

## Residential Additions

| Card | Line | Lower | First | Second | Third | |
|---|---|---|---|---|---|---|
| 1 | 0 | | | | | 760 |
| 1 | 1 | | PORCH CEILED RECESSED OPEN | | | 65 |
| 1 | 2 | | PORCH CEILED RECESSED OPEN | | | 70 |

## Other Building and Yard Improvements

| Description | Quantity | Year Built | Area |
|---|---|---|---|
| No information associated with this parcel. | | | |

## Sales Information   Print Sales Info

| Sale Date | Sale Amount | Instrument # | Instrument Type | Instrument Description | Date of Recording | Land Court Document Number | Cert # | Book/Page |
|---|---|---|---|---|---|---|---|---|
| 11/19/2015 | | A58490691 | FEE CONVEYANCE | Land Court Order (all types) | 01/06/2016 | | | |
| 08/01/2012 | | | FEE CONVEYANCE | Land Court Order (all types) | 08/03/2012 | T8250017 | 862900 | |
| 05/31/2007 | | | FEE CONVEYANCE | Apartment deed | 06/13/2007 | 3614122 | 862900 | |
| 03/23/2001 | $ 76,630 | | FEE CONVEYANCE | | 03/30/2001 | 2693700 | 577921 | |

Exhibit 9
Page 171

| 02/01/2001 | $ 66,600 | FEE CONVEYANCE | | | 02/06/2001 | 2681670 | 574124 | |
| 03/23/1992 | $ 166,900 | | | | 04/01/1992 | 1900925 | 388174 | |
| 02/26/1991 | | | | | 04/18/1991 | 1813683 | 364300 | |

| **Current Tax Bill Information** | | **2017 Tax Payments** | **Show Historical Taxes** | | **Treasury Division** | | **Current Bill** | |
|---|---|---|---|---|---|---|---|---|
| **Tax Period** | **Description** | **Original Due Date** | **Taxes Assessment** | **Tax Credits** | **Net Tax** | **Penalty** | **Interest** | **Other** | **Amount Due** |
| | | | | | | | | | **$ 0.00** |
| No Tax Information available on this parcel. | | | | | | | | | |

| **Previous Parcel** | **Next Parcel** | **Return to Main Search Page** | **Honolulu Home** | **Real Property Home** |
|---|---|---|---|---|

The Honolulu Tax Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Website Updated: April 17, 2017

© 2014 by City and County of Honolulu Real Property Tax Office | Website design by qPublic.net

**Public**　Landlord



# 92-1136 Hame St # 10/203, Kapolei, HI 96707

## 2 beds 2 baths 760 sqft

Edit

Edit home facts for a more accurate Zestimate.

**OFF MARKET**

Zestimate®: $291,491

I disagree

Rent Zestimate®: $1,850 /mo

**EST. REFI PAYMENT**

$1,088/mo ⓘ

**See current rates**

**Is this your rental?**

Get a monthly local market report with comparable rentals in your area.

I own and manage this rental

I manage this rental for the owner

Enter email

Subscribe

Claim this home as your residence

92-1136 Hame St # 10/203, Kapolei, HI is a condo home that contains 760 sq ft and was built in 1991. It contains 2 bedrooms and 2 bathrooms. This home last sold for $76,600 in March 2001.

The Zestimate for this house is $291,491, which has increased by $46 in the last 30 days. The Rent Zestimate for this home is $1,850/mo, which has increased by $85/mo in the last 30 days. The property tax in 2015 was $826. The tax assessment in 2015 was $261,100, an increase of 10.6% over the previous year.

## Facts and Features

| | |
|---|---|
| **Type** | **Year Built** |
| Condo | 1991 |
| **Heating** | **Cooling** |
| No Data | No Data |
| **Parking** | **HOA** |
| No Data | No Data |

**INTERIOR FEATURES**

| | |
|---|---|
| **Bedrooms** | **Other Interior Features** |
| Beds: 2 | Room count: 4 |
| **Flooring** | |
| Floor size: 760 sqft | |

## CONSTRUCTION

**Type and Style**
Condo

**Dates**
Built in 1991

**Materials**

**Other Construction Features**

**See More Facts and Features**

# Zestimate Details

Add owner estimate

Zestimate
## $291,491
+$46  Last 30 days

Zestimate range
$262K        $332K

Rent Zestimate
## $1,850/mo
+$85  Last 30 days

Zestimate range
$1.7K        $2K

Zestimate
## $XXX

To see Zestimate forecast
Create a free account

**I disagree with my Zestimate**





| Zestimate | | 1 year | 5 years | 10 years |

Forecast

— This home
-- 96707
··· Kapolei

$700k
$600k
$500k
$400k
$300k
$200k

Dec 2011          Dec 2013          Dec 2015

# Owner Dashboard

Exhibit 9
Page 176



| | | | | | |
|---|---|---|---|---|---|
| **92-1136 Hame St Unit 10/203**<br>Kapolei, HI 96707<br>Status: Sold  Source: Public Records | **$300,484**<br>Redfin Estimate | 🔒<br>Last Sold Price | **2**<br>Beds | **2**<br>Baths | **760** Sq. Ft.<br>$395 / Sq. Ft.<br>Built: 1991 |



NOT FOR SALE

Local rules require you to be signed in to see more photos.

Sign In or Join for free with no obligation.

1 of 1

## Is This Your Home?

    

**I'm the Owner**

Track this home's estimate in our Home Report email.



**Mike DeMello (R)**
REDFIN Real Estate Agent

★★★★★
56 client reviews



**Talk to Mike About Selling**



‹    1 of 3 Redfin Agents in this area    ›

📞 **(808) 202-2493**

**Questions? Call Mike's Team**

Exhibit 9
Page 177

1/7

# Redfin Estimate for 92-1136 Hame St Unit 10/203
## $300,484
Last Sold Price Unknown

Estimate based on 2 beds, 2 baths, 760 sq. ft.

Edit Facts

| Track this Estimate |
| --- |

Track this home's value in our free Home Report email.

### Comparable Homes





Estimate based on these comparable homes. Does something look off? Send Feedback

# What Can You Make from Selling Your Home?



| | Selling with Traditional Agent | Selling with Redfin Agent |
| --- | --- | --- |
| Your Total Sale Proceeds | $38,147 | +$4,507 $42,654 |

Seller Agent Commission                      3% ($9,015)              1.5%
                                                                   ($4,507)

**Compare Agent Services**                                            ⌄

**Show Taxes and Fees**                                               ⌄

### Get $4,507 More Selling Your Home with a Redfin Agent

First Name

Last Name

Email

Phone

( )     -

Request Home Sale Consultation

By signing up you agree to the **Terms of Service** and **Privacy Policy**.

Local rules require you to be signed in to view this home's listing description.
Sign In or Join for free with no obligation.

County                                                           **Oahu**

                                                                   Source
                                                            Public Records

Redfin last checked: over 7 days ago        Redfin has the best data. Why?





92-1136 Hame St Unit 10/203 Kapolei, HI 96707 MLS# 240126F

📍 Map Nearby Homes For Sale                          ⤢ Expand Map      ⚲ Street View      ◈ Directions

## Property Details for 92-1136 Hame St Apartment 10/203

> **No Property Details Available**
> Sorry, but Redfin currently has no details for this property.

## Redfin Tour Insights for 92-1136 Hame St Unit 10/203

**No Tour Insights on This Listing**
We haven't left any insights about this home yet, but as soon as we do, we'll leave our thoughts here.

## Property History for 92-1136 Hame St Apartment 10/203

| Date | Event & Source | Price |
|------|----------------|-------|
| Feb 15, 2001 | Delisted | — |
| Feb 5, 2001 | Listed | ** |

For completeness, Redfin often displays two records for one sale: the MLS record and the public record. Learn More.

** Price available after signing in.

## Public Facts for 92-1136 Hame St Apartment 10/203

**Taxable Value**

| | | |
|---|---|---|
| Land | $126,600 | |
| Additions | $149,600 | |
| Total | $276,200 | |

Taxes (2016)
**$961**

## Home Facts                                             ✎ Edit Facts

| | |
|---|---|
| Beds | 2 |
| Baths | 2 |
| Finished Sq. Ft. | 760 |
| Unfinished Sq. Ft. | — |
| Total Sq. Ft. | 760 |
| Floors | 1 |
| Lot Size | — |
| Style | Condo/Co-op |
| Year Built | 1991 |

https://www.redfin.com/HI/Kapolei/92-1136-Hame-St-96707/unit-10-203/home/63777477#redfin-estimate

Exhibit 9
Page 180

4/7

| Year Renovated | — |
| --- | --- |
| County | Oahu County |
| APN | 1920190620103 |

Home facts updated by county records on Apr 2, 2017.

## Activity



| Views | Favorites | X-Outs | Redfin Tours |
| --- | --- | --- | --- |
| — | — | — | — |

## Energy Report for 92-1136 Hame St Unit 10/203



How your energy score compares

**16** Energy Score

| This Home | 16 |
| Similar homes | 15 |
| Hawaii average | 46 |

Claim this home to unlock comparisons

I'm the Owner

This home spends an estimated $243/month on energy

Energy data and content provided by Tendril, Inc. Learn More

## Schools

Serving This Home    Elementary    Middle    High

| School Name & GreatSchools Rating | Distance |
| --- | --- |
| 4  Mauka Lani Elementary School | 0.3 mi |
| 6  Kapolei Middle School | 2.6 mi |
| 5  Kapolei High School | 2.6 mi |

School data provided by GreatSchools. School service boundaries are intended to be used as reference only. To verify enrollment eligibility for a property, contact the school directly.

## Neighborhood Info for 92-1136 Hame St Unit 10/203

Hawaii  ›  Makakilo  ›  96707

Transportation in 96707



Walk Score®
4

This area is car dependent — almost all errands require a car.

## 96707 Real Estate Sales (Last 90 days)



| Median List Price | **$632,060** | Avg. # Offers | — |
| Median $ / Sq. Ft. | **$420** | Avg. Down Payment | — |
| Median Sale / List | **99%** | # Sold Homes | **52** |

## Median Real Estate Values

| Location | List Price | $ / Sq. Ft. | Sale / List |
|---|---|---|---|
| Makakilo-Kapolei-Honokai Hale | $638,000 | $423 | 99.3% |
| 96707 | $632,060 | $420 | 99.3% |
| Makakilo | $660,000 | $411 | 99.4% |
| Oahu County | $635,000 | $534 | 98.5% |

## $/Sq. Ft. Condos in 96707

# Similar Homes to 92-1136 Hame St Unit 10/203

Nearby Homes for Sale



0.9 mi.

**$375,000**
92-675 Makakilo Dr Unit F32
Kapolei, HI 96707

3 Beds | 1.5 Baths | 1,113 Sq. Ft.



**$350,000**
92-1167 Palahia St Unit H102
Kapolei, HI 96707

| 2 | 2 | 742 |
|---|---|-----|
| Beds | Baths | Sq. Ft. |

OPEN SUN. 1PM
0.4 mi.



**$315,500**
91-1020 Mikohu St Unit 21R
Ewa Beach, HI 96706

| 2 | 1.5 | 717 |
|---|-----|-----|
| Beds | Baths | Sq. Ft. |

OPEN SUN. 2PM
3.7 mi.

# EXHIBIT "10"

Exhibit 10
Page 184



**Previous Parcel**  **Next Parcel**  **Return to Main Search Page**  **Honolulu Home**  **Real Property Home**

### Owner and Parcel Information  Print Owner Info

| | | | |
|---|---|---|---|
| Parcel Number | 970240350117 | Data current as of | April 17, 2017 |
| Owner Name | BRIGHTWELL,L. LEE Fee Owner | Project Name | CENTURY PARK PLAZA |
| Location Address | 1060 KAMEHAMEHA HWY APT 1805A | Plat Map | Plat Map PDF |
| Property Class | RESIDENTIAL | Parcel Map | GIS Parcel Map |
| Land Area (approximate sq ft) | | Legal Information | |
| Land Area (acres) | 0 | APT 1805A "CENTURY PARK PLAZA" CONDO MAP 857 TOG/ESMT PRKG SP SHOWN ON DECL | |

### Assessment Information  Show Historical Assessments  Print Assessment Info

| Assessment Year | Property Class | Assessed Land Value | Dedicated Use Value | Land Exemption | Net Taxable Land Value | Assessed Building Value | Building Exemption | Net Taxable Building Value | Total Property Assessed Value | Total Property Exemption | Total Net Taxable Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | RESIDENTIAL | $ 25,000 | $ 0 | $ 0 | $ 25,000 | $ 159,100 | $ 0 | $ 159,100 | $ 184,100 | $ 0 | $ 184,100 |

### Appeal Information  Print Appeal Info

No appeal information on parcel.

### Land Information  Department of Planning and Permitting (DPP)  Print Land

| Property Class | Square Footage | Acreage | Agricultural Use Indicator |
|---|---|---|---|

### Residential Improvement Information

| Building Number | Occupancy | Framing | Year Built | Effective Year Built | Square Feet | Bedrooms | Full Baths | Half Baths | Sketch |
|---|---|---|---|---|---|---|---|---|---|
| 1 | H.P.R. | CONCRETE | 1984 | | 360 | 0 | 1 | 0 | Not Available |

| Condo Style: Highrise | Floor Level: 21 | Condo View: OTHER VIEW | # Parking Spaces: 1 |
|---|---|---|---|

### Residential Additions

| Card | Line | Lower | First | Second | Third |
|---|---|---|---|---|---|
| 1 | 0 | | | | 360 |

### Other Building and Yard Improvements

| Description | Quantity | Year Built | Area |
|---|---|---|---|
| No information associated with this parcel. | | | |

### Sales Information  Print Sales Info

| Sale Date | Sale Amount | Instrument # | Instrument Type | Instrument Description | Date of Recording | Land Court Document Number | Cert # | Book/Page |
|---|---|---|---|---|---|---|---|---|
| 03/25/2010 | | 2010-044645 | FEE CONVEYANCE | Deed | 04/05/2010 | | | |
| 05/31/2007 | | 2007-104988 | FEE CONVEYANCE | Apartment deed | 06/13/2007 | | | |
| 09/07/2000 | $ 38,703 | 0000127308 | FEE CONVEYANCE | | 09/12/2000 | | | |
| 09/07/2000 | $ 38,703 | 0000127308 | FEE CONVEYANCE | | 09/12/2000 | | | |
| 07/18/2000 | $ 37,500 | 0000102596 | FEE CONVEYANCE | | 07/25/2000 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/01/1993 | | | | | | | | |
| 08/30/1992 | | 9200072900 | FEE CONVEYANCE | | 05/11/1992 | | | |
| 03/28/1992 | $ 77,600 | 9200073131 | FEE CONVEYANCE | | 05/11/1992 | | | |
| 03/01/1992 | $ 77,600 | | FEE CONVEYANCE | | | | | |
| 05/27/1988 | | 8800076336 | FEE CONVEYANCE | | 06/01/1988 | | | 21986/453 |
| 05/27/1988 | | 8800076335 | LEASE | | 06/01/1988 | | | 21986/444 |
| 04/28/1988 | | 8800076333 | FEE CONVEYANCE | | 06/01/1988 | | | 21986/367 |
| 04/28/1988 | | 8800076332 | LEASE | | 06/01/1988 | | | 21986/332 |
| 04/28/1988 | | 8800076331 | | | 06/01/1988 | | | 21986/319 |
| 05/05/1987 | | 8700068489 | FEE CONVEYANCE | | 05/12/1987 | | | 20661/527 |

| Current Tax Bill Information | | 2017 Tax Payments | | Show Historical Taxes | | Treasury Division | | Current Bill |
|---|---|---|---|---|---|---|---|---|
| Tax Period | Description | Original Due Date | Taxes Assessment | Tax Credits | Net Tax | Penalty | Interest | Other | Amount Due |
| | | | | | | | | | $ 0.00 |
| No Tax Information available on this parcel. | | | | | | | | | |

| Previous Parcel | Next Parcel | Return to Main Search Page | Honolulu Home | Real Property Home |
|---|---|---|---|---|

The Honolulu Tax Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Website Updated: April 17, 2017

© 2014 by City and County of Honolulu Real Property Tax Office | Website design by qPublic.net

# 1060 Kamehameha Hwy APT 1805A, Pearl City, HI 96782

## -- beds 1 bath 360 sqft

Edit

Edit home facts for a more accurate Zestimate.

**OFF MARKET**

## Zestimate®: $191,025

I disagree

Rent Zestimate®: $1,450 /mo

**EST. REFI PAYMENT**

## $708/mo

**See current rates**

---

**Is this your rental?**

Get a monthly local market report with comparable rentals in your area.

I own and manage this rental

I manage this rental for the owner

Enter email

Subscribe

Claim this home as your residence

---

1060 Kamehameha Hwy APT 1805A, Pearl City, HI is a condo home that contains 360 sq ft and was built in 1984. It contains 1 bathroom. This home last sold for $38,700 in September 2000.

The Zestimate for this house is $191,025, which has increased by $2,201 in the last 30 days. The Rent Zestimate for this home is $1,450/mo, which has decreased by $50/mo in the last 30 days. The property tax in 2015 was $525. The tax assessment in 2015 was $164,900, an increase of 10.0% over the previous year.

## Facts and Features

| | | |
|---|---|---|
| **Type** | **Year Built** | **Heating** |
| Condo | 1984 | No Data |
| **Cooling** | **Parking** | **HOA** |
| No Data | No Data | No Data |

**INTERIOR FEATURES**

**Flooring**
Floor size: 360 sqft

**Other Interior Features**
Room count: 2

**CONSTRUCTION**

**Type and Style**
Condo

**Dates**
Built in 1984

**Materials**
Roof type: Built up
Exterior material: Other

**Other Construction Features**
Stories: 1

**EXTERIOR FEATURES**

**Other Exterior Features**
Parcel
#: 1970240350117

**OTHER**

Last sold: Sep 2000 for
$38,700

County website    See data sources

See Less Facts and Features

# Zestimate Details

Add owner estimate

Zestimate
# $191,025
+$2,201  Last 30 days

Zestimate range
$181K     |     $201K

Rent Zestimate

# $1,450/mo

-$50  Last 30 days

Zestimate range

$1.1K                    $2K

Zestimate forecast

# $XXX,XXX



Exhibit 10
Page 189

3/3

# Redfin Estimate for 1060 Kameha…

## $196,215

Last Sold Price Unknown

Estimate based on 1 baths, 360 sq. ft.

Edit Facts

| Track this Estimate |
|:---:|

Track this home's value in our free Home Report email.

# EXHIBIT "11"

Exhibit 11
Page 191

## FW-001 | Request to Waive Court Fees

**CONFIDENTIAL**

*Clerk stamps date here when form is filed.*

If you are getting public benefits, are a low-income person, or do not have enough income to pay for your household's basic needs and your court fees, you may use this form to ask the court to waive your court fees. The court may order you to answer questions about your finances. If the court waives the fees, you may still have to pay later if:

- You cannot give the court proof of your eligibility,
- Your financial situation improves during this case, or
- You settle your civil case for **$10,000** or more. The trial court that waives your fees will have a lien on any such settlement in the amount of the waived fees and costs. The court may also charge you any collection costs.

*Fill in court name and street address:*

Superior Court of California, County of

**(1) Your Information** *(person asking the court to waive the fees):*
Name: _____
Street or mailing address: _____
City: _____ State: ___ Zip: _____
Phone number: _____

**(2) Your Job,** if you have one *(job title):* _____
Name of employer: _____
Employer's address: _____

*Fill in case number and name:*

Case Number:

Case Name:

**(3) Your Lawyer,** if you have one *(name, firm or affiliation, address, phone number, and State Bar number):*
_____
_____

a. The lawyer has agreed to advance all or a portion of your fees or costs *(check one):* Yes ☐ No ☐
b. *(If yes, your lawyer must sign here)* Lawyer's signature: _____
    *If your lawyer is not providing legal-aid type services based on your low income, you may have to go to a hearing to explain why you are asking the court to waive the fees.*

**(4) What court's fees or costs are you asking to be waived?**
    ☐ Superior Court (See *Information Sheet on Waiver of Superior Court Fees and Costs* (form FW-001-INFO).)
    ☐ Supreme Court, Court of Appeal, or Appellate Division of Superior Court (See *Information Sheet on Waiver of Appellate Court Fees* (form APP-015/FW-015-INFO).)

**(5) Why are you asking the court to waive your court fees?**
a. ☐ I receive *(check all that apply; see form FW-001-INFO for definitions):* ☐ Food Stamps ☐ Supp. Sec. Inc.
      ☐ SSP ☐ Medi-Cal ☐ County Relief/Gen. Assist. ☐ IHSS ☐ CalWORKS or Tribal TANF ☐ CAPI
b. ☐ My gross monthly household income (before deductions for taxes) is less than the amount listed below. *(If you check 5b, you must fill out 7, 8, and 9 on page 2 of this form.)*

| Family Size | Family Income | Family Size | Family Income | Family Size | Family Income | *If more than 6 people* |
|---|---|---|---|---|---|---|
| 1 | $1,256.26 | 3 | $2,127.09 | 5 | $2,997.92 | *at home, add $435.42* |
| 2 | $1,691.67 | 4 | $2,562.51 | 6 | $3,433.34 | *for each extra person.* |

c. ☐ I do not have enough income to pay for my household's basic needs *and* the court fees. I ask the court to:
      *(check one and you **must** fill out page 2):*
      ☐ waive all court fees and costs          ☐ waive some of the court fees
      ☐ let me make payments over time

**(6)** ☐ Check here if you asked the court to waive your court fees for this case in the last six months.
      *(If your previous request is reasonably available, please attach it to this form and check here:)* ☐

**I declare under penalty of perjury under the laws of the State of California that the information I have provided on this form and all attachments is true and correct.**

Date: _____

▶ _____

*Print your name here*                    *Sign here*

Judicial Council of California, www.courts.ca.gov
Revised March 1, 2017, Mandatory Form
Government Code, § 68633
Cal. Rules of Court, rules 3.51, 8.26, and 8.818

**Request to Waive Court Fees**                    FW-001, Page 1 of 2
                                                              →

Exhibit 11
Page 192

Your name: _____

Case Number:
_____

*If you checked 5a on page 1, do not fill out below. If you checked 5b, fill out questions 7, 8, and 9 only.*
*If you checked 5c, you **must** fill out this entire page. If you need more space, attach form MC-025 or attach a*
*sheet of paper and write Financial Information and your name and case number at the top.*

**(7)** ☐ Check here if your income changes a lot from month to month. If it does, complete the form based on your average income for the past 12 months.

**(8) Your Gross Monthly Income**

a. List the source and amount of *any* income you get each month, including: wages or other income from work before deductions, spousal/child support, retirement, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest, trust income, annuities, net business or rental income, reimbursement for job-related expenses, gambling or lottery winnings, etc.

(1) _____ $_____
(2) _____ $_____
(3) _____ $_____
(4) _____ $_____

b. **Your total monthly income:** $_____

**(9) Household Income**

a. List the income of all other persons living in your home who depend in whole or in part on you for support, or on whom you depend in whole or in part for support.

| Name | Age | Relationship | Gross Monthly Income |
|------|-----|--------------|----------------------|
| (1) _____ | ___ | _____ | $_____ |
| (2) _____ | ___ | _____ | $_____ |
| (3) _____ | ___ | _____ | $_____ |
| (4) _____ | ___ | _____ | $_____ |

b. **Total monthly income of persons above:** $_____

**Total monthly income *and* household income** *(8b plus 9b):* $_____

To list any other facts you want the court to know, such as unusual medical expenses, etc., attach form MC-025 or attach a sheet of paper and write Financial Information and your name and case number at the top.

*Check here if you attach another page.* ☐

***Important!*** If your financial situation or ability to pay court fees improves, you must notify the court within five days on form FW-010.

**(10) Your Money and Property**

a. Cash $_____

b. All financial accounts *(List bank name and amount)*:
(1) _____ $_____
(2) _____ $_____
(3) _____ $_____

c. Cars, boats, and other vehicles

| | Make / Year | Fair Market Value | How Much You Still Owe |
|--|-------------|-------------------|------------------------|
| (1) | _____ | $_____ | $_____ |
| (2) | _____ | $_____ | $_____ |
| (3) | _____ | $_____ | $_____ |

d. Real estate

| | Address | Fair Market Value | How Much You Still Owe |
|--|---------|-------------------|------------------------|
| (1) | _____ | $_____ | $_____ |
| (2) | _____ | $_____ | $_____ |

e. Other personal property (jewelry, furniture, furs, stocks, bonds, etc.):

| | Describe | Fair Market Value | How Much You Still Owe |
|--|----------|-------------------|------------------------|
| (1) | _____ | $_____ | $_____ |
| (2) | _____ | $_____ | $_____ |

**(11) Your Monthly Deductions and Expenses**

a. List any payroll deductions and the monthly amount below:
(1) _____ $_____
(2) _____ $_____
(3) _____ $_____
(4) _____ $_____

b. Rent or house payment & maintenance $_____
c. Food and household supplies $_____
d. Utilities and telephone $_____
e. Clothing $_____
f. Laundry and cleaning $_____
g. Medical and dental expenses $_____
h. Insurance (life, health, accident, etc.) $_____
i. School, child care $_____
j. Child, spousal support (another marriage) $_____
k. Transportation, gas, auto repair and insurance $_____
l. Installment payments *(list each below)*:
   Paid to:
   (1) _____ $_____
   (2) _____ $_____
   (3) _____ $_____

m. Wages/earnings withheld by court order $_____

n. Any other monthly expenses *(list each below)*.
   Paid to: How Much?
   (1) _____ $_____
   (2) _____ $_____
   (3) _____ $_____

**Total monthly expenses** *(add 11a – 11n above):* $_____

Exhibit 11
Page 193

# EXHIBIT "12"

Exhibit 12
Page 194

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | | |
|---|---|---|
| _____ | ) | |
| *Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant/Respondent* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _____

1.  For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property *(such as rental income)* | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

Exhibit 12

Page 195

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| **Total monthly income:** | $ | $ | $ | $ |

2.   List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3.   List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.   How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Exhibit 12
Page 196

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle *#1 (Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle *#2 (Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

Exhibit 12
Page 197

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.      Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | **You** | **Your spouse** |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>        Are real estate taxes included?    ❏  Yes    ❏  No<br>        Is property insurance included?   ❏  Yes    ❏  No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: | $ | $ |
| Life: | $ | $ |
| Health: | $ | $ |
| Motor vehicle: | $ | $ |
| Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
| Motor vehicle: | $ | $ |
| Credit card *(name)*: | $ | $ |
| Department store *(name)*: | $ | $ |
| Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

Exhibit 12
Page 198

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ | $ |

9.      Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

❏ Yes      ❏ No      If yes, describe on an attached sheet.

10.     Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?    ❏ Yes   ❏ No

If yes, how much?   $ _____

11.     Provide any other information that will help explain why you cannot pay the costs of these proceedings.

12.     Identify the city and state of your legal residence.

Your daytime phone number: _____

Your age: _____   Your years of schooling: _____

Exhibit 12
Page 199