JOSHUA M. HEINLEIN (SBN 239236)
joshua.heinlein@dinsmore.com
JOSEPH S. LEVENTHAL (SBN 221043)
joseph.leventhal@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 840
San Diego, CA 92101
Ph: (619) 356-3518
Fx: (619) 615-2082

Attorneys for Plaintiff
L. LEE BRIGHTWELL

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. LEE BRIGHTWELL, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>THE MCMILLAN LAW FIRM, APC, a professional corporation, SCOTT A. MCMILLAN, an individual, MICHELLE D. VOLK, an individual, and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 16-CV-1696 W NLS<br><br>**JOINT MOTION TO CONTINUE STATUS AND CASE MANAGEMENT CONFERENCE**<br><br>Judge:    Thomas J. Whelan<br>Magistrate Judge: Nita L. Stormes<br>Complaint Filed: June 30, 2016<br>Trial Date:   None set |

DINSMORE &
SHOHL LLP
SAN DIEGO

**JOINT MOTION TO CONTINUE STATUS/CASE MANAGEMENT CONFERENCE**

The parties hereby move, by way of this joint motion for an order continuing the status/case management conference currently set for June 16, 2017 at 11:00 a.m. Plaintiff's counsel must attend a settlement conference in Los Angeles County Superior Court on June 16, 2017, beginning at 10:00 a.m., and is therefore unavailable to attend the status/case management conference in this case.

For the foregoing reasons, the parties respectfully request that the Court continue the status/case management conference to another date and time that is convenient for the Court.

KLINEDINST PC

DATED: June 5, 2017          By:  /s/ Daniel S. Agle
                                  Daniel S. Agle
                                  Attorneys for Defendants
                                  THE MCMILLAN LAW FIRM, APC;
                                  SCOTT A. MCMILLAN and
                                  MICHELLE D. VOLK


DATED: June 5, 2017          DINSMORE & SHOHL, LLP

                             By:  /s/ Joshua M. Heinlein
                                  JOSHUA M. HEINLEIN (SBN 239236)
                                  JOSEPH S. LEVENTHAL (SBN 221043)
                                  Attorneys for Plaintiff
                                  L. LEE BRIGHTWELL


DATED: June 5, 2017          THE MCMILLAN LAW FIRM, APC

                             By:  /s/ Scott A. McMillan
                                  Scott A. McMillan
                                  Attorneys for Defendant
                                  THE MCMILLAN LAW FIRM, APC

**JOINT MOTION TO CONTINUE STATUS/CASE MANAGEMENT CONFERENCE**

1

## CERTIFICATE OF SERVICE

2

3

I certify that, on the date specified below, a true copy of this document was

4

served by electronic mail upon all registered CM/ECF users and by U.S. mail upon

5

all non-registered CM/ECF users in this case as indicated below:

6

7

| | |
|---|---|
| Heather L. Rosing<br>Daniel S. Agle<br>Douglas W. Lytle<br>KLINEDINST PC<br>501 West Broadway, Suite 600<br>San Diego, CA 92101<br>Telephone:  (619) 239-8131<br>Facsimile:  (619) 238-8707<br><br>Email:  dagle@KlinedinstLaw.com<br>Email:  hrosing@KlinedinstLaw.com<br>Email:  dlytle@klinedinstlaw.com | *Attorneys for Defendants*<br>**THE MCMILLAN LAW FIRM,<br>APC; SCOTT A. MCMILLAN and<br>MICHELLE D. VOLK** |
| Scott A. McMillan<br>THE MCMILLAN LAW FIRM, APC<br>4670 Nebo Drive, Suite 200<br>La Mesa, CA 91941-5230<br>Telephone:  (619) 464-1500 x 14<br>Facsimile:  (206) 600-5095<br><br>Email:  scott@mcmillanlaw.us | *Attorneys for Defendant*<br>**THE MCMILLAN LAW FIRM, APC** |

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Dated: June 5, 2017          */s/ Joshua M. Heinlein*

25                                          Joshua M. Heinlein

26

27

28

2.

**JOINT MOTION TO CONTINUE STATUS/CASE MANAGEMENT CONFERENCE**