UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. LEE BRIGHTWELL,<br><br>                                    Plaintiff,<br>v.<br>McMILLAN LAW FIRM, APC, et al.,<br>                                    Defendant. | Case No.: 3:16-cv-1696-W-NLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE STATUS CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>**(Dkt. No. 38)** |

     Before the Court is the parties' joint motion to continue the Status and Case Management Conference currently scheduled for June 16, 2017. Having considered the request and good cause appearing, the Court **GRANTS** the request. The telephonic Status and Case Management Conference is continued to **June 23, 2017** at **11:00 am**.

     **IT IS SO ORDERED.**

Dated: June 6, 2017

_/s/ Nita L. Stormes_
Hon. Nita L. Stormes
United States Magistrate Judge