1  Scott A. McMillan, SBN 212506
   **The McMillan Law Firm, APC**
2  4670 Nebo Dr., Suite 200
   La Mesa, CA 91941-5230
3  Tel. 619-464-1500 x 14
   Fax 619-828-7399
4
   Attorneys for Counter Claimant,
5  The McMillan Law Firm, APC

6

7

8
                 **UNITED STATES DISTRICT COURT**
9
                 **SOUTHERN DISTRICT OF CALIFORNIA**
10

11

12 | L. LEE BRIGHTWELL, an individual, | Case No.:16-cv-1696 W NLS |

13 | Plaintiff, | **JOINT MOTION TO CONTINUE STATUS AND CASE MANAGEMENT CONFERENCE** |

14 | vs. | |

15 | THE MCMILLAN LAW FIRM, APC, a professional corporation, SCOTT A. MCMILLAN, an individual, and DOES 1 through 25, inclusive, | Judge: Hon. Thomas J. Whelan
   Magistrate Judge: Hon. Nita L. Stormes
   Complaint Filed: June 30, 2016
   Trial Date: None set |

18 | Defendants. | |

The parties hereby move, by way of this joint motion, for an order continuing the status/case management conference currently set for June 23, 2017 at 11:00 a.m. Counsel for Counter Claimant The McMillan Law Firm, APC must attend a hearing in Orange County Superior Court on June 23, 2017 beginning at 11:30 A.M., and is therefore unavailable to attend the status/case management conference in this case. For the foregoing reasons, the parties respectfully request that the Court continue the status/case management conference to June 30, 2017 after 10:00 A.M., or as is convenient for the Court.

Dated: June 13, 2017    THE MCMILLAN LAW FIRM, APC

/s/ Scott A. McMillan
Scott A. McMillan, SBN 212506
Attorneys for Counter Claimant
THE MCMILLAN LAW FIRM, APC

Dated: June 13, 2017    KLINEDINST, PC

/s/ Daniel S. Agle

Daniel S. Agle
Attorneys for Defendants
THE MCMILLAN LAW FIRM, APC;
SCOTT A. MCMILLAN, and MICHELLE VOLK

Dated: June 13, 2017    DINSMORE & SHOHL, LLP

/s/ Joshua M. Heinlein

JOSHUA M. HEINLEIN (SBN 239236)
JOSEPH S. LEVENTHAL (SBN 221043)
Attorneys for Plaintiff
L. LEE BRIGHTWELL

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to

1 counsel for the Plaintiff and Defendants, and that I have obtained authorization
2 from Daniel S. Agle and Joshua M. Heinlein to affix their electronic signature to
3 this document.

Dated: June 13, 2017         THE MCMILLAN LAW FIRM, APC

/s/ Scott A. McMillan
Scott A. McMillan, SBN 212506
Attorneys for Counter Claimant
THE MCMILLAN LAW FIRM, APC

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age and not a party to the above-entitled action. My business address is 4670 Nebo Drive, Suite 200, La Mesa, CA 91941-5230. On June 13, 2017 I caused service of:

**JOINT MOTION TO CONTINUE STATUS AND CASE MANAGEMENT CONFERENCE**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| Joshua M. Heinlein, Esq.<br>Joseph S. Leventhal, Esq.<br>Dinsmore & Shohl LLP<br>655 West Broadway, Suite 840<br>San Diego, California 92101 | OFFICE 619-356-3518<br>FAX 619-615-2082<br>Joshua.heinlein@dinsmore.com<br>Joseph.leventhal@dinsmore.com<br>Attorneys for Plaintiff L. Lee Brightwell |
| Daniel S. Agle<br>Heather L. Rosing<br>Douglas W. Lytle<br>KLINEDINST PC<br>501 West Broadway, Suite 600 San Diego, CA 92101 | Attorneys for Defendants THE MCMILLAN LAW FIRM, APC; SCOTT A. MCMILLAN and MICHELLE D. VOLK<br><br>Telephone: (619) 239-8131<br>Facsimile: (619) 238-8707<br><br>Email: dagle@KlinedinstLaw.com<br>Email: hrosing@KlinedinstLaw.com<br>Email: dlytle@klinedinstlaw.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2017

_____
Lauren Hanley-Brady