UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. LEE BRIGHTWELL,<br><br>                                    Plaintiff,<br><br>v.<br><br>McMILLAN LAW FIRM, APC, et al.,<br><br>                                    Defendant. | Case No.: 3:16-cv-1696-W-NLS<br><br>**ORDER DENYING JOINT MOTION TO CONTINUE STATUS CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>**(ECF No. 40)** |

Before the Court is the parties' joint motion to continue the Status and Case Management Conference currently scheduled for June 23, 2017.  The Court **DENIES** the request.  The telephonic Status and Case Management Conference will proceed on **June 23, 2017** at **11:00 am**.  Counsel for Counter-claimant is excused from the call or may arrange for another attorney to specially appear on his behalf telephonically.  Counsel for plaintiff is to arrange and initiate the call to Chambers.

**IT IS SO ORDERED.**

Dated:  June 15, 2017

_____
Hon. Nita L. Stormes
United States Magistrate Judge