```
Scott A. McMillan, SBN 212506
Lauren Hanley-Brady, SBN 299644
The McMillan Law Firm, APC
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax 619-828-7399

Attorneys for Counter Claimant,
The McMillan Law Firm, APC
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. LEE BRIGHTWELL, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>THE MCMILLAN LAW FIRM, APC, a professional corporation, SCOTT A. MCMILLAN, an individual, and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.:16-cv-1696 W NLS<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Judge: Hon. Thomas J. Whelan<br>Magistrate Judge: Hon. Nita L. Stormes<br>Complaint Filed: June 30, 2016<br>Trial Date: None set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Scott A. McMillan, attorney for Counter-Claimant The McMillan Law Firm, APC, hereby associates Lauren Hanley-Brady as co-counsel for The McMillan Law Firm, APC in this matter. The name, office address, telephone number, fax number, and email address of the associated

counsel are as follows:

> Lauren Hanley-Brady, SBN 299644
> The McMillan Law Firm, APC
> 4670 Nebo Dr. Ste. 200
> La Mesa, CA 91941
> Tel (619) 464-1500 x45
> Fax (619) 828-7399
> Email: Lbrady@tmlf.us

DATED: June 22, 2017          Respectfully submitted,

                              The McMillan Law Firm

                              /s/ Lauren Hanley-Brady
                              Attorney for Counter-Claimant
                              The McMillan Law Firm, APC

    Scott A. McMillan, attorney for Counter-Claimant The McMillan Law Firm, APC hereby accepts the above association.

DATED: June 22, 2017          Respectfully submitted,

                              The McMillan Law Firm

                              /s/ Scott A. McMillan
                              Attorney for Counter-Claimant
                              The McMillan Law Firm, APC

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age and not a party to the above-entitled action. My business address is 4670 Nebo Drive, Suite 200, La Mesa, CA 91941-5230. On June 22, 2017 I caused service of:

**NOTICE OF ASSOCIATION OF COUNSEL**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| Joshua M. Heinlein, Esq.<br>Joseph S. Leventhal, Esq.<br>Dinsmore & Shohl LLP<br>655 West Broadway, Suite 840<br>San Diego, California 92101 | OFFICE 619-356-3518<br>FAX 619-615-2082<br>Joshua.heinlein@dinsmore.com<br>Joseph.leventhal@dinsmore.com<br>Attorneys for Plaintiff L. Lee Brightwell |
| Daniel S. Agle<br>Heather L. Rosing<br>Douglas W. Lytle<br>KLINEDINST PC<br>501 West Broadway, Suite 600 San Diego, CA 92101 | Attorneys for Defendants THE MCMILLAN LAW FIRM, APC; SCOTT A. MCMILLAN and MICHELLE D. VOLK<br><br>Telephone: (619) 239-8131<br>Facsimile: (619) 238-8707<br><br>Email: dagle@KlinedinstLaw.com<br>Email: hrosing@KlinedinstLaw.com<br>Email: dlytle@klinedinstlaw.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2017

/s/ Lauren Hanley-Brady

Lauren Hanley-Brady