1  JOSHUA M. HEINLEIN (SBN 239236)
   joshua.heinlein@dinsmore.com
2  DINSMORE & SHOHL LLP
   655 West Broadway, Suite 800
3  San Diego, CA 92101
   Ph: (619) 400-0500
4  Fx: (619) 400-0501

5  Attorneys for Plaintiff
   L. LEE BRIGHTWELL

6

7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  L. LEE BRIGHTWELL, an individual, | Case No. 16-CV-01696-W-NLS |
| 12 | **DECLARATION OF JOSHUA M. HEINLEIN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| 13           Plaintiff, | |
| 14  v. | |
| 15  THE MCMILLAN LAW FIRM, APC, a professional corporation, SCOTT A. MCMILLAN, an individual, MICHELLE D. VOLK, an individual, and DOES 1 through 25, inclusive, | [No Oral Argument Pursuant to Civ. Local Rule 7.1(d)(1)] |
| 16 | |
| 17 | Date:            October 9, 2017 |
| 18           Defendants. | Courtroom:       3C |
| 19 | Judge:           Thomas J. Whelan |
|  | Magistrate Judge: Nita L. Stormes |
|  | Complaint Filed: June 30, 2016 |

20

21

22

23

24

25

26

27

28

I, Joshua M. Heinlein, declare:

1. I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Dinsmore & Shohl LLP, counsel of record for plaintiff L. Lee Brightwell ("Brightwell"). I have personal knowledge of the facts set forth in this Declaration and, if called upon to testify, I could and would testify competently thereto.

2. On August 4, 2015, Brightwell retained me to represent her in the O'Donnell Action. On November 19, 2015, Brightwell and the defendants in the O'Donnell Action entered into a settlement whereby the O'Donnell defendants agreed to pay Brightwell $435,000 to settle the O'Donnell Action. Upon payment, I retained $151,922.59 in my trust account due to The McMillan Law Firm's claim to that amount from the settlement in the O'Donnell Action. Subsequently, The McMillan Law Firm informed me that it retained $10,462.34 of Brightwell's funds in its trust account, and authorized me to release that amount from the funds I was holding in trust to Brightwell. Accordingly, my firm still retains $141,460.25 in its client trust account, and will continue to do so until this matter is resolved.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 22nd day of August 2017, at San Diego, California.

JOSHUA M. HEINLEIN

11599038v1

1.

**DECLARATION OF JOSHUA M. HEINLEIN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

Dinsmore & Shohl LLP
San Diego