Scott A. McMillan, CBN 212506
Lauren Hanley-Brady, CBN 299644
The McMillan Law Firm, APC
4670 Nebo Drive, Suite 200
La Mesa, CA 91941-5230
Tel (619) 464-1500 x 14 // Fax (619) 828-7399
email: scott@mcmillanlaw.us

Attorneys for Counterclaimant and Defendant, The McMillan Law Firm, APC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. LEE BRIGHTWELL, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>THE MCMILLAN LAW FIRM, APC, a professional corporation, SCOTT A. MCMILLAN, an individual, MICHELLE D. VOLK, an individual, and DOES 1 through 25, inclusive,<br>   Defendants.<br><br>THE MCMILLAN LAW FIRM, APC, a California Professional Corporation,<br><br>   Counterclaimant,<br><br>v.<br><br>L. LEE BRIGHTWELL, an individual;<br><br>   Counterdefendant, | Case No. 16-cv-01696-W-NLS<br><br>**COUNTERCLAIMANT'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A SECOND AMENDED COUNTERCLAIM**<br><br>[No Oral Argument Pursuant to Civ. Local Rule 7.1(d)(1)]<br><br>Hearing Date: October 16, 2017<br>Courtroom: 3C<br>Judge: Thomas J. Whelan<br>Magistrate Judge: Nita L. Stormes<br>Complaint Filed: June 30, 2016 |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on OCTOBER 16, 2017 or as soon thereafter as the matter may be heard, Counterclaimant The McMillan Law Firm, APC ("Counterclaimant") will move this Court for leave to amend its operative pleading. Counterclaimant moves this Court for an order under Rule 15(a) of the Federal Rules of Civil Procedure granting Plaintiff leave to file its Second Amended Counterclaim in the form shown in the copy of the proposed Counterclaim that is attached as Exhibit A to the Declaration of Scott A. McMillan.

This Motion is based upon this Notice, the attached Memorandum of Points and Authorities, any attached declarations, and on such other evidence attached or as may be presented at the hearing of this Motion.

The following additions have been made (in <u>underline</u>):[1]

- **Paragraph 31** - <u>added</u>: Counterdefendant importuned Counterclaimant's attorney Scott McMillan, to threaten counsel for Mr. O'Donnell and RF Logistics LLC to reveal harmful facts concerning the Defendants O'Donnell and RF Logistics LLC if they would not accede to settlement demands, which Counterdefendant referred to as "tickling."  Counterclaimant rejected Counterdefendant's demand. <u>On or about June 9, 2010, the Superior Court of California, Judge Timothy Taylor presiding, issued a tentative ruling on the motions in limine substantially following the rulings made in the earlier tentative. Such rulings on the motions in limine were favorable to Counterdefendant. The July 2, 2015 Minute Order reflecting those rulings is attached as</u> **Exhibit E.**

- **Paragraph 32** - <u>added: On or about July 13, 2015, counsel for Mr. O'Donnell and RF Logistics LLC sent a written settlement offer in the amount of $435,000 with $25,000 of which to be paid over time.</u>  Counterdefendant

---

[1] Non substantive changes were also made, i.e., spelling corrections, punctuation corrections, the word counterclaimant rather than crosscomplaint.

suggested that Counterclaimant reduce its contractual fees due in exchange for Counterdefendant accepting a settlement at $435,000.

- **Paragraph 37** - <u>added</u>: Following August 5, 2015, Counterclaimant remained willing to try the case, except for eliciting the direct testimony of Counterdefendant, despite her retaining new counsel <u>on or about August 5, 2015.</u>

- **Paragraph 39** - <u>added</u>: Counterclaimant is informed and believes that contemporaneously with or immediately after the filing of the order withdrawal Counterdefendant, <u>engaged new counsel, and contemporaneously, if not shortly thereafter</u> arrived at a settlement with her defendants in that case. <u>Counterdefendant's settlement was a direct result of Counterclaimant's efforts on Counterdefendant's behalf.</u>

- **Paragraph 42** (First Counterclaim) - <u>added</u>: A valid written contract exists between Counterclaimant and Counterdefendant.  <u>The contract provided a discount for prompt payment of invoiced fees, and the right to such discount has lapsed due to the failure to pay such fees.</u>

- **Paragraph 71** (Fourth Counterclaim) - <u>added</u>: Counterclaimant's reliance on Counterdefendant Brightwell's promise was a substantial factor in causing Counterclaimant harm.  Counterclaimant has suffered additional payroll expenses, interest expenses, employee reimbursements, and foregone other remunerative opportunities as a result of the uncompensated time devoted to Counterdefendant Brightwell's case.  Because Counterdefendant Brightwell's refusal to pay based on the previously undisclosed and arbitrary "cap" was unforeseen Counterclaimant suffered financial injuries resulting from the surprise of not only having the bill rejected but having that money held in trust withheld. <u>Resulting from the services provided and expenses advanced as a consequence of the fraud, Counterdefendant has received a benefit, and has unjustly retained that benefit at the expense of Counterclaimant herein, and Counterclaimant is entitled to restitution thereof.</u>

- **Added the following Eleventh Counterclaim**:

**Eleventh Counterclaim:**

**Unjust Enrichment**

**(Against all Counterdefendants)**

113.  Counterclaimant re-alleges as though set forth in full herein paragraphs  1 through 38, 40 through 44, 46 through 49, 51 through 55, 58 through 72, and 81 through 86, 88, 89, and 90 as though set forth at length herein.

114.  Resulting from the services provided and expenses advanced as a consequence of mistake, fraud, coercion, or request, Counterdefendant has received a benefit, and has unjustly retained that benefit at the expense of Counterclaimant herein, and Counterclaimant is entitled to restitution thereof.

- **Prayer for Relief** - added to **"II. As to the Fourth Counterclaim for Fraud"** the following: 3. For restitution to Counterclaimant by Counterdefendant of the value of the services provided and expenses advanced by Counterclaimant according to proof at trial.

- **Prayer for Relief** - added the following request for relief:

**VIII. As to the Eleventh Counterclaim for Unjust Enrichment:** For restitution to Counterclaimant by Counterdefendant of the value of the services provided and expenses advanced by Counterclaimant by which Counterdefendant has been unjustly enriched according to proof at trial.

Dated: August 28, 2017                       Respectfully submitted,

/s/ Scott A. McMillan

BY: _____
Scott A.  McMillan
Attorney for Counterclaimant
The McMillan Law Firm, A.P.C.