Scott A. McMillan, CBN 212506
Lauren Hanley-Brady, CBN 299644
The McMillan Law Firm, APC
4670 Nebo Drive, Suite 200
La Mesa, CA 91941-5230
Tel (619) 464-1500 x 14 // Fax (619) 828-7399
email: scott@mcmillanlaw.us

Attorneys for Counterclaimant and Defendant, The McMillan Law Firm, APC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. LEE BRIGHTWELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE MCMILLAN LAW FIRM, APC, a professional corporation, SCOTT A. MCMILLAN, an individual, MICHELLE D. VOLK, an individual, and DOES 1 through 25, inclusive,<br>Defendants. | Case No. 16-cv-01696-W-NLS<br><br>**DECLARATION OF SCOTT A. MCMILLAN IN SUPPORT OF COUNTERCLAIMANT'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COUNTERCLAIM**<br><br>[No Oral Argument Pursuant to Civ. Local Rule 7.1(d)(1)]<br><br>Hearing Date: October 16, 2017<br>Courtroom: 3C<br>Judge: Thomas J. Whelan<br>Magistrate Judge: Nita L. Stormes<br>Complaint Filed: June 30, 2016 |
| THE MCMILLAN LAW FIRM, APC, a California Professional Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>L. LEE BRIGHTWELL, an individual;<br><br>Counterdefendant, | |

## DECLARATION OF SCOTT A. MCMILLAN

1. I am an attorney duly licensed to practice law before all courts of the State of California. I am a Defendant in the above-titled action and counsel for Counterclaimant. The following facts are within my personal knowledge, except as to matters stated on information and belief as, and as to those matters I believe to be true. If called as a witness herein, I can and will competently testify thereto.

2. This declaration is made in support of Counterclaimant's Motion for Leave to file a Second Amended Counterclaim.

3. On August 14, 2017, the parties exchanged initial disclosures.

4. There has been no discovery by any of the parties.

5. The motion to amend the counterclaims is not brought in bad faith or for dilatory purposes. Rather, its brought to avoid a claim of waiver based upon the authority in *Lectrodryer v. SeoulBank*, 77 Cal. App. 4th 723, 726, 91 Cal. Rptr. 2d 881 (Ct. App. 2000). Other California authority holds that there is no cause of action for "unjust enrichment"

I declare under penalty of perjury according to the laws of the United States and within the meaning of 28 U.S.C. § 1746 that the foregoing is true and correct. Executed August 28, 2017, at the City of La Mesa, County of San Diego, California.

BY: /s/ Scott A. McMillan
Scott A. McMillan
Attorney for Counterclaimant
The McMillan Law Firm, A.P.C.

DECLARATION OF SCOTT MCMILLAN IN SUPPORT OF COUNTERCLAIMANT'S MOTION TO AMEND COUNTERCLAIMS
16-cv-01696-W-NLS                                                                                2