Scott A. McMillan, CBN 212506
Lauren Hanley-Brady, CBN 299644
The McMillan Law Firm, APC
4670 Nebo Drive, Suite 200
La Mesa, CA 91941-5230
Tel (619) 464-1500 x 14 // Fax (619) 828-7399
email: scott@mcmillanlaw.us

Attorneys for Counterclaimant and Defendant, The McMillan Law Firm, APC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. LEE BRIGHTWELL, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>THE MCMILLAN LAW FIRM, APC, a professional corporation, SCOTT A. MCMILLAN, an individual, MICHELLE D. VOLK, an individual, and DOES 1 through 25, inclusive,<br>    Defendants. | Case No. 16-cv-01696-W-NLS<br><br>**CERTIFICATE OF SERVICE**<br><br>[No Oral Argument Pursuant to Civ. Local Rule 7.1(d)(1)] |
| THE MCMILLAN LAW FIRM, APC, a California Professional Corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>L. LEE BRIGHTWELL, an individual;<br><br>    Counterdefendant, | Hearing Date: September 18, 2017<br>Courtroom: 3C<br>Judge: Thomas J. Whelan<br>Magistrate Judge: Nita L. Stormes<br>Complaint Filed: June 30, 2016 |

# CERTIFICATE OF SERVICE

I, Scott A. McMillan, am an attorney admitted to practice before this court. The following documents were served upon the parties to this case by electronically filing the following document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF"). The NEF will be maintained with the original document(s) in our office.

The McMillan Law Firm, A.P.C.

**1. COUNTERCLAIMANT THEMCMILLAN LAW FIRM, APC'SOPPOSITION TOCOUNTERDEFENDANT'SMOTION TO DISMISS THEAMENDED COUNTERCLAIM**

**2. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COUNTERCLAIMANT'S OPPOSITION TO MOTION TO DISMISS**

**3. DECLARATION OF SCOTT A. MCMILLAN IN SUPPORT OF COUNTERCLAIMANT'S OPPOSITION TO MOTION TO DISMISS**

**4. SECOND AMENDED COUNTERCLAIM FOR DAMAGES, EQUITABLE RELIEF, DECLARATORY RELIEF, FORECLOSURE OF A POSSESSORY LIEN; AND TO IMPRESS AND FORECLOSE UPON A CHARGING LIEN.**

Dated: September 4, 2017

BY: /s/ Scott A. McMillan
    _____
    Scott A. McMillan
    Attorney for Counterclaimant
    The McMillan Law Firm, A.P.C.