1  JOSHUA M. HEINLEIN (SBN 239236)
   joshua.heinlein@dinsmore.com
2  JOSEPH S. LEVENTHAL (SBN 221043)
   joseph.leventhal@dinsmore.com
3  DINSMORE & SHOHL LLP
   655 West Broadway, Suite 800
4  San Diego, CA 92101
   Ph: (619) 400-0500
5  Fx: (619) 400-0501

6  Attorneys for Plaintiff/Counterdefendant
   L. LEE BRIGHTWELL
7

8             **UNITED STATES DISTRICT COURT**

9             **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  L. LEE BRIGHTWELL, an individual, | Case No. 16-CV-01696-W-NLS |
| 12                    Plaintiff, | **DECLARATION OF JOSHUA M. HEINLEIN IN SUPPORT OF MOTION TO DISMISS AMENDED COUNTERCLAIM PURSUANT TO FRCP 12(B)(6)** |
| 13  v. | |
| 14  THE MCMILLAN LAW FIRM, APC, a professional corporation, SCOTT A. MCMILLAN, an individual, MICHELLE D. VOLK, an individual, and DOES 1 through 25, inclusive, | **[NO ORAL ARGUMENT Civil Local Rule 7.1(d)]** |
| 15 | |
| 16 | |
| 17                    Defendants. | |
| 18 | |
| 19  THE MCMILLAN LAW FIRM, APC, a professional corporation, | Date:             September 18, 2017 |
| 20                    Counterclaimant, | Courtroom:        3C |
| 21  v. | Judge:             Thomas J. Whelan |
| 22  L. LEE BRIGHTWELL, an individual, | Magistrate Judge: Nita L. Stormes |
| 23                    Counterdefendant. | Complaint Filed:  June 30, 2016 |
| 24 | Trial:             None Set |

25
26
27
28

DINSMORE &
SHOHL LLP
SAN DIEGO

**HEINLEIN DEC. ISO MOTION TO DISMISS AMENDED COUNTERCLAIM**

I, Joshua M. Heinlein, declare:

1. I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Dinsmore & Shohl LLP, counsel of record for plaintiff L. Lee Brightwell ("Brightwell"). I have personal knowledge of the facts set forth in this Declaration and, if called upon to testify, I could and would testify competently thereto.

2. On August 4, 2015, Brightwell retained me to represent her in the O'Donnell Action. On August 6, 2015, I exchanged several emails with Scott A. McMillan regarding transferring his files to me. True and correct copies of our email exchanges are attached hereto as Exhibits 1 and 2. On August 6 or 7, 2015, I went to Mr. McMillan's office and picked up several boxes of hard copy files and a disk containing the entire "subdirectory" of files for Ms. Brightwell's case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 11th day of September 2017, at San Diego, California.

_____
JOSHUA M. HEINLEIN

# EXHIBIT 1

# Heinlein, Joshua

| | |
|---|---|
| **From:** | Scott A McMillan <scott@mcmillanlaw.us> |
| **Sent:** | Thursday, August 06, 2015 11:05 AM |
| **To:** | Lee Brightwell |
| **Cc:** | Joshua Heinlein |
| **Subject:** | Re: Brightwell - Need Lee's authorization and YOU to sign the Protective Order |

Lee,

Roger that. Am copying your directory, minus my billing and engagement files, over to a hard drive.

Scott

On Thu, Aug 6, 2015 at 10:52 AM, Lee Brightwell <Notes4lee@hotmail.com> wrote:
Scott,

I have retained Mr. Joshua Heinlein of Leventhal Law as my counsel. You have my permission to speak to him about my case. Please turn over all my files to him.


Thanks,
Lee
808-206-1624
Sent from my T-Mobile 4G LTE Device


-------- Original message --------
From: Scott A McMillan <scott@mcmillanlaw.us>
Date:08/06/2015 7:40 AM (GMT-10:00)
To: jheinlein@leventhallaw.com
Cc: Lee Brightwell <Notes4lee@hotmail.com>
Subject: Brightwell - Need Lee's authorization and YOU to sign the Protective Order

Josh,

I need client's permission to discuss anything with you.

Also, before I hand any AEO documents over, you need to execute a copy of the protective order for me and let opposing counsel know about about your signing on to the agreement.

Regards,

Scott

1

# EXHIBIT 2

## Heinlein, Joshua

| | |
|---|---|
| **From:** | Scott A McMillan <scott@mcmillanlaw.us> |
| **Sent:** | Thursday, August 06, 2015 12:03 PM |
| **To:** | Lee Brightwell |
| **Cc:** | Joshua Heinlein; Michelle Volk |
| **Subject:** | Re: Brightwell - Need Lee's authorization and YOU to sign the Protective Order |

Josh,

Hard drive is copied.  I need the signed protective order.   We will have a tranche of documents out in front for you to immediately pick up.

We are going to immediately give you the all the deposition transcripts as well.

Scott

On Thu, Aug 6, 2015 at 11:30 AM, Lee Brightwell <notes4lee@hotmail.com> wrote:
Thank you


*Lee*

*Lee Brightwell, PMP*
*808-206-1624*
*notes4lee@hotmail.com*

*"A diamond is merely a lump of coal that did well under pressure."*
*Henry Kissinger*

---

Date: Thu, 6 Aug 2015 11:05:00 -0700
Subject: Re: Brightwell - Need Lee's authorization and YOU to sign the Protective Order
From: scott@mcmillanlaw.us
To: Notes4lee@hotmail.com
CC: jheinlein@leventhallaw.com


Lee,

Roger that.  Am copying your directory, minus my billing and engagement files, over to a hard drive.

Scott

On Thu, Aug 6, 2015 at 10:52 AM, Lee Brightwell <Notes4lee@hotmail.com> wrote:
Scott,

1

I have retained Mr. Joshua Heinlein of Leventhal Law as my counsel.   You have my permission to speak to him about my case. Please turn over all my files to him.


Thanks,
Lee
808-206-1624
Sent from my T-Mobile 4G LTE Device


-------- Original message --------
From: Scott A McMillan <scott@mcmillanlaw.us>
Date:08/06/2015 7:40 AM (GMT-10:00)
To: jheinlein@leventhallaw.com
Cc: Lee Brightwell <Notes4lee@hotmail.com>
Subject: Brightwell - Need Lee's authorization and YOU to sign the Protective Order

Josh,

I need client's permission to discuss anything with you.

Also, before I hand any AEO documents over, you need to execute a copy of the protective order for me and let opposing counsel know about about your signing on to the agreement.

Regards,

Scott