UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. LEE BRIGHTWELL,<br><br>                                    Plaintiff,<br><br>v.<br><br>McMILLAN LAW FIRM, APC, et al.,<br><br>                                    Defendant. | Case No.: 3:16-cv-1696-W-NLS<br><br>**ORDER**<br><br>**(1) GRANTING JOINT MOTION TO CONTINUE HEARING DATE ON MOTION FOR PARTIAL SUMMARY JUDGMENT; and**<br><br>**(2) ISSUING FIRST AMENDED SCHEDULING ORDER**<br><br>**(ECF No. 61)** |

Before the Court is the parties' Joint Motion to Continue the Hearing Date on Plaintiff's Motion for Partial Summary Judgment and to Modify the Scheduling Order. ECF No. 61. Having reviewed the Joint Motion and good cause appearing, the motion is **GRANTED** as follows:

**IT IS ORDERED** that the hearing date on plaintiff's Motion for Partial Summary Judgment (ECF No. 56) is hereby continued to November 27, 2017. Pursuant to Local Rule 7.1(d) no oral argument will be set. Opposition due November 13, 2017; reply due November 20, 2017.

**IT IS FURTHER ORDERED** that the dates in the Scheduling Order are **CONTINUED** as follows:

| Event | Original Date [ECF 46] | New Date |
|---|---|---|
| Deadline for completion of fact discovery[1] | December 29, 2017 | **April 27, 2018** |
| Designate Experts (incl. non-retained)/ Deadline to comply with disclosures under FRCP 26(a)(2)(A) and (B) | January 29, 2018 | **May 29, 2018** |
| Exchange Rebuttal Experts/Deadline to Supplement Disclosures per FRCP 26(a)(2)(D) and 26(e) | February 23, 2018 | **June 22, 2018** |
| Deadline to Complete Expert Discovery | March 23, 2018 | **July 20, 2018** |
| Deadline to file Pre-trial Motions | April 23, 2018 | **August 20, 2018** |
| Lodge Conf. Settlement Briefs (M.J. Stormes) | May 30, 2018 | **September 29, 2018** |
| Mandatory Settlement Conference (M. J. Stormes) | June 6, 2018, 2:30 p.m. | **October 3, 2018, 2:30 pm** |

---

[1] The Court notes the parties indicate 38 potential deponents were identified in the initial disclosures. Parties are generally limited to 10 depositions per side. Fed. R. Civ. P. 30. The parties are cautioned that the Court will grant no further continuances to conduct depositions for which leave was not properly and timely requested and granted by the Court.

| | | |
|---|---|---|
| File Memoranda of Contentions of Fact and Law | July 30, 2018 | **November 19, 2018** |
| Deadline to comply with FRCP 26(a)(3) disclosures | July 30, 2018 | **November 19, 2018** |
| Pltf's counsel to provide proposed Pretrial Order | August 13, 2018 | **December 3, 2018** |
| File Proposed Final Pretrial Conference Order | August 20, 2018 | **December 10, 2018** |
| Submit Informal Letter Briefs (D.J. Whelan) | August 20, 2018 | **December 10, 2018** |
| Final Pretrial Conference (D.J. Whelan) | August 27, 2018, 10:30 a.m. | **December 17, 2018, 10:30 a.m.** |

**IT IS SO ORDERED.**

Dated:  September 19, 2017

Hon. Nita L. Stormes
United States Magistrate Judge