# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. LEE BRIGHTWELL,<br><br>         Plaintiff,<br><br>v.<br><br>THE MCMILLAN LAW FIRM, APC, et al.,<br><br>         Defendants. | Case No.: 16-CV-1696 W (NLS)<br><br>**ORDER GRANTING EX PARTE APPLICATION TO WITHDRAW AS COUNSEL [DOC. 68]** |

  Pending before the Court is an ex parte application[1] to withdraw as attorney of record for Plaintiff L. Lee Brightwell, filed by Joshua Heinlein of Dinsmore & Shohl LLP on September 29, 2017. [Doc. 68.] Despite service of the motion on all parties on September 29, 2017, no opposition has been filed. (*See Certificate of Service* [Doc. 68-2].)

  "The grant or denial of an attorney's motion to withdraw in a civil case is a matter addressed to the discretion of the trial court . . . ." Washington v. Sherwin Real Estate, Inc., 694 F.2d 1081, 1087 (7th Cir. 1982). Factors considered in evaluating the application include: "1) the reasons why withdrawal is sought; 2) the prejudice

---

[1] Mr. Heinlein styles the document as a motion. The Court interprets it as an ex parte application.

withdrawal may cause to other litigants; 3) the harm withdrawal might cause to the administration of justice; and 4) the degree to which withdrawal will delay the resolution of the case." CE Resource, Inc. v Magellan Group, LLC, 2009 WL 3367489, at *2 (E.D. Cal. Oct. 14, 2009) (citing Canandaigua Wine Co., Inc. v. Moldauer, 2009 WL 89141, at *1 (E.D. Cal. Jan. 14, 2009)).

Given the procedural posture of this case, Mr. Heinlein's withdrawal will not prejudice the litigants in this matter, harm the administration of justice, or delay resolution of the case. Ms. Brightwell will continue to be represented through Mr. Joseph Leventhal of Dinsmore & Shohl LLP. (*Heinlein Decl.* [Doc. 68-1] ¶ 3.) Ms. Brightwell agreed to Mr. Heinlein's withdrawal. (*Id.* [Doc. 68-1] ¶ 5.)

For the foregoing reasons, the Court **GRANTS** the application to withdraw as counsel of record in this action for Plaintiff Brightwell. [Doc. 68.]

**IT IS SO ORDERED.**

Dated: October 11, 2017

Hon. Thomas J. Whelan
United States District Judge