Heather L. Rosing, Bar No. 183986
Daniel S. Agle, Bar No. 251090
Douglas W. Lytle, Bar No. 178315
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
dagle@klinedinstlaw.com
dlytle@klinedinstlaw.com

Attorneys for Defendants
THE MCMILLAN LAW FIRM, APC;
SCOTT A. MCMILLAN and
MICHELLE D. VOLK

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. LEE BRIGHTWELL, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE MCMILLAN LAW FIRM, APC, a professional corporation; SCOTT A. MCMILLAN, an individual; MICHELLE D. VOLK, an individual; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.   16-CV-1696-W-NLS<br><br>**DECLARATION OF DOUGLAS W. LYTLE IN SUPPORT DEFENDANTS' AMENDED OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Courtroom:　　3C<br>Judge:　　　Hon. Thomas J. Whelan<br>Magistrate Judge: Hon. Nita L. Stormes<br>Complaint Filed: June 30, 2016<br>Trial Date:　　None set |

　　　I, DOUGLAS W. LYTLE, declare as follows:

　　　1.　　I am an attorney at law duly licensed to practice before the courts of the State of California and Senior Counsel with the law firm of Klinedinst PC, attorneys of record for Defendants THE MCMILLAN LAW FIRM, APC, SCOTT A. MCMILLAN, and MICHELLE D. VOLK in the above-captioned case. I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto.

1    2.    A true and correct copy of Mr. Gruenberg's letter to Ms. Brightwell dated September 11, 2014 is attached to Defendants' Appendix as **Exhibit G**. This letter is discussed in the excerpts of Ms. Brightwell's deposition attached as Exhibit I, at page 124:13 through p. 128:16.

3.    A true and correct copy of Lee Brightwell's page of handwritten notes from her conversation with Scott McMillan on July 31, 2015 is attached to Defendants' Appendix as **Exhibit H**. This document was produced by plaintiff Brightwell in response to document requests served by defendants in this case.

4.    Pursuant to paragraph 6 of the Protective Order, plaintiff's counsel designated certain portions of Ms. Brightwell's deposition testimony as confidential due to attorney-client privilege, financial information confidentiality, and psychotherapist-patient privilege. A true and correct copy of excerpts from the deposition of Lee Brightwell taken on November 2, 2017 is attached to Defendants' Appendix as **Exhibit I**. Because certain portions are designated confidential, defendants are filing a public version of Exhibit I with the particular testimony designated by plaintiff as confidential redacted, and are filing full and complete non-redacted Exhibit I under seal (with an ex parte application) containing the deposition testimony without redaction.

5.    A true and correct copy of an August 5-6, 2015 email exchange between Joshua Heinlein and Harvey Berger/Kevin Heffernan is attached to Defendants' Appendix as **Exhibit J**. This document was produced by plaintiff Brightwell in response to document requests served by defendants in this case.

6.    A true and correct copy of an August 12, 2015 email from Josh Heinlein to Scott McMillan is attached to Defendants' Appendix as **Exhibit K**. This document was produced by plaintiff Brightwell in response to document requests served by defendants in this case.

7.    A true and correct copy of August 12, 2015 email from Josh Heinlein to Harvey Berger, Kevin Heffernan, Jay Brown and others (all O'Donnell defense

counsel) is attached to Defendants' Appendix as **Exhibit L**.  This document was produced by plaintiff Brightwell in response to document requests served by defendants in this case.

8. Attached to Defendants' Appendix as **Exhibit M** is a true and correct copy of a July 9, 2012 email chain "RE: Loan" between Lee Brightwell and Lisa Tarumoto of Pacific Access Mortgage.  This document was produced by plaintiff Brightwell in response to document requests served by defendants in this case, and is the subject of deposition testimony by plaintiff attached to Defendants' Appendix as Exhibit I.

9. A true and correct copy of July 10, 2012 letter from Lee Brightwell to Lisa Tarumoto of Pacific Access Mortgage is attached to Defendants' Appendix as **Exhibit N**.  This document was produced by plaintiff Brightwell in response to document requests served by defendants in this case, and is the subject of deposition testimony by plaintiff attached to Defendants' Appendix as Exhibit I.

10. A true and correct copy of a March 3, 2015 email exchange between Brightwell and McMillan is attached to Defendants' Appendix as **Exhibit O**. This document was produced by plaintiff Brightwell in response to document requests served by defendants in this case, and is the subject of deposition testimony by plaintiff attached to Defendants' Appendix as Exhibit I.

11. Attached to Defendants' Appendix as **Exhibit P** is a true and correct copy of an email exchange between Scott McMillan and Lee Brightwell on July 2, 2015 and July 4, 2015, produced by plaintiffs in this case in response to a document request.

12. Attached to Defendants' Appendix as **Exhibit Q** is a true and correct copy of a June 1, 2015 email from Scott McMillan to Lee Brightwell attaching the May 31, 2015 Invoice and describing the indexing problem with the billing software.  This document was produced by plaintiff Brightwell in response to document requests served by defendants in this case.

- 3 -
DECLARATION OF DOUGLAS W. LYTLE IN SUPPORT DEFENDANTS' AMENDED OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
16-CV-1696-W-NLS

13. Attached to Defendants' Appendix as **Exhibit R** is a true and correct copy of the final executed Mutual Release of Known and Unknown Claims for the settlement of *Brightwell v. O'Donnell, RF Logistics*. This document was produced by plaintiff Brightwell in response to document requests served by defendants in this case.

14. A true and correct copy of a September 23, 2015 email exchange between Scott McMillan and Harvey Berger, forwarded to Joshua Heinlein on October 1, 2015 by McMillan, is attached to Defendants' Appendix as **Exhibit S**. This document was produced by plaintiff Brightwell in response to document requests served by defendants in this case.

15. Attached to Defendants' Appendix as **Exhibit T** is a true and correct copy of the California State Bar Committee on Professional Responsibility and Conduct ("COPRAC") Ethics Hotliner (Summer 2009) Ethics Alert – *Uncertain Ethics Requirements for Attorney Fee Modifications Counsel Compliance with Rule 3-300 when Modifying a Fee Agreement*, downloaded November 9, 2017 at www.calbar.ca.gov/Portals/0/documents/ethics/Publications/EthicsHotliner/Ethics_Hotliner-Fee_Modification_Rule_3-300-Summer_09.pdf, inclusive of its attachments, Formal Opinion Interim No. 05-0001, and comments thereto.

16. Attached to Defendants' Appendix as **Exhibit U** is a true and correct copy of *Modification of Lawyer-Client Fee Agreements: Ethically Speaking*, 52 Orange County Lawyer 38 (May 2010) authored by Carole J. Buckner, then Special Assistant United States Attorney, Adjunct Professor at Western State College of Law, and Chair of the State Bar's Committee on Professionalism and Conduct (COPRAC), downloaded on November 9, 2017 from Lexis Advance.

17. Attached to Defendants' Appendix as **Exhibit V** is a true and correct copy of *"Hybrid" fee agreements for business litigation* by Barry P. Goldberg, Plaintiff Magazine (June 2011), downloaded on November 13, 2017 from http://www.plaintiffmagazine.com/images/issues/2011/06-

june/reprints/Goldberg_Hybrid-fee-agreements-for-business-litigation_Plaintiff-magazine.pdf.

18. Attached to Defendants' Appendix as **Exhibit X** is a true and correct copy of a Notice of Appearance of Counsel filed by Joshua Heinlein of The Leventhal Law Firm in *Brightwell v. O'Donnell, RF Logistics*, San Diego Superior Court Case No. 37-2013-00046463-CU-BC-CTL on August 5, 2015, with a stamp indicating receipt by the court at 9:08 am on the morning of August 5, 2015, giving notice to the clerk of the court, the parties, and their attorneys of record of the appearance of Joshua M. Heinlein and Joseph S. Leventhal as counsel of record for and on behalf of plaintiff L. Lee Brightwell in the *Brightwell v. O'Donnell, RF Logistics* case, and requesting that they be added to the service list and that copies of all pleadings and notices be forwarded to them. Also included is a Proof of Service for the Notice of Appearance of Counsel with a stamp indicating receipt by the court at 9:08 am on the morning of August 5, 2015. I personally downloaded Exhibit X from the San Diego Superior Court website Register of Actions page in *Brightwell v. O'Donnell, RF Logistics*, San Diego Superior Court Case No. 37-2013-00046463-CU-BC-CTL.

19. Attached to Defendants' Appendix as **Exhibit Y** is a true and correct copy of a Substitution of Attorney filed by Joshua Heinlein of The Leventhal Law Firm in *Brightwell v. O'Donnell, RF Logistics*, San Diego Superior Court Case No. 37-2013-00046463-CU-BC-CTL with a stamp indicating it was efiled on August 11, 2015. The substitution purports to notify the parties that L. Lee Brightwell was self-represented and substituted Joshua M. Heinlein of The Leventhal Law Firm as a new legal representative on August 11, 2015, even though Mr. Heinlein had already notified the clerk of the court, the parties, and their attorneys of record that he was Ms. Brightwell's counsel of record on August 5, 2015. I personally downloaded Exhibit Y from the San Diego Superior Court website Register of

///

DECLARATION OF DOUGLAS W. LYTLE IN SUPPORT DEFENDANTS' AMENDED OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
16-CV-1696-W-NLS

Actions page in *Brightwell v. O'Donnell, RF Logistics*, San Diego Superior Court Case No. 37-2013-00046463-CU-BC-CTL.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 7th day of February 2018, at San Diego, California.

                                             *s/ Douglas W. Lytle*
                                             Douglas W. Lytle

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101